# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 15-1200

Caption [use short title]

Motion for: authorization to redact the names of Plaintiff-Appellant M.M. and her son, J.S. in the electronically filed Joint Appendix in order to protect the privacy of J.S.

M.M. v. New York City Department of Ed

Set forth below precise, complete statement of relief sought:

An order authorizing the redaction of the names of Plaintiff-Appellant M.M. and her son, J.S., so that only their initials appear, in the electronic filing of Joint Appendix Volumes II-IV, comprising documents from the State agency administrative record that were filed under seal in the district court in order to protect the privacy of J.S.

MOVING PARTY: M.M.
[✓] Plaintiff   [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

OPPOSING PARTY: Defendant-Appellee New York City Department of Education

MOVING ATTORNEY: Erin McCormack-Herbert

OPPOSING ATTORNEY: Marta Soja Ross

[name of attorney, with firm, address, phone number and e-mail]

Partnership for Children's Rights
271 Madison Ave., 17th Floor, New York, NY 10016
phone: (212) 683-7999 x 229    e-mail: emccormack@pfcr.org

Office of the Corporation Counsel
100 Church Street, 6-204, New York, NY 10007
phone: (212) 356-0857    e-mail: MaRoss@law.nyc.gov

Court-Judge/Agency appealed from: U.S. District Court for the Southern District of New York/Hon. George B. Daniels, U.S. District Judge

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?   [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes  [✓] No  If yes, enter date:_____

Signature of Moving Attorney:
/s/ Erin McCormack-Herbert  Date: June 17, 2015    Service by: [✓] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)