# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of June, two thousand and fifteen.

Before:   Gerard E. Lynch,
      *Circuit Judge*.

_____

M.M., on behalf of and as parent of J.S., a student with a disability,
 Plaintiff - Appellant,

v.

New York City Department of Education,
 Defendant - Appellee.

_____

**ORDER**
Docket No. 15-1200

  Appellant moves for leave to redact and replace with initials her name and the name of her son in the electronically filed Joint Appendix.

  IT IS HEREBY ORDERED that the motion is GRANTED.

            For the Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court

