

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MARTA ROSS
Phone: (212) 356-0857
MaRoss@law.nyc.gov

July 23, 2015

Honorable Catherine O'Hagan Wolfe
United States Court of Appeals
   for the Second Circuit
40 Foley Square
New York, New York 10007

    Re: **M.M. v. NYC DOE**
         **Docket No. 15-1200**
         **Corrected Scheduling Notification**

Dear Ms. O'Hagan Wolfe:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for Municipal Appellee. I write to request a deadline for filing the Appellee's Brief pursuant to Local Rule 31.2(a)(1)(B).

This letter is to correct/replace a scheduling notification letter filed earlier today.

Plaintiff-Appellant filed the Appellant's brief on July 16, 2015. By my calculations, October 15, 2015 is 91 days after July 16, 2015. I request, under Local Rule 31.2(a)(1)(B), that this Court set **October 15, 2015** as the due date for filing of the Appellee's Brief.

Thank you for your consideration of this request.

         Sincerely,

         */s/ Marta Ross*

         Marta Ross
         Assistant Corporation Counsel,
         Appeals Division

Cc:   Erin McCormack-Herbert, Esq.
       Partnership for Children's Rights
       (via ECF)