# 15-1200

## United States Court of Appeals

### FOR THE SECOND CIRCUIT

————————· · ·————————

M.M., on behalf of and as Parent of J.S.,
a student with a disability,

*Plaintiff-Appellant,*

*v.*

NEW YORK CITY DEPARTMENT OF EDUCATION,

*Defendant-Appellee.*

————————· · ·————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

## JOINT APPENDIX
### VOLUME III of IV
### Pages A380 – A539 (Transcript Pages 1–295)
### REDACTED

---

ERIN MCCORMACK-HERBERT
THOMAS GRAY
PARTNERSHIP FOR CHILDREN'S RIGHTS
*Attorneys for Plaintiff-Appellant*
271 Madison Avenue, 17th Floor
New York, New York 10016
(212) 683-7999 exts. 229, 246

MARTA SOJA ROSS
OFFICE OF THE CORPORATION COUNSEL
*Attorney for Defendant-Appellee*
100 Church Street, 6-204
New York, New York 10007
(212) 356-0857

## **Table of Contents**

### **Volume I**

District Court Docket Sheet ......................................................................... A1

Complaint, March 6, 2014 ........................................................................... A5

Amended Complaint, May 14, 2014............................................................ A22

Answer to the Amended Complaint, June 12, 2014 .................................... A45

So-Ordered Letter Motion Concerning the Administrative
    Record, Briefing Schedule, and Waiver of the Requirement
    for the Parties to Submit Statements of Material Facts
    Pursuant to Local Civil Rule 56.1, June 16, 2014 ............................. A64

Order to the Office of State Review Regarding the Certified
    Administrative Record, June 16, 2014 .............................................. A66

Plaintiff's Notice of Motion for Summary Judgment, August 12, 2014 ..... A67

Defendant's Notice of Cross-Motion for Summary Judgment,
    September 12, 2014 ........................................................................... A69

Redacted Transcript of Oral Argument, October 14, 2014 ........................ A71

Memorandum Decision and Order of Hon. George B. Daniels,
    March 17, 2015 ................................................................................. A118

Judgment, March 19, 2015.......................................................................... A133

Notice of Appeal, April 15, 2015................................................................ A134

# Volume II

Office of State Review ("OSR") Certification and OSR Record Contents
for Appeal Nos. 13-157 and 14-018, dated July 21, 2014.................. A136

Impartial Hearing Office Certifications dated August 16, 2013,
August 27, 2013, and January 15, 2014 ............................................ A141

OSR Decisions:

Decision No. 13-157 of the State Review Officer dated
November 8, 2013 .................................................................... A144

Decision No. 14-018 of the State Review Officer dated
March 18, 2013[*] ....................................................................... A156

Impartial Hearing Officer ("IHO") Decisions:

Findings of Fact and Decision of IHO Mary Noe, Esq.
dated July 18, 2013.................................................................. A178

Findings of Fact and Decision of IHO Mary Noe, Esq.
dated December 20, 2013......................................................... A192

Pleadings and Memoranda of the Parties – OSR Appeal No. 13-157:

Notice of Intention to Seek Review and Affidavit of
Personal Service dated August 6, 2013................................... A204

Notice with Petition dated August 20, 2013; Verified Petition
(Exhibits 1–9 attached) and Affidavit of Verification
dated August 19, 2013; Affidavit (translation) dated
August 20, 2013; Affidavit of Personal Service dated
August 21, 2013 ...................................................................... A207

---

[*] This decision was misdated by the OSR. The cover letter accompanying the decision was dated March 18, *2014*. Upon information and belief, this is the correct date of the decision.

Verified Answer and Cross-Appeal, Affidavit of Verification,
    and Affidavit of Service dated September 17, 2013 ................ A274

Verified Reply and Answer to Cross-Appeal, Affidavit of
    Verification, and Affidavit (translation) dated
    October 4, 2013; Affidavit of Personal Service
    dated October 7, 2013 ............................................................ A296

Pleadings and Memoranda of the Parties – OSR Appeal No. 14-018:

Notice of Intention to Seek Review and Affidavit of
    Personal Service dated January 9, 2014 .................................. A314

Notice with Petition, Verified Petition (Exhibits 1–2 attached),
    Affidavit of Verification, Affidavit (translation), and
    Affidavit of Personal Service dated January 23, 2014 ............. A317

Verified Answer, Affidavit of Verification, and Affidavit of
    Service dated February 7, 2014 ................................................ A352

Verified Reply to the Verified Answer, Affidavit of
    Verification, and Affidavit (translation) dated
    February 12, 2014; Affidavit of Personal Service
    dated February 13, 2014 .......................................................... A373

## Volume III

Impartial Hearing Transcripts:

May 16, 2013 [Replacement] (Pages 1–111 + Word Index).............. A380

June 6, 2013 [Corrected] (Pages 112–254 + Word Index) ................ A440

June 19, 2013 (Pages 255–296 + Word Index) ................................. A517

iii

# Volume IV

Impartial Hearing Exhibits:

Parent Exhibits A–G, I–S:

Parent's Evidence List................................................................ A540

Exh. A, New York City Department of Education ("DOE")
    Due Process Response dated April 8, 2013 ................... A542

Exh. B, Letter from Charles Gussow to Gerard Donegan
    dated June 21, 2012, with fax confirmation
    dated June 22, 2012....................................................... A545

Exh. C, Letter from Todd Silverblatt to Gerard Donegan
    dated August 22, 2012, with fax confirmation
    dated August 22, 2012 ................................................... A547

Exh. D, Cooke Center Summer Academy, Summer 2012
    Enrollment Contract, signature date June 25, 2012....... A550

Exh. E, Cooke Center School Enrollment Contract 2012–13
    Academic Year, signature date June 25, 2012............... A552

Exh. F, 2012 Federal Income Tax Return, Form 1040 for
    J.S., Father of J.S.......................................................... A554

Exh. G, 2012 Federal Income Tax Return, Form 1040 for
    M.M., Mother of J.S...................................................... A556

Exh. I, Affidavit of Katherine Hibbard dated May 10, 2013 ... A558

Exh. J, Affidavit of Victoria Fowler dated May 10, 2013 ...... A565

Exh. K, Affidavit of Mary Clancy dated May 10, 2013 ......... A572

Exh. L, Affidavit of M.M. (Spanish) dated May 10, 2013 ...... A577

iv

Exh. M, Affidavit of Sally Ord dated May 10, 2013 ............... A582

Exh. N, Affidavit of Francis Tabone dated May 10, 2013 ....... A587

Exh. O, Letter Brief from Amanda Sen to IHO Mary Noe
    dated April 29, 2013, with e-mail transmission
    dated April 29, 2013 ..................................................... A591

Exh. P, Parent's Motion in Opposition to IHO Mary Noe's
    Verbal Order on April 30, 2013 That the Hearing
    Office Not Translate Affidavits Submitted by
    Either Party in This Matter, dated April 30, 2013,
    with e-mail transmission dated April 30, 2013 .............. A596

Exh. Q, DOE Response to Parent's Motions, dated
    May 1, 2013, with associated e-mails ........................... A600

Exh. R, Parent's Opening Statement (undated), with
    e-mail transmission dated May 13, 2013 ...................... A605

Exh. S, English Translation of May 10, 2013
    Affidavit of M.M. ........................................................... A610

DOE Exhibits 1–22, 25–27:

DOE Disclosure List ................................................................. A614

Exh. 1, Parent's Due Process Complaint dated
    March 18, 2013 ............................................................. A616

Exh. 2, DOE Meeting Invitation Addressed to M.M.
    dated April 30, 2012 ..................................................... A621

Exh. 3, Individualized Education Program ("IEP")
    dated May 22, 2012 ....................................................... A625

Exh. 4, Cooke Center Academy Progress Report
     for J.S. dated March 2012 ............................................... A640

Exh. 5, Kennedy Child Study Center Comprehensive
     Psychoeducational Evaluation of J.S. dated
     March 19, 2009 and June 2, 2009 .................................. A656

Exh. 6, IEP Transition Document prepared by S. Ord,
     Cooke Center Academy, dated May 22, 2012 .............. A664

Exh. 7, Cooke Center Academy IEP Annual Review
     Discussion Document – Speech & Language,
     listing IEP review date May 22, 2012 ........................... A667

Exh. 8, Cooke Center Academy IEP Annual Review
     Discussion Document – Academic (English
     Language Arts & Social Studies), listing IEP
     review date March 22, 2012 ........................................... A669

Exh. 9, Cooke Center Academy IEP Annual Review
     Discussion Document – Academic (Math),
     listing IEP review date May 22, 2012 ........................... A672

Exh. 10, Cooke Center Academy IEP Annual Review
     Discussion Document – Counseling (undated) .............. A674

Exh. 11, May 22, 2012 IEP Meeting Minutes
     prepared by Evelyn Alvarez, DOE .............................. A676

Exh. 12, May 22, 2012 IEP Annual Review Report
     prepared by Sally Ord, Cooke Center Academy ........... A679

Exh. 13, Cooke Center Academy Progress Report
     for J.S. dated June 2012 ................................................ A683

Exh. 14, Cooke Center Student Assessment Portfolio
     for J.S. (undated) ........................................................... A700

Exh. 15, Cooke Center Academy Stanford-Binet
Intelligence Scales, Fifth Edition Narrative
Report for J.S. dated January 5, 2012 ......................... A707

Exh. 16, DOE Classroom Observation for J.S. dated
October 27, 2010 ......................................................... A709

Exh. 17, DOE Final Notice of Recommendation: Annual
Review and Reevaluation dated June 15, 2012 ............. A710

Exh. 18, Cooke Center Academy Progress Report
for J.S. dated November 2012 ...................................... A711

Exh. 19, Cooke Center Academy Progress Report
for J.S. dated March 2013 ............................................ A727

Exh. 20, Cooke Center Summer Academy 2012
Report for J.S. (undated) .............................................. A744

Exh. 21, Affidavit of Susan Naclerio dated May 9, 2013 ........ A748

Exh. 22, Affidavit of Evelyn Alvarez dated May 9, 2013 ...... A753

Exh. 25, Cooke Center Academy SKILLs Program
Description (undated) .................................................... A760

Exh. 26, DOE Opening Statement (undated) ......................... A765

Exh. 27, Cooke Center Summer Academy 2012:
Curriculum Outline (undated) ...................................... A768

IHO Exhibits I–II, IV:

IHO Exhibit I, SKILLs Schedule 2012–2013 (undated) .......... A769

IHO Exhibit II, Pre-Hearing Order dated April 24, 2013 ........ A770

IHO Exhibit IV, Order dated June 7, 2013 ............................. A773

```
                    DEPARTMENT OF EDUCATION
                            Of the
                    CITY OF NEW YORK


        ------------------------

        In the Matter of:

            ███████ ██████                    Case No.:  143983

        ------------------------X      REPLACEMENT
                                       District #2
                                       131 Livingston St.
                                       Brooklyn, NY  11201

                                       Thursday
                                       May 16, 2013


                The above-entitled matter came on for hearing
        at 12:22 p.m.


        BEFORE:              MARY NOE,
                             Impartial Hearing Officer

        A P P E A R A N C E S:

        For the Student:

        AMANDA SEN, Attorney
        TODD SILVERBLATT, Attorney
        ████████ ███████, Parent
        KATHERINE HIBBARD, Teacher
        MERCEDES PENA, Interpreter

        For the Department of Education:

        BRITTANIA STEWART, Attorney
        SUSAN NACLERIO, IEP/Related Services Coordinator
         (Via Telephone)
        EVELYN ALVAREZ, Special Ed Teacher (Via Telephone)
```

I N D E X

| WITNESS | DIRECT | CROSS | RE DIRECT | RE CROSS | V. D. | J |
|---|---|---|---|---|---|---|
| S. Naclerio | -- | 6 | 14 | 15 | | |
| K. Hibbard | -- | 19 | 31 | 44 | | |
| E. Alvarez | -- | 56 | 108 | 109 | | |

E X H I B I T S

| PARENT | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|
| A | Affidavit of K. Hibbard, dated 5/10/13 | 18 | 19 |

| DEPARTMENT OF EDUCATION | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|
| 3 | IEP | 67 | 68 |
| 4 | Not identified | -- | -- |
| 5 | Psychoed eval | 101 | 102 |
| 6 | Not identified | -- | -- |
| 11 | Meeting minutes | 70 | 70 |
| 14 | Cooke Center assessment portfolio | 35 | 35 |
| 15 | Stanford-Binet | 104 | 104 |
| 16 | Classroom observation | 109 | 109 |
| 19 | Cooke Center Academy progress report, March 2013 | 27 | 28 |
| 21 | Affidavit of S. Naclerio, dated 5/9/13, 5 pages | 5 | 6 |
| 22 | Affidavit of E. Alvarez | 55 | 56 |
| 25 | Cooke Skills Program description, 5 pages | 43 | 44 |

**A380**



3

1                 P R O C E E D I N G S

2         HEARING OFFICER MARY NOE: Good

3 afternoon. My name is Mary Noe. I'm the Hearing

4 Officer for ███ █████, Case Number 143393. I

5 am going to ask everyone on my left to identify

6 themselves.

7         MR. TODD SILVERBLATT: I'm Todd

8 Silverblatt. I am--

9         (Crosstalk)

10         MR. SILVERBLATT: --an attorney for

11 Partnership for Children's Rights--

12         (Crosstalk)

13         MS. AMANDA SEN: I am Amanda Sen, an

14 attorney for Partnership for Children's Rights,

15 representing the parent.

16         MS. MERCEDES PENA: Mercedes Pena, the

17 Spanish interpreter.

18         MS. █████ █████: I'm █████ █████,

19 - - .

20         MS. █████ (THROUGH INTERPRETER): I am

21 the mother of ███ █████.

22         MS. BRITTANIA STEWART: Brittania

23 Stewart, attorney for the Department of

24 Education.

25         HEARING OFFICER NOE: And we have

4

1 someone on--oh, not yet?

2         MS. STEWART: I put her on hold.

3         HEARING OFFICER NOE: Okay. Just put

4 her on hold. Just wait one second. This

5 student's date of birth is ████████ 199--

6         FEMALE VOICE: (Interposing) █████████

7 ██

8         HEARING OFFICER NOE: ████████ 1994.

9 Okay. His classification is autism. The IEP

10 challenged is 2012-2013. He is currently in the

11 Cooke School, and I just want to again apologize.

12 This case was on my calendar, however, a previous

13 case that I had been carrying over was not on the

14 calendar, which they needed a Russian

15 interpreter, and it's been delayed because of the

16 Russian interpreter, so we probably will need

17 another date. We've already looked at--Miss

18 Stewart, we've already look at May 29th. You can

19 look at it when you get a chance.

20         MS. STEWART: Okay.

21         HEARING OFFICER NOE: We have a witness

22 on the phone, so can you put that witness on?

23         MS. STEWART: Okay.

24         HEARING OFFICER NOE: Miss Naclerio?

25         MS. SUSAN NACLERIO: Yes?

**A381**

5

1   MS. STEWART:  Okay.

2   HEARING OFFICER NOE:  Hi.  This is

3   Hearing Officer Mary Noe.  I'm here--I'm the

4   Impartial Hearing Officer for ███ ██████.  Do

5   you swear or affirm to tell the truth?

6   MS. NACLERIO:  Yes.

7   HEARING OFFICER NOE:  State your name

8   and whatever position you hold.

9   MS. NACLERIO:  My name is Susan

10  Naclerio, and I hold a position of IEP

11  coordinator.

12  HEARING OFFICER NOE:  Okay.  Do you want

13  to get her affidavit in first?

14  MS. STEWART:  Yes.  Sorry.  The District

15  would like to enter into evidence Miss Naclerio's

16  affidavit.  Right now, it's marked as Exhibit 21.

17  HEARING OFFICER NOE:  Exhibit 21 is five

18  pages.  Miss Naclerio, did you sign an affidavit

19  dated May 9th, 2013

20  MS. NACLERIO:  Yes, I did.

21  HEARING OFFICER NOE:  Okay.  And you

22  swear that all the information in there was

23  correct when you signed it, and is correct today?

24  MS. NACLERIO:  Yes, I do.

25  HEARING OFFICER NOE:  Any objection?

6

1   MS. NACLERIO:  No.

2   (Whereupon, District Exhibit 21 was

3   admitted into evidence.)

4   HEARING OFFICER NOE:  Okay.  The

5   parent's attorneys have some--or parent's

6   attorney has some questions for you.

7   MS. NACLERIO:  Okay.

8   MS. SEN:  Miss Naclerio, you did not

9   personally meet Miss M████ when she visited - -

10  McSweeney in June of 2012.  Is that correct?

11  MS. NACLERIO:  Yes.

12  MS. SEN:  Okay.  So you did not know

13  what was said to Miss M████ during that visit?

14  MS. NACLERIO:  That's correct.

15  MS. SEN:  Okay.  And did you review

16  ███ ██████'s IEP?

17  MS. NACLERIO:  Yes, I did.

18  MS. SEN:  Okay.  When did you review

19  that?

20  MS. NACLERIO:  I reviewed it when it was

21  sent to me via e-mail, and then I reviewed it

22  again last night.

23  MS. SEN:  Okay.  Can you tell me when it

24  was sent to you via e-mail that you first

25  reviewed it?

**A382**

7

1          MS. NACLERIO:  I can look in my e-mail
2     if you like.
3          MS. SEN:  Could you give me an estimate?
4          MS. NACLERIO:  Not really.  Let me--
5     it'll take a second.
6          HEARING OFFICER NOE:  No, no, no.  You
7     can't look at anything--
8          MS. NACLERIO: (Interposing) Oh.  All
9     right.  No, I mean, I get these--
10          (Crosstalk)
11          MS. NACLERIO:  --on a weekly basis, so I
12     don't really know when I got it.
13          MS. SEN:  Okay.  So did you review it
14     within--is it within the last month?
15          MS. NACLERIO:  Yes.  I reviewed it last
16     night before I decided to--before the hearing.
17          MS. SEN:  No.  For the first time.  Did
18     you--
19          MS. NACLERIO:  (Interposing) Oh, yes.
20     Probably was about a month ago.
21          MS. SEN:  About a month ago.  Okay.  And
22     how long did you spend reviewing the IEP?
23          MS. NACLERIO:  About a half hour.
24          MS. SEN:  Okay.  Miss Naclerio, how do
25     you know that the Placement Office recommended

8

1     McSweeney (phonetic) for ███ for the 2012-2013
2     school year?
3          MS. NACLERIO:  I don't know that for a
4     fact.
5          MS. SEN:  Okay.  But you did state in
6     your affidavit that the Placement Office
7     recommended.
8          MS. NACLERIO:  Well, I was told, but I
9     did not see any definite information.
10          MS. SEN:  Okay.  And how do you know
11     that there was a space for ████ at McSweeney?
12          MS. NACLERIO:  Because I reviewed our
13     class rosters for the summer, and we did have
14     openings.
15          MS. SEN:  Okay.  And for the academic
16     year?
17          MS. NACLERIO:  For this academic year,
18     yes.
19          MS. SEN:  And what did you mean by
20     space?
21          MS. NACLERIO:  There were 12:1:1 classes
22     that were not filled to capacity with 12:1:1
23     students, and they also had grade levels that
24     were similar to J█████s.
25          MS. SEN:  Okay.  So since as you state

A383

9

1    that you do not make specific classroom

2    assignments until parents actually enroll their

3    student, how can you say for sure that you had an

4    appropriate class for J█████?

5         MS. STEWART:  I'm going to object to

6    that, because I don't believe the witness put in

7    her affidavit that she was testifying that the

8    school had an appropriate placement for the

9    student.

10        MS. SEN:  So is it your testimony that

11    the school had an appropriate placement for the

12    student?

13        MS. NACLERIO:  Based on our numbers, I

14    can say yes.

15        MS. SEN:  Okay.  So how did you know

16    that there was a space that was appropriate for

17    him?

18        MS. STEWART:  I am also going to object

19    to that as not being raised in the Due Process

20    Complaint.  The parent did not allege that the

21    school did not have a spot for the student, so

22    that would be outside the scope of the Complaint.

23        HEARING OFFICER NOE:  Can you just re-

24    word the question, because to be honest with you,

25    I'm not sure I'm understanding.

10

1        MS. SEN:  Okay.

2        HEARING OFFICER NOE:  Okay?

3        MS. SEN:  Yeah.

4        HEARING OFFICER NOE:  Or break it down,

5    or…  I'm just not clear on what it is that you're

6    asking.

7        MS. SEN:  I'm just going to not - - that

8    line of questioning.  I'm just going to ask is

9    placing students in classes part of your job?

10    Ma'am?

11        MS. NACLERIO:  Yes.

12        MS. SEN:  Miss Naclerio?  Is that your

13    name?  Sorry.

14        MS. STEWART:  Yes.

15        MS. SEN:  Naclerio?  Okay.  Miss

16    Naclerio, is placing students in classes part of

17    your job?

18        MS. NACLERIO:  No.

19        MS. SEN:  And you state in paragraph 16

20    of your affidavit that there is no more than a

21    three-year difference between students in

22    classrooms.  Is that correct?

23        MS. NACLERIO:  That is correct.

24        MS. SEN:  Okay.  And what about work

25    sites?

**A384**

11

1        MS. NACLERIO:  That is the same.

2        MS. SEN:  And how do you know that?

3        MS. NACLERIO:  Because it's school

4    policy.  We follow the state recommendations.

5        MS. SEN:  So you just--so the school

6    policy is no more than a three-year age

7    difference.  Is that correct?

8        MS. NACLERIO:  That is correct.

9        MS. SEN:  You describe part time

10   vocational placements in paragraph 23, but you

11   also mention that vocational work placements can

12   be full time.

13       MS. NACLERIO:  That is correct.

14       MS. SEN:  Okay.  And are there

15   placements where students are at work sites for

16   full days?

17       MS. NACLERIO:  Yes, they are.

18       MS. SEN:  And for more than two to three

19   days per week?

20       MS. NACLERIO:  Yes, they are.

21       MS. SEN:  And can you say that ▓▓▓

22   would not have been placed in a full day

23   vocational program like that?

24       MS. NACLERIO:  No, I can not.

25       MS. SEN:  And if J▓▓▓ was in a full day

12

1    vocational program, would he have an opportunity

2    to conduct actual real-life banking transactions?

3        MS. NACLERIO:  I can't speak to what the

4    work site teachers do as part of their curriculum

5    and training.

6        MS. SEN:  Okay.  If he was in a part

7    time vocational program, would he have an

8    opportunity to conduct actual real-life banking

9    transactions?

10       MS. NACLERIO:  If that is part of the

11   teacher's curriculum, and if it's in his IEP.

12       MS. SEN:  Okay.

13       MS. NACLERIO:  He would be.

14       MS. SEN:  Okay.  So do students at

15   McSweeney go to real banking institutions?

16       MS. NACLERIO:  They have.

17       MS. SEN:  Okay.  And is that part of the

18   curriculum at McSweeney?

19       MS. NACLERIO:  No.

20       MS. SEN:  And if J▓▓▓ was in a full day

21   vocational program, would he have instruction on

22   using the internet at that work site?

23       MS. NACLERIO:  Yes, he would have the

24   potential to have that.

25       MS. SEN:  So the potential.

A385

13

1        MS. NACLERIO:  Well, it's there.  They

2   all have--most of the off sites have internet

3   access.

4        MS. SEN:  Okay.  So most do.

5        MS. NACLERIO:  Um-hm.

6        MS. SEN:  But you also said earlier you

7   can't speak to what work site teachers do.

8        MS. NACLERIO:  That is correct.

9        MS. SEN:  And so since you said most had

10  internet access, you say that some do not?

11       MS. NACLERIO:  I believe so.  Yes.

12       MS. SEN:  Okay.  And would it have been

13  okay under █████'s May 2012 IEP to place him in a

14  part time vocational program?

15       MS. NACLERIO:  I believe that his goals

16  could have been--

17       MS. SEN:  (Interposing) I'm sorry.

18       MS. NACLERIO:  --worked on at the work

19  study site, yes.

20       MS. SEN:  My question is not what his

21  goals could have been.  My goals would have been-

22  -I mean my question is would his IEP have allowed

23  him to be placed in a part time vocational

24  program?  Is there anything in the IEP that

25  precludes that?

14

1        MS. NACLERIO:  No.

2        MS. SEN:  Okay.  And how about a full

3   time vocational program?  Is there anything in

4   the IEP that precludes that?

5        MS. NACLERIO:  No.

6        MS. SEN:  And as part of your job, are

7   you involved in writing IEPs?

8        MS. NACLERIO:  Not directly.  I review

9   IEPs the teachers have written.

10       MS. SEN:  Okay.  Okay.  That's all my

11  questions.

12       HEARING OFFICER NOE:  Do you have any

13  redirect?

14       MS. STEWART:  Yes.  I just have a couple

15  of follow-up questions.  Miss Naclerio, you

16  mentioned during your cross that there are

17  students that do full day vocational programs.

18  The students that do the full day vocational

19  programs, do they work on academic?

20       MS. NACLERIO:  Yes, they do.

21       MS. STEWART:  And how do they work on

22  academics, if you know?

23       MS. NACLERIO:  They work on literacy

24  skills, reading skills, they work on functional

25  math skills, they work on employment skills, such

A386

15

1    as creating resumes, and filling out

2    applications.

3            MS. STEWART:  Now how do they work on

4    those skills when they're at a work site?

5            MS. NACLERIO:  The work site has built

6    into it a time during the day when they do

7    academics, and a time during the day when they go

8    out and work in the community-based program.

9            MS. STEWART:  Okay.  And that's even for

10   students that do the full time--

11           MS. NACLERIO:  (Interposing) Yes.

12           MS. STEWART:  --vocational program?

13           MS. NACLERIO:  Yes.

14           MS. STEWART:  Okay.  I don't have

15   anything else, Miss Naclerio.

16           MS. SEN:  Miss Naclerio, do you know how

17   long students at work sites spend working on

18   academics every day who are in full time

19   vocational programs?

20           MS. NACLERIO: Between one and two hours

21   a day, depending on the program and the agreement

22   they have with the community based work study

23   site.

24           MS. SEN:  Okay.  Thank you.

25           HEARING OFFICER NOE:  Thank you for your

16

1    testimony.

2            MS. NACLERIO:  Okay.  Thank you.

3            HEARING OFFICER NOE:  Okay.  Do we have

4    another witness?

5            MS. STEWART:  Okay.  I'm going to hang

6    up.  My second witness is not available till 2.

7    I mentioned that during--we had a conference

8    back--

9            HEARING OFFICER NOE:  (Interposing)

10   Okay.  Do you want to call a witness?  Okay.  I

11   have to tell you it's a pleasure listening to

12   this interpreter interpret after I have gone

13   through three and four Russian interpreters who

14   have stared at me, and I have to remember to

15   remind them that they are here to interpret.  I

16   can't even begin to tell you what a pleasure this

17   is.  We have had such difficulty.  It's been

18   very, very discouraging, because if I don't

19   remember to tell them to interpret, they stand

20   there, and I'm not exactly sure why they think

21   they're here, but this is a pleasure.

22           MS. PENA:  Thank you.

23           HEARING OFFICER NOE:  Thank you.  This

24   interpreter that we have is pretty good.  We need

25   to hold onto her.  Okay.  So who do you want to

A387

17

1    call?

2         MS. SEN:  I am going to call Katherine

3    Hibbard.

4         HEARING OFFICER NOE:  Okay.

5         MS. STEWART:  It's J████'s current math

6    and literacy teacher.

7         HEARING OFFICER NOE:  Okay.  That's

8    Exhibit I.  Go ahead.  We'll go off the record

9    while she's trying to get her on the phone.

10         (OFF THE RECORD)

11         (ON THE RECORD)

12         MS. KATHERINE HIBBARD:  Hi.  Kate

13    Hibbard.

14         MS. SEN:  Hi, Kate.  It's Amanda.

15    You're on--we're here at the hearing, and you're

16    going to be called for cross-examination now.

17         MS. HIBBARD:  Okay.  Hi, Amanda.

18         MS. SEN:  Hi.

19         HEARING OFFICER NOE:  We're on the

20    record, right?  Okay.  Good.  This is Hearing

21    Officer Mary Noe.  We are here at the impartial

22    hearing for ████ s████.  Do you swear or

23    affirm to tell the truth?

24         MS. HIBBARD:  I do.

25         HEARING OFFICER NOE:  Okay.  State your

18

1    name and whatever position you hold.

2         MS. HIBBARD:  My name is Katherine

3    Strong Hibbard, and I am holding a position at

4    the Skills Program at Cooke Center Academy as

5    head teacher of literacy and mathematics.

6         HEARING OFFICER NOE:  Okay.  You want to

7    get her affidavit in?

8         MS. SEN:  Yes.

9         HEARING OFFICER NOE:  Go ahead.  You

10    have to kind of go through it and just identify

11    that she signed it, that she testifies that all

12    of this was true, and…

13         MS. SEN:  So, Miss Hibbard, you signed

14    an affidavit on May 10th, 2013, correct?

15         MS. HIBBARD:  Correct.

16         MS. SEN:  Okay.  And do you attest that

17    everything in the affidavit was and still is

18    true?

19         MS. HIBBARD:  Yes, I do.

20         HEARING OFFICER NOE:  Okay.  Do you have

21    any objection?

22         MS. STEWART:  No.

23         MS. HIBBARD:  No objection.

24         HEARING OFFICER NOE:  Well, everybody's

25    in agreement with that, so we'll allow that into

A388

19

1    evidence.

2         (Whereupon, Parents' Exhibit A was

3    admitted into evidence.)

4         HEARING OFFICER NOE:  Now we have some

5    questions for you from the District's attorney.

6    Go ahead.

7         MS. STEWART:  Okay.  Miss Hibbard, did

8    you review any documents in preparation for your

9    testimony today?

10         MS. HIBBARD:  Yes, I did.

11         MS. STEWART:  What did you review?

12         MS. HIBBARD:  I reviewed the affidavit

13    that was just admitted, and I reviewed my files

14    on J███, who's discussed as ████, but who has

15    asked to be referred to as ████, so I will refer

16    to him as ████, and I've reviewed my files in my

17    classroom so that I have a refreshed memory as to

18    his functional levels.

19         MS. STEWART:  Okay.  Did you review any

20    other affidavits aside from your own?

21         MS. HIBBARD:  No, I did not.

22         MS. STEWART:  Okay.  Miss Hibbard, what

23    grades are your certifications in?

24         MS. HIBBARD:  I am certified in middle

25    childhood education.

20

1         MS. STEWART:  Okay.  And is that special

2    education or general education?

3         MS. HIBBARD:  Yes, I'm dual certified in

4    middle childhood education and in special

5    education.

6         MS. STEWART:  Miss Hibbard, there are

7    only about 36 students in the Cooke Skills

8    Program, right?

9         MS. HIBBARD:  That's about correct, I

10    think.

11         MS. STEWART:  Can you explain what the

12    Cooke Skills Program is?

13         MS. HIBBARD:  Yes.  I can explain it in

14    my own words.  The Cooke Skills Program is a

15    transition program designed to help students with

16    special needs prepare for post-secondary life.

17         MS. STEWART:  Okay.  And how do you help

18    them prepare for post-secondary life?

19         MS. HIBBARD:  I help them prepare for

20    post-secondary life by helping them use their

21    knowledge of academic skills in literacy and

22    mathematics, and take that knowledge and apply it

23    in real-life setting and situations that they

24    would experience at home, in the work force, and

25    in the community.

A389

21

1        MS. STEWART:  Okay.  How many students
2    are in your class at the beginning of the school
3    year?
4        MS. HIBBARD:  In █████'s class at the
5    beginning of the school year, there were six
6    students.
7        MS. STEWART:  Okay.  And you've been
8    █████'s teacher since September, right?
9        MS. HIBBARD:  That's correct.
10        MS. STEWART:  Do you know how many
11    students were in his class during the summer?
12        MS. HIBBARD:  I do not know.
13        MS. STEWART:  And in your class, how
14    many students are in that class now?
15        MS. HIBBARD:  There are five students
16    now.
17        MS. STEWART:  Okay.  And in your class,
18    it's just you, correct?  There is no classroom
19    paraprofessional or assistant teacher?
20        MS. HIBBARD:  That's correct.  I am the
21    only teacher in the classroom.
22        MS. STEWART:  Now you mention in your
23    affidavit that █████ is a student that requires
24    frequent teacher check ins.  Are there other
25    students in your class that require frequent

22

1    teacher check ins?
2        MS. HIBBARD:  There is another student
3    who requires frequent teacher check ins.
4        MS. STEWART:  And you also mention that
5    he requires redirection.  Are there other
6    students in your class that require redirection?
7        MS. HIBBARD:  Yes.  Every--no.  Sorry.
8    Four of my student require frequent redirection.
9        MS. STEWART:  Okay.  Now in your
10    affidavit, you mention that █████ requires one-
11    to-one teaching to learn new material and a
12    teacher sitting next to him.  Is that correct?
13        MS. HIBBARD:  Yes, as my observations
14    show that he is unable to learn new material that
15    he's never been introduced to before without the
16    support of a one-to-one lesson.
17        MS. STEWART:  Okay.  So how much one-to-
18    one do you provide him on a typical day?
19        MS. HIBBARD:  I would say every day, he
20    gets seven minutes of one-to-one in his math
21    class, and in his literacy class, he gets about
22    eight or nine minutes of one-to-one every day.
23    Well, every time that he's in my class.  However,
24    I just want to add that on one day of the week in
25    our literacy class, █████ meets with me one-on-

A390

23

```
1     one for ten minutes in a scheduled reading
2     assessment and reflection meeting, and then in
3     math, there's one day a week where he meets with
4     me in a one-to-one setting, also for ten minutes.
5         MS. STEWART:  Okay.  And what are the
6     other students doing when you're meeting with him
7     one-to-one?
8         MS. HIBBARD:  On those days, they're set
9     aside so students are working on independent
10    projects, and they rotate through one-to-one
11    settings with me--those students who need to be
12    in a one-to-one setting in order to learn new
13    material.
14        MS. STEWART:  Okay.  Is ███ able to
15    work independently?
16        MS. HIBBARD:  Yes, he is able to work
17    independently on material that he's been made
18    very familiar with.
19        MS. STEWART:  Now in your affidavit, you
20    talk about his performance during the last school
21    year, but you weren't one of his last school
22    year, correct?
23        MS. HIBBARD:  I'm sorry.  Could you
24    refresh my memory?  Where do I mention how he
25    performed in the last school year?
```

24

```
1         MS. STEWART:  Number 15.  Halfway
2     through, you said prior to this year.
3         MS. HIBBARD:  Oh, thank you.  Yes.  So
4     may I clarify?
5         MS. STEWART:  No.  The question was, you
6     weren't his teacher last year, right?
7         MS. HIBBARD:  I was not his teacher last
8     year.
9         MS. STEWART:  Okay.  When did you first
10    meet J███?
11        MS. HIBBARD:  I met him when I saw in to
12    observe him as a student in his high school class
13    in 2012, and it was in the spring.  I forget the
14    month.
15        MS. STEWART:  And why were you observing
16    him in his--you described it as a high school
17    class--in spring 2012? Why were you observing
18    him?
19        MS. HIBBARD:  I was observing him in the
20    class, in his literacy class that he took before
21    coming into my classroom, because it's a practice
22    that skills, as any teacher should have this
23    practice, of observing the student before they
24    come into your classroom so you can prepare for
25    any accommodations or routines that should be
```

Ubiqus/Nation-Wide Reporting & Convention Coverage
Twenty-two Cortlandt Street – Suite 802, New York, NY 10007
Phone 212-227-7440 * 800-221-7242 * Fax 212-227-7524

Ubiqus/Nation-Wide Reporting & Convention Coverage
Twenty-two Cortlandt Street – Suite 802, New York, NY 10007
Phone 212-227-7440 * 800-221-7242 * Fax 212-227-7524

A391

25

1   established immediately upon entry into the

2   classroom.

3           MS. STEWART:  Okay.  And when you say

4   you observed him in a high school class, what do

5   you mean by high school class?

6           MS. HIBBARD:  The setting was similar to

7   our setting, that it's in a high school

8   classroom.

9           MS. STEWART:  Okay.  So when was the

10  determination made that he would be moving to the

11  Cooke Skills Program?

12          MS. HIBBARD:  I don't know.

13          MS. STEWART:  Was it made before you

14  observed him in the class in spring 2012--

15          MS. SEN:  (Interposing) Objection--

16          (Crosstalk)

17          MS. SEN:  --she doesn't know.

18          MS. STEWART:  I'm trying to clarify the

19  date, because maybe I can refresh her memory,

20  just like you asked my witness did you review the

21  IEP, was it in the last month, I'm asking a

22  clarified question.

23          MS. SEN:  I think she said she--

24          HEARING OFFICER NOE:  (Interposing) All

25  right.  I'll overrule.  If she has--if you can

26

1   narrow it down.  Did you hear the question?

2           MS. HIBBARD:  Could you repeat the

3   question?

4           HEARING OFFICER NOE:  Go ahead.

5           MS. STEWART:  The question was, do you

6   know if that decision was made prior to your

7   observation in spring 2012?

8           MS. HIBBARD:  I don't know.

9           MS. STEWART:  Well, would you have

10  observed him in his classroom in preparation for

11  coming to your classroom if he was not

12  transferring to the Skills Program?

13          MS. HIBBARD:  Yes, I observed several

14  classrooms that day in order to get an idea of

15  how the teachers were using routines and

16  accommodations in their classrooms.

17          MS. STEWART:  Miss Hibbard, how is the

18  determination made that a student will be in the

19  Skills Program, if you know?

20          MS. HIBBARD:  I don't know.

21          MS. STEWART:  Do you know who would know

22  that information?

23          MS. HIBBARD:  I could speculate.

24          HEARING OFFICER NOE:  Don't speculate.

25          MS. SEN:  Please don't speculate

**A392**

27

1          MS. HIBBARD:  Okay.  I won't speculate.
2     I don't know.
3          MS. STEWART:  Miss Hibbard, the goals
4     that you have for--first of all, Miss Hibbard,
5     how many times have you testified this year?
6          MS. HIBBARD:  Several times.  I couldn't
7     give you a number for sure.
8          MS. STEWART:  Now the goals that you
9     have, and I don't have a specific…
10         HEARING OFFICER NOE:  If you're going
11    to--we have to put it in evidence.
12         MS. STEWART:  Okay.
13         HEARING OFFICER NOE:  Is there an IEP
14    that you're looking at?
15         MS. STEWART:  The March 2013 Cooke
16    Center Academy progress report.
17         HEARING OFFICER NOE:  Wait a second.
18    What…
19         MS. STEWART:  Nineteen.
20         HEARING OFFICER NOE:  Nineteen.
21         MS. STEWART:  Yes.
22         HEARING OFFICER NOE:  Any objection to
23    19 going into evidence?
24         MS. SEN:  No.
25         HEARING OFFICER NOE:  Okay.  19 is in

28

1     evidence.
2          (Whereupon, District Exhibit 19 was
3     admitted into evidence.)
4          HEARING OFFICER NOE:  So go ahead.
5          MS. STEWART:  Miss Hibbard, how do you
6     develop the content goals?  Are those goals the
7     same for all the students in your class?
8          MS. HIBBARD:  Sorry.  I'm just pulling
9     up that progress report.  The content goals…
10    Okay.  The content goals are not the same for
11    every student.  I develop those after observing
12    the student in my classroom during the trimester,
13    and I develop those--sorry.  Let me clarify
14    again.  I'm sorry.  I start out by writing my
15    curriculum, and creating and generating goals and
16    objectives that I want my students to be able to
17    master, and that the program and the program
18    coordinators want the students to be able to
19    master by the end of the year.  During the
20    trimester, typically actually during the first
21    two months, sometimes three months of the school
22    year, after observing the student, examining all
23    the reports on their functional levels and their
24    abilities, I am able to differentiate these goals
25    and objectives, that I've written for the

A393

29

1   students at the beginning of the year to better
2   fit their needs and to better meet them where
3   their skill level is, so to answer your question,
4   I develop the content goals on the progress
5   report for literacy and math, and they are
6   different for various students.
7       MS. STEWART:  You don't pull the content
8   goals from a bank of goals that the Cooke Center
9   maintains?
10      MS. HIBBARD:  There are some goals that
11  I have used from a Cooke bank, but most of the
12  goals I have been writing myself from a continuum
13  of goals that progressed from least challenging
14  to most challenging that I give to students, or
15  think are appropriate for students based on their
16  functional level.
17      MS. STEWART:  Okay.  Now you mentioned
18  that you teach him for math and literacy.  Is
19  that correct?
20      MS. HIBBARD:  Yes.
21      MS. STEWART:  And how often are your
22  math and literacy classes?
23      MS. HIBBARD:  I teach math and literacy
24  every day of the week, working week, and they are
25  55-minute periods.

30

1       MS. STEWART:  Okay.  So he is with you
2   for two 55-minute periods?
3       MS. HIBBARD:  Give me one moment to
4   confirm that.
5       MS. STEWART:  Are you looking at
6   something?
7       MS. HIBBARD:  Oh, I was going to
8   reference my attendance.
9       MS. STEWART:  Okay.  We don't have that
10  in evidence.  Can you just testify based on your
11  memory?
12      MS. HIBBARD:  Oh, sure.  Sorry.  Thank
13  you for checking on that.  Yes.  To the best of
14  my recollection, ███ is in my class for--I
15  think it's in my affidavit, actually.  Can I
16  reference that?
17      HEARING OFFICER NOE:  Yes.
18      MS. STEWART:  Yes, if it's in your
19  affidavit.
20      MS. SEN:  It's paragraph five.
21      MS. HIBBARD:  Yes.  Let me see…
22      MS. STEWART:  I don't even know.  What's
23  her affidavit?  What letter is it?
24      MS. HIBBARD:  Oh, here we go.  Yes.
25  Paragraph five--

**A394**

31

1          MS. STEWART:  (Interposing) Oh, I.
2          MS. HIBBARD:  --I wrote I spend two 55-
3   minute periods a day with ███.  I see him four
4   times per week for math, and four times per week
5   for literacy.  I also spend Wednesday--
6          (Papers Shuffling Near Mic)
7          MS. HIBBARD:  --with him on community
8   trips.
9          MS. STEWART:  Okay.  I don't have any
10  other questions, Miss Hibbard.
11         HEARING OFFICER NOE:  Do you have any
12  more questions?
13         (Background Conversation)
14         FEMALE VOICE:  She wants to step to the
15  restroom.
16         HEARING OFFICER NOE:  She can always
17  leave whenever she wants.  I'm not keeping her
18  here.  This… Okay?  So do you have any more
19  questions?
20         MS. SEN:  Yes.
21         HEARING OFFICER NOE:  Okay.  Go right
22  ahead.
23         MS. SEN:  Can you describe the range of
24  functioning of students in ███'s math and
25  literacy classes?

32

1          MS. HIBBARD:  Yes.
2          MS. STEWART:  I'm going to object to
3   that, as that's not--
4          HEARING OFFICER NOE:  (Interposing) I'm
5   sorry. I did not hear the question.
6          MS. STEWART:  Okay.
7          MS. SEN:  The range of functioning--
8          (Crosstalk)
9          HEARING OFFICER NOE:  What was your
10  question?
11         MS. SEN:  Can you describe the range of
12  functioning of the students in ███'s math and
13  literacy classes?
14         MS. STEWART:  I'm just objecting as
15  beyond the scope of my cross-examination.
16         HEARING OFFICER NOE:  I'll overrule it.
17  Can you do that for us?
18         MS. HIBBARD:  Yes.  Could you repeat the
19  question one more time?
20         MS. SEN:  Can you describe the range of
21  functioning of the students in ███'s math and
22  literacy classes?
23         MS. HIBBARD:  Yes, I can.  In J███'s
24  literacy class, all students are functioning at a
25  fourth grade level, either as an independent or

**A395**

33

1    instructional level, except for one student who
2    is functioning at an upper middle school level
3    independently, however, that student is
4    functioning on a fourth grade level in terms of
5    acquiring new vocabulary, so that student is able
6    to be at peer - - and work with the rest of the
7    group well and effectively . In math class, every
8    student is functioning on a fourth grade level.
9            MS. SEN:  Okay.  And do standardized
10   tests used by Cooke fully capture the skills
11   ███ has learned this year?
12           MS. HIBBARD:  No, they do not.
13           MS. SEN:  And can you explain why not?
14           MS. STEWART:  I'm going to object to
15   that, as beyond the scope of my cross-
16   examination.
17           HEARING OFFICER NOE:  Yeah.  Where--is
18   that in her affidavit?
19           MS. SEN:  No, but see…  When we had to
20   submit the affidavit so far ahead of time, I got
21   her affidavits the night before I had to submit
22   mine, and so--and I just got her opening
23   statement on Monday, and so I didn't have an
24   opportunity to know--
25           HEARING OFFICER NOE:  (Interposing) But

34

1    do you have a document that maybe we could put
2    into evidence that then you can ask her a
3    question about--
4            MS. SEN:  (Interposing) Yes.
5            HEARING OFFICER NOE:  --because it seems
6    to be that you're saying that I didn't know this
7    information, because a document just came--
8            MS. SEN:  (Interposing) The DOE's
9    opening statement.
10           HEARING OFFICER NOE:  Well, opening
11   statement is not a document--
12           MS. STEWART:  (Interposing) An opening
13   statement is not evidence.
14           HEARING OFFICER NOE:  --necessarily.
15   It's not documentary evidence--
16           (Crosstalk)
17           HEARING OFFICER NOE:  It's just whatever
18   her words are.
19           MS. SEN:  But if we hadn't been using
20   the affidavit scheme, I would have heard the
21   opening statement before I asked my original
22   directs--
23           HEARING OFFICER NOE:  (Interposing) But
24   whatever she says in her opening statement is not
25   documentary evidence, right?

**A396**

35

1    MS. SEN:  I had no way to know she would
2    be making that argument until she submitted her
3    evidence, and--
4          MS. STEWART:  (Interposing) Can we put
5    the witness on hold, just so she doesn't hear--
6          MS. STEWART:  (Interposing) But there's
7    - - evidence that--
8          (Crosstalk)
9          HEARING OFFICER NOE:  Yeah, well let's
10   see if you got any documentary evidence you want
11   to put in.
12         MS. SEN:  The DOE is submitting Number
13   14, the--
14         (Crosstalk)
15         HEARING OFFICER NOE:  Okay.  14, and
16   there's no objection by--Cooke Center assessment
17   portfolio ███, right?  And you have no
18   objection to that going into evidence.
19         MS. SEN:  No, but I would like to be
20   able to address it.
21         HEARING OFFICER NOE:  Yeah, so take it.
22   Now you got it.  It's in evidence.
23         (Whereupon, District Exhibit 14 was
24   admitted into evidence.)
25         MS. STEWART:  Well, then my objection

36

1    would be that I was doing my cross based on
2    what's in the witness's affidavit.  I didn't know
3    that the witness would be addressing standardized
4    test reports.  If she's going to be addressing
5    standardized tests reports, I would have
6    addressed it on cross.
7          MS. SEN:  But you can--
8          HEARING OFFICER NOE:  (Interposing)
9    Well, you can recross, and if these are actually
10   this student's standardized tests, which you are
11   familiar with, let's get it out, okay? So go
12   ahead.  You have it in evidence.
13         MS. SEN:  So Miss Hibbard, can you
14   explain?  You said that the standardized tests
15   used by Cooke do not fully capture the skills
16   ███ has done this year.  Can you explain why
17   not?
18         MS. STEWART:  I'm going to object just
19   to the form of that question, because she didn't
20   say the standardized tests used by Cooke do not
21   fully capture.
22         MS. SEN:  She did.  I--I'll ask the
23   first question again.  Let me start over.  Miss
24   Hibbard, do the standardized tests used by Cooke
25   fully capture the skills ███ has learned this

A397

37

```
 1    year?
 2              MS. HIBBARD:  No, they don't.
 3              MS. SEN:  Can you explain why not?
 4              MS. HIBBARD:  Yes, I can, and will
 5    elaborate on what - - affidavit in paragraph 20.
 6    It says--I just draw your attention to the
 7    section in the affidavit that says in addition to
 8    the academic progress noted in this progress
 9    report, there are areas of notable progress for
10    ████, and I think these touch on some of the
11    areas that he's shown a lot of progress in.
12    There are significant increases in progress.  His
13    sense of self-awareness and purpose is something
14    I mention, and by that I mean he is, as a writer,
15    he is more aware of the work that he is
16    producing.  He now re-reads his work and self-
17    edits his work, which is something he was not
18    doing at the beginning of this school year, and
19    he also writes with an awareness of who his
20    audience is.  For example, when he first came to
21    Skills, he would write the same thing, no matter
22    whether he was writing to an employer, a
23    supervisor, a friend, his parents, it would be
24    the same thing, but now he is able to change his
25    response--I'm sorry--change his writing style
```

38

```
 1    with sensitivity towards who he is writing to,
 2    which is an important part of self-awareness and
 3    awareness of audience.  He is also able to write
 4    now with a purpose, and by that I mean that he
 5    write with a reason for writing.  He will not--
 6    more than just being told to write and then
 7    writing, he'll identify that he should send an e-
 8    mail, or he should write this down, and then he
 9    knows why he is writing e-mail, or he'll know why
10    he's writing a note in the margins of a document
11    at work, or he'll know why he is writing down a
12    short summary after reading a paragraph in a non-
13    fiction book.  He'll say, because I need this
14    person's attention, or he'll say it's because I
15    don't want to forget this, or it's because I
16    think this will help me understand better, which
17    is huge progress towards ████ being an
18    independent reader who is making accommodations
19    for himself as someone with special needs.
20    Another point that I mention in the affidavit is
21    his ability to advocate for his needs in a formal
22    and informal social setting.  So ████ has--you
23    can see in the evidence submitted--
24              MS. STEWART:  (Interposing) I'm going to
25    object to--
```

A398

39

```
1          MS. HIBBARD:  --that he has--
2          (Crosstalk)
3          MS. STEWART:  --her answer as non-
4    responsive.  She's just reading the affidavit.
5          FEMALE VOICE:  Yeah.
6          MS. SEN:  Okay.  Miss Hibbard, can you
7    speak to ████'s math skills, and whether or not
8    his standardized tests speak to the math skills
9    that he may or may not have…
10         HEARING OFFICER NOE:  Well, what do the-
11   -
12         (Background Conversation)
13         MS. STEWART:  Right. And I was going to
14   object to that, because the report that I have
15   doesn't actually have standardized test scores
16   from the period that Miss Hibbard has been
17   working with him, so she hasn't actually
18   testified that she knows what his standardized
19   test scores are.
20         HEARING OFFICER NOE:  Well, did she take
21   these--did she give--did he take these tests
22   while he was in her class?
23         MS. STEWART:  I'm not actually sure if
24   she took them--
25         HEARING OFFICER NOE:  (Interposing)
```

40

```
1    Well, why don't you ask her?  Date taken, - -
2    math, I would imagine that's what we're talking
3    about, right?
4          MS. SEN:  No.  - - before her class.
5          HEARING OFFICER NOE:  Okay.  So how is
6    she going--what's the question?
7          MS. SEN:  So the question is whether or
8    not the standardized tests can accurately measure
9    ████'s academic skills. Miss Hibbard, can
10   standardized tests that J███ takes at Cooke
11   accurately measure his academic skills and his
12   academic growth?
13         MS. HIBBARD:  I don't believe so, and I
14   can explain why.  If you look at some of the
15   requirements for fourth and fifth grade level
16   skills in terms of reading, for example, fourth
17   and fifth grade--well, fourth, certainly and
18   fifth grade absolutely require things like
19   analytical skills, analytical skills being
20   identifying similarities and differences between
21   characters or events, making sense of reoccurring
22   patterns.  In math, you have to be able to notice
23   a pattern that happens over and over again in
24   data charts, and in literacy at a fourth and
25   fifth grade level, you have to use knowledge of
```

**A399**

41

1 character actions, of character motivations,
2 character feelings, and character--like physical
3 attributes of characters to determine character
4 traits, and because J███ is really challenged by
5 recall, he really struggles to hold facts in his
6 head, he struggles to remember vocabulary needed
7 to describe what he's seeing, he really struggles
8 with the verbal use of general--he might never be
9 able to produce some of the criteria that
10 standardized tests require to show mastery of
11 fourth and fifth grade level, however, he is able
12 to show some skills at a fourth or fifth grade
13 level.  For example, he is able to, you know,
14 identify and write with a purpose at a fourth
15 grade level, he's able to answer explicit
16 questions that involve fourth grade or fifth
17 grade level vocabulary, and that's because he's
18 studied and  he's worked hard to master these
19 skills, but you know, in some ways the questions
20 on some standardized tests, while J███ might not
21 ever be able to show full mastery of certain
22 areas, so he--it's sort of like for J███,
23 there's a lot of different skills that the
24 standardized--that tests assess for, and he's
25 mastered some, but not all of them, so it just

42

1 seems that he might not--and I emphasize might,
2 because anything's possible, but he might not be
3 able to show the skills that he has mastered on
4 standardized tests.
5    MS. SEN:  Okay.  So can you explain what
6 the point is of academic instruction for J███
7 right now?
8    MS. HIBBARD:  Yeah.  The point of
9 academic instruction is to take the academic
10 skills that he has mastered.  You know, he is
11 functioning at fourth grade level in literacy and
12 math to take--to meet him where he's at, to take
13 those skills and help him apply those academic
14 skills in the community that he lives in, in the
15 work environment that he will be transitioning
16 into, and into his home and social life, the idea
17 is that, you know, our students are bright and
18 intelligent people who use the skills that they
19 have--the academic skills, social skills, all
20 those skills that they have to be successful in
21 the real world.
22    MS. SEN:  Thank you.  I have--actually,
23 I want to address one other document in evidence-
24 -
25    HEARING OFFICER NOE:  (Interposing)

**A400**

43

1   Okay.  Go ahead.  Before we leave there, I just
2   have one questions for you.  Do you know what Q-
3   R-I means?
4           MS. HIBBARD:  Yes, I do.
5           HEARING OFFICER NOE:  What does that
6   mean?
7           MS. HIBBARD:  Qualitative Reading
8   Inventory.
9           HEARING OFFICER NOE:  Okay.  What
10  document do you want to put in evidence?
11          MS. SEN:  Well, I don't want to put it
12  in evidence.  It's the DOE's skills program
13  description.
14          HEARING OFFICER NOE:  Which number is
15  that?
16          MS. STEWART:  It's one of the later
17  ones.  25.  I have it marked as 25.
18          (Crosstalk)
19          MS. SEN:  The one I'm objecting to is 23
20  and 24.
21          HEARING OFFICER NOE:  Oh, I thought you
22  said…  Okay.  So the DOE is offering into
23  evidence the Cooke Center Academy Skills Program
24  description, five pages.  And there's no
25  objection?

44

1           MS. SEN:  No objection.
2           HEARING OFFICER NOE:  Okay.
3           (Whereupon, District Exhibit 25 was
4   admitted into evidence.)
5           HEARING OFFICER NOE:  So then--
6           (Crosstalk)
7           HEARING OFFICER NOE:  --you want to ask
8   her a question about that?
9           MS. SEN:  Miss Hibbard, have you read
10  the Skills Program description?
11          MS. HIBBARD:  Yes.
12          MS. SEN:  Okay.  And do you know who
13  wrote the Skills Program description?
14          MS. HIBBARD:  No.
15          MS. SEN:  Is the student-to-teacher
16  ratio 12:1:1 listed on page one an accurate
17  characterization of the program?
18          MS. HIBBARD:  No.
19          MS. SEN:  Okay.  Thank you. That's all.
20          HEARING OFFICER NOE:  Any other
21  additional questions?
22          MS. STEWART:  I do.  Miss Hibbard, you
23  said that at the beginning--well, you said that
24  ██████ is functioning at the fourth grade level in
25  ELA and  math, correct?

**A401**

45

1    MS. HIBBARD: Yes. That's according to
2 my teacher observations.
3    MS. STEWART: Okay. And is that where
4 he is functioning now or was it--
5    MS. HIBBARD: (Interposing) I'm not
6 able to look at my most recent teacher
7 observation data, but to the best of my
8 knowledge, he is functioning at approximately a
9 fourth grade level in--as an instructional level
10 in literacy, and he is functioning at a fourth
11 grade level in terms of fractions and decimals in
12 math.
13    MS. STEWART: Okay. Do you know where
14 he was functioning at the beginning of the year?
15    MS. HIBBARD: I believe he was
16 functioning at a 3.1 level, according to the
17 grade, which is a reading assessment, and a 3--
18 I'm not sure about the math. I think he was
19 functioning at about a high third grade level
20 when he entered into the program, according to
21 the GMADE, the math assessment.
22    MS. STEWART: GMADE, the math
23 assessment… Now do you know whether or not we
24 have--I'm not sure if we moved Exhibit 14 into
25 evidence already.

46

1    HEARING OFFICER NOE: No, but we can
2 move it in. Any objection, 14?
3    MS. STEWART: No, we did. We moved it
4 in.
5    HEARING OFFICER NOE: Did we?
6    MS. SEN: Because that's what I just--
7    HEARING OFFICER NOE: (Interposing) Oh,
8 that's right. She was--that's what she was just-
9 -
10    MS. STEWART: (Interposing) I know she
11 asked her about it. I wasn't sure if she moved
12 it in.
13    (Crosstalk)
14    HEARING OFFICER NOE: Yeah. No, no, no.
15    MS. STEWART: Okay. We have in evidence
16 as Exhibit 14 his student assessment portfolio.
17 Have you ever seen that sort of document? It
18 contains a grade level reading inventory, the--
19    MS. HIBBARD: (Interposing) Oh, yes,
20 yes. Thank you. Yes, I have.
21    MS. STEWART: The GMADE, Star math, and
22 best estimate chart?
23    MS. HIBBARD: Yes.
24    MS. STEWART: And have you reviewed
25 those scores in that…

A402

MS. HIBBARD: Yes, I have.

MS. STEWART: And now do you know if those scores--do you know if those scores are inaccurate for J[redacted]?

MS. HIBBARD: I would say that they are not a full representation of his abilities and skills, so with that said, then yes, these are an inaccurate representation of his abilities and skills.

MS. STEWART: Okay. So it's your testimony that these scores are inaccurate? Miss Hibbard?

MS. HIBBARD: Sorry. I believe that these are accurate as so far as they assess his math and literacy functioning levels, however, I have mentioned in this testimony that there are other skills that define his literacy and math skills that are not assessed by the GMADE and the grade.

MS. STEWART: Okay. Now we also have in evidence, aside from the GMADE and the Gray (phonetic) Score history, we also have leveled reading assessments. Do you know what that is?

MS. HIBBARD: Leveled reading assessment… I'm not sure what you're talking





about.

MS. STEWART: Okay. So how do you use the standardized test scores at Cooke?

MS. HIBBARD: When the student first come into my classroom, I have pre-read their standardized academic scores, and I use that to decide which or what grade level to start my formative assessments on.

MS. STEWART: Okay. I don't have anything else, Miss Hibbard.

HEARING OFFICER NOE: Anything else? Thank you for your testimony.

MS. HIBBARD: Thank you.

HEARING OFFICER NOE: Okay. Do you want to call your witness, see if you can get them on the phone?

MS. STEWART: What time is it? 1:09?

HEARING OFFICER NOE: 1:09.

MS. STEWART: All right, but…

HEARING OFFICER NOE: But you think it's only at two?

MS. STEWART: She has an IEP meeting at one, so unless that person did not show up, she is not going to be available, but--

HEARING OFFICER NOE: (Interposing) I

49

1   see. All right. Do you want to call another

2   witness?

3           MS. STEWART: I could try her.

4           MS. SEN: Yeah, I can keep…

5           HEARING OFFICER NOE: You could keep

6   going? What I want to ask you both is if we can-

7   -because I doubt we're going to get through and

8   I've got a Russian interpreter that's nowhere

9   near the quality of this interpreter, and I don't

10  want to let go of her, because I've done this

11  four times now with this Russian, different

12  Russian interpreters. May 29th at 9 a.m.? She's

13  okay.

14          MS. STEWART: I'm not available. I'm

15  actually on vacation that entire week.

16          HEARING OFFICER NOE: Okay. What is

17  your availability after that?

18          MS. STEWART: June 3rd and June 4th I also

19  have hearings. I have June 3rd--the first day I

20  come back from vacation June 4th, I also have a

21  second hearing, so I believe I am available the

22  5th, 6th, and the 7th, but--

23          HEARING OFFICER NOE: (Interposing) And

24  what about a date next--

25          MS. STEWART: (Interposing) --check my

50

1   calendar.

2           HEARING OFFICER NOE: --possibly… Today

3   is the 16th. What about a date next week?

4           MS. STEWART: I can do any day next

5   week, except Thursday.

6           MS. SEN: I am only available on Friday.

7           HEARING OFFICER NOE: I don't know.

8   You're available on Friday as well?

9           MS. STEWART: Yes.

10          HEARING OFFICER NOE: That's the 24th?

11  Can we put this--is that--you're available on

12  Friday? Can we put this on for the 24th at 1:00?

13          MS. STEWART: Okay.

14          MS. SEN: Okay.

15          HEARING OFFICER NOE: Does that work for

16  both of you?

17          MS. STEWART: Yes.

18          HEARING OFFICER NOE: Okay. So now what

19  should we do? Should we go forward?

20          (Background Conversation)

21          MS. SEN: Oh, right.

22          HEARING OFFICER NOE: That's the

23  Memorial Day Weekend?

24          MS. SEN: The school might--yeah. I

25  don't have a school calendar with me.

**A404**

51

1    HEARING OFFICER NOE:  Do you want to
2    check?
3         MS. STEWART:  Well, the schools should
4    be closed the Monday, because the Monday is the
5    holiday, but I don't know if--
6         (Crosstalk)
7         HEARING OFFICER NOE:  Monday's the
8    holiday.
9         MS. STEWART:  --if they're leaving early
10   on Friday.
11        MS. SEN:  In June, they have so many
12   things going on.
13        HEARING OFFICER NOE:  No, no.  This May.
14   May 24th.
15        MS. SEN:  Oh, right.
16        HEARING OFFICER NOE:  It's the Friday
17   before Memorial Day Weekend.
18        MS. SEN:  Mary McDowell's closed.  I can
19   call someone and see--
20        HEARING OFFICER NOE:  (Interposing) Why
21   don't you call and see if you could find out?
22   Because then, you know, then we've got to really-
23   -she's on vacation the next week, and then June,
24   and… Could you see if you can find out?
25        MS. SEN:  Yeah.  Just called someone - -

52

1    .  You know what?  One of my witnesses is never
2    available on Fridays.
3         (Background Conversation)
4         HEARING OFFICER NOE:  Okay.
5         MS. SEN:  I just tried to call her and
6    remembered she is never available on Fridays,
7    anyway.
8         HEARING OFFICER NOE:  How about June 6th?
9         MS. SEN:  Yeah. The student has an IEP
10   meeting on June 6th.  June 5th?
11        HEARING OFFICER NOE:  June 5th, I can't
12   do.
13        MS. SEN:  How about June 7th?
14        HEARING OFFICER NOE:  June 7th I could
15   do, but you said your witness is never available
16   on Friday.
17        MS. SEN:  Right.
18        HEARING OFFICER NOE:  Can't they put the
19   IEP over for another day?
20        MS. STEWART:  Probably not.  They're…
21        HEARING OFFICER NOE:  But how long--
22        MS. STEWART:  (Interposing) The IEP
23   meeting probably won't last all day, but--
24        HEARING OFFICER NOE:  (Interposing)
25   Yeah, how long does the IEP meeting take?

**A405**

53

1    MS. SEN:  What time is the IEP meeting?
2    MS. M████ (THROUGH INTERPRETER):  I
3  don't remember, but it's in the morning, early.
4    HEARING OFFICER NOE:  It's in the
5  morning early, so why can't we meet in the
6  afternoon?
7    (Crosstalk)
8    HEARING OFFICER NOE:  Okay?  You'll let
9  us know?
10    MS. SEN:  Okay.  Yes.
11    MS. STEWART:  June 6th is Thursday?
12    MS. SEN:  I'll confirm that.
13    HEARING OFFICER NOE:  June 6th is
14  Thursday.  6/6, and what I'm going to say right
15  now is 12, but you're going to call me and let me
16  know or e-mail me, all right?
17    MS. SEN:  Yeah.
18    MS. STEWART:  Is there any way I can
19  just check, log online just to make sure I don't
20  have a hearing that day?  I know I have one the
21  Monday and Tuesday--
22    HEARING OFFICER NOE:  (Interposing) Go
23  ahead.
24    MS. STEWART:  --and I don't think I have
25  one on the 6th.

54

1    HEARING OFFICER NOE:  It will be helpful
2  if you let us know.
3    HEARING REPORTER:  Do you still need to
4  be on record or--
5    HEARING OFFICER NOE:  (Interposing) You
6  could go off the record.
7    HEARING OFFICER NOE:  Hello.  Can you
8  hear us?
9    MS. EVELYN ALVAREZ:  Yes, I can.
10    HEARING OFFICER NOE:  Good.  My name is
11  Mary Noe.  I'm the Hearing Officer, and we are
12  here in an impartial hearing for ████ ███.
13  Do you swear or affirm to tell the truth?
14    MS. ALVAREZ:  Yes, I do.
15    HEARING OFFICER NOE:  State your name
16  and whatever position you hold.
17    MS. ALVAREZ:  Evelyn Alvarez, special ed
18  teacher, assigned.
19    HEARING OFFICER NOE:  Special ed teacher
20  what?
21    MS. ALVAREZ:  Assigned.
22    HEARING OFFICER NOE:  Okay.  You don't
23  have the phone on speaker phone, do you?
24    MS. ALVAREZ:  Yes, I did.
25    HEARING OFFICER NOE:  You should take it

A406

55

```
1    off speaker phone.
2         MS. ALVAREZ:  Okay.  So I'm Evelyn
3    Alvarez, the special ed teacher assigned.
4         MS. STEWART:  Okay.  Can you raise the
5    volume on your side?
6         HEARING OFFICER NOE:  Well, she can't--
7         (Crosstalk)
8         HEARING OFFICER NOE:  Yeah, that's a
9    hand set.  We're going to need you then to shout,
10   okay?
11        MS. ALVAREZ:  Okay.
12        HEARING OFFICER NOE:  That's good.  Just
13   keep your voice up.  Go ahead. Do you want to get
14   this affidavit in?
15        MS. STEWART:  Okay.  The DOE has Miss
16   Alvarez affidavit right now marked as Exhibit 22,
17   and would like to move it into evidence as her
18   direct testimony.
19        HEARING OFFICER NOE:  Miss Alvarez, did
20   you see this affidavit?
21        MS. ALVAREZ:  Yes, I did.
22        HEARING OFFICER NOE:  Do you swear that
23   this affidavit is accurate when it was written,
24   and it's accurate today?
25        MS. ALVAREZ:  Correct.  Yes.
```

56

```
1         HEARING OFFICER NOE:  Okay.  Any
2    objection?
3         MS. SEN:  No.
4         HEARING OFFICER NOE:  That's 21 in
5    evidence.  You got to scream, okay, Miss Alvarez?
6         MS. ALVAREZ:  Yes, ma'am.
7         MS. STEWART:  That is 22.
8         HEARING OFFICER NOE:  It's 22--
9         MS. STEWART:  (Interposing) Affidavit of
10   Alvarez is--
11        HEARING OFFICER NOE:  (Interposing) I'm
12   sorry.  Right.  It's 22.  Thank you.  22 in
13   evidence.
14        (Whereupon, District Exhibit 22 was
15   admitted into evidence.)
16        HEARING OFFICER NOE:  We have some
17   questions here from the Parent's attorney.
18        MS. SEN:  Okay.  Miss Alvarez, your
19   affidavit states that the attendees at J████'s
20   annual review on May 22nd 2012 were you, DOE
21   psychologist Aminah Lucio (phonetic), Cooke
22   Center representative Sally Ord, Cooke Center
23   teacher, Beth Sullivan, and J████'s Mother, Miss
24   M████.  Is that correct?
25        MS. ALVAREZ:  Correct.
```

**A407**

57

```
 1            MS. SEN:  And you state in your
 2    affidavit that the team recommended a 12:1:1
 3    classroom in District 75 placement, correct?
 4            MS. ALVAREZ:  Correct.
 5            MS. SEN:  And when you say the team, who
 6    did you mean?
 7            MS. ALVAREZ:  Everyone that was present.
 8            MS. SEN:  So you're saying that--
 9            MS. ALVAREZ:  (Interposing) - - everyone
10    that was present, me and the psychologist.
11            MS. SEN:  Okay.  So you and the
12    psychologist recommended a 12:1:1 classroom in a
13    D. 75 placement?
14            MS. ALVAREZ:  Correct.
15            MS. SEN:  Okay.  So it wasn't a
16    consensus.
17            MS. ALVAREZ:  No.
18            MS. SEN:  Okay.  So under this IEP, this
19    May 22nd, 2012 IEP, can ████ be placed in a  part
20    time vocational program?
21            MS. ALVAREZ:  Could he be placed in a…
22            MS. SEN:  Yes.  Would this--
23            (Crosstalk)
24            MS. SEN:  Could he be?  Would this IEP
25    allow him to be placed a part time vocational
```

58

```
 1    program?
 2            MS. ALVAREZ:  He could be involved in a
 3    school that provided skills--vocational skills.
 4            MS. SEN:  Okay.  And under this IEP,
 5    could he be placed in a vocational program that
 6    is full time, a full-day work site?
 7            MS. ALVAREZ:  I think he would benefit
 8    from both.
 9            MS. SEN:  Okay.  But what I'm asking is
10    not what ████ would benefit from, but what the
11    IEP would allow.
12            MS. ALVAREZ:  In a 12:1:1, he would get
13    both, academic and vocational.
14            MS. SEN:  Okay.  So could the IEP be
15    properly implemented if he was at a work site
16    where he spent only an hour or two of the day
17    doing academics?
18            MS. ALVAREZ:  Yeah, if they were
19    teaching life skills.
20            MS. SEN:  Okay.  Sorry.  So what I'm
21    asking you is, does the IEP specify the amount of
22    time that ████ should spend working on academic
23    skills versus vocational training?
24            MS. ALVAREZ:  I don't think an IEP can
25    do that.
```

Ubiqus/Nation-Wide Reporting & Convention Coverage
Twenty-two Cortlandt Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

A408

59

1          MS. SEN:  Okay.  So it does not specify.

2          MS. ALVAREZ:  Absolutely not.  No.

3          MS. SEN:  Okay.

4          HEARING OFFICER NOE:  You got to scream,

5     okay?

6          MS. ALVAREZ:  Okay.

7          HEARING OFFICER NOE:  Thank you.

8          MS. SEN:  So the IEP wouldn't inform the

9     parent how much of her child's time would be

10    spent in vocational versus academic skills

11    acquisition?

12         MS. ALVAREZ:  The school the child was

13    placed in would provide that information.

14         MS. SEN:  Okay.

15         HEARING OFFICER NOE:  I--yeah.  You

16    really, really have to--I understand it's

17    difficult, but you got to scream.  You're a

18    school teacher, right?

19         MS. ALVAREZ:  Yes, I am.

20         HEARING OFFICER NOE:  So then you should

21    know how to scream.

22         MS. ALVAREZ:  I don't scream.

23         HEARING OFFICER NOE:  Well, it's not a

24    bad idea.  It's called, you know, cranking up the

25    volume, okay?

60

1          MS. ALVAREZ:  Okay.  Could you hear me

2     now?

3          HEARING OFFICER NOE:  We can.

4          MS. ALVAREZ:  Okay.

5          MS. SEN:  Could you repeat your last

6     answer, please?

7          MS. ALVAREZ:  I forgot what I said.

8          MS. SEN:  I believe you said that a

9     school placement would provide--

10         MS. ALVAREZ:  (Interposing) Right.  So

11    once the child's at the school, you know, then

12    the parent would know what's going on.

13         MS. SEN:  Okay.  But before a child

14    enrolled in a school, the parent wouldn't know

15    what her child's educational program would be.

16         (Crosstalk)

17         MS. ALVAREZ:  --the IEP, it's--you know,

18    it's telling you what they would cover, what

19    vocational skills would be covered.

20         MS. SEN:  But it wouldn't tell the

21    parent how much time would be spent--

22         MS. ALVAREZ:  (Interposing) How many

23    hours?  No.

24         MS. SEN:  Okay.  And--

25         MS. ALVAREZ:  (Interposing) Even the

**A409**

61

1    cognitive skills don't tell you how much hours,

2    or how much time is spent on reading or writing

3    or--it just says what - - should be covered.

4          MS. SEN:  Thank you, Miss Alvarez. In

5    paragraph 27 of your affidavit, you stated that

6    Miss Ord reported that ███ was in a math class

7    with a 12:1:1 student-to-teacher ratio.  Is it

8    your testimony that Miss Ord told you that J███

9    was in a math class with 12 students, a teacher,

10   and a paraprofessional?

11         MS. ALVAREZ:  Yes.  There's a sound on

12   your end of the phone.

13         MS. SEN:  Well, there's a translator.

14         MS. ALVAREZ:  Okay.  Now I can--yes.

15         MS. SEN:  So you told me that she told

16   you that there were 12 students, a teacher, and a

17   paraprofessional.

18         MS. ALVAREZ:  Yes.  That's what she

19   stated.

20         MS. SEN:  So she did not tell you,

21   you're saying, that there are 12 students, a

22   teacher, and an assistant teacher?

23         MS. ALVAREZ:  Say that again?

24         MS. SEN:  You're saying that she did not

25   tell you that there were 12 students, a teacher,

62

1    and an assistant teacher.

2         MS. ALVAREZ:  That's a 12:1:1.

3         MS. SEN:  Okay.  So are you saying that

4    to you, a paraprofessional is the same as an

5    assistant teacher?

6         MS. ALVAREZ:  It's a 12:1:1, a para.

7         MS. SEN:  I am asking you what Miss Ord

8    told you.  Do you remember what Miss Ord told you

9    in the meeting or--

10         MS. ALVAREZ:  (Interposing) - - is a

11   12:1:1.  12--

12         HEARING OFFICER NOE:  (Interposing) You

13   got to keep your--we can't hear you.

14         MS. ALVAREZ:  There's 12 teachers, one

15   student, and a para.

16         MS. SEN:  Okay.  Are you aware that in

17   Cooke's classes with 12 students, they have a

18   head teacher and an assistant teacher?

19         MS. ALVAREZ:  Unless they tell us

20   otherwise--

21         HEARING OFFICER NOE:  (Interposing) Tell

22   us what?

23         (Crosstalk)

24         MS. ALVAREZ:  Unless they tell us

25   otherwise--

**A410**

63

1          (Crosstalk)

2          MS. ALVAREZ:  --an assistant--

3          (Crosstalk)

4          HEARING OFFICER NOE:  I can't hear a

5    thing--

6          MS. STEWART:  Miss Alvarez?

7          HEARING OFFICER NOE:  The phone is--

8          (Coughing)

9          (Crosstalk)

10         MS. STEWART:  I'm sorry.  This is

11   Brittania.  We are having a--you're coming across

12   like in a whisper.  Is there another room that

13   may have a better phone?

14         MS. ALVAREZ:  Yeah, okay.  I'll try.

15         MS. STEWART:  Will that be okay, because

16   I--

17         HEARING OFFICER NOE:  (Interposing)

18   Sure.  Hang up and call us again?  Is that what

19   she's going to do?

20         MS. SEN:  I can't hear anything she's

21   saying.

22         HEARING OFFICER NOE:  I can't hear--

23         MS. STEWART:  (Interposing) Yeah, she's

24   going to try and find another room.

25         HEARING OFFICER NOE:  Okay.  Let's go

64

1    off the record.

2          (OFF THE RECORD)

3          (ON THE RECORD)

4          MS. SEN:  So, Miss Alvarez, we were

5    talking about--

6          MS. ALVAREZ:  (Interposing) A 12:1:1.

7          MS. SEN:  Right.  And so what I am

8    asking you is, you said in your affidavit that

9    you had over 100 meetings with Miss Ord.  Is that

10   correct?

11         MS. ALVAREZ:  Yes.

12         MS. SEN:  And has Miss Ord ever

13   explained to you that Cooke has assistant

14   teachers and head teachers in its classroom--

15         MS. ALVAREZ:  (Interposing) Is this

16   teacher certified or--if it's not certified, a

17   12:1:1, a para?

18         MS. SEN:  I'm not asking you to

19   interpret Cooke's ratio.  I'm asking you what

20   Miss Ord told you.

21         MS. ALVAREZ:  I'm not sure.  I don't

22   remember.

23         MS. SEN:  Okay.  So you don't even

24   remember if Miss Ord has told you that they have

25   assistant teachers instead of paraprofessionals.

**A411**

65

1        MS. ALVAREZ:  I don't remember.

2        MS. SEN:  Okay. And so you don't have

3 any understanding of Cooke's assistant teacher

4 role in the classroom?

5        MS. ALVAREZ:  Not to my recollection.

6        MS. SEN:  Okay.

7        MS. STEWART:  I'm going to object to

8 that question, just because we don't have any

9 evidence about an assistant teacher role in the

10 Cooke Center--

11        HEARING OFFICER NOE:  (Interposing)

12 Well, not only that, but she's a public school

13 teacher.  Why would she know what goes on in the

14 Cooke Center?

15        MS. STEWART:  Because she's had so many

16 meetings with Cooke in which they discuss this.

17        HEARING OFFICER NOE:  Okay.  If she

18 knows…

19        MS. SEN:  Okay.  Miss Alvarez?

20        MS. ALVAREZ:  Yes.

21        MS. SEN:  In the public schools, do

22 special education paraprofessionals provide

23 instruction--

24        MS. ALVAREZ:  (Interposing) They assist

25 with instruction.

66

1        MS. SEN:  They assist, but they do not

2 provide instruction themselves.  Is that correct?

3        MS. ALVAREZ:  But they assist with

4 instruction.

5        MS. SEN:  Okay.  But they do not provide

6 instruction--can you please just answer the

7 question--

8        MS. ALVAREZ:  (Interposing) Yes.  They

9 don't.

10        MS. SEN:  Okay. Thank you.  They do not-

11 -you said they don't.  Is that correct?

12        MS. ALVAREZ:  Correct.

13        MS. SEN:  Yes.  Okay.  And in paragraph

14 29 of your affidavit, you stated that Miss

15 Sullivan--you know what?  I'm going to take that

16 back.  You state in paragraph 33 of your

17 affidavit that the speech and language provider

18 recommended that ▮▮▮▮ continue to receive three

19 group sessions of speech and language therapy,

20 and that the team recommended speech and language

21 therapy in the exact amount J▮▮▮'s speech and

22 language therapist suggested.  Is this correct?

23        HEARING OFFICER NOE:  Hello?

24        MS. ALVAREZ:  Hello.  That's 33, you

25 said?

A412

67

1          MS. SEN:  Yes, paragraph 33.

2          MS. ALVAREZ:  There's a really weird

3    noise coming from your end.

4          HEARING OFFICER NOE:  It's the

5    interpreter.

6          MS. ALVAREZ:  Okay.

7          HEARING OFFICER NOE:  Keep your voice

8    up, okay?  Did you hear the question?

9          MS. ALVAREZ:  No, because it keeps on--

10   there's a sound on the phone that's interrupting

11   when she speaks.

12         HEARING OFFICER NOE:  All right.  Well,

13   here you go.  Here's the question.

14         MS. ALVAREZ:  Okay.  That's better.

15         MS. SEN:  You state in paragraph 33 of

16   your affidavit that the speech and language

17   provider recommended that █████ continue to

18   receive three group sessions of speech and

19   language therapy, and then that the team

20   recommended speech and language therapy in the

21   exact amount ████'s speech and language

22   therapist suggested.  I this correct?

23         MS. ALVAREZ:  Correct.

24         MS. SEN:  Okay.  And Miss Alvarez, what

25   is the speech and language recommendation in

68

1    ████'s IEP?

2          HEARING OFFICER NOE:  Do you know?

3          MS. ALVAREZ:  I'm looking.  Give me a

4    minute.

5          HEARING OFFICER NOE:  Well, it's not in

6    evidence, is it?

7          MS. SEN:  We can admit it into evidence.

8          HEARING OFFICER NOE:  Yeah.

9          MS. STEWART:  It's Exhibit 3, DOE's

10   Exhibit 3.

11         HEARING OFFICER NOE:  Exhibit 3 in

12   evidence?

13         MS. STEWART:  Not yet.  Oh, sorry.

14         HEARING OFFICER NOE:  She's not

15   objecting, right?

16         MS. STEWART:  No.

17         (Crosstalk)

18         HEARING OFFICER NOE:  Okay.  So--

19         MS. ALVAREZ:  (Interposing) Yes. It says

20   speech at 3 x 45.

21         HEARING OFFICER NOE:  Okay.

22         (Whereupon, District Exhibit 3 was

23   admitted into evidence.)

24         MS. SEN:  3 x 45, and is that

25   individual, or how many…  Or group service?

**A413**

69

1          MS. ALVAREZ:  Oh, it says individual.

2          MS. SEN:  Okay.  And so--

3          MS. ALVAREZ:  (Interposing) That

4    could've been just a typo.

5          MS. SEN:  Okay.  So you're testifying

6    that that's an error.

7          MS. ALVAREZ:  Yeah, that's an error.

8          MS. SEN:  Okay.  And you intended to

9    write group.

10          MS. ALVAREZ:  Yes.

11          MS. SEN:  Okay.  And--okay.  And, Miss

12    Alvarez, when did you receive--you testified in

13    your affidavit that Miss Ord gave you a

14    transition document.  When did you receive that

15    transition document?

16          MS. ALVAREZ:  It's always a few days

17    before the actual meeting.

18          MS. SEN:  Before the actual meeting.

19          MS. ALVAREZ:  Before the actual meeting.

20          MS. SEN:  Is it possible that she gave

21    it to you after the meeting?

22          MS. ALVAREZ:  No.

23          MS. SEN:  Okay.  Is there anything

24    written in your meeting minutes about transition?

25    We're going to have to admit that, too.

70

1          HEARING OFFICER NOE:  Okay.

2          MS. ALVAREZ:  No.

3          HEARING OFFICER NOE:  What page is that?

4          MS. SEN:  It's--

5          MS. STEWART:  (Interposing) Exhibit 11.

6          HEARING OFFICER NOE:  Eleven?  And these

7    are the Department of Education's, so you have no

8    objection.  Okay.  So that's 11.

9          (Whereupon District Exhibit 11 was

10    admitted into evidence.)

11          MS. ALVAREZ:  Eleven.

12          HEARING OFFICER NOE:  Go ahead.  Ask her

13    question.

14          MS. SEN:  Okay.  Is it possible that you

15    entered information from the transition document

16    into the IEP after the meeting?

17          MS. ALVAREZ:  Yes.

18          MS. SEN:  Okay.

19          MS. ALVAREZ:  And that's only because

20    Sally speaks for it with the parent at the

21    meeting

22          MS. SEN:  Okay.  But then you enter it

23    after the meeting.

24          MS. ALVAREZ:  Correct.

25          MS. SEN:  Not during the meeting.

**A414**

71

1         MS. ALVAREZ:  Just in case the opposes

2   to anything that's in it.

3         MS. SEN:  Okay.

4         HEARING OFFICER NOE:  You got to keep

5   your voice up.

6         MS. ALVAREZ:  Just in case--I'm sorry--

7   just in case parent opposes to anything.

8         MS. SEN:  But it's not written during

9   the meeting, you're saying.

10        MS. ALVAREZ:  No.

11        MS. SEN:  Okay.  And so can you explain

12   why there's no responsibility listed for each

13   transition activity in the IEP?

14        HEARING OFFICER NOE:  Can you answer

15   that question?

16        MS. ALVAREZ:  Yes.  Sally didn't provide

17   it.

18        HEARING OFFICER NOE:  I don't know who

19   Sally is.

20        MS. ALVAREZ:  Sally, Miss Ord.

21        MS. SEN:  She's the Cooke Center

22   representative.

23        MS. ALVAREZ:  Cooke's representative.

24   Right.

25        MS. SEN:  Is it your testimony that it's

72

1   the Cooke Center representative's responsibility

2   to write this IEP?

3        MS. ALVAREZ:  No, it's not, but they

4   spend most of their time with the child, so they

5   know more than we do.  They know the child, so

6   yes, so that part she overlooked so--and while

7   she was speaking to the parent there, the parent

8   did not object, so it's left as is.

9        MS. SEN:  Okay.  So your testifying it's

10   not your responsibility to ensure that the IEP is

11   complete?

12        MS. ALVAREZ:  It's my responsibility to

13   amend the IEP as we speak in the meeting.

14        MS. SEN:  Okay.

15        MS. ALVAREZ:  So if the parent the

16   objected to that section being blank--

17        MS. SEN:  (Interposing) You're also

18   testifying--

19        HEARING OFFICER NOE:  (Interposing)

20   Wait, wait, wait.  Let her finish.

21        MS. ALVAREZ:  If the parent objected to

22   that part being omitted, she would have--that

23   would have been brought to the table, and we

24   would've amended it right there and then.

25        MS. SEN:  But you're testifying that you

**A415**

73

```
 1    wrote the transition items--
 2           MS. ALVAREZ:  (Interposing) I didn't
 3    write the--I didn't write the transition. The
 4    transition is done at the school, and we speak
 5    about it.  At that point when the transition
 6    component is spoken about, Sally speaks for that
 7    transition component, as she speaks for the other
 8    components, too.
 9           MS. SEN:  Okay.  But you just testified
10    that you entered information--
11           MS. ALVAREZ:  (Interposing) I enter it.
12    Absolutely.
13           (Crosstalk)
14           MS. ALVAREZ:  I enter the information
15    that we discuss at the meeting, because I am the
16    only--Sally can't the--Miss Ord is unable to.
17           MS. SEN:  So you--but you entered it
18    after the meeting.
19           MS. ALVAREZ:  Absolutely.  I have to see
20    if anything needs to be amended, if things
21    weren't--you know, if the parent objected to it.
22           MS. SEN:  Okay.  And your testimony is
23    that Ms. Ord knows the student, and Cooke knows
24    the student better than you, so she is a better
25    person so determine what the student's program
```

74

```
 1    should be.
 2           MS. ALVAREZ:  I don't agree totally on
 3    that.  I didn't say that.
 4           MS. SEN:  Okay.
 5           MS. ALVAREZ:  She represents the school.
 6           MS. SEN:  Okay.
 7           MS. ALVAREZ:  As a whole.
 8           MS. SEN:  Ms. Alvarez, your affidavit
 9    states in paragraph 12 that you reviewed several
10    documents in order to refresh your recollection
11    about the meeting.  So is your testimony based
12    part on your memory of the meeting, and part on
13    what you read in those documents?
14           MS. ALVAREZ:  On both.
15           MS. SEN:  Okay.  So you don't recall
16    everything that happened in the meeting.
17           MS. ALVAREZ:  Pretty much so.
18           MS. SEN:  Okay, but not everything.
19           MS. ALVAREZ:  No, not everything. Pretty
20    much so.
21           MS. SEN:  And you stated in paragraph 8
22    that you did not include everything that was
23    discussed into your meeting minutes.  Is that
24    correct?
25           MS. ALVAREZ:  I don't write everything
```

A416

75

```
1    verbatim.
2            MS. SEN:  Okay.  And does the IEP itself
3    state everything that was discussed in the
4    meeting?
5            MS. ALVAREZ:  Absolutely.
6            MS. SEN:  Okay.  Everything.
7            MS. ALVAREZ:  It includes--yeah,
8    includes everything that was discussed at the
9    meeting.
10           MS. SEN:  Okay.  You stated that you
11   participate in over 100 IEP reviews with Miss
12   Ord.  Is that correct?
13           MS. ALVAREZ:  That's correct.
14           MS. SEN:  And how many total IEP reviews
15   have you participated in?
16           HEARING OFFICER NOE:  Total over how
17   many years?
18           MS. ALVAREZ:  How many--
19           MS. SEN:  (Interposing) Last year was
20   your first year in the school.
21           MS. ALVAREZ:  Yes, it was.
22           MS. SEN:  So how many total IEP reviews
23   did you participate in last year and up to this
24   point?
25           MS. ALVAREZ:  Over 100, 200.
```

76

```
1            MS. SEN:  Okay. And how many this year?
2            MS. ALVAREZ:  Over 200.
3            MS. SEN:  Okay.  Did you translate for
4    Ms. M███ during the IEP meeting?
5            MS. ALVAREZ:  Yes, I did.
6            MS. SEN:  Okay.  And did you translate
7    every word of the meeting?
8            MS. ALVAREZ:  Yes.
9            MS. SEN:  And you typed the meeting
10   minutes.
11           MS. ALVAREZ:  Yes.
12           MS. SEN:  And you typed the IEP itself?
13           MS. ALVAREZ:  After the meeting.
14           MS. SEN:  Okay.  And you participated in
15   the meeting.
16           MS. ALVAREZ:  And I participated in the
17   meeting.
18           MS. SEN:  And your testimony is that you
19   translated every word that was discussed in that
20   meeting--
21           MS. STEWART:  (Interposing) Now I just
22   want to object to this line of questioning--
23           (Crosstalk)
24           MS. STEWART:  --raised in the Due
25   Process Complaint--
```

**A417**

77

1    (Crosstalk)

2    HEARING OFFICER NOE:  Wait, wait, wait.

3    MS. ALVAREZ:  --then yes, it was.

4    HEARING OFFICER NOE:  Why can't anybody

5    ever advise their clients that this is a hearing,

6    when there's an objection, they have to wait?

7    Please.

8    MS. STEWART:  I had an objection, Miss

9    Alvarez.

10    MS. ALVAREZ:  I'm sorry.

11    HEARING OFFICER NOE:  So you have to

12    wait.

13    MS. ALVAREZ:  Okay.

14    MS. STEWART:  I objected to asking about

15    the translation issue, because it wasn't raised

16    in the Due Process Complaint as an issue.

17    MS. SEN:  I didn't ask - - in order to

18    address their repeated claims that the parent did

19    not raise in there many times - - the parent--

20    HEARING OFFICER NOE:  (Interposing) Can

21    you keep your voice up?

22    MS. SEN:  Oh, I'm sorry.  There are many

23    times--the DOE is raising the parent did not

24    raise, did not raise, and while I have other

25    arguments against that, another thing, that--

78

1    HEARING OFFICER NOE:  (Interposing) Is

2    the parent claiming that she did raise or didn't

3    raise it, because she didn't understand what was

4    going on?

5    MS. SEN:  Yes.

6    HEARING OFFICER NOE:  And that's in your

7    Due Process Complaint?

8    MS. STEWART:  That is not in the Due

9    Process Complaint.

10    MS. SEN:  No.  That's in response to the

11    DOE's arguments.

12    HEARING OFFICER NOE:  But you--but

13    you're not--

14    (Crosstalk)

15    HEARING OFFICER NOE:  But your own

16    Complaint doesn't have--

17    (Crosstalk)

18    MS. SEN:  --the parent is not

19    complaining about the translation of the meeting.

20    HEARING OFFICER NOE:  Okay.  So then why

21    are we going into this then?

22    MS. SEN:  Because if the DOE is saying

23    that parent's responsibility is to raise these

24    things, the parent didn't have an opportunity to

25    do so.  Not only was it not her responsibility,

Ubiqus/Nation-Wide Reporting & Convention Coverage
Twenty-two Cortlandt Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

Ubiqus/Nation-Wide Reporting & Convention Coverage
Twenty-two Cortlandt Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

**A418**

79

1    but the parent often did have an opportunity to
2    do so, because no one accurately translated what
3    was happening.
4          MS. STEWART:  And I object to that,
5    because that's not raised that no one accurately-
6    -and it's not raised in the Due Process
7    Complaint, in the parent's affidavits, and the
8    affidavits of anyone do not make that claim.
9          MS. SEN:  And I'm not making that as a
10   claim.  I'm saying that in response to the DOE's
11   claims.
12         HEARING OFFICER NOE:  Well, if it's in
13   response, then why wouldn't it be part of your
14   case-in-chief?  Certainly, translation and
15   understanding what's going on is a critical part,
16   whether it's your case or their case.
17         MS. SEN:  Yes.
18         HEARING OFFICER NOE:  So why wouldn't
19   you--why would you not have raised that, if in
20   fact--this is just a new defense because of
21   their--
22         MS. SEN:  (Interposing) No.
23         HEARING OFFICER NOE: --because of their
24   position?  I mean, translation is as basic as we
25   could get, isn't it?

80

1          MS. SEN:  Right.
2          HEARING OFFICER NOE:  And if, in fact,
3    your client--
4          (Crosstalk)
5          MS. SEN:  It didn't come to light that
6    my client did not understand everything that
7    happened in the meeting until after we understood
8    what the DOE was saying happened in the meeting,
9    because my client has no basis to understand that
10   she missed what was happening in the meeting.
11   She only speaks Spanish, so she only understood
12   what was told to her, and Miss Ord does not speak
13   Spanish, so she only understood--
14         HEARING OFFICER NOE:  (Interposing) But
15   has the--
16         MS. SEN:  --in English.
17         HEARING OFFICER NOE:  --but she's the
18   one who is bringing the claim.
19         MS. SEN:  Right, but she had no--
20         HEARING OFFICER NOE:  (Interposing)
21   She's the one who's saying the DOE failed to do
22   something.
23         MS. SEN:  Right, but--
24         (Crosstalk)
25         HEARING OFFICER NOE:  And--

A419

81

1          MS. SEN:  --what the DOE was saying
2     about what happened in the meeting, she did not
3     realize that things were said that she didn't
4     understand.
5          HEARING OFFICER NOE:  So then how could
6     she bring these charges if she didn't understand
7     what was saying--
8          MS. SEN:  (Interposing) Because there
9     are many other things that she's bringing the
10    claims - - .
11         HEARING OFFICER NOE:  But she is
12    challenging the IEP.
13         MS. SEN:  Yes.  And how much of what was
14    said.
15         HEARING OFFICER NOE:  But now we're
16    going to tear it apart, and see what she didn't
17    understand?  Okay.  What's the question to this
18    witness?  I'm a little confused by your position,
19    but what is the question to this witness?
20         MS. SEN:  I think she already answered,
21    but… Miss Alvarez, you said you translated for
22    Ms. M███ during the meeting?
23         MS. ALVAREZ:  After every section,
24    after--we stop, we pause, and I translate.  If
25    she had any further questions, it was brought to

82

1     the psychologist, it was brought to the table, so
2     she understood, and she had no further questions
3     when she left.
4          MS. SEN:  Okay.  But what I'm asking is
5     did you translate every word of the meeting?  Did
6     you translate everything that everyone said in
7     the meeting?
8          MS. ALVAREZ:  When we spoke again, after
9     every section, we spoke.
10         MS. SEN:  That's not my question, Miss
11    Alvarez--
12         (Crosstalk)
13         MS. ALVAREZ:  Yes, every word was
14    translated to her.
15         MS. SEN:  And I asked if you typed the
16    meeting minutes.
17         MS. ALVAREZ:  Yes, I did.
18         MS. SEN:  And that you typed the IEP
19    itself.
20         MS. ALVAREZ:  Right.
21         MS. SEN:  And that you participated in
22    the meeting.
23         MS. ALVAREZ:  Yes, I did.
24         MS. SEN:  Okay.  Miss Alvarez, can you
25    describe the triennial review process?

**A420**

83

1        MS. ALVAREZ:  On the triennial review,
2   we normally have testing done before, normally an
3   educational update before the meeting.
4        MS. SEN:  Before the meeting.  Okay.
5   And how often is that done for each student?
6        MS. ALVAREZ:  On the triennial, every
7   three years.
8        MS. SEN:  Okay. And so a component of
9   that process is consulting the parent about
10  whether evaluations or assessments need to be
11  conducted?
12       MS. ALVAREZ:  Correct.
13       MS. SEN:  And that's usually done before
14  the meeting.
15       MS. ALVAREZ:  Pardon?
16       MS. SEN:  And you said that's usually
17  done before the meeting?
18       MS. ALVAREZ:  Right, through a letter
19  that's sent--
20       MS. SEN:  (Interposing) Okay.  Through a
21  letter.  And so the DOE has a letter that it
22  sends the parent that indicates that it's a
23  triennial review?
24       MS. ALVAREZ:  Correct.
25       MS. SEN:  Okay.  And isn't it true that

84

1   prior to May 2008, the last triennial review for
2   ███ ███ was conducted in 2008?
3        MS. ALVAREZ:  I don't have anything that
4   I can refer back to.
5        MS. SEN:  Okay.  But you know that the
6   DOE did not itself conduct any evaluations at
7   least after the 2009 Kennedy evaluation?
8        MS. ALVAREZ:  Okay.  If that's what you
9   say, yes.
10       MS. SEN:  No, it's not if that's what I
11  say.  Is that true?
12       MS. ALVAREZ:  I don't know.  I don't
13  have any documents in front of me that I could
14  refer to.
15       MS. SEN:  So in the meeting, you did not
16  have any evaluations that were conducted after
17  the 2009…
18       MS. ALVAREZ:  We probably had the 2009,
19  and we had whatever updated assessments were done
20  in the school.
21       MS. SEN:  Okay. So if you had any--if
22  the DOE had conducted any assessments prior or
23  after 2009--after that 2009 Kennedy evaluation
24  that was written in June of 2009, you would've
25  had that in the meeting with you.

**A421**

85

1    MS. ALVAREZ:  Right, but the 2009
2    evaluation, we couldn't use that--
3         MS. SEN:  (Interposing) That's not my
4    question, Miss Alvarez--
5         MS. ALVAREZ:  (Interposing) --three
6    years.
7         MS. SEN:  It's just if there were any
8    DOE evaluations that had been done--
9         MS. ALVAREZ:  (Interposing) It would've
10   been in SESIS.
11        MS. SEN:  --correct?  Okay.  And so you
12   didn't have an adaptive functioning assessment in
13   front of you, did you?
14        MS. ALVAREZ:  No.
15        MS. SEN:  So that had not been done
16   since at least 2009, if it had ever been done?
17        MS. STEWART:  I'm going to object to
18   that, because I don't even know what an adaptive-
19   -
20        (Crosstalk)
21        MS. STEWART:  --functioning assessment
22   is.
23        HEARING OFFICER NOE:  I don't know what
24   you're talking about, either.
25        MS. SEN:  Ms. Alvarez, can you explain

86

1    what an adaptive functioning--
2         (Crosstalk)
3         MS. ALVAREZ:  --can explain it to us--
4         HEARING OFFICER NOE:  (Interposing)
5    Well, why do we need--is this a--wait, wait.
6    Does this student have an adaptive--do we have
7    one for--
8         MS. ALVAREZ:  (Interposing) Adaptive
9    physical ed?
10        HEARING OFFICER NOE:  Wait, please.
11        MS. ALVAREZ:  Sorry.
12        MS. SEN:  It's the non-existence of the
13   document that matters.
14        HEARING OFFICER NOE:  Well, you can't--
15   so we're going to talk to--we're going to ask her
16   for a non-existent document?
17        MS. SEN:  We're going to ask her if she
18   had one when she was--
19        HEARING OFFICER NOE:  (Interposing) But
20   it's non-existent. You just told me--
21        MS. SEN:  (Interposing) Right, but we're
22   not saying--
23        HEARING OFFICER NOE:  --so it doesn't
24   exist.
25        MS. SEN:  --claims is that there wasn't

A422

87

```
1      adequate evaluative data.
2              HEARING OFFICER NOE:  Okay, but you
3      can't ask he about a document that's not
4      existing--
5              MS. SEN:  (Interposing) I'm not asking
6      her to describe it.  I'm just asking her if she
7      had one.
8              HEARING OFFICER NOE:  Well, she didn't,
9      because we don't have it.
10             MS. SEN:  Okay.
11             HEARING OFFICER NOE:  There is none.
12             MS. SEN:  And you also did not have a
13     transition assessment.
14             MS. STEWART:  Again, I'm going to
15     object, because--
16             (Crosstalk)
17             MS. ALVAREZ:  --yes, we did have a
18     transition, which was provided by Sally Ord.
19             MS. SEN:  Is that one of the documents
20     in evidence?
21             HEARING OFFICER NOE:  How does she know
22     what's in evidence--
23             (Crosstalk)
24             MS. ALVAREZ:  That was part of the IEP,
25     that was what was put in the IEP.
```

88

```
1              HEARING OFFICER NOE:  She just--I just
2      looked at that, didn't I?  She just testified--
3              (Crosstalk)
4              HEARING OFFICER NOE:  --transition from
5      the Cooke Center.  That's what she's talking
6      about.
7              MS. ALVAREZ:  Right.
8              MS. SEN:  You're talking about the
9      transition goals--
10             MS. ALVAREZ:  (Interposing) And that's
11     in the IEP.
12             MS. SEN:  --that Sally Ord wrote up?
13             MS. ALVAREZ:  --provided by Cooke and
14     the school reports.
15             (Crosstalk)
16             MS. SEN:  Okay. So that's Item 6.
17             HEARING OFFICER NOE:  Is that Item 6?
18     Is that the one she's talking about?
19             MS. STEWART:  You know what?  I have
20     actually never heard of transition assessment.  I
21     don't know what she means by that.
22             MS. ALVAREZ:  But you said adaptive
23     phys?
24             MS. SEN:  I asked you about a transition
25     assessment, and you're saying--
```

A423

89

1        MS. ALVAREZ: (Interposing) The

2  transition assessment, part of the transition

3  component is in the Cooke report.

4        MS. SEN: Okay. So you're saying that

5  the Cooke transition report…

6        HEARING OFFICER NOE: Wait a second.

7  What are you talking about? Could you just tell

8  us what you're talking about?

9        MS. ALVAREZ: Are you speaking to me?

10       HEARING OFFICER NOE: Yes, Miss Alvarez.

11       MS. ALVAREZ: Hi. She's talking about

12  the transition component.

13       HEARING OFFICER NOE: And I am asking

14  you, what is it?

15       MS. ALVAREZ: Okay. It's how the kid is

16  going to transition from high school to a

17  vocational school, or what are his plans or his

18  dreams or his goals, and that's part of the Cooke

19  report.

20       HEARING OFFICER NOE: What Cooke report?

21  We've got like five documents that have the name

22  Cooke on it. Which one are you talking about?

23       MS. ALVAREZ: Okay. So… Okay. Let me

24  look through it. Normally part of the…

25       HEARING OFFICER NOE: Is she looking at

90

1  your Exhibits? Is that what she's looking at?

2       MS. STEWART: I did provide her a copy

3  of the Exhibits, and I also provided her a copy

4  of the disclosure list. I don't think she has

5  anything else.

6       MS. ALVAREZ: Let me see. Hold on.

7  That's a 2011-12. So you can see it on Exhibit 4-

8  12, which is part of the transition.

9       HEARING OFFICER NOE: Exhibit 4, page

10  12?

11       MS. ALVAREZ: Yes

12       HEARING OFFICER NOE: Okay. So this one

13  says course internships, content goals. Is that

14  what you are talking about?

15       MS. ALVAREZ: Yes. That's part of the--

16  yes, that's part of the internship vocational

17  skills, too. Let me see…

18       HEARING OFFICER NOE: So this is the

19  transition that you're talking about?

20       MS. ALVAREZ: Yeah, that's part of the

21  transition. Yes.

22       HEARING OFFICER NOE: Okay. So Exhibit

23  4, page 12, from actually, the Cooke Center,

24  correct?

25       MS. ALVAREZ: Correct.

**A424**

91

1          HEARING OFFICER NOE:  Okay.  That's the
2     transition--that's--
3          MS. SEN:  (Interposing) Is it your
4     testimony that this page is a transition
5     assessment?
6          MS. ALVAREZ:  It's part of it yes.  It's
7     part of the information we include into it.
8          MS. SEN:  Is there anything else?
9          MS. ALVAREZ:  Oh, I don't--not that I'm
10    seeing here in what's provided to me.
11         MS. SEN:  Okay.  So I--
12         MS. ALVAREZ:  (Interposing) - - send
13    electronically through Cooke, so there could be
14    something that's not here. Again, I don't have
15    access to--
16         MS. SEN:  (Interposing) Do you have
17    Exhibit 6, Miss Alvarez--
18         MS. ALVAREZ:  Yes, ma'am.
19         HEARING OFFICER NOE:  Is that the same
20    that you--
21         MS. ALVAREZ:  (Interposing) Hold on.
22    I'm looking at the IEP.  Okay. Go ahead.
23         HEARING OFFICER NOE:  Exhibit 6?  Can
24    you go to Exhibit 6?
25         MS. ALVAREZ:  Exhibit 6.  Yes, I am

92

1     here.  There you go.  That's part of that--yeah.
2          MS. SEN:  Okay.  So it's your testimony
3     that Exhibit 6, titled ████ █████ IEP
4     Transition--
5          MS. ALVAREZ:  (Interposing) Correct.
6          MS. SEN:  --page 4-12--
7          MS. ALVAREZ:  (Interposing) It's all
8     part of--
9          (Crosstalk)
10         MS. SEN:  --is the internship content
11    goals is ██████'s transition assessment?
12         MS. ALVAREZ:  Right.  So this transition
13    assessment normally comes--it's included in that
14    packet 4.
15         MS. SEN:  Okay.
16         HEARING OFFICER NOE:  Please wait until
17    the attorney has finished her question to start
18    speaking.
19         MS. ALVAREZ:  Okay.
20         HEARING OFFICER NOE:  You continually
21    start to speak before she has finished the
22    question, and then we don't have a good
23    transcript, okay?
24         MS. ALVAREZ:  Okay.
25         MS. SEN:  You said earlier that the DOE

**A425**

93

1    has a form that it sends to parents when a

2    triennial review is due, and that form was not

3    sent to Ms. M▇ before the May 2012 meeting,

4    correct?

5        MS. ALVAREZ:  What form?

6        MS. SEN:  The triennial review form-

7        MS. ALVAREZ:  (Interposing) I'm not--

8        MS. SEN:  --the letter?

9        MS. ALVAREZ:  A triennial review is just

10   a letter stating that we permission so that, you

11   know, just reminding her that it's a triennial.

12        MS. SEN:  Okay.  And that was not the

13   letter that was sent to Ms. M▇ before the

14   May--

15        MS. ALVAREZ:  (Interposing) I don't

16   know.  I'm not sure of that.

17        MS. SEN:  Okay.  We have in evidence the

18   letter that was sent to her.  It's actually

19   Exhibit 2.

20        MS. ALVAREZ:  Okay.

21        MS. SEN:  Is that a triennial review

22   letter?

23        MS. ALVAREZ:  I don't know.  I don't…

24   Yeah, that's the way it looks, because the

25   triennial is an annual.  Yeah.  So--

94

1        MS. SEN:  (Interposing) So your

2    testimony--

3        (Crosstalk)

4        MS. ALVAREZ:  --yes, no.

5        MS. SEN:  --is that a triennial review

6    letter looks exactly the same?  It says--

7        MS. ALVAREZ:  (Interposing) So there's

8    another letter that states--that goes out--this

9    is the meeting.

10       MS. SEN:  Right.

11       MS. ALVAREZ:  Okay. So the triennial

12   would be a letter stating that we need permission

13   to.

14       MS. SEN:  Okay.

15       MS. ALVAREZ:  But this is the actual IEP

16   annual meeting--

17       (Crosstalk)

18       MS. SEN:  This is the annual--

19       MS. ALVAREZ:  (Interposing) That's for

20   her to come in.  This is not for the child to be

21   tested.

22       MS. SEN:  Okay.

23       MS. ALVAREZ:  So you have it confused.

24       MS. SEN:  I'm not sure I do, actually.

25       MS. ALVAREZ:  Okay.  So--

A426

95

1          MS. SEN:  (Interposing) This is an
2   annual review--
3          MS. ALVAREZ:  (Interposing) Okay.  So
4   the triennial notice is giving--sending out a
5   letter stating--reminding the parent that this is
6   a triennial.
7          MS. SEN:  Right.
8          MS. ALVAREZ:  And so with that in mind,
9   consent has to be sent in so that testing could
10  be conducted.  Once all of these components are
11  done, an annual, which is the one you're seeing,
12  is sent to the parents so we can meet and speak
13  about test results, so you're confusing both.
14         MS. SEN:  I actually don't think I am,
15  but okay.  And was a triennial letter sent to the
16  parent prior to the May 2012 meeting.
17         MS. STEWART:  Objection.  Asked and
18  answered.
19         MS. ALVAREZ:  I don't have--
20         HEARING OFFICER NOE:  (Interposing)
21  Overruled.  Do you send out these letters, these
22  triennial evaluation letters?
23         MS. ALVAREZ:  Either I do or the
24  psychologist on my team--
25         HEARING OFFICER NOE:  (Interposing) Did

96

1   you send one out here?
2          MS. ALVAREZ:  Pardon?
3          HEARING OFFICER NOE:  Did you send one
4   out in this case?
5          MS. ALVAREZ:  I don't remember.
6          HEARING OFFICER NOE:  Okay.  There's
7   yours answer.
8          (Crosstalk)
9          MS. ALVAREZ:  - - computer.
10         MS. SEN:  Miss Alvarez, you state in
11  your affidavit that the results of the 2009
12  psychoed conducted at the Kennedy Center are
13  still valid.  What does that mean?
14         MS. ALVAREZ:  It's within the three
15  years.
16         MS. SEN:  I'm asking you what it means
17  to be within three years.  Is that a clinically
18  significant--
19         MS. ALVAREZ:  (Interposing) That's just
20  some words that are put there, the regulations
21  that they're valid within three years, we can
22  use--they can be used.
23         MS. SEN:  So your testimony is that
24  there's a law stating that psychoeducational
25  evaluations can be used when they're conducted--

A427

97

1          MS. ALVAREZ:  (Interposing) Regulations.

2    Part of the…

3          MS. SEN:  --within three years of the

4    meeting?

5          MS. ALVAREZ:  Yes.  Correct.

6          MS. SEN:  And does it matter when the

7    testing was conducting, or when the report was

8    written--

9          MS. ALVAREZ:  (Interposing) Yeah.  So if

10   it's nine and we conducted the testing--we

11   conducted the meeting in 2012, then--

12         (Crosstalk)

13         HEARING OFFICER NOE:  She doesn't wait

14   for you to finish, and this is torturous.  You

15   got to wait for her to finish, she's got to wait

16   for you to finish.

17         MS. SEN:  So I understand what you're

18   saying.  What I'm asking you is if it matters

19   what the date was that the test was conducted, or

20   the date that the test was written?

21         HEARING OFFICER NOE:  The report was

22   written.

23         MS. SEN:  Right.  Sorry.  The report.

24         MS. ALVAREZ:  Right.  So it's within

25   three years, so we can use it.

98

1          MS. SEN:  I understand--

2          (Crosstalk)

3          HEARING OFFICER NOE:  She doesn't under-

4    -she doesn't know.

5          MS. SEN:  Okay.  So--

6          HEARING OFFICER NOE:  (Interposing) She

7    doesn't know if it's the date of the evaluation,

8    or if it's the day of the report.

9          (Crosstalk)

10         HEARING OFFICER NOE:  She's just telling

11   you that she believes it's three years.

12         MS. ALVAREZ:  It's three years--

13         (Crosstalk)

14         HEARING OFFICER NOE:  --and that's her

15   testimony.

16         MS. SEN:  Is it three years from when

17   the evaluation was conducted?

18         MS. ALVAREZ:  It's a few days.  When

19   it's conducted and written, it just like a few

20   days--I mean, it's not like they conduct a test,

21   and then they wait another year to write it.

22   It's just a few days' difference.  Hello?

23         MS. SEN:  I'm here.

24         HEARING OFFICER NOE:  Hold on.

25         MS. SEN:  Ms. Alvarez, is it true that

99

1  during the meeting, the team changed J█████'s
2  classification from speech and language to
3  autism?
4        MS. STEWART:  I'm going to object to
5  that--
6        MS. ALVAREZ:  (Interposing) I don't
7  remember.
8        (Crosstalk)
9        HEARING OFFICER NOE:  Wait.
10       MS. STEWART:  The classification is not
11  an issue.
12       HEARING OFFICER NOE:  Well, overruled.
13  Do you know?
14       MS. ALVAREZ:  I don't remember.  If I
15  looked at my minutes…
16       HEARING OFFICER NOE:  Doesn't remember.
17       MS. SEN:  That's fine.  Okay.  Actually,
18  maybe you should look at your minutes.
19       HEARING OFFICER NOE:  Ask another
20  question.
21       MS. SEN:  Do you remember the basis for
22  making that change?
23       HEARING OFFICER NOE:  Are you
24  challenging--
25       MS. ALVAREZ:  (Interposing) Am I looking

100

1  at the minutes, or am I answering the question?
2        HEARING OFFICER NOE:  You're looking at
3  the minutes, and answering the question.
4        MS. ALVAREZ:  Okay.  So give me a minute
5  to look at the minutes.
6        HEARING OFFICER NOE:  Are you
7  challenging the student's classification?
8        MS. SEN:  No.  I'm challenging the
9  sufficiency of the
10       MS. ALVAREZ:  (Interposing) It had to be
11  something agreed upon.
12       HEARING OFFICER NOE:  Well, then if
13  you're challenging the sufficiency of the
14  evaluation, you're not going to challenge the
15  classification.
16       MS. SEN:  No, but what I am asking is
17  does the psychoed provide you with information
18  about the ways that J████'s autism affects his
19  educational needs?
20       MS. ALVAREZ:  Does the report?
21       MS. SEN:  Yes.
22       MS. ALVAREZ:  Absolutely.  He has--yes.
23       MS. SEN:  Can you tell me where it
24  describes J████'s needs related to--
25       MS. ALVAREZ:  (Interposing) Okay.  I

A429

101

1    don't even have that in front of me.

2          MS. SEN:  --his autism.

3          MS. ALVAREZ:  --his testing in 2000-and…

4          MS. SEN:  You don't have that

5    psychoeducational evaluation in front of you?

6          MS. ALVAREZ:  No, I don't.  Is it part

7    of it?  Oh, here you go.

8          HEARING OFFICER NOE:  You can't ask

9    questions.  Just hold on.  She doesn't have it in

10    front of her.

11         MS. STEWART:  She has all the DOE's

12    Exhibit if you want to refer--

13         MS. SEN:  (Interposing) Okay.  It's--

14         MS. STEWART:  --refer her to something.

15         MS. SEN:  It's Exhibit 5.

16         MS. ALVAREZ:  Okay.  I have it.  Now

17    your question is?

18         MS. SEN:  My question is--

19         MS. STEWART:  (Interposing) Can we move

20    Exhibit 5 into evidence?

21         HEARING OFFICER NOE:  Yeah.  5 is in

22    evidence.

23         MS. STEWART:  Okay.

24         (Whereupon, District Exhibit 5 was

25    admitted into evidence.)

102

1          MS. SEN:  Can you tell me where the

2    evaluation describes ███'s autism, and how that

3    relates to his education needs?

4          MS. ALVAREZ:  How does it classify him

5    as autistic.  Well, we're looking at the--

6          MS. SEN:  (Interposing) No.  Where does

7    it describe his needs as related to--

8          MS. ALVAREZ:  (Interposing) We're

9    looking at his verbal, his perceptual, his

10    memory, his intellectual functioning.  I mean,

11    these are all…  These are all sections that we

12    look at.

13         MS. SEN:  Ms. Alvarez--

14         MS. ALVAREZ:  (Interposing) But

15    normally, a doctor--okay.  Go ahead.

16         MS. SEN:  No, go ahead.

17         MS. ALVAREZ:  Normally, it's, you know,

18    a doctor also was, you know, questions that--

19    questions are asked, was he diagnosed with PDD

20    NOS, was there a physician, did he--was he

21    diagnosed early on…

22         MS. SEN:  And did you ask Miss M███ if

23    she had any sort of assessment from a doctor?

24         MS. ALVAREZ:  Well, it's not--you know,

25    the questions we ask, and if she would have

**A430**

103

1    provided it, yes. that's common.

2        MS. SEN: I'm not sure. Did you ask

3    her?

4        MS. STEWART: I'm going to object--

5        (Crosstalk)

6        MS. ALVAREZ: I don't remember if we

7    asked her--

8        (Crosstalk)

9        MS. STEWART: --classification is not in

10    dispute--

11        MS. ALVAREZ: --we normally ask a

12    parent.

13        MS. SEN: --questioning, anyway.

14        MS. ALVAREZ: --so low functioning--

15        (Crosstalk)

16        HEARING OFFICER NOE: All right. Thank

17    you, thank you, thank you.

18        MS. ALVAREZ: --teachers.

19        MS. SEN: Miss Alvarez, we're… Okay. I

20    have just a couple more questions for you. You

21    stated in your affidavit that you reviewed a

22    Stanford-Binet created by someone at Cooke. Does

23    that document tell you anything about ████'s

24    social emotional functioning?

25        MS. ALVAREZ: The Stanford-Binet?

104

1        MS. SEN: Yes. It is in--

2        HEARING OFFICER NOE: (Interposing)

3    Fifteen.

4        MS. SEN: Fifteen.

5        MS. ALVAREZ: Fifteen?

6        HEARING OFFICER NOE: In evidence. No

7    objection by the Parent.

8        MS. STEWART: I'm sorry. It's the

9    affidavit. You said that's an affidavit?

10        MS. SEN: It is…

11        (Whereupon, District Exhibit 15 was

12    admitted into evidence.)

13        (Background Conversation)

14        MS. STEWART: I'm just recalling what

15    that says, and I'm thinking I might object.

16        MS. SEN: It's paragraph 19.

17        HEARING OFFICER NOE: Okay. So what's

18    your question?

19        MS. SEN: Does it provide any

20    information about J████'s social emotional

21    functioning?

22        MS. STEWART: And I'm just going to

23    object to that as not relevant to anything in the

24    Due Process Complaint. What the affidavit says

25    is that that document was not provided to the DOE

A431

105

1   during the time of the IEP meeting.

2          MS. SEN:  And my line of questioning is

3   to determine whether or not it would have

4   affected Miss Alvarez's decision making.

5          MS. STEWART:  Well, that would be--

6          HEARING OFFICER NOE:  (Interposing) But

7   it wasn't provided.

8          MS. STEWART:  --testimony.

9          HEARING OFFICER NOE:  If it wasn't

10  provided, do you want to reach back now and make

11  believe it was provided?

12         MS. SEN:  No.

13         HEARING OFFICER NOE:  So then how do we

14  recreate something that they didn't have in front

15  of them?  I mean, if they didn't have it in front

16  of them, you want to--

17         (Crosstalk)

18         HEARING OFFICER NOE:  --hypothetical?

19         MS. SEN:  I want to know if it would

20  have affected her decision making.

21         HEARING OFFICER NOE:  The Cooke Center

22  didn't provide this, and now you want to ask her

23  if they did, whether it would have affected her

24  decision making?

25         MS. SEN:  Yes.

106

1          HEARING OFFICER NOE:  Okay.  Can you

2   answer that question?

3          MS. ALVAREZ:  They should have provided

4   the information at the--if they thought it was

5   going to make a difference.

6          MS. SEN:  Miss Alvarez, that's not my

7   question.

8          MS. ALVAREZ:  What is your question?

9          MS. SEN:  My question is, does it tell

10  you anything about ████'s social emotional

11  functioning?

12         MS. ALVAREZ:  On the Stanford-Binet?

13         MS. SEN:  Yes.

14         MS. ALVAREZ:  Well, it depends on which

15  component we're looking at.

16         MS. SEN:  Are you looking at it right

17  now?

18         HEARING OFFICER NOE:  Can you answer

19  that question?  Miss Alvarez--

20         MS. ALVAREZ: (Interposing) If you're

21  looking at his fluid reasoning, that fell

22  between--that was average.

23         MS. SEN:  I'm not asking you for the

24  results of the IQ test, just whether it tells you

25  about social emotional functioning.

A432

107

1      MS. ALVAREZ:  You would have to
2 understand the testing.  You could--yes, it
3 could.
4      HEARING OFFICER NOE:  Okay.  So that's
5 her testimony.  Yes, it could.
6      MS. SEN:  Okay.  And if you had this
7 document at the time of the May 2012 IEP meeting,
8 would it have influenced you to change your
9 recommendations in any way?
10      MS. ALVAREZ:  No.
11      MS. SEN:  No.
12      MS. ALVAREZ:  No.
13      MS. SEN:  Okay.  Thank you, Miss
14 Alvarez--
15      (Crosstalk)
16      MS. SEN:  That's all my questions.
17      MS. ALVAREZ:  Can I--
18      MS. SEN:  (Interposing) No.
19      MS. STEWART:  I just want to clarify.
20 Exhibit 4, 6, and 15 are now in evidence?
21      HEARING OFFICER NOE:  And the 11.
22      MS. STEWART:  4, 6, and 15.
23      HEARING OFFICER NOE:  4, 6, 11, and--
24 we're going to get them all in at some point.
25      MS. STEWART:  Okay.  I wasn't sure how

108

1 this works.  Okay.
2      (Crosstalk)
3      HEARING OFFICER NOE:  If you want to
4 refer, yeah.
5      MS. STEWART:  No, not necessarily.  Miss
6 Alvarez, during your cross, you mentioned that a
7 paraprofessional assists with instruction.  What
8 do you mean by that?
9      MS. SEN:  Actually, I think that was not
10 her testimony.  Oh, assists?  Yeah.
11      MS. ALVAREZ:  A person that will sit
12 with the child, a para, and assist the child as
13 needed.  Hello?
14      MS. STEWART:  Yes.  I'm sorry.  I'm just
15 writing down… Trying to think…
16      MS. ALVAREZ:  I thought I lost you.
17      HEARING OFFICER NOE:  Anything else?
18      MS. STEWART:  Miss Alvarez, is a
19 classroom observation part of a triennial?
20      MS. ALVAREZ:  Yes, it is.
21      MS. STEWART:  Okay.  And we have in
22 evidence as Exhibit 16--
23      MS. ALVAREZ:  (Interposing) Yes.
24      MS. STEWART:  I guess we can move that
25 into evidence now, as a classroom observation.

A433

109

1     That was conducted after 2009, correct?

2          MS. ALVAREZ:  - - 2009, yes.

3          (Whereupon, District Exhibit 16 was

4     admitted into evidence.)

5          MS. STEWART:  You know what?  I don't

6     have anything else.

7          HEARING OFFICER NOE:  Anything else?

8          MS. SEN:  Miss Alvarez, is the classroom

9     observation sometimes conducted outside of a

10    triennial evaluation?

11         MS. ALVAREZ:  It depends.

12         MS. SEN:  Okay.  So it is sometimes not

13    part of a triennial.

14         HEARING OFFICER NOE:  Sometimes it is,

15    and sometimes it isn't--

16         MS. ALVAREZ:  (Interposing) There's a--

17         (Crosstalk)

18         HEARING OFFICER NOE:  --that's what she-

19    -okay.

20         MS. ALVAREZ:  --for the testing or yeah,

21    we can do observations.

22         MS. SEN:  Okay. Thank you. That's all.

23         HEARING OFFICER NOE:  Okay.  Thank you

24    for your testimony.

25         MS. ALVAREZ:  Thank you.

110

1          HEARING OFFICER NOE:  Okay.  All right.

2     So we are adjourned until June 6th at 12:00.  I'll

3     hold onto the Exhibit, and then we'll deal with

4     them on the next date.  Are you resting?

5          MS. STEWART:  Yes.

6          HEARING OFFICER NOE:  Okay.  So you'll

7     have your witnesses ready to go. Again, I

8     apologize. This case was actually on.  The other

9     case wasn't, but I am having serious problems

10    with my Russian interpreters, and you have a

11    wonderful Spanish interpreter.

12         MS. STEWART:  Thank you.

13         HEARING OFFICER NOE:  Thank you.

14         (Whereupon, at 2:53 p.m. the proceeding

15    was adjourned.)

**A434**

111

C E R T I F I C A T I O N

I, Mare Ianniello, do hereby certify that I typed the transcript In the Matter of ███ █████, taken on May 16, 2013 by Najuma Abdullah at the offices of the Department of Education, 131 Livingston Street, Brooklyn, New York, and that to the best of my ability, this is an accurate transcription of what was recorded at that time and place.

MARE IANNIELLO, Transcriber

Ubiqus/Nation-Wide Reporting & Convention Coverage
Twenty-two Cortland Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

---

## Keyword Index

**1**
1:09 [2] 48:17,18
100 [1] 64:9 75:11,25
101 [1] 2:5
102 [1] 2:5
104 [2] 2:15,15
109 [2] 2:16,16
110 [3] 70:5,8,9 107:21,23
12 [12] 53:15 61:9,16,21,25 62:11, 14,17 74:9 90:8,10,23
12:1 [1] 7:8 21:22 44:16 57:22
58:12 61:7 62:2,6,11 64:6,17
14 [5] 35:13,15,23 45:24 46:2,16
143393 [1] 3:14
15 [4] 24:6 104:11 107:22,22
16 [3] 10:19 108:22 109:3
19 [1] 27:23,25 28:2 104:16

**2**
2 [2] 16:6 93:19
2:53 [1] 110:14
20 [1] 37:5
200 [2] 75:25 76:2
2000-and... [1] 101:3
2008 [2] 84:1,2
2009 [10] 84:7,18,23,23,24 85:1,
16 96:11 109:1,2
2009... [1] 84:17
2011-12 [1] 90:7
2012 [10] 6:10 13:13 24:13,17 25:
14 26:7 93:3 95:16,19 97:11 107:7
2012-2013 [1] 4:10 8:1
2013 [1] 27:15
21 [4] 5:16,17 6:2 56:4
22 [5] 55:16 56:7,8,12,12,14
23 [1] 11:10 43:19
24 [1] 43:20
25 [3] 43:17,17 44:3
27 [2] 19:61:5
28 [1] 2:19
29 [1] 66:14

**3**
3 [7] 45:17 68:9,10,11,20,22,24
3.1 [1] 45:16
33 [4] 66:16,24 67:1,15
35 [2] 2:14,14
36 [1] 20:7

**4**
4 [7] 90:7,9,23 92:14 107:20,22,23
4-12 [1] 92:6
43 [1] 2:25
44 [1] 2:25
45 [2] 68:20,24

**5**
5 [5] 2:21 101:15,20,21,24
5/9/13 [1] 4:21
55 [1] 2:22 31:2
55-minute [2] 29:25 30:2
56 [1] 2:2

**6**
6 [11] 2:21 88:16,17 91:17,23,24
89:9,23 107:20,22,23

**6/6** [1] 53:14
**67** [1] 2:3
**68** [1] 2:3

**7**
70 [2] 2:11,11
75 [2] 57:3,13

**8**
8 [1] 74:21

**A**
abilities [1] 57:21
ability [1] 38:21
able [17] 23:14,16 28:16,18,24 33:
5 35:20 37:24 38:3 40:22 41:9,11,
13,15,21 42:3 45:6
absolutely [8] 40:18 59:2 73:12,
19 75:5 100:22
academic [17] 8:15,17 14:19 20:
21 37:8 40:9,11,12 42:6,9,9,13,19
48:6 58:13,22 59:10
academics [4] 14:22 15:7,18 58:
17
academy [4] 2:19 18:4 27:16 43:
23
access [3] 13:3,10 91:15
accommodations [4] 44:16 47:14 55:23,
16 38:18
according [3] 45:1,16,20
accurate [4] 44:16 47:14 55:23,
24
accurately [4] 40:8,11 79:2,5
acquiring [1] 33:5
acquisition [1] 59:11
across [1] 43:11
actions [1] 41:1
activity [1] 71:13
actual [16] 12:2,8 69:17,18,19 94:
15
adaptive [6] 85:12,18 86:1,6,8 88:
22
add [1] 22:24
addition [1] 37:7
additional [1] 44:21
address [3] 35:20 42:23 77:18
addressed [1] 36:6
addressing [2] 36:3,4
adequate [1] 87:1
adjourned [1] 110:15
adjust [1] 68:7 69:25
admitted [12] 6:3 19:3,13 28:3 35:
24 44:4 56:15 68:23 70:10 101:25
104 12 109:4
advise [1] 77:5
advocate [1] 77:5
affected [3] 105:4,20,23
affects [1] 100:18
affidavit [44] 2:21,22 5:13,16,18
8:6,9 17:20 18:7,17 19:12 21:23
22:10 23:19 30:15,19,23 33:18,20

34:20 36:2 37:5,7 38:20 39:4 55:
14,16,20,23 56:9,19 57:2 61:5 64:
11 103:21 104:9,9,24
affidavits [5] 19:20 33:21 79:7,8
affirm [5] 5:1 17:22 54:13
afternoon [3] 3:3 53:6
age [1] 11:6
ago [2] 7:20,21
agree [1] 74:2
agreed [1] 100:11
agreement [2] 15:21 18:25
ahead [5] 17:8 18:9 19:6 26:4 28:
4 31:22 33:20 36:12 43:1 53:23
55:13 70:12 91:22 102:15,16
all... [1] 102:11
allege [1] 19:20
allow [3] 18:25 57:25 58:11
allowed [1] 13:22
already [3] 47:13 45:25 81:20
alvarez [264] 2:22 54:9,14,17,17,
21,24 55:2,3,11,16,19,21,25 56:6,
6,10,18,25 57:4,7,9,14,17,21 58:2,
7,12,18,24 59:2,6,12,19 60:2,6,8,
11,15,21 65:1,5,19,20,24 66:3,8,
12,24 67:2,6,9,14,23,24 68:3,7,19
69:1,3,7,10,12,16,19,22 70:2,11,
17,19,24 71:1,6,10,16,20,23 72:1,
2,5,8,11,13,16 77:3,9,14,17,21 78:
23 82:8,11,13,17 83:9,10,13 84:1,
12,15,18,24 84:8,12 85:1,4,5,
14,17,19,25 75:5,7,13,18,21,25 76:
2,5,8,11,13,16 77:3,9,14,25 100:4,10,
20,22,25 101:3,6,16 102:4,8,13,14,
17,24 103:6,11,14,18,19,25 109:2,
8,11,16,20,25
alvarez's [1] 105:4
amanda [4] 3:13,13 17:14,17
amend [1] 72:13
amended [2] 72:24 73:20
aminah [1] 58:21
amount [3] 58:21 66:21 67:21
analytical [4] 40:19,19
and... [2] 18:12 59:24
annual [5] 93:25 94:16,18 95:2,11
another [12] 4:17 16:4 22:2 38:20
98:21 99:19
answer [9] 29:3 39:3 41:15 60:6
66:6 71:14 96:7 106:2,18
answered [2] 81:20 95:18
answering [2] 100:1,3
anybody [1] 42:2
anything's [1] 42:2

anyway [2] 51:2 103:13
apart [1] 81:16
apologize [2] 41:1 110:8
applications [1] 15:2
apply [2] 20:2 42:13
appropriate [3] 9:4,4 11:16 29:15
approximately [1] 45:8
areas [3] 37:9,11 41:22
argument [1] 35:2
arguments [2] 77:25 78:11
aside [3] 19:20 23:9 47:21
assess [2] 41:24 47:14
assessed [1] 47:18
assessment [19] 2:14 23:2 35:
4 31:22 33:20 36:12 43:1 53:23
55:5 42:18,20 88:25 120:41 80:22,25 89:2 91:5 92:11,13 102:
23
assessment... [2] 45:23 47:25
assessments [5] 47:23 48:8 83:
10 84:19,22
assigned [3] 54:18,21 55:3
assignments [1] 74:2
assist [4] 65:24 66:1,3 108:12
assistant [10] 21:19 61:22 62:1,5,
18 63:2 64:13,25 65:3,9
assists [2] 108:7,10
attendance [3] 94:9 95:8 96:11
attendees [1] 56:19
attention [2] 37:6 38:14
attest [1] 18:16
attorney [3] 10:14,23 6:6 19:5
56:17 92:17
attorneys [1] 6:5
attributes [1] 41:3
audience [2] 37:20 38:3
autism [3] 4:9 99:3 100:18 101:2
102:2
autistic [1] 102:5
availability [1] 49:17
available [10] 16:6 48:24 49:14,
21 50:6,8,11 52:2,6,15
average [1] 106:22
aware [2] 31:10,14,23 6:6 19:5
awareness [2] 37:19 38:3

**B**
back [4] 16:8 66:16 84:4 105:10
background [5] 31:13 39:12 50:
20 52:3 104:13
bad [1] 59:24
bank [2] 29:6,18
banking [3] 12:2,8,15
based [5] 9:13 15:22 29:15 30:10
36:1 74:11
basic [1] 79:24
basis [3] 7:11 80:9 99:21
begin [1] 14:16
beginning [5] 21:2,5 29:1 37:18
44:23 45:14
believe [9] 8:6 13:11,15 40:13 45:
15 47:13 49:21 60:8 105:11
believes [1] 98:11
benefit [2] 58:7,10
best [3] 30:13 45:7 46:22
beth [1] 56:23

## Keyword Index

better [7] 29:1,2 38:16 63:13 67:14 73:24,24
between [4] 10:21 15:20 40:20 106:22
beyond [2] 32:15 33:15
blank [1] 72:16
book [1] 38:13
both [1] 49:6 50:16 58:8,13 74:14 95:13
break [1] 10:4
bright [1] 42:17
bring [1] 81:6
bringing [2] 80:18 81:9
brittania [3] 32:22 63:11
brought [3] 72:23 81:25 82:1
built [1] 15:5
but... [2] 48:19 81:21

**C**

calendar [4] 4:12,14 50:1,25
call [10] 16:10 17:1,2 48:15 49:1 51:19,21 52:5 53:15 63:18
called [3] 17:16 51:25 59:24
came [2] 34:7 37:20
capacity [1] 8:22
capture [4] 33:10 36:15,21,25
carrying [1] 4:13
case [11] 3:4 4:12,13 71:1,6,7 79:16:16 96:4 199:5,9
case-in-chief [1] 79:14
center [17] 2:14,19 18:4 27:16 29:8 35:16 43:23 56:22,22 65:10,14 71:21 72:1 88:5 90:23 96:12 105:21
certain [1] 41:21
certainly [2] 40:17 79:14
certifications [1] 19:23
certified [4] 19:24 20:3 64:16,16
challenge [1] 104:2
challenged [2] 41:10 41:4
challenging [7] 29:13,14 81:12 99:24 100:7,8,13
chance [1] 4:19
change [4] 37:24,25 99:22 107:8
changed [1] 99:1
character [5] 41:1,1,2,2,3
characterization [1] 44:17
characters [2] 40:21 41:3
charges [1] 81:6
chart [1] 46:22
charts [1] 40:24
check [20] 21:24 22:1,3 49:25 51:2 53:19
checking [1] 30:13
child [7] 59:10 60:13 72:4,5 94:20 108:12,12
childhood [2] 19:25 20:4
children's [2] 3:1,14
child's [2] 59:9 60:11,15
claim [3] 79:8,10 80:18
claiming [1] 78:2
claims [7] 8:17 78:9,11 81:10 86:25
clarified [1] 25:22
clarify [4] 24:4 25:18 28:13 107:

19
class [8] 13:9,4 21:2,4,11,13,14,17,25 22:6,21,21,23,25 24:12,17,20,20 25:4,5,14 28:7 30:14 32:24 33:7 39:22 40:4 61:6,9
classes [8] 8:21 10:9,16 29:2 31:25 32:13,22 62:17
classification [4] 4:9 99:2,10 100:7,15 103:9
classify [1] 102:4
classroom [22] 9:16 9:1 19:17 21:18,21 24:21,24 25:2,8 26:10,11 28:12 48:5 57:3,12 64:14 65:4 108:19,25 109:8
classrooms [3] 10:22 26:14,16
client [3] 80:3,6,9
clients [1] 77:5
clinically [1] 96:17
closed [2] 51:4,18
cognitive [1] 61:1
come [4] 24:24 48:5 80:5 94:20
comes [1] 92:13
coming [4] 24:21 26:11 63:11 67:3
common [1] 103:1
community [4] 15:22 20:25 31:7 42:14
community-based [1] 15:8
complaining [1] 78:19
complaint [9] 9:20,22 76:25 77:16 78:7,9,16 79:7 104:24
complete [1] 72:11
component [6] 73:6,7 83:8 89:3,12 106:15
components [2] 73:8 95:10
computer [1] 96:9
conducted [14] 8:1 84:2,16,22 95:10 96:12,25 97:10,11,19 98:17,19 109:1,9
conducting [1] 97:7
conference [1] 16:7
confused [2] 81:18 94:23
confusing [1] 95:13
consensus [1] 57:16
consent [1] 95:9
consulting [1] 83:9
contains [1] 46:18
content [7] 28:6,9,10 29:4,7 90:13 92:10
continually [1] 92:20
continue [2] 66:18 67:17
continuum [1] 29:12
conversation [5] 31:13 39:12 50:20 52:3 104:13
cooke [4] 2:14,19,25 4:11 18:4 20:7,12,14 25:1 27:15 28:8,11 33:10 35:16 36:15,20,24 40:10 43:23 48:3 56:21,22 64:13 65:10,14 71:20 72:1 73:23 88:5,13 89:3,5,18,20,22 90:23 91:13 103:22 105:21
cooke's [4] 62:17 64:19 65:3 71:

23
coordinator [1] 5:11
coordinators [1] 28:18
copy [2] 90:2,3
correct [45] 5:23,23 6:10,14 10:22,23 11:7,8,13 13:9 18:15 20:9 21:9,18,20 22:12 23:22 29:19 44:25 55:25 56:24,25 57:3,4,14 64:10 66:2,11,12,22 67:22,23 70:24 74:24 75:12,13 83:12,24 85:11 90:24,25 92:5 93:4 97:5 109:
coughing [1] 63:8
couldn't [1] 27:5
could've [1] 69:4
couple [2] 54:11 100:20
course [1] 90:13
cover [1] 46:18
covered [2] 60:19 61:3
cranking [1] 59:24
created [1] 103:22
creating [2] 15:1 28:15
critical [1] 41:9
cross [5] 14:16 33:15 36:1,6 108:1
cross-examination [2] 17:16 32:15
crosstalk [52] 3:9,12 7:10 25:16 32:24 36:18 35:8,14 39:2 43:18 44:6 46:13 51:6 53:7 55:7 57:23 60:16 62:23 63:1,3 68:18 77:13 73:23 77:1 78:4,17 80:4,24 82:12 85:20 86:2 87:16,23 88:8,15 92:9 94:3,17 96:5 97:12 98:2,13,19 98:8 103:5,8,15 105:17 107:15 108:2 109:17
current [1] 17:5
currently [1] 41:10
curriculum [4] 12:4,11,18 28:15

**D**

data [3] 40:24 45:7 87:1
date [8] 4:17 25:19 40:1 49:24 97:19,20 98:7 103:4
dated [1] 2:21
day [25] 11:22,25 12:20 14:17,18 15:6,7,18,21 22:18,19,22,24 23:3 26:14 29:24 31:3 50:4,23 51:17 52:16,17,20 56:18,18 69:16 98:18,20
days [6] 11:16,19 23:8 69:16 98:18,20
days' [1] 98:22
deal [1] 110:3
decide [1] 48:7
decided [1] 71:16
decimals [1] 45:11
declare [1] 86:23
defense [1] 79:20
define [1] 47:17
delayed [1] 41:5
department [2] 3:23 70:7
depending [1] 15:21
descriptive [8] 106:14 109:11
describe [8] 11:9 31:23 32:11,20

41:7 82:25 87:6 102:7
described [1] 24:1
describes [2] 100:24 102:2
description [5] 2:25 43:13,24 44:10,13
designed [1] 20:15
determination [2] 25:10 26:18
determine [3] 41:13 73:25 105:3
develop [4] 28:6,11,13 29:4
diagnosed [2] 102:19,21
difference [4] 90:11 91:7 98:22 106:5
differences [1] 40:20
different [3] 29:6 41:23 49:11
differentiate [1] 72:24
difficult [1] 59:17
difficulty [1] 59:17
direct [1] 55:18
directed [1] 91:8
directs [1] 34:22
disclosure [1] 90:4
discouraging [1] 59:16
discuss [2] 65:16 73:15
discussed [5] 19:14 74:23 75:3,8 76:19
dispute [1] 103:10
district [12] 5:14 6:2 28:2 35:23 44:3 56:14 57:3 68:22 70:9 101:24 104:11 109:3
district's [1] 19:5
doctor [3] 102:15,18,23
document [54] 34:1,7,11 38:10 42:23 43:10 46:17 69:14,15 70:15 86:13,16 87:3 103:23 104:21 107:8
documentary [3] 34:15,25 35:10
documents [9] 19:8 74:10,13 84:13 87:19 89:21
does [4] 35:12 43:22 55:15 77:23 78:22 80:8,21 81:1 83:21 84:6,22 85:3 92:25 104:25
doe's [5] 34:8 48:12 68:9 78:11 79:10 101:11
doesn't [1] 98:7
doing [5] 23:6 36:1 37:16 58:17 64:7 73:14 76:14 26:24 30:22 49:9 50:25 53:24 58:24
don't... [1] 93:23
done [12] 96:18 49:10 73:4 83:2,5 13,17 84:19 86:5,15,16 95:11
doubt [1] 49:7
down [4] 36:1 38:8,11
down... [1] 100:15
draw [1] 37:6
dreams [1] 89:18
dual [1] 29:3
due [9] 9:19 76:24 77:16 78:7,8 79:6 93:2 104:24
during [7] 6:13 14:16 15:6,7 16:7 21:11 23:20 28:12,19,20 70:25 71:8 76:4 91:22 99:1 105:1 108:6

**E**

each [2] 71:12 83:5
earlier [2] 13:6 92:25

## Keyword Index

early [4] 51:9 53:3,5 102:21
ed [4] 54:17,19 55:3 86:9
edits [1] 37:17
education [8] 3:24 19:25 20:2,2,4 5 65:22 102:3
educational [3] 60:15 83:3 100:1
education's [1] 70:7
effectively [1] 37:7
eight [1] 22:22
either [3] 32:25 85:24 95:23
ela [1] 44:25
elaborate [1] 77:5
electronically [1] 91:13
eleven [1] 70:6,11
e-mail [5] 6:21,24 7:1 38:9 53:16
emotional [4] 103:24 104:20 106:10,25
employee [1] 42:1
employer [1] 37:22
employment [1] 14:25
end [3] 26:19 61:12 67:3
english [1] 80:16
enroll [1] 9:2
enrolled [1] 60:14
ensure [1] 72:10
enter [4] 5:15 70:22 73:11,14
entered [4] 45:20 70:15 73:10,17
entire [1] 49:15
entry [1] 25:1
environment [1] 42:15
error [2] 69:6,7
established [1] 21:25
estimate [2] 73:4 46:22
eval [1] 22:5
evaluation [10] 84:7,23 85:2 95:22 98:7,17 100:14 101:5 102:2 109:10
evaluations [5] 83:4 84:6,16 85:8 96:25
evelyn [3] 54:9,17 55:2
even [7] 15:9 16:10 30:22 60:25 64:23 85:18 101:1
events [1] 40:21
everybody's [1] 56:18
everyone [6] 3:5 57:7,9 82:6
everything [1] 18:17 74:16,18,19,22,25 75:3,6,8 80:6 82:6
evidence [51] 5:15 6:3 19:1,2,3,7,11,23 28:1,3 30:10 34:2,13,15,25 35:3,7,10,18,22,24 36:12 38:23 42:23 43:10,12,23 44:4 45:25 46:15 47:21 55:17 56:5,13,15 65:9 68:6,7,12,23 70:10 87:20,22 93:17 101:20,22,25 104:6,12 107:20 108:22,25 109:4
exact [1] 66:21
exactly [1] 16:20 94:6
examination [1] 33:16
example [7] 37:20 40:16 41:13
example [1] 104:8
exhibit [95] 5:16,17 6:2 17:8 19:2 28:2 35:23 44:3 45:24 46:16 55:

16 56:14 68:9,10,11,22 70:5,9 90:7,9,22 91:17,23,24,25 92:3 93:19 101:12,15,20,24 104:11 107:20 108:22 109:3 110:3
exhibits [2] 90:5 91:18
existing [1] 87:4
experience [1] 20:24
explain [17] 20:11,13 33:13 36:14,16 37:3 40:14 42:5 71:11 85:25 86:3
explained [14] 61:4
explicit [1] 41:15

**F**

fact [3] 8:4 79:20 80:2
facts [1] 41:5
failed [1] 80:21
familiar [2] 13:8 36:11
far [2] 33:20 47:14
february [1] 4:6
feelings [1] 41:2
fell [1] 106:2
female [4] 4:6 31:14 39:5
few [4] 69:16 98:18,19,22
fiction [1] 38:13
fifteen [3] 104:3,4,5
fifth [7] 40:15 11:18,25 41:11,12,16 28:2
files [2] 19:13,16
filled [1] 8:22
filling [1] 15:1
find [3] 91:21,24 63:24
fine [1] 99:17
finish [7] 72:20 97:14,15,16
finished [2] 92:17,21
first [10] 5:13 6:24 7:17 24:9 27:4 28:20 36:23 37:20 48:4 75:20
fit [1] 29:2
five [5] 6:17 21:15 30:20,25 43:24 89:21
fluid [1] 106:21
follow [1] 11:14
follow-up [1] 14:15
force [1] 20:24
forget [2] 24:13 38:15
forgot [1] 60:7
from [5] 36:19 93:1,2,5,6
formal [1] 38:21
formulate [1] 48:8
forward [1] 50:19
four [5] 16:12 22:6 31:3,4 49:11
fourth [15] 32:23 33:4,4 40:15,16,17,24 41:11,12,14,16 42:11 44:24 45:9,10
fractions [1] 45:11
frequent [4] 21:24,25 22:3,8
friday [5] 50:6,8 51:10,16 52:16
fridays [2] 52:2,6
friend [1] 37:23
front [7] 84:14,15 85:13 101:1,5,10 20 46:1,5,7,14,48:11,14,15,20,25
full [13] 11:12,16,22,25 12:20 14:2 17,18 15:10,18 41:2,16 46:6,8,9
full-day [1] 58:6

fully [4] 33:10 36:15,21,25
functional [4] 14:24 19:18 28:23 29:16
functioning [3] 31:24 32:7,12,21,24 33:2,4,3 42:11 44:24 45:4,8 10,14,16,19 47:15 88:12,21 86:1 102:10 103:14,24 104:21 106:11,25
further [2] 81:25 82:2

**G**

gave [2] 69:11,20
general [7] 20:2 41:8
generating [1] 28:15
gets [2] 22:20,21
give [7] 7:3 27:7 29:14 30:3 39:21 68:3 100:4
giving [1] 95:4
gmade [5] 45:21,22 46:21 47:18,21
goals [3] 45:15,21,21 27:3,8 28:6,6,10,15,24 29:4,8,8,10,12,13 88:9 89:18 90:13 92:11
goals... [1] 28:9
got [15] 7:12 33:20,22 35:10,22 49:6 51:22 56:5 59:4,17 62:13 71:4 89:21 97:15,15
grade [3] 8:23 32:25 33:4,8 40:15,17,18,25 41:11,12,15,16,17 42:11 44:24 45:4,9,11,17,19 46:18 47:19 48:7
grades [1] 19:23
gray [1] 47:21
group [5] 33:7 66:19 67:18 68:25 69:9
growth [1] 40:12
guess [1] 108:24

**H**

half [1] 7:23
halfway [1] 24:1
hand [1] 15:9
hang [2] 16:5 63:18
happened [4] 54:10 80:7,8 81:2
happening [1] 79:3 80:10
happens [1] 40:23
hard [1] 41:18
have... [1] 39:9
head [4] 16:5 41:6 62:18 64:14
hear [10] 26:1 32:5 54:8 60:1 62:18,24 63:20,22 67:8
heard [2] 34:24 88:20
hearing [25] 3:2,3,25 4:3,21,24 5:2,3,4,7,12,17,21,25 6:4 7:6,16 9:17,24 41:1,12,14,16 42:1 44:1,4 45:16 49:1 56:1,4,8 60:1 68:25
hearing [1] 7:17
hey [1] 56:7
hi [6] 5:2 17:12,14,17,18 89:11
hibbard [97] 17:3,12,13,17,24 18:2,3,13,15,19,23 19:7,10,12,21,22,24 20:3,6,9,13

16 59:4,7,15,20,23 60:3 62:12,21 63:4,7,17,22,25 65:1,11 66:23 67:4,7,12 68:2,5,8,11,14,16,19 70:1,3,6,12 71:4,14,18 72:17 73:16 77:2,4,6,11,20 78:1,6,12,16,20 79:12,18,23 80:2,14,17,20,24 81:5,15 18,25 83:2 84:14,16 85:4,6,9,11 86:6,8 90:21 91:1,19,23 92:8,10,20 93:5 94:16 95:2 97:13,17,21 98:10,13 99:4,7,14 101:3 101:8 108:22 109:12 110:1 105:6 109:23 100:6,2,12 101:8,21 103:1 106:1,16 107:4,6 106:6,8 108:8 109:4,11,14,17,21,23 108:1,5,7,10,13,16,18 109:110:1,6,13
he'll [5] 38:7,9,11,13,14
hello [5] 54:7 66:23,24 108:13
help [5] 20:15,17,19 38:16 42:13
helpful [1] 54:1
helping [1] 20:20
hi [6] 5:2 17:12,14,17,18 89:11
hibbard [97] 17:3,12,13,17,24 18:2,3,13,15,19,23 19:7,10,12,15,20 22:2,7,13,19 23:8,16,23 24:3,7,11,19 25:6,12 26:2,8,13,17,20,23 27:1,3,8,10,18 29:11,19,21 26:7,10,16,22,25 27:5,11,13 28:16,17,22 29:1 30:9,17,22 31:3,6,10,13 38:11,18
ieps [2] 14:7,9

**A436**

## Keyword Index

**imagine** [1] 40:2
**immediately** [1] 25:1
**impartial** [3] 6:4 17:21 54:12
**implemented** [1] 58:15
**important** [1] 38:2
**inaccurate** [3] 47:4,8,11
**include** [2] 74:2 91:7
**included** [1] 92:13
**includes** [3] 75:7,8
**increases** [1] 37:12
**independent** [3] 23:9 32:25 38:18
**independently** [3] 23:15,17 33:3
**indicates** [1] 83:22
**individual** [2] 68:25 69:1
**influenced** [1] 107:8
**inform** [1] 59:8
**informal** [1] 38:22
**information** [12] 5:22 8:9 26:22 34:7 59:13 70:15 73:10,14 91:7 100:17 104:20 106:4
**ins** [3] 21:4 22:1,3
**instead** [1] 44:25
**institutions** [1] 12:15
**instruction** [5] 12:21 42:6,9 65:23,25 66:2,4,6 108:7
**instructional** [3] 33:1 45:9
**intellectual** [1] 102:10
**intelligent** [1] 42:18
**intended** [1] 69:8
**internet** [3] 12:22 13:2,10
**internship** [2] 90:16 92:10
**internships** [1] 90:13
**interposing** [109] 4:6 7:8,19 13:17 15:11 16:9 25:15,24 35:1 32:4 33:25 34:4,8,12,23 35:4,6 36:8 38:24 39:25 42:25 45:5 46:7,10,19 48:25 49:23,25 51:20 52:22,24 53:22 54:5 56:9,11 57:9 60:10,22,25 62:10,12,21 63:17,23 64:6,15 65:11,24 66:6 68:19 69:3 70:5 72:17 19 73:2,11 75:19 76:21 77:20 78:1 79:22 80:14,20 81:8 83:20 85:3, 5,9 86:4,8,19,21 87:5 88:10 89:1 91:3,12,16,21 92:5,7 93:7,15 94:1, 7,19 95:1,3,20,25 96:19 97:1,9 98: 6 99:6,25 100:10,25 101:13,19 102:6,8,14 104:2 105:6 106:20 107:18 108:23 109:16
**interpret** [4] 16:12,15,19 64:19
**interpreter** [17] 3:17,20 4:15,16 16:12,24 49:8,9 53:2 67:5 110:11
**interpreters** [2] 16:13 110:10
**interrupting** [1] 67:10
**introduced** [1] 22:25
**inventory** [2] 43:8 46:18
**involve** [1] 41:16
**involved** [2] 14:7 58:2
**iq** [1] 106:24
**is...** [1] 104:10
**isn't** [3] 79:25 83:25 109:15
**issue** [3] 77:15,16 99:11
**item** [2] 88:16,17
**items** [1] 73:1
**it'll** [1] 71:10

### J
**job** [3] 10:9,17 14:6
**[4]** 3:4,21 5:4 6:16 8:11,11 9:4 11:21,25 12:20 17:22 19:14, 14,15,16 21:23 22:10,25 23:14 24 30:14 31:3 33:11 36:16,25 37: 10 38:17,22 40:10 41:4,20,22 42: 6 44:24 47:4 54:12 58:10,22 61:6, 68:18 67:17 84:2 92:3
**[4]** 3:25 13:13 17:5 21:4,
6 31:24 32:12,21,23 39:7 40:9 56: 19,23 66:21 67:21 68:1 92:11 99: 1 100:18,24 102:2 103:23 104:20 106:10
**june** [4] 6:10 51:11,23 84:24

### K
**kate** [2] 17:12,14
**katherine** [2] 17:2,12 18:2
**keep** [6] 49:5 55:13 62:13 67:7 71: 4 77:21
**keep...** [1] 49:4
**keeping** [1] 31:17
**keeps** [1] 67:9
**kennedy** [3] 84:7,23 96:12
**kid** [1] 89:15
**kind** [1] 18:10
**knowledge** [4] 20:21,22 40:25 45: 8
**knows** [4] 38:9 39:18 73:23,23
**knows...** [1] 65:18

### L
**language** [16] 46:17,19,20,22 67: 16,19,20 21,25 99:2
**last** [14] 6:22 7:14,15 23:20,21,25 24:6,7 25:21 52:23 60:5 75:19,23 84:1
**later** [1] 43:16
**law** [1] 96:24
**learn** [3] 22:11,14 23:12
**learned** [2] 33:1 36:25
**least** [3] 29:13 66:7 85:16
**leave** [2] 31:17 43:1
**leaving** [1] 51:9
**led** [3] 3:5 72:8 82:3
**lesson** [1] 22:18
**letter** [14] 30:23 83:18,21,21 93:8, 10,13,16,22 94:6,8,12 95:5,15
**letters** [2] 95:21,22
**level** [24] 29:3,16 32:25 33:1,2,4,8 40:15,16,17,20 41:11,25 42:11 44: 24 45:9,9,11,16,19 46:18 48:7 leveled [2] 47:22,24
**levels** [14] 8:23 19:18 28:23 47:15 life [3] 20:16,18,20 42:16 58:19
**light** [1] 80:5
**line** [3] 10:8 76:22 105:2
**list** [1] 90:4
**listed** [2] 44:16 77:12
**listening** [1] 16:11
**literacy** [21] 14:23 17:6 18:5 20: 21 22:21,25 24:20 29:2,3,6,9,11, 13,17,19 21:4,7,9,10,12,13,15, 17,18,20,22,24,24 40:3,10 31:5,25 32:13,22,24 40:24 42:11

**itself** [4] 75:2 76:12 82:19 84:6
45:10 47:15,17
**little** [1] 81:16
**log** [1] 53:19
**long** [4] 7:22 55:17 52:21,25
**look** [9] 4:10 7:1,7 40:14 45:6 89: 24 99:18 100:5 102:1
**looked** [3] 4:17 80:2 99:15
**looking** [13] 27:14 30:5 68:3 89: 25 90:1 91:22 99:25 100:2 102:5, 9 106:15,16,21
**looks** [2] 93:24 94:6
**lost** [1] 108:16
**lot** [2] 37:11 41:23
**low** [1] 103:14
**lucio** [1] 56:21

### M
**ma'am** [3] 10:10 56:6 91:18
**made** [3] 27:25 10,13 26:6,18
**mail** [1] 38:8
**maintains** [1] 29:9
**many** [15] 29:1,11,14 27:5 51:11 60:22 65:15 75:14,17,18,22 76:1 77:19,22 81:9
**many...** [1] 68:25
**march** [1] 27:15
**margins** [1] 38:10
**marked** [3] 5:16 43:17 55:16
**mary** [6] 3:2,3 5:3 17:21 51:18 54: 11
**master** [3] 28:17,19 41:18
**mastered** [3] 41:25 42:3,10
**mastery** [2] 41:10,21
**material** [4] 22:11,14 23:13,17
**math** [26] 14:25 17:5 22:20 23:3 29:5,18,22,23 31:4,24 32:12,21 33:7 39:7,8 40:22,22 41:2 47:4 45:12,18,21,22 46:21 47:15,17 61: 6,9
**mathematics** [2] 18:5 20:22
**matter** [2] 37:21 97:6
**matters** [2] 80:1 97:18
**mcdowell's** [1] 51:18
**mcsweeney** [5] 6:10 8:1,11 12: 15,18
**mean** [14] 7:9 8:19 13:22 25:5 37: 14 38:4 43:6 57:6 79:24 96:13 98: 13,16 103:7 108:8
**means** [3] 43:3 88:21 96:16
**measure** [2] 40:8,11
**meet** [6] 6:9 24:10 29:2 42:12 53: 5 95:12
**meeting** [69] 6:21 23:2,6 48:22 52:23,25 53:1 62:9 69:17,18,19, 21,24 70:16,21,23,25 71:9 72:13 73:15,18 74:11,12,16,23 75:4,9 76:4,7,9,13,15,17,20 78:19 80:7,8, 10 81:2,22 82:5,7,16,22 83:3,4,14, 17 84:15,25 93:3 94:9,16 95:16 97:4,11 99:1 105:1 107:7
**meetings** [2] 84:9 65:6
**meets** [2] 22:25 23:3
**memorial** [2] 50:23 51:17
**memory** [6] 19:17 23:24 25:19 30:
1 74:12 102:10
**mention** [7] 11:11 21:22 22:4,10
23:24 37:14 38:20
**mentioned** [5] 14:16 16:7 29:17
47:16 108:6
**mercedes** [2] 3:16,16
**met** [1] 24:11
**mic** [1] 31:6
**middle** [3] 19:24 20:4 33:2
**might** [4] 1:8,20 42:1,1,2 50:24
46:4,11
**[2]** 3:18,18
**mind** [1] 96:8
**mine** [1] 33:22
**minute** [3] 31:5 68:4 100:4
**minutes** [13] 2:11 22:20,22 23:1, 4 69:24 74:23 76:10 82:16 99:18 100:1,3,5
**minutes....** [1] 99:15
**miss** [73] 4:17,24 5:15,18 6:8,9, 13 7:24 10:12,15 14:15 15:15,16 16:13 19:7,22 20:6 26:17 27:3,4 28:5 31:10 36:13,23 38:6,16 40:9 44:9,22 47:11 48:10 55:15,19 56: 5,18,23 61:6,8,8 62:7,8 63:6 64:4, 9,12,20,24 65:10 66:14 67:24 69: 11,13 71:20 73:16 75:11 77:8 80: 12 81:21 82:10,24 85:4 89:10 91: 17 96:10 100:22 103:19 105:4 106:6,10 107:13 108:5,18 109:8
**missed** [1] 80:10
**[12]** 3:18,18,20 6:9,13 53:1
2 56:24 76:4 81:22 93:3,13 102:
22
**moment** [1] 30:3
**monday** [4] 33:23 51:4,4 53:21
**monday's** [1] 51:7
**month** [5] 7:14,20,21 24:14 25:21
**months** [2] 28:21,21
**morning** [2] 53:3,5
**most** [7] 13:2,4,9 29:11,14 45:6
72:4
**mother** [2] 3:21 56:23
**motivations** [1] 41:1
**move** [4] 46:2 55:17 109:1 109:18,
24
**moved** [3] 45:24 46:3,11
**moving** [1] 25:10
**ms** [89] 3:13,16,18,20,22 4:2,20, 23,25 5:1,6,9,14,20,24 6:1,7,8,11, 12,14,15,17,18,20,23 7:1,3,4,8,11, 13,15,17,19,21,23,24 8:2,5,8,10, 12,15,17,19,21,23 9:3,5,10,13,15, 18 10:1,3,7,11,12,14,15,18,19,24, 22,23,25 101:2,3,4,6,11,13,14,15, 16,18,19,23 102:1,4,6,8,13,13,14, 16,17,22,24 103:2,4,6,9,11,13,14, 18,19,25 104:1,4,5,8,10,14,16,19, 22 105:2,5,8,12,15,25 106:3,6,8,9, 12,13,14,16,20,24 107:1,6,10,11, 12,13,16,17,18,19,22,25 108:5,14, 11,14,16,20,21 23:24 109:2,5,8, 11,12,16,20,22,25 110:1,2

19 25:3,6,9,12,13,15,17,18,23 26:
2,5,8,9,13,17,20,21,23,25 27:1,3,6,
8,12,15,19,21,24 28:5,6 29:7,10,
17,20,21,23 30:1,3,5,7,9,12,18,20,
21,22,24 31:1,2,7,9,20,23 32:1,2,6,
7,11,14,18,20,23 33:9,12,13,14,19
34:4,8,12,19 35:1,4,6,12,19,25 36:
7,13,18,22 37:2,3,4 38:24 39:1,3,6,
13,23 40:4,7,13 42:5,8,22 43:4,7,
11,16,19 44:1,11,12,14,15,18,19,
22,23,25 45:1,2,3,4,25 46:3,6,10,15,
19,21,23,24 47:1,2,5,10,13,20,24
48:2,4,9,13,17,19,22 49:3,4,14,25
50:4,6,9,13,14,17,21,24 51:3,9,11,
15,18,25 52:5,9,17,20,22 53:1,2,
10,12,17,18,24 54:6,14,17,21,24
55:2,4,11,15,21,25 56:3,6,7,9,18,
25 57:1,4,5,7,8,9,11,14,15 58:1,18,
21,22,24 58:2,4,7,9,10,12,13,18,20
24 59:1,2,3,4,10,13,16,20 60:1,4,
5,7,8,10,14,14,17,21,22,24,25 61:
1,4,8,11,15,16,18,19,20,22,23,24,25
61:5,7,9,12,15,19,24 62:4,7,8,11,13,
14,17,18,21,24 63:1,6,8,9,11,13,17,
18,22,25 64:4,6,8,9,12,15,19,20,22,
24,25 65:5,9,10,14,15,19 66:1,3,
5,8,10,12,13,24 67:1,2,6,9,14,15,
23,24 68:3,7,9,13,16,19,24 69:4,11,
14,16,18,20 70:2,5,8 71:4 72:17,
8,9 73:2,16,20,22 74:2,4,5,6,7,8,8,
14:12 15:25 16:3,9,23 17:4,7,19,
21,25 18:6,9,20,24 19:4 25:24 26:
4,24 27:10,13,17,20,22,25 28:4 30:
17 31:11,16,21 32:4,9,16 33:7,10
34:5,10,14,17,23 35:9,15,21 36:5
38:10,24 40:5 42:25 43:5,9,14,17,
21 44:2,5,7,20 46:1,5,7,11,13,16,
18 47:14,18,21 48:4,9,14 49:1,4,9,
15,20 51:2,11 53:5,7,8,10,13,18,19,
20,23 54:17,20 55:2,4,6,10,12,13,
14,17,21,25 56:2,6,10,14,19,23 59:
8 60:1,5,12,17,23 62:12,21 63:4,7,
10,11,15,19,22,25 66:6,8,12,17,22
26:5,6,10,12,22 67:4,6,14,17 68:1,
11,21 76:1,3,4,7,9,13,19,24 77:1,5,7,
9,13,18,20,24 81:1,3,5,7,10,13,14,
16:9,23,19 19:11,20 86:19,21,24
95:6 99:1,3,6,10,14,19,23 87:2,4,
96:9,12,21,25 99:3,7,13,21 98:6,
10:9,13,19,24 103:6,9,14,19,21,25
12:10,18 100:1 104:2,8,14,17,20 106:2,11 107:1,
7,20:25 18:6,16,20 19:7,19,22
74:11,20 81:13
**myself** [1] 29:12

### N
**nacterio** [68] 2:21 4:24,25 5:6,9,
10,18,20,24 6:1,7,8,11,14,17,20,7:
1,4,8,11,15,19,23 24 8:3,8,12,17,
21 9:13 10:11,12,15,16,18,23 11:1,
3,8,13,17,20,24 12:3,5,10,13,14,19
23 13:1,5,8,11,15,18,24 14:1,3,8,15,
20,23 15:1,4,10,12,16,20 16:4,7
**nacterio's** [1] 5:15
**name** [5] 3:3 5:7 9:10 18:1,2
54:10,15 89:21
**narrow** [1] 36:1
**[2]** 41:18,20 42:1,1,2 50:24
**[2]** 3:16,18
**necessarily** [7] 34:14 108:5
**need** [8] 4:16 16:24 23:11 38:13
54:3 55:9 83:10 86:5 94:12
**needed** [3] 4:14 41:6 108:13
**needs** [9] 26:19 29:2 38:19,21 73:
20 100:19,24 102:3,7
**never** [8] 22:15 41:8 52:1,6,15 88:
1 98:6 92:1
**new** [6] 22:11,14 23:12 33:5 79:20
**next** [5] 22:12 49:24 50:4 51:23
100:4
**night** [1] 6:22 7:16 33:21
**nine** [2] 22:22 97:10
**nineteen** [2] 27:19,20
**noe** [249] 3:2,3,25 4:3,21,24 5:2,3,
7,12,17,21,25 6:4,7,9,23 7:2,5,10,2
14:12 15:25 16:3,9,23 17:4,7,19,
21,25 18:6,9,20,24 19:4 25:24 26:
4,24 27:10,13,17,20,22,25 28:4 30:
17 31:11,16,21 32:4,9,16 33:7,10
34:5,10,14,17,23 35:9,15,21 36:5
38:10,24 40:5 42:25 43:5,9,14,17,
21 44:2,5,7,20 46:1,5,7,11,13,16,
18 47:14,18,21 48:4,9,14 49:1,4,9,
15,20 51:2,11 53:5,7,8,10,13,18,19,
20,23 54:17,20 55:2,4,6,10,12,13,
14,17,21,25 56:2,6,10,14,19,23 59:
8 60:1,5,12,17,23 62:12,21 63:4,7,
10,11,15,19,22,25 66:6,8,12,17,22
26:5,6,10,12,22 67:4,6,14,17 68:1,
11,21 76:1,3,4,7,9,13,19,24 77:1,5,7,
9,13,18,20,24 81:1,3,5,7,10,13,14,
16:9,23,19 19:11,20 86:19,21,24
95:6 99:1,3,6,10,14,19,23 87:2,4,
96:9,12,21,25 99:3,7,13,21 98:6,
10:9,13,19,24 103:6,9,14,19,21,25
12:10,18 100:1 104:2,8,14,17,20 106:2,11 107:1,
7,20:25 18:6,16,20 19:7,19,22
74:11,20 81:13
**non-english** [1] 46:16
**non-existent** [1] 86:16
**none** [1] 87:11
**normally** [7] 83:2,2 89:24 92:13
102:11,13 108:11
**nos** [1] 102:20
**notable** [1] 37:9

### O
**note** [1] 38:10
**noted** [1] 31:9
**notice** [2] 40:22 95:4
**nowhere** [1] 49:8
**number** [5] 3:24 21:7 35:12
43:14
**numbers** [1] 91:3
**object** [7] 13:5 18:10 32:2 33:14 36:
18 38:25 39:14 65:7 72:8 76:22
79:4 85:17 87:15 99:4 103:14 104:
15,23
**objected** [6] 72:16,21 73:21 77:
14
**objecting** [3] 32:14 43:19 68:15
**objection** [17] 5:25 18:21,23 25:
7,15,22 26:16,25 43:25 45:4,11,
46:2 56:2 76:8 77:6,6,7 95:17 104:7
**objectives** [2] 28:16,25
**observation** [5] 2:16 26:7 45:7
108:19,25 109:9
**observations** [3] 22:13 45:2 109:
21
**observe** [1] 24:12
**observed** [4] 25:4,14 26:10,13
**observing** [8] 24:15,17,19,23 28:
11,22
**offering** [1] 43:22
**office** [4] 7:25 8:6
**officer** [249] 3:2,4,25 4:3,21,24 5:
2,3,4,7,12,17,21,25 6:4 7:6 9:23
10:2,4 14:12 15:25 16:3,23 17:4,
7,19,21,25 18:6,20,24 19:4 25:24
26:4,24 27:10,13,17,20,22,25 28:4
30:17 31:11,16,21 32:4,9,16 33:7,
10 34:5,10,14,17,23 35:9,15,21 36:
5 38:10,24 40:5 42:25 43:5,9,14,
17,21 44:2,5,7,20 46:1,5,7,11,13,
16,18 47:14,18,21 48:4,9,14 49:1,
4,9,15,20 51:2,11 53:5,7,8,10,13,18,
19,20,23 54:17,20 55:2,4,6,10,12,13,
14,17,21,25 56:2,6,10,14,19,23 59:
8 60:1,5,12,17,23 62:12,21 63:4,7,
10,11,15,19,22,25 66:6,8,12,17,22
67:4,6,14,17 68:1,11,21 76:1,3,4,7,
9,13,19,24 77:1,5,7,9,13,18,20,24
81:1,3,5,7,10,13,14,16,19 86:19,21,
24 95:6 99:1,3,6,10,14,19,23 87:2,
4 96:9,12,21,25 99:3,7,13,21 98:6,
10:9,13,19,24 103:6,9,14,19,21,25
12:10,18 100:1 104:2,8,14,17,20
106:2,11 107:1,7,20,25 18:6,16,20
19:7,19,22
**on-one** [1] 22:25
**one-to** [1] 22:17
**one-to-one** [7] 22:16,20,22 23:4,
7,10,12
**ones** [1] 43:17
**online** [1] 53:19
**only** [12] 26:7 21:21 48:21 50:6
58:16 65:12 70:19 73:16 78:25 80:
11,13,14
**opening** [3] 32:22 34:9,10,12,21,
24
**openings** [1] 6:14
**opportunity** [5] 12:1,8 33:24 78:
24 79:1
**opposes** [1] 71:7
**or...** [1] 10:5
**ord** [16] 56:22 61:6,8 62:7,8 64:9,
12,20,24 65:10 67:24 73:16 23 75:
12 80:12 87:18 88:12
**order** [14] 23:12 24:6 74:16 77:17
**original** [2] 34:24
**other** [12] 19:20 21:24 22:5 23:6
31:10 42:23 44:20 47:17 73:7 77:
24 81:9 108:8
**otherwise** [2] 42:20,25
**out** [11] 15:1,8 28:14 36:11 51:21,
24 94:8 96:25 96:1,4
**outside** [2] 9:22 109:9
**over** [4] 9:20 21:23 23:22 38:25
**overlooked** [1] 72:6
**overrule** [2] 25:16 32:16
**overruled** [2] 95:21 99:12

**20:**1,17 **21:**1,7,17 **22:**9,17 **23:**5,14
**24:**9 **25:**3,9 **27:**1,12,25 **28:**10 **29:**
17 **30:**1,3 **31:**19,12,21 **32:**6 **33:**9 **35:**
15 **36:**11 **39:**6 **40:**5 **42:**5 **43:**1,9,22
**44:**2,12,19 **45:**3,13 **46:**15 **47:**10,
20 **48:**2,9,14 **49:**3 **50:**10,17 **51:**15,
52:4 **53:**8,10 **54:**22 **55:**2,4,10,11,
15 **56:**1,5,18 **57:**11,15,18 **58:**4,9,
20 **59:**2,4,10,13,20 **60:**21 **61:**1,9,22
**62:**4,11,18,22 **63:**4,9,17,23 **64:**6,25
**66:**14 **68:**19 **69:**2,5,8,11,17,21 **70:**
1,3,14,18,22 **71:**13 **72:**18 **73:**19,24
**74:**2,4,5,19 **75:**11,12,19 **76:**1 **80:**
12,18,23 **81:**20,22 **82:**4,15,23 **83:**
52:4 **53:**8,10,24,22 **55:**2,4,4,1,2,11,6,12
**85:**4 **86:**4,20,25 **84:**5,21 **85:**11
**87:**2,10 **88:**16 **89:**4,5,10 **90:**24,25 **91:**
12,22,24 **93:**1,7,17 **94:**3,6,14 **95:**4,5
**96:**3,11,12,17 **97:**1,11,20 **98:**13,16
**99:**7,9,13,25 **100:**22 **101:**13,25 **103:**
14,21,24,25 **104:**2,6,13,15 **106:**1 **107:**
4,7,13,18,23,25 **108:**5 **109:**
3,15,18 **110:**2

**A437**

## Keyword Index

own [3] 19:20 20:14 78:15

**P**

p.m [1] 110:14
packet [1] 92:14
page [6] 44:16 70:3 90:9,23 91:4
92:6
pages [4] 2:5,5 5:18 43:24
papers [1] 31:6
para [4] 62:6,16 64:17 108:12
paragraph [4] 10:19 11:10 30:
20,25 37:5 38:12 61:5 66:13,16
67:1,15 74:9,21 104:16
paraprofessional [3] 21:19 61:
10,17 62:4 108:7
paraprofessionals [2] 64:25 65:
2
pardon [2] 83:15 96:2
parent [28] 3:15 9:20 59:9 60:12,
14,21 70:20 71:7 72:7,7,15,21 73:
21 77:18,19,23 78:2,18,24 79:1
83:9,22 95:5,16 103:12 106:20
parent's [6] 6:5,5 56:17 78:23 79:
7
parents [4] 9:2 37:23 93:1 95:12
parents' [1] 19:2
part [34] 10:9,16 11:9 12:4,6,10,
17 13:14,23 14:6 38:2 57:25 72:6,
22 74:12,12 79:13,15 87:24 89:2,
18,24 90:8,15,16,20 91:6,7 92:1,8
97:2 101:6 108:19 109:13
participated [2] 75:11,23
participated [2] 75:15 76:14,16
82:21
partnership [2] 3:11,14
pattern [1] 40:23
patterns [1] 40:22
pause [1] 81:24
pdd [1] 102:19
peer [1] 33:6
pena [3] 3:1,6,16 16:22
people [1] 42:18
per [3] 11:19 31:4,4
perceptual [1] 103:9
performance [1] 23:20
performed [1] 23:25
period [1] 39:16
periods [3] 29:25 30:2 31:3
permission [1] 93:10 94:12
person [28] 48:23 73:25 108:11
personally [1] 6:9
perspective [1] 38:14
phone [10] 4:2 17:9 48:16 54:23,
23 55:1 61:12 63:7,13 67:10
phonetic [3] 8:1 47:22 56:21
phys [1] 88:23
physical [2] 41:2 86:9
physician [1] 102:9
place [1] 13:13
placed [2] 11:22 13:23 57:21,25
58:5 59:13
placement [7] 7:25 8:6 9:8,11 57:
3,13 60:9
placements [3] 11:10,11,15
placing [2] 10:9,16

**plans** [1] 89:17
**please** [6] 26:25 60:6 66:6 77:7
86:10 92:16
pleasure [3] 16:11,16,21
point [5] 38:20 42:6,8 73:5 75:24
107:24
policy [2] 11:4,6
portfolio [3] 2:14 35:17 46:16
position [7] 5:8,10 18:1,3 54:16
79:24 81:18
possible [3] 42:2 69:20 70:14
possibly... [1] 50:2
post-secondary [3] 20:16,18,20
potential [2] 12:24,25
practice [2] 24:21,23
precludes [1] 53:15 54:4
preparation [2] 19:8 26:10
prepare [4] 20:16,18,19 24:24
pre-read [1] 48:5
present [2] 57:7,10
pretty [3] 16:24 74:17,19
previous [1] 4:12
program [32] 2:25 11:23 12:1,7,
21 13:14,24 14:3 15:8,12,21 18:4
20:5,12,14,15 25:11 26:12,19 28:
17,17 43:12,23 44:10,13,17 45:20
57:20 58:1,5 60:15 73:25
programs [3] 14:17,19 15:19
progress [10] 2:19 27:16 28:9 29:
4 37:8,8,9,11,12 38:17
progressed [1] 29:13
projects [1] 23:10
properly [1] 58:15
provide [11] 12:2 58:13 60:9 65:
22 66:2,5 71:16 90:2 100:17 104:
19 105:22
provided [11] 58:3 87:18 88:13
90:3 91:10 103:1 104:25 105:7,10,
11 106:3
provider [2] 66:17 67:17
psychoed [2] 2:5 36:12 100:17
psychoeducational [2] 96:24
101:6
psychological [5] 56:21 57:10,12
82:1 95:24
public [2] 65:5,12,21
pull [1] 29:7
pulling [1] 29:8
purposes [2] 37:13 38:4 41:14
put [14] 4:2,3,22 9:6 27:11 34:1
35:4,11 43:10,11 50:11 52:18 87:
25 96:20

**Q**

qualitative [1] 43:22
quality [1] 49:9

**question** [41] 9:24 13:20,22 24:5
25:22 26:1,3,5 29:3 32:5,10,19 34:
3 36:19,23 40:6,7 44:6 65:8 66:7
67:8,13 70:13 71:15 81:17,19 82:
10 85:4 92:17,22 99:20 100:1,3
108:13,14,19,23 109:10 110:2
questioning [4] 10:6 76:22 103:
13 105:2
questions [20] 6:6 14:11,15 19:5
31:10,12,19 41:16,19 43:2 44:21
56:17 81:25 82:2 101:9 102:18,19,
25 103:20 107:16

**R**

raise [2] 55:4 77:19,24,24 78:1,2,
23
raised [5] 9:19 76:24 77:15 79:5,6,
19
raising [1] 77:23
range [4] 31:23 32:7,11,20
ratio [3] 44:16 61:7 64:19
reach [1] 105:10
read [2] 44:9 74:13
ready [1] 110:7
realize [1] 81:3
really [4] 5:22 59:16,16 67:2
reasoning [1] 106:21
recall [1] 74:15
receive [4] 66:18 67:18 69:12,14
recent [1] 45:6
recommendation [1] 67:25
recreate [1] 105:14
regulations [2] 96:20 97:1
related [2] 102:4 102:7
relates [1] 102:3
relevant [1] 104:23
remember [10] 62:8 64:22,24 65:
1 96:5 99:7,14,16,21 103:6
remembered [1] 52:6
reminding [2] 93:11 95:5
repeated [1] 77:18
report... [1] 89:5
reported [1] 41:6
reporter [1] 54:3
reports [1] 88:14
representation [2] 47:6,8
representative [3] 56:22 71:22,
23
representative's [1] 72:1
represents [1] 74:5
responsibility [6] 71:12 72:1,10,
12 78:23,25
russian [4] 1:4,16 16:13 49:8,11
110:10

**S**

said... [1] 43:22
sally [6] 56:22 70:20 71:16,19,20
73:6,16 87:18 88:12
same [8] 11:2 28:7,10 37:21,24
62:4 91:19 94:6
saw [1] 24:11
saying [17] 34:5 57:6 61:21,24 62:
3 63:21 71:9 78:22 79:10 80:8,21
81:1,7 86:22 88:25 89:4 97:8
real-life [3] 12:1,8 20:21
really [6] 7:4,12 41:4,5,7
says [10] 34:24 37:6,7 41:24 66:14

**reason** [1] 38:5
recall [1] 41:6
recollection [3] 30:14 65:5 74:10
recommendations [2] 11:4 107:
9
recommended [9] 7:25 8:7 57:2,
12 66:18,20 67:17,20
record [17] 8:10,11,20 54:4,6
64:1,2,3
recovers [1] 36:9
redirect [1] 14:13
redirection [3] 22:5,6,8
refer [8] 19:15 84:4,14 101:12,14
108:4
reference [2] 30:8,16
referred [1] 19:15
reflection [1] 23:2
refresh [3] 23:25 19 74:10
refreshed [1] 19:17
remember [4] 16:14,19 41:6 53:3
remind [1] 16:15
reoccurring [1] 40:21
repeat [3] 26:2 32:18 60:5
report [14] 2:19 27:16 28:9 29:5
37:9 39:14 89:1,19,20 97:21,23
98:8 100:20
reports [5] 88:23 36:4,5
representing [1] 3:15
require [3] 21:25 22:6,8 40:18 41:
10
requirements [1] 40:15
requires [4] 21:23 22:3,5,10
re-reads [1] 37:16
response [4] 37:25 78:10 79:10,
13
responsive [1] 39:4
rest [1] 33:6
restroom [1] 81:15
resumes [1] 15:1
review [11] 6:15,18 7:13 14:8 19:
8,11,19 25:20 82:25 83:1,23 84:1
62:6,9,21 94:5 95:2
reviewed [11] 6:20,21,25 7:15 8:
12 19:12,13,16 46:24 74:9 103:21
reviewing [1] 7:22
rights [2] 3:11,14
role [2] 65:4,9
room [2] 43:12,24
rosters [1] 8:13
rotate [1] 23:10
routines [1] 24:25 26:15
russian [4] 1:4,16 16:13 49:8,11
110:10

69:1 90:13 94:6 104:15,24
scheduled [1] 23:1
scheme [1] 34:20
school [6] 4:11 8:2 9:8,11,21 11:
3,5 21:2,5 23:20,21,25 24:12,16
25:4,5,7 28:21 33:2 37:18 50:24,
25 58:3 59:12,18 60:9,11,14 65:
12 73:4 74:5 75:20 84:20 88:14
89:16,17
schools [2] 61:3 65:21
scope [3] 9:22 32:15 33:15
score [1] 47:22
scores [3] 39:15,19 46:25 47:3,3,
11 48:3,6
scream [5] 6:5 59:4,17 21,22
second [4] 4:7 5:16 6:7 77:1 49:
21 89:6
section [4] 37:7 72:16 81:23 82:9
sections [1] 102:11
see [14] 8:9 31:35:10 38:23 48:
15 49:1 51:19,21,24 55:20 73:19
81:16 90:6,7
see... [3] 30:21 33:19 90:17
seeing [3] 41:21 91:05 91:1
97:15 98:10
seems [1] 34:5 42:1
seen [1] 46:17
self [1] 37:16
self-awareness [2] 37:13 38:2
sen [33] 3:13,13 6:8,12,15,18,23
7:3,13,17,21,24 8:5,10,15,19,25 9:
10,15 10:1,3,7,12,15,19,14 11:2,5,
9,14,18,21,25 12:6,12,14,17,20,25
13:4,6,9,12,17,20 14:2,6,10 15:16
24 17:2,14,18 18:3,13,16 25:15,17
23 26:25 27:24 30:21 35:20,23 32:
7,11,20 33:9,13,19 34:4,8 19 35:1,
12,19 36:7,13,22 37:3 39:6 40:4,7
42:5,22 43:1,11,19 44:1,9,12,15,19
46:6 49:4 50:6,14,24 51:11,15,
18,25 52:5,9,17 53:1,10,12,17 56:
3,18 57:1,5,8,11,15,18,22,24 58:4,
9,14,20 59:1,3,6,14 60:5,6,13,20,
24 61:4,13,15,20,24 62:3,7,16 63:
20 64:4,7,12,18,25 65:2,6,10,21
66:1,5,10,13 67:1,15,24 68:7,24
69:2,5,8,11,18,20,23 70:4,14,18
72:25 73:3,8,11,21,25 72:5 14,17,
25 73:9,17,22 74:4,6,8,15,18,21
75:2,6,10,14,19,22 76:1,3,6,9,12,
14,18 77:1,22 78:5,10,18,22 79:2,8
17,22 80:1,5,16,19 83:1 84:5,10,
20 85:4,10,15,18,21 85:1,7,11,
15,25 86:12,17,21,25 87:5,10,12,
16,20,24,24,6,9,24 88:1,4,9,13,16,
24 89:1,4,8,12,15,21,25 90:4,10,13
18,25 91:2,5,9,14,18,24,25,3 92:5,
9,13 93:1,4,9 94:1,6,10,14 95:1,
5,11,15,18,21,25 96:1,5,10,14,18,
24 97:6,10,14,19,23 98:2,8,13,16,
19,23 99:1,5,9,16,19,23 100:1,4,7,
13 101:3,6,10,14,18,22,25 102:1,5,
10,15,22,25 103:4,9,14,18 104:6,9
13,18,23 105:1,6,13,18,22 106:1,5,
10,15,20,25 107:5,9,13,16,19,23,25
108:1,4,9,12 109:1,6,11,16,19,21,
24

sending [1] 95:4
sends [1] 83:22 93:1
sense [2] 37:13 40:21
sensitivity [1] 38:1
sent [2] 44:21 83:19 93:3,13,18
95:9,12,15
september [1] 21:8
sequence [1] 106:5
sequential [1] 106:23
service [1] 68:25
seses [1] 45:11
sessions [2] 66:19 67:18
set [2] 23:8 55:9
setting [6] 20:23 23:4,12 25:6,7
38:22
settings [1] 23:11
seven [1] 22:20
several [26] 19:1 27:6 74:9
she's [20] 17:3 36:4 39:4 51:23
63:13,20,23 65:12,15 68:14 71:21
80:7 81:21 85:8,11 90:9,20 91:1
97:15 98:10
short [1] 38:12
shout [1] 55:9
show [6] 22:14 41:10,12,21 42:3
20,24 42:4 48:3,6
shown [1] 37:11
shuffling [1] 31:6
side [1] 55:8
sign [1] 5:18
signed [5] 32:3 58:11,13
significant [2] 37:12 96:18
silverblatt [3] 3:7,8,10
similar [2] 8:24 23:6
similarities [1] 40:20
since [4] 8:25 13:9 21:8 85:16
sit [1] 108:11
site [2] 12:4,22 13:7,19 15:4,5,23
58:6,15
sites [4] 10:25 11:15 13:2 15:17
situations [1] 20:23
six [1] 21:5
skill [1] 29:3
skills [33] 2:25 14:24,24,25,25 15:
4 18:4 20:7,12 14,21 24:22 25:11
26:12,19 33:10 38:15,25 37:21 39:
7,8 40:9,11,16,19 41:1,9,13,17,23
42:2,5,10,15 43:6,7,11,15,20 44:1,
3,8 42:6,9,13,7,19 15:4,5,21,24,
18,25 82:6 83:3,10 84:3,13 85:6
83:6,9,24 95:4,6,11 109:4,9,14 110:
4,12 42:6,11,19 44:4,9,14 96:4
social [7] 38:22 42:16,19 103:24
104:20 106:10,25
someone [4] 1:4 38:19 51:19,25
103:22
sometimes [5] 28:21 109:9,12,14
103:25
sorry [23] 5:14 10:13 13:17 22:7
23:23 28:8,13,14 30:12 32:5 37:1
45:4 51:5 56:12 58:20 63:10 68:13
72:18 93:18 102:8 104:8 106:20
108:14

sort [3] 41:22 46:17 102:23
sound [2] 61:11 67:10
space [3] 8:11,20 9:16
spanish [3] 4:17 80:11,13 110:11
speaker [2] 54:23 55:1
speaking [3] 72:7 89:9 92:18
speaks [5] 67:11 70:20 73:6,7 80:
11
special [8] 20:1,4,16 38:19 54:17,
14,18,18,2 92:3
specific [1] 9:1
specific... [1] 27:9
specify [2] 56:21 59:1
speculate [4] 26:23,24,25 27:1
speech [11] 66:17,19,20,21 67:16,
18,20,21,25 68:20 99:2
spend [6] 7:22 15:17 31:2,5 58:22
72:4
spent [4] 58:16 59:10 60:21 61:2
spoke [2] 82:8,9
spoken [1] 73:6
sport [1] 9:21
spring [4] 24:13,17 25:14 26:7
stand [1] 16:19
standardized [3] 33:9 36:3,5,10,
14,20,24 39:8,15,18 40:8,10 41:10,
20,24 42:4 48:3,6
start [4] 28:14 36:23 48:7 92:17,
18
state [2] 5:7 8:5,25 10:19 11:4
17:25 54:15 57:1 66:16 67:15 75:
3 96:10
stated [6] 61:5,19 66:14 74:21 75:
10 103:21
statement [6] 33:23 34:9,11,13,
21,24
states [3] 56:10 74:9 94:8
stating [6] 93:10 94:12 95:5 96:
24
stay [1] 31:14
stewart [3] 22:23 42:20,23 5:
1,14 9:5,18 10:1,4 14:14,21 15:3,9,
12,14 16:5 17:5,18 22:7 11,16
22:22,4,9,17 23:5,14,19 24:1,5,8
17,23 24:10,15,19 25:18 25:3 26:
14,15,22 27:2,6,9,13 28:8,11,16,20
29:5,8,16,19 30:2,5,8,11,15,18,22
31:1,5,9 32:9 33:6 34:4 35:3,11
36:6,9,13,19,24 37:2,5,9,14 38:2,
15,21,24 39:6,13,16,20,24 40:4 41:
6,8,15,18,21,25 42:5,10,15,19,23
43:2,6,10,18,22,24 44:6,9,13
teacher's [1] 12:11
test [9] 36:4 39:15,18 46:3 47:5,
12,18,21,25 48:5
testified [21] 12:4 13:7 14:9 26:15
62:14 64:14,14,25 103:18
teaching [2] 21:1 58:19
team [6] 57:2,5 66:20 67:19 95:24
62:17
studied [1] 41:18
study [3] 13:9 19:15,22
style [1] 37:25
submit [3] 33:20,21
submitted [2] 35:2 38:23
submitting [1] 35:12
successful [1] 42:20
sufficiency [2] 100:9,13
suggested [2] 66:22 67:22
sullivan [2] 56:23 66:15
summary [3] 18:12
summer [2] 8:13 21:11
supervisor [1] 37:23
support [1] 22:16
susan [2] 4:25 5:9
swear [5] 5:22 17:22 54:13 55:
22

stop [1] 81:24
strong [1] 93:3
struggles [3] 41:5,6,7
student [9] 3:9,12,21 21:23 22:
2,8 24:12,25 36:18 51:4 52:2
33:1,3,5,6 46:16 48:4 52:2 62:15
73:23,24 83:5 86:6
student-to-teacher [2] 44:15 61:
7
students [8] 8:23 10:9,16,21 11:
15 12:14 14:17,18 15:10,17 20:7,
15 21:1,6,11,14,15,25 22:6 23:4,10
32:12,21,24 42:17 61:9,16,20,24
62:17
studied [1] 41:18
study [3] 13:9 19:15,22

**T**

table [2] 72:23 82:1
teach [2] 29:18,23
teacher [22] 17:6 18:6,25 19:21,
24 22:1,3,12 24:6,16,22 45:2,6 54:
18,19 55:3 56:23 59:18 61:9,16,
20,22,25 62:5,11,18 63:7 64:14,16,
9,13
teacher's [1] 12:11
terms [3] 33:4 40:16 45:11
test [9] 36:4 39:15,18 46:3 47:5,
12,18,21,25 48:5
testified [21] 12:4 13:7 14:9 26:15
62:14 64:14,14,25 103:18
teaching [2] 21:1 58:19
team [6] 57:2,5 66:20 67:19 95:24
62:17
ten [2] 23:1,4
tested [1] 94:21
testified [21] 5:21 39:18 69:12 73:
9 88:2
testifies [1] 18:11
testify [1] 90:10
testifying [8] 7:6 69:5 72:9,18,25
testimony [27] 5:10 16:1 19:9 47:
11,16 48:12 55:18 61:8 71:25 72:3
22 74:11 76:18 91:4 92:2 94:2 96:
10,25 108:2,6,14,24 24 109:24
9,13
teacher's [1] 12:11
say [8] 81:16
tech [1] 106:24
ten [2] 23:1,4
tested [1] 94:21
testified [21] 5:21 39:18 69:12 73:
9 88:2
testifies [1] 18:11
testify [1] 90:10
testifying [8] 7:6 69:5 72:9,18,25
testimony [27] 5:10 16:1 19:9 47:
11,16 48:12 55:18 61:8 71:25 72:3
22 74:11 76:18 91:4 92:2 94:2 96:
10,25 108:2,6,14,24 24 109:24
9,13
still [3] 18:17 54:3 96:13

**A438**

## Keyword Index

**testing** [7] 83:2 95:9 97:7,10 101:3 107:2 109:20
**tests** [14] 13:10 36:5,10,14,20,24 39:8,21 40:8,10 41:10,20,24 42:4
**that's** [1] 40:2
**that...** [1] 46:25
**the...** [2] 89:24 97:2
**themselves** [2] 3:6 66:2
**therapist** [2] 66:22 67:22
**therapy** [4] 66:19,21 67:19,20
**there's** [16] 23:3 35:6,16 41:23 43:24 61:11,13 62:14 67:2,10 71:12 77:6 94:7 96:6,24 109:16
**they're...** [1] 52:20
**think...** [1] 108:15
**thinking** [1] 104:15
**third** [1] 45:19
**this...** [1] 31:18
**three** [15] 11:18 16:13 28:21 66:18 67:18 83:7 85:5 96:14,17,21 97:3,25 98:11,12,16
**three-year** [2] 10:21 11:6
**thursday** [2] 50:5 53:14
**till** [1] 16:6
**titled** [1] 92:3
**today** [5] 5:23 19:9 50:2 55:24
**todd** [2] 3:7,7
**to-one** [1] 22:11
**took** [2] 24:20 39:24
**torturous** [1] 97:14
**total** [3] 75:14,16,22
**totally** [1] 74:2
**touch** [1] 37:10
**towards** [2] 38:1,17
**training** [2] 12:5 58:23
**traits** [1] 41:4
**transactions** [2] 12:2,9
**transcript** [1] 92:23
**transferring** [1] 26:12
**transition** [30] 20:15 69:14,15,24 70:15 71:13 73:1,3,4,5,7 87:13,18 88:4,9,20,24 89:2,2,5,12,16 90:8, 19,21 91:2,4 92:4,11,12
**transitioning** [1] 42:15
**translate** [5] 76:3,6 81:24 82:5,6
**translated** [4] 76:19 79:2 81:21 82:14
**translation** [4] 77:15 78:19 79:14, 24
**translator** [1] 61:13
**tried** [1] 52:5
**triennial** [20] 82:25 83:1,6,23 84:1 93:2,6,9,11,21,25 94:5,11 95:4,6, 15,22 108:19 109:10,13
**trimester** [2] 28:12,20
**trips** [1] 31:8
**true** [5] 18:12,18 83:25 84:11 98:25
**truth** [3] 5:5 17:23 54:13
**try** [3] 49:3 63:14,24
**trying** [3] 17:9 25:18 108:15
**tuesday** [1] 53:21
**two** [7] 11:18 15:20 28:21 30:2 31:2 48:21 58:16
**typed** [4] 76:9,12 82:15,18

**typical** [1] 22:18
**typically** [1] 28:20
**typo** [1] 69:4

**U**

**um-hm** [1] 13:5
**unable** [2] 22:14 73:16
**under** [4] 13:13 57:18 58:4 98:3
**understand** [11] 38:16 59:16 78:1 80:6,9 81:4,6,17 97:17 98:1 107:2
**understanding** [3] 9:25 65:3 79:15
**understood** [4] 80:7,11,13 82:2
**unless** [3] 48:23 62:19,24
**until** [4] 9:2 35:2 80:7 92:16
**up** [11] 16:6 28:9 48:23 55:13 59:24 63:18 67:8 71:5 75:23 77:21 88:12
**update** [1] 83:3
**updated** [1] 84:19
**upper** [1] 33:2
**using** [3] 12:22 26:15 34:19

**V**

**vacation** [2] 49:15 51:23
**valid** [2] 96:13,21
**various** [1] 29:6
**verbal** [2] 41:8 102:9
**verbatim** [1] 75:1
**versus** [2] 58:23 59:10
**via** [2] 6:21,24
**visit** [1] 6:13
**visited** [1] 6:17
**vocabulary** [3] 33:5 41:6,17
**vocational** [23] 11:10,11,23 12:1, 7,21 13:14,23 14:3,17,18 15:12,19 57:20,25 58:3,5,13,23 59:10 60:1 9 88:17 90:16
**voice** [7] 4:6 31:14 39:5 55:13 67:7 71:5 77:21
**volume** [2] 55:5 59:25

**W**

**wait** [10] 4:4 27:17 72:20,20,20 77:2,2,2,6,12 86:5,5,10 89:6 92:16 97:13,15,15 98:21 99:9
**wants** [2] 31:14,17
**wasn't** [1] 107:25
**way** [4] 35:1 53:18 93:24 107:9
**ways** [2] 41:19 100:18
**wednesday** [1] 31:5
**week** [10] 11:19 22:24 23:3 29:24, 24 31:4,4 49:15 50:5 51:23
**weekend** [2] 50:23 51:17
**weekly** [1] 7:11
**weird** [1] 67:2
**we're...** [1] 103:19
**what...** [1] 27:18
**whatever** [6] 5:8 18:1 34:17,24 54:16 84:19
**whenever** [1] 31:17
**whereupon** [12] 6:2 19:2 28:2 35:23 44:3 56:14 68:22 70:9 101:24 104:11 109:3 110:14
**whether** [9] 37:22 39:7 40:7 45:

23 79:16 83:10 105:3,23 106:24
**whisper** [1] 63:12
**whole** [1] 74:7
**who's** [2] 19:14 80:21
**will** [10] 4:16 19:15 26:18 37:4 38:5,16 42:15 54:1 63:15 108:11
**within** [7] 7:14,14 96:14,17,21 97:3,24
**without** [1] 22:15
**witness** [14] 4:21,22 9:6 16:4,6, 10 25:20 35:5 36:3 48:15 49:2 52:15 81:18,19
**witnesses** [2] 52:1 110:7
**witness's** [1] 36:2
**wonderful** [1] 110:11
**word** [5] 9:24 76:7,19 82:5,13
**words** [3] 20:14 34:18 96:20
**work** [30] 10:24 11:11,15 12:4,22 13:7,18 14:19,21,23,24,25 15:3,4, 5,8,17,22 20:24 23:15,16 33:6 37:5,16,17 38:11 42:15 50:15 58:6, 15
**worked** [2] 13:18 41:18
**working** [5] 15:17 23:9 29:24 39:17 58:22
**works** [1] 108:1
**world** [1] 42:21
**would've** [3] 72:24 84:24 85:9
**write** [7] 37:21 38:3,5,6,8 41:14 69:9 72:2 73:3,3 74:25 98:21
**writer** [1] 37:14
**writes** [1] 37:19
**writing** [13] 14:7 28:14 29:12 37:22,25 38:1,5,7,9,10,11 61:2 108:15
**written** [10] 14:9 28:25 55:23 69:24 71:8 84:24 97:8,20,22 98:19
**wrote** [4] 31:2 44:13 73:1 88:12

**Y**

**year** [25] 8:2,16,17 21:3,5 23:21, 22,25 24:2,6,8 27:5 28:19,22 29:1 33:11 36:16 37:1,18 45:14 75:19, 20,23 76:1 98:21
**years** [7] 15:17 83:7 85:6 96:15, 17,21 97:3,25 98:11,12,16

**A439**

DEPARTMENT OF EDUCATION
Of the
CITY OF NEW YORK

------------------------

In the Matter of:

　　　████ ██████　　　　　　Case No.: 143983

--------------------------X　　CORRECTED

District #2
131 Livingston Street
Brooklyn, New York 11201

Thursday
June 6, 2013

　　　The above-entitled matter came on for hearing
at 12:00 p.m.

BEFORE:　　　　　MARY NOE,
　　　　　　　　　Impartial Hearing Officer

A P P E A R A N C E S:

For the Student:
AMANDA SEN, Attorney
█████ █████, Parent
MARY CLANCY, Director (Via Telephone)
SALLY ORD, Teacher Consultant (Via Telephone)
VICTORIA FOWLER, Coordinator (Via Telephone)
FRANCIS TABONE, Head of School (Via Telephone)
TODD SILVERBLATT, Attorney
CRISMAILEN GUZMAN, Interpreter
KATHERINE HIBBARD, Teacher (Via Telephone)

For the Department of Education:
BRITTANIA STEWART, Attorney

I N D E X

| WITNESS | DIRECT | CROSS | RE DIRECT | RE CROSS | V. D. | J |
|---|---|---|---|---|---|---|
| M. Clancy | - | 118 | 141 | | | |
| V. Fowler | 143 | 143 | 165 | 168 | | |
| S. Ord | 171 | 172 | 207 | 209 | | |
| K. Hibbard | 215 | | | | | |
| F. Tabone | - | 217 | | | | |
| M. M███ | 227 | 234 | 238 | 240 | | |

E X H I B I T S

| PARENT | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|
| K | Affidavit of M. Clancy | 118 | 118 |
| M | Affidavit of S. Ord | 171 | 171 |
| S | Unofficial English affidavit, 5 pages | 231 | - |
| A | Due process response, 4/8/13, 3 pages | 242 | 245 |
| B | Letter to M. Jacobi, 2 pages | 242 | 245 |
| C | Letter to M. Jacobi, 3 pages | 243 | 245 |
| D | Enrollment contract, 2 pages | 243 | 245 |
| E | Enrollment contract, 2012/13, 2 pages | 243 | 245 |
| F | Tax return, 2012, G. ████, 2 pages | 243 | 245 |
| G | Tax return, 2012, M. M███, 2 pages | 243 | 245 |
| H | Sweeney School expenditures, 2010/11, 1 page | 243 | - |
| O | Letter to IHO from A. Sen, 4/29/13, 5 pages | 244 | 245 |
| P | Motion and opposition | 243 | 245 |
| Q | District response to parent's motion 5 pages | 245 | 245 |
| R | Parent's opening statement, 5 pages | 245 | 245 |

| DEPARTMENT OF EDUCATION | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|
| 27 | Summer 2012 curriculum outline 1 page | 138 | 138 |
| 28 | Class schedule | 160 | - |

**A440**

| 7 | Speech and language discussion | 177 | 177 |
|---|---|---|---|
| 8 | Academic discussion document | 179 | 179 |
| 9 | Discussion document | 183 | 183 |
| 10 | Discussion document | 183 | 183 |
| 12 | Notes of S. Ord | 184 | 184 |
| 1 | Due process complaint, 3/18/13, 5 pages | 245 | 250 |
| 2 | Meeting invitation, 4/30/12, 4 pages | 246 | 250 |
| 3 | IEP, 5/22/12, 15 pages | 246 | 250 |
| 4 | Progress report, March 2012, 16 pages | 246 | 250 |
| 13 | Progress report, June 2012, 14 pages | 247 | 250 |
| 14 | Student assessment portfolio, 7 pages | 247 | 250 |
| 17 | FNR, 6/15/12, 1 page | 247 | 250 |
| 18 | Progress report, November 2012 16 pages | 247 | 250 |
| 19 | Progress report, March 2013, 16 pages | 248 | 250 |
| 20 | Summer Academy goals, 4 pages | 248 | 250 |
| 23 | Summer Academy goals, 2 pages | 249 | - |
| 24 | No description, identification only | 249 | - |
| 26 | DOE opening statement, 3 pages | 249 | 250 |

| IHO | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|
| 1 | Class schedule | 170 | 170 |
| 2 | Order on request for verbal Testimony | 250 | 250 |
| 4 | Response to motion for translation | 252 | 252 |

115

P R O C E E D I N G S

1

2       HEARING OFFICER NOE:  Good afternoon.

3   We're here for a continuing hearing for █████

4   █████.  My name is Mary Noe, and I've been

5   assigned to this case, 143983.  This is the

6   second day of hearing.  The first day of hearing

7   was May 16th, and I'm going to ask that everyone

8   in the room introduce themselves, starting with

9   my right.

10      MS. BRITTANIA STEWART:  Brittania

11   Stewart, attorney for the Department of

12   Education.

13      MS. AMANDA SEN:  Amanda Sen, attorney

14   for M████ M████, ████ █████'s mother.

15      MS. M████ M████:  M████ M████,

16   ███ █████'s mother.

17      MS. CRISMAILEN GUZMAN:  Crismailen

18   Guzman, and I'm an interpreter.

19      HEARING OFFICER NOE:  Can you hear that?

20      MS. MARY CLANCY:  I didn't hear that.

21      HEARING OFFICER NOE:  The interpreter

22   identified herself, and the parent is here.

23   Someone is coming in by phone.  Can you identify

24   yourself?

25      MS. CLANCY:  I'm Mary Clancy, assistant

A441

116

1      head of school at the Cooke Center Academy.
2              HEARING OFFICER NOE:  Did you want to
3      call her as a witness?
4              MS. SEN:  Yes.
5              HEARING OFFICER NOE:  Ms. Clancy, do you
6      swear or affirm to tell the truth?
7              MS. CLANCY:  Yes.
8              HEARING OFFICER NOE:  State your name
9      again and whatever position you hold.
10             MS. CLANCY:  Mary Clancy, assistant head
11     of Cooke Center Academy.
12             HEARING OFFICER NOE:  I'm going to
13     check, but while I'm checking you might as well
14     get it in.
15             MS. SEN:  Ms. Clancy, do you have the
16     affidavit that you signed on May 10th in front of
17     you?
18             MS. CLANCY:  Yes, I do.
19             MS. SEN:  And you swear that you signed
20     this affidavit?
21             MS. CLANCY:  Yes.
22             MS. SEN:  And that everything that is in
23     it was then true and is currently true?
24             MS. CLANCY:  Yes.
25             HEARING OFFICER NOE:  Any objection?

117

1              MS. STEWART:  No.
2              HEARING OFFICER NOE:  Okay, so that's K
3      in evidence.
4              (Whereupon parent's Exhibit K was
5      admitted into evidence)
6              HEARING OFFICER NOE:  Ms. Clancy, the
7      District's attorney has some questions for you.
8      Go right ahead.
9              MS. STEWART:  Ms. Clancy, did you review
10     any documents in preparation for your testimony
11     today?
12             MS. CLANCY:  Yes.
13             MS. STEWART:  And what did you review?
14             MS. CLANCY:   The summer program
15     curriculum outline and ▮▮▮'s summer report.
16             MS. STEWART:  And for what year did you
17     review the summer report?
18             MS. CLANCY:  The 2012 summer report.
19             MS. STEWART:  And drafting your
20     affidavit did you review any documents?
21             MS. CLANCY:  Yes, those reports.
22             MS. STEWART:  Have you reviewed the
23     other affidavits prepared by Cooke Center
24     employees?
25             MS. CLANCY:  No.

**A442**

118

1          MS. STEWART: Ms. Clancy, what grades

2  are your certifications in?

3          MS. CLANCY: Grades one through six.

4          MS. STEWART: And is that special

5  education or general education?

6          MS. CLANCY: Both.

7          MS. STEWART: And in your affidavit you

8  mentioned that Mr. Gale is certified in New York

9  State. What is Mr. Gale certified in?

10         MS. CLANCY: I don't have that

11  information in front of me.

12         MS. STEWART: So how did you know that

13  he was certified at the time you drafted your

14  affidavit?

15         MS. CLANCY: He is certified in New York

16  State. I don't know if it's for childhood

17  education or students with disabilities or both.

18         MS. STEWART: And how do you know he's

19  certified?

20         MS. CLANCY: For our summer program you

21  have to have a certification to teach there.

22         MS. STEWART: So Mr. Gale only taught

23  █ during the summer?

24         MS. CLANCY: He's also a math teacher

25  here at the high school.

119

1          MS. STEWART: Did he continue teaching

2  █ during the school year?

3          MS. CLANCY: For the 2012/2013 school

4  year?

5          MS. STEWART: Yes.

6          MS. CLANCY: No.

7          MS. STEWART: Now in your affidavit, and

8  it looks like it's paragraph 11, you state that

9  █'s class consisted of, and I'm quoting,

10  consisted of twelve students and two teachers.

11  Who is the other teacher in the classroom?

12         MS. CLANCY: The other teacher for

13  █'s summer class was Kaitlin McGovern.

14         MS. STEWART: Is Kaitlin McGovern a

15  certified teacher?

16         MS. CLANCY: No.

17         MS. STEWART: So why do you refer to her

18  as a teacher in your affidavit?

19         MS. CLANCY: She participates in all

20  curriculum meetings, all of the related service

21  meetings, and acts as an instructor in the summer

22  program.

23         MS. STEWART: What do you mean she acts

24  as an instructor in the summer program?

25         MS. CLANCY: She leads curriculum

**A443**

120

1    groups, supports all the classroom work, and
2    supports Mr. Gale in teaching.
3           MS. STEWART:  So even though she's not a
4    certified teacher you actually consider her a
5    teacher at the Cooke School.
6           MS. CLANCY:  During the summer program,
7    yes.  The two teachers assigned to his class were
8    Ms. McGovern and Mr. Gale.
9           MS. STEWART:  Do you have any knowledge
10   about ▮▮▮'s fall school year program or just
11   the summer program?
12          MS. CLANCY:  The school year program?
13          MS. STEWART:  Yes.
14          MS. CLANCY:  I have general knowledge of
15   his school program.
16          MS. STEWART:  No, I didn't say school
17   program, I said the summer program.  You
18   mentioned that you reviewed the summer report and
19   the summer program curriculum. Do you have
20   knowledge about the continuing fall program in
21   the fall curriculum for J▮▮▮?
22          MS. CLANCY:  Yes.
23          MS. STEWART:  Now you said in your
24   affidavit, and this is paragraph 15, there was a
25   related service period built into the schedule to

121

1    minimize pull-outs.  What was ▮▮▮'s related
2    service schedule for the summer?
3           MS. CLANCY:  He received--can I look at
4    the summer report?
5           MS. STEWART:  Can you tell us what
6    you're looking at?  I just want to see if it's in
7    evidence.
8           MS. CLANCY:  Sure, it's the summer
9    academy 2012 progress report.  It says academic
10   content skills on the first page.
11          MS. STEWART:  Is that in evidence?
12          MS. SEN:  I'm not sure that it's been
13   admitted.
14          MS. CLANCY:  I can look at the
15   affidavit.  The same information is in 22.
16          MS. SEN:  It's number 20.
17          MS. STEWART:  So I'm looking at your
18   affidavit.
19          MS. CLANCY:  Number 21 and 22 refer to
20   his related services.  So he had speech in a
21   group for 30 minutes once a week and counseling
22   twice a week.
23          MS. STEWART:  So the speech was one
24   session, 30 minutes.
25          MS. CLANCY:  Correct.

A444

122

1          MS. STEWART:  Do you know if that was
2     push-in or pull-out?
3          MS. CLANCY:  The related service is
4     built into his schedule, so it's a separate
5     schedule in the block called speech.
6          MS. STEWART:  But my question was
7     whether it was push-in or pull-out?
8          MS. CLANCY:  It's a separate period so
9     he's not pulled out of any classes or pushed into
10    a class because it's built into the schedule as a
11    related service block.
12         MS. STEWART:  So is he in the classroom
13    when he receives speech?
14         MS. CLANCY:  He's in a speech office,
15    but he's not missing a class period.
16         MS. STEWART:  And the same question for
17    counseling, the two sessions of counseling that
18    you mentioned, was that push-in or pull-out?
19         MS. CLANCY:  The same thing.  It's
20    built into his schedule that he's not assigned
21    any other classes during that time.  He's just
22    assigned a counseling group.
23         MS. STEWART:  What was █████'s
24    internship?
25         MS. CLANCY:  He works at a park called

123

1     Stuyvesant Park.
2          MS. STEWART:  And when did he begin
3     working there?
4          MS. CLANCY:  That was his summer
5     internship.  I don't know the exact start date.
6          HEARING OFFICER NOE:  Is that summer
7     2012?
8          MS. CLANCY:  Correct.
9          MS. STEWART:  And how often did he go to
10    that internship during the summer?
11         MS. CLANCY:  Once a week.
12         MS. STEWART:  And how long was he there
13    when he would go once a week?
14         MS. CLANCY:  It's about an hour at the
15    job site with a half an hour on either end for
16    travel training.
17         MS. STEWART:  First of all what is
18    Stuyvesant Park?
19         MS. CLANCY:  Stuyvesant Park is a park,
20    part of the New York City Parks and Recreation.
21    They go to do maintenance work.  It's in the east
22    side of Manhattan.
23         MS. STEWART:  And what did he do there?
24         MS. CLANCY:  He did different outdoor
25    activities for maintenance of the park, weeding

A445

124

1    of the garden, raking, fixing different things,

2    materials in the park.

3          MS. STEWART:  And how did he travel to

4    that internship?

5          MS. CLANCY:  By subway.

6          MS. STEWART:  And was swimming

7    incorporated for all students in the program?

8          MS. CLANCY:  Yes.

9          MS. STEWART:  How often did the students

10   go swimming?

11         MS. CLANCY:  For J█████'s program it was

12   two afternoons a week.

13         MS. STEWART:  And where did they go

14   swimming?

15         MS. CLANCY:  At a pool called Tony

16   Dapalido (phonetic) off of the New York City

17   Recreation Centers.

18         MS. STEWART:  And how did the students

19   get to that pool?

20         MS. CLANCY:  By subway.

21         MS. STEWART:  And how long did that

22   period last for the swimming two afternoons a

23   week?

24         MS. CLANCY:  About an hour and a half.

25         MS. STEWART:  Does that include travel

125

1    time?

2          MS. CLANCY:  Yes.

3          MS. STEWART:  Your affidavit refers to a

4    vocational survey.  I'm not where, but do you

5    know that is if that's in your affidavit?

6          MS. CLANCY:  We administered a survey to

7    students at the beginning of the summer program

8    to see which internships they express preferences

9    with.

10         MS. STEWART:  Now on Fridays during the

11   summer program did the students take a field trip

12   every Friday?

13         MS. CLANCY:  Yes.

14         MS. STEWART:  And was that for the

15   entire school day?

16         MS. CLANCY:  No.

17         MS. STEWART:  How long would the

18   students go on the field trip?

19         MS. CLANCY:  It depended on the

20   particular activity.  For example, they went to

21   the Museum of Natural History to see a specific

22   show, if I'm remembering correctly, at 10:30.  So

23   it depended on what time the workshop.

24         MS. STEWART:  Now in your affidavit you

25   mentioned that you developed the summer

A446

126

1    curriculum, is that correct?
2            MS. CLANCY:  Correct.
3            MS. STEWART:  Is that for all students
4    that you developed the summer curriculum?
5            MS. CLANCY:  Yes.
6            MS. STEWART:  When you say you developed
7    the summer curriculum what do you mean by
8    curriculum?
9            MS. CLANCY:  We have two different
10   themes for the summer program.  So we choose the
11   themes, identify the texts or the resources that
12   we'll be using over the summer, work with the
13   teachers to develop goals, and support teachers
14   in planning their lesson plans.
15           MS. STEWART:  Now when you say you work
16   with the teachers on developing goals, how do you
17   develop the goals?
18           MS. CLANCY:  We speak with ████'s
19   current teachers, work with our progress reports
20   that we have of the students, and the teachers
21   develop goals for the students.
22           MS. STEWART:  So is it your testimony
23   the summer goals are actually individualized for
24   ████?
25           MS. CLANCY:  There's a set of class

127

1    goals that the classes are working on, and the
2    teachers individualize instruction for the
3    students' goals.
4            MS. STEWART:  Do different classes work
5    on the same goals?
6            MS. CLANCY:  It depends on the class.
7            MS. STEWART:  What do you mean by that?
8            MS. CLANCY:  Not all classes are working
9    on the exact same goals.
10           MS. STEWART:  Do students with different
11   functional levels work on the same goals?
12           MS. CLANCY:  That would depend on the
13   student.
14           MS. STEWART:  Now earlier in your
15   testimony you said that J███ receives an
16   individual session of speech and language
17   therapy, is that correct?
18           MS. CLANCY:  Can you repeat the
19   question.
20           MS. STEWART:  During the summer, earlier
21   in your testimony today did you say that J███
22   received an individual session of speech and
23   language therapy?
24           MS. CLANCY:  No.
25           MS. STEWART:  So he received speech and

A447

128

1    language therapy in a group?

2         MS. CLANCY:  Yes.

3         MS. STEWART:  Why did he receive all of

4    his related services in a group over the summer?

5         MS. CLANCY:  Over the summer the related

6    services providers discussed the students and

7    determined which students would best be served

8    for social skills and the daily living skills

9    that they're working on, whether that's most

10   appropriate in a group or individual sessions.

11        MS. STEWART:  Does the related services

12   mandate for a ███, did it change between the

13   summer and the fall?

14        MS. CLANCY:  I don't know his fall

15   services right now.

16        MS. STEWART:  Do you know how many

17   students were in ███'s class over the summer?

18        MS. CLANCY:  Twelve.

19        MS. STEWART:  Do we have a summer

20   schedule in evidence?

21        MS. SEN:  No, I don't think so.

22        MS. STEWART:  Do you know what academic

23   classes he took during the summer?

24        MS. CLANCY:  Yes, he took a literacy

25   class or an ELA class, a theme class, which is

129

1    science and social studies, and a math class.

2         MS. STEWART:  You said literacy and ELA?

3         MS. CLANCY:  Literacy and ELA is the

4    same class.

5         MS. STEWART:  How often did the

6    literacy/ELA meet during the summer?

7         MS. CLANCY:  Every day.

8         MS. STEWART:  And for how long?

9         MS. CLANCY:  I believe 40 to 45 minutes.

10   I don't know the exact time.

11        MS. STEWART:  Did that class meet on

12   Fridays as well?

13        MS. CLANCY:  Yes, they would meet before

14   the trip.

15        MS. STEWART:  And how often did the math

16   class meet?

17        MS. CLANCY:  Monday through Thursday.

18        MS. STEWART:  And how long was the math

19   period?

20        MS. CLANCY:  Also be 40 and 45 minutes.

21        MS. STEWART:  I believe you also said

22   there was a theme class, is that correct?

23        MS. CLANCY:  Yes.

24        MS. STEWART:  What's a theme class?

25        MS. CLANCY:  It's science and social

A448

130

1    studies.
2         MS. STEWART:  And how often did the
3    science and social studies classes meet over the
4    summer?
5         MS. CLANCY:  They would have classroom
6    instruction Monday through Thursday, but the off-
7    site education trip was related to the theme.
8         MS. STEWART:  Now when the students went
9    on the off-site trips, would it be just one class
10   that would go or would the entire school go?  How
11   did the trips work?
12        MS. CLANCY:  The whole program goes.
13        MS. STEWART:  And when you say the whole
14   program, what do you mean by that?
15        MS. CLANCY:  All of the classes in the
16   summer program at his site.
17        MS. STEWART:  During the school year
18   beginning in September do you know how often his
19   literacy class met?
20        MS. CLANCY:  I don't know right now.
21        MS. STEWART:  And what about the math
22   class, do you know how often the math class met?
23        MS. CLANCY:  No, I don't know.
24        MS. STEWART:  Did the theme class
25   continue into the fall?

131

1         MS. CLANCY:  I don't know his current
2    class schedule.
3         MS. STEWART:  Do you work with him
4    during the school year?
5         MS. CLANCY:  I supervise his teachers.
6         MS. STEWART:  Are you at the same site
7    location?
8         MS. CLANCY:  He's at a different
9    location. I'm there once a week.
10        MS. STEWART:  During the summer did you
11   provide any services to him?
12        MS. CLANCY:  No.
13        MS. STEWART:  Did you observe him in the
14   program during the summer?
15        MS. CLANCY:  Yes.
16        MS. STEWART:  And how often was that?
17        MS. CLANCY:  Every day.
18        MS. STEWART:  Just give me one second to
19   review my notes because I believe I'm done.  Now
20   you mentioned earlier in your testimony that the
21   students went swimming twice a week in the
22   afternoons.  Did they have any other activities
23   that they did in the afternoons?  For example, in
24   paragraph 16 of your affidavit it says the
25   afternoons in the summer program featured

A449

132

```
1    different community activities like swimming, art
2    and movement, and an internship.  Typically what
3    did an afternoon entail for Monday through
4    Thursday?
5           MS. CLANCY:  The community activities
6    differed by day.  Thursdays he went to his
7    internship, for example.  Swimming would have
8    been two afternoons in the week, and then we had
9    an art teacher, a drumming teacher, and a
10   movement teacher come in and do different arts
11   and fitness activities in the afternoons.
12          MS. STEWART:  And at what time of day
13   would they leave for the swimming twice a week?
14          MS. CLANCY:  I don't know exactly.  I
15   believe their swim time was between 1:00 and
16   2:00.
17          MS. STEWART:  And was it the same time
18   for the internship?
19          MS. CLANCY:  Generally, yes.
20          MS. STEWART:  As far as those community
21   activities during the summer, do those continue
22   during the fall?
23          MS. CLANCY:  Some of them.  I don't know
24   which specific ones.
25          MS. STEWART:  Now you mentioned that you
```

133

```
1    supervise his teacher, correct?
2           MS. CLANCY:  Correct.
3           MS. STEWART:  So how come you don't have
4    any knowledge about the fall program?
5           MS. CLANCY:  I don't know specifically
6    his schedule.
7           MS. STEWART:  It looks like we don't
8    have schedules in evidence.
9           HEARING OFFICER NOE:  I was going to ask
10   the same thing.
11          MS. SEN:  It's in the affidavit.
12          HEARING OFFICER NOE:  A daily class
13   schedule of what time he comes in, what he does
14   for each period a day.
15          MS. SEN:  They didn't have complete
16   schedules.  I can't submit something in evidence
17   that isn't--
18          HEARING OFFICER NOE:  (Interposing) I
19   need to have one.  We need to get somebody on the
20   phone that does have it.  Somebody must know what
21   he does from the minute he comes in till the
22   minute he leaves.  This witness doesn't have that
23   information.
24          MS. STEWART:  Ms. Clancy, is there a
25   summer program schedule that's in writing?
```

**A450**

134

1    MS. CLANCY:  Yes.

2    MS. STEWART:  For ▮▮▮ for this past

3    school year?

4    MS. CLANCY:  Yes.  For summer 2012?  I

5    have his summer 2012 schedule.

6    MS. STEWART:  You have it in front of

7    you.

8    MS. CLANCY:  I can pull it up on my

9    computer.

10   HEARING OFFICER NOE:  Why doesn't she

11   fax it over?

12   MS. STEWART:  Can you fax it to us?

13   MS. CLANCY:  Sure.  Where do you want me

14   to fax it to?

15   (Background conversation)

16   HEARING OFFICER NOE:  Before you do that

17   is there in existence a schedule for what he does

18   during the year?  Does that exist?

19   MS. CLANCY:  Yes.

20   HEARING OFFICER NOE:  Do you have access

21   to that?

22   MS. CLANCY:  I can call his program

23   coordinator.

24   HEARING OFFICER NOE:  Could you also

25   have that faxed over?

135

1    MS. CLANCY:  Sure.  Amanda, are you

2    having them testify today?

3    MS. SEN:  No, because Ms. Fowler told me

4    that his fall schedule is not entirely accurate

5    so I did not put it into evidence for that

6    reason.

7    HEARING OFFICER NOE:  Ask them if they

8    can fix it so that we can take a look at what he

9    does during the day, what time he gets in, how

10   long the periods are, when he has lunch, that

11   kind of thing.

12   MS. CLANCY:  I have that for the summer

13   right here.

14   (Crosstalk)

15   MS. STEWART:  I just found one.

16   MS. CLANCY:  I'll communicate as quickly

17   as possible to her.

18   MS. STEWART:  I don't think it was put

19   into evidence, but I may have had it.

20   HEARING OFFICER NOE:  See if you can do

21   that and fax it over to us, okay?  Do you want to

22   take a break so that you can fax that over and

23   make that call?

24   MS. CLANCY:   Sure.  I'll call Vicki.  I

25   know that she has parent/teacher conferences

A451

136

```
 1    today so I don't know when she'll be available.
 2    I can fax over the summer schedule right now.
 3              HEARING OFFICER NOE:  Okay, that would
 4    be great.
 5              MS. CLANCY:  Then you'll call me back?
 6              (Background conversation)
 7              HEARING OFFICER NOE:  I'm still trying
 8    to figure out the evidence that we do have in
 9    evidence.  Do you want to show her these
10    documents that you have?  You can go off the
11    record.
12              (OFF THE RECORD)
13              (ON THE RECORD)
14              HEARING OFFICER NOE:  Go back on the
15    record.
16              MS. STEWART:  Ms. Clancy, I know have
17    the schedule in front of me.
18              HEARING OFFICER NOE:  Which is not in
19    evidence.
20              MS. STEWART:  Which is not in evidence.
21    I don't mind entering it into evidence as a DOE
22    exhibit.
23              HEARING OFFICER NOE:  Any objection?
24              MS. SEN:  Not to the summer schedule.
25              HEARING OFFICER NOE:  So let's put it as
```

137

```
 1    District's Exhibit 27, which is summer 2012
 2    curriculum outline it's called, one page.  No
 3    objection, right?  Is that correct?
 4              MS. SEN:  Yes.
 5              (Whereupon District's Exhibit 27 was
 6    admitted into evidence)
 7              HEARING OFFICER NOE:  Go ahead.
 8              MS. STEWART:  Ms. Clancy, on the
 9    schedule where it says morning meeting whole-
10    group community building, what does that mean?
11              MS. CLANCY:  During the morning meeting
12    the group gathers to review the schedule,
13    participate in social skills instruction, review
14    current events, depending on the particular day.
15              MS. STEWART:  And what group is that?
16              MS. CLANCY:  J████'s group, J████'s
17    class.
18              MS. STEWART:  Now on the schedule I see
19    two related service groups.
20              MS. SEN:  Three.
21              MS. CLANCY:  There's one on Monday, one
22    on Wednesday, and one on Thursday for ████.
23              MS. STEWART:  Monday, Wednesday,
24    Thursday, okay.  Why does it say at the bottom
25    with the star speech, counseling, occupational
```

A452

138

1   therapy, and physical therapy meet in small,
2   integrated groups?
3         MS. CLANCY:  This is a document for
4   parents.  So the related service groups could be
5   speech, counseling, OT, or PT, depending on the
6   student's needs.
7         MS. STEWART:  And do all the services
8   meet in groups, then, during the summer?
9         MS. CLANCY:  No, not necessarily.
10        MS. STEWART:  Is this schedule specific
11  to J████, or is this a schedule for all the
12  students in his class?
13        MS. CLANCY:  This is his class schedule.
14        MS. STEWART:  When you say it's his
15  class schedule is this the schedule for all the
16  students in his group?
17        MS. CLANCY:  Yes.
18        MS. STEWART:  So they all have related
19  service group at the same time?
20        MS. CLANCY:  Well, when ████ would have
21  speech with the speech therapist another three
22  students may go with a counselor or an OT,
23  depending on their related services during that
24  period.
25        MS. STEWART:  The art/movement group, is

139

1   that something that takes place at the school?
2         MS. CLANCY:  Depending on what he was
3   assigned to that day, for example, the health and
4   fitness, our movement groups, would either go to
5   the recreation center and use the gym or go to a
6   basketball court for movement activities, and art
7   took place in the school building.
8         MS. STEWART:  Where is the recreation
9   center that the students use?
10        MS. CLANCY:  A few blocks away from the
11  school.
12        MS. STEWART:  Is that a public
13  recreation center?
14        MS. CLANCY:  Yes, the New York City
15  recreation center.
16        MS. STEWART:  And on Fridays when it
17  says from 12:30 until 3:00 sports and fitness,
18  what is that?
19        MS. CLANCY:  The students participate in
20  different sports activities after the community
21  trip.
22        MS. STEWART:  Where do they participate
23  in sports activities?
24        MS. CLANCY:  It would have depended on
25  the day, in a park or in a gym.

**A453**

140

1          MS. STEWART:  Do the sport activities,
2     is it just one classroom or multiple classrooms
3     that participate in that?
4          MS. CLANCY:  It would depend on the
5     activity.
6          MS. STEWART:  What about for swimming,
7     did more than one classroom go to swim?
8          MS. CLANCY:  Yes.
9          MS. STEWART:  Is that the swimming pool
10    that you use, is that a public pool?
11         MS. CLANCY:  Yes.
12         MS. STEWART:  Now for lunch do the
13    students--first of all, where is the Cooke Center
14    summer academy located?
15         MS. CLANCY:  On 29th Street.
16         MS. STEWART:  And do the students have
17    lunch in the building or do they go outside for
18    lunch?
19         MS. CLANCY:  During the summer academy
20    they eat lunch in the building.
21         MS. STEWART:  I don't have any other
22    questions, Ms. Clancy.
23         MS. SEN:  I actually only have one
24    question.  Could you describe what community
25    service is on the schedule on Thursday

141

1     afternoons?
2          MS. CLANCY:  That's his internship.
3          MS. SEN:  Okay, thank you.
4          HEARING OFFICER NOE:  I didn't hear what
5     she said.
6          MS. CLANCY:  Internship.
7          HEARING OFFICER NOE:  Okay. I don't have
8     any questions.
9          MS. STEWART:  I don't have any other
10    questions.
11         (Background conversation)
12         (OFF THE RECORD)
13         (ON THE RECORD)
14         HEARING OFFICER NOE:  Good afternoon.
15    My name is Mary Noe. I'm the Hearing Officer, and
16    I'm here at an impartial hearing for J██████
17    ██████.  Can the person on the phone identify
18    themselves?
19         MS. VICTORIA FOWLER:  Hello, my name is
20    Victoria Fowler.
21         HEARING OFFICER NOE:  Do you swear or
22    affirm to tell the truth?
23         MS. FOWLER:  Yes.
24         HEARING OFFICER NOE:  Could you tell us
25    what position you hold?

142

1          MS. FOWLER:  I hold the administrative
2     coordinator position at the Cooke skills program.
3          HEARING OFFICER NOE:  Go ahead.
4          MS. SEN:  Ms. Fowler, do you have an
5     affidavit that you signed on May 10th, 2013?
6          MS. FOWLER:  I do.
7          MS. SEN:  And do you swear that when you
8     signed the affidavit that everything in it was
9     true and that it is currently true?
10          MS. FOWLER:  Yes.
11          MS. SEN:  Okay.
12          MS. STEWART:  Should I start?
13          HEARING OFFICER NOE:  Yes, go right
14     ahead.  I'm sorry.
15          MS. STEWART:  Ms. Fowler, did you review
16     any documents in preparation of r your testimony
17     today?
18          MS. FOWLER:  I reviewed my affidavit.
19          MS. STEWART:  And drafting your
20     affidavit did you review any documents to assist
21     you?
22          MS. FOWLER:  I reviewed ███'s progress
23     report.
24          MS. STEWART:  Which progress report did
25     you review?

143

1          MS. FOWLER:  Trimester two from this
2     year and also trimester one from this year.
3          MS. STEWART:  Did you review the
4     affidavits of any other Cooke Center employees?
5          MS. FOWLER:  No.
6          MS. STEWART:  Now in your affidavit you
7     refer to the fact that ███ has physical and
8     verbal outbursts, is that correct?
9          MS. FOWLER:  I believe I said that he--
10          (Crosstalk)
11          MS. STEWART:  That's paragraph ten if
12     you need to look at it.  When you say he has
13     outbursts, including physical and verbal
14     expressions of anger, what sort of--first of all,
15     how long have you known J███?
16          MS. FOWLER:  I've been working with him
17     since September of 2012.
18          MS. STEWART:  So this is your first year
19     working with him?
20          MS. FOWLER:  Yes.
21          MS. STEWART:  Do you provide any
22     services to him?
23          MS. FOWLER:  Yes.  Would you like me to
24     elaborate?
25          MS. STEWART:  Yes, you can go ahead.

A455

144

1      MS. FOWLER:  I see him twice a week in
2  class for 50 minutes each time.  I run a
3  vocational skills class and an internship class
4  forum with him.
5      MS. STEWART:  Did you say 15 or 50?
6      MS. FOWLER:  5-0.
7      HEARING OFFICER NOE:  How often do you
8  do that?
9      MS. FOWLER:  Twice a week, so for two
10 50-minute periods a week I'm in class with him,
11 but I interact with him daily informally.
12     HEARING OFFICER NOE:  Just wait because
13 I want to see if I can figure out this schedule.
14 What time do you do this?
15     MS. FOWLER:   When do I see him?
16     HEARING OFFICER NOE:  Yes, the 50-minute
17 period.
18     MS. FOWLER:  On Tuesdays and Thursdays.
19     HEARING OFFICER NOE:  At what time?
20     MS. FOWLER:  I see him fourth period.
21     HEARING OFFICER NOE:  Which is what
22 time?
23     MS. FOWLER:  10:55 to 11:45.
24     HEARING OFFICER NOE:  Okay, sorry about
25 that.  Thank you.

145

1      MS. STEWART:  No problem. I just want to
2  take that down.  When you say that in your
3  affidavit that he has physical expressions of
4  anger, can you describe the physical expressions
5  of anger?
6      MS. FOWLER:  Sure, they're mostly
7  gestural.  He'll waive his arms in the air and
8  get physically agitated in that you can see in
9  his body movement that he's frustrated and angry.
10     MS. STEWART:  And how often have you
11 observed that?
12     MS. FOWLER:  I'd be estimating right now
13 but maybe a couple of times a month.
14     MS. STEWART:  And as far as the verbal
15 expressions of anger, can you explain what you
16 mean by that?
17     MS. FOWLER:  Sure.  As I mentioned his
18 frustration tolerance is something he's working
19 on building.  So when he becomes frustrated he
20 uses an aggressive tone of voice and will often
21 make statements expressing his frustration that
22 are socially inappropriate.
23     MS. STEWART:  And how often are you
24 seeing that sort of behavior?
25     MS. FOWLER:  Daily.

A456

146

1          MS. STEWART:  Now you just mentioned
2     that he has situations where he has issues with
3     frustration and when he gets frustrated he has
4     the verbal expressions of anger, correct?
5          MS. FOWLER:  Um hum.
6          MS. STEWART:  So what situations are
7     frustrating for him that you've observed?
8          MS. FOWLER:  One common frustrating
9     experience is if his school bus is running late
10    and if he arrives here late for the day it takes
11    him quite a bit of time to calm down and to work
12    through his frustration over the fact that he's
13    arrived late to school.  So he'll often
14    conference with our school psychologist and spend
15    some time calming down before entering the
16    classroom.
17         MS. STEWART:  When you see him for--I
18    believe you described it as a vocational class,
19    is that correct?
20         MS. FOWLER:  Yes.
21         MS. STEWART:  How many students are in
22    that class?
23         MS. FOWLER:  There are five total, four
24    others in addition to J████.
25         MS. STEWART:  Is he with those same

147

1     students throughout the school day?
2          MS. FOWLER:  Yes.
3          MS. STEWART:  How many students attend
4     Cooke Center Academy?
5          MS. FOWLER:  Cooke Center Academy or the
6     Cooke skills program location?
7          MS. STEWART:  Which program does J████
8     attend?
9          MS. FOWLER:  The Cooke Center skills
10    program location.  So there are 34 students here.
11         MS. STEWART:  Is the Cooke Center
12    Academy located at a different location?
13         MS. FOWLER:  Yes, they're located at 60
14    McDougal Street.
15         MS. STEWART:  Now do any of the other
16    students in his class experience the physical or
17    verbal expressions of anger?
18         MS. FOWLER:  Yes.  As I had mentioned
19    before the physical expression is contained to
20    gestures and body movements.
21         MS. STEWART:  In your affidavit you talk
22    about a community inclusion assistant.  Who is
23    that person?
24         MS. FOWLER:  Magolley Montada
25    (phonetic).

A457

148

1        MS. STEWART:  The community inclusion

2  assistant, she's not a certified teacher,

3  correct?

4        MS. FOWLER:  No, but she has 12 years of

5  experience working with this population.

6        MS. STEWART:  And what kind of

7  experience does she have?  What was her job

8  title?

9        MS. FOWLER:  She worked as a

10  paraprofessional and also a community inclusion

11  assistant for those 12 years.

12        MS. STEWART:  What's the staffing ratio

13  of your class with ███?

14        MS. FOWLER:  When I have him in class,

15  there's 5:1, either a teacher or counselor and

16  five students.

17        MS. STEWART:  What do you mean by

18  either a teacher or counselor and five students?

19        MS. FOWLER:  I'm a counselor by

20  background so when I have him in class it's a

21  counselor to student ratio.  When the academic

22  teachers have him in class it's teacher to

23  student.  That's what I meant.

24        MS. STEWART:  Why is he in a class of

25  five?

149

1        MS. FOWLER:  This is the appropriate

2  group size for ███ to work on the goals that he

3  needs to work on to transition into adulthood.

4        MS. STEWART:  And how was that

5  determined that it was the appropriate group

6  size?

7        MS. FOWLER:  We determined it based on

8  his academic needs, his social needs, and what

9  worked best with all our service providers and

10  teachers.

11        MS. STEWART:  And that Cooke skills

12  program, do you have any classes that are larger

13  than five?

14        MS. FOWLER:  We have one class of seven

15  students.  The other classes are all four or

16  five.  That's a group size.

17        MS. STEWART:  What do you mean by that's

18  a group size?

19        MS. FOWLER:  The cohorts that travel

20  through the schedule together.

21        MS. STEWART:  Do you know what the size

22  of his classroom was during the summer?

23        MS. FOWLER:  I do not offhand know that.

24        MS. STEWART:  Now your vocational class,

25  is that considered counseling?

**A458**

150

1      MS. FOWLER:  We consider it part of the
2  transition program, yes, so I'm a counselor by
3  background so it's viewed as a counseling class.
4      MS. STEWART:  How often does ███████
5  receive counseling during the school year?
6      MS. FOWLER:  He receives individual
7  counseling with our school psychologist once a
8  week, and then he receives group counseling with
9  the same school psychologist twice a week, and
10  then he meets with me twice a week for a
11  vocational-based counseling.
12      MS. STEWART:  So he receives one
13  individual counseling and two group-based
14  counseling.
15      MS. FOWLER:  With the school
16  psychologist, and then also two sessions with me,
17  two classes with me.
18      MS. STEWART:  His group of counseling,
19  how many students are in that group?
20      MS. FOWLER:  Also five.
21      MS. STEWART:  And his counseling group,
22  are those the same students that are in his
23  cohort as you described it earlier?
24      MS. FOWLER:  Yes, except for the class
25  that he has the men's forum class is only males.

151

1  So the students in that class are just the male
2  members of the cohort.
3      MS. STEWART:  So men's forum class,
4  that's considered counseling?
5      MS. FOWLER:  That's a group counseling
6  class, yes.
7      MS. STEWART:  What is men's forum?
8      MS. FOWLER:  It's a group counseling
9  class focused on young adult issues where the
10  male members of our program meet with our school
11  psychologist to discuss young adult issues.
12      MS. STEWART:  Does ███████ have an
13  internship?
14      MS. FOWLER:  Yes.
15      MS. STEWART:  When did he begin his
16  internship for the school year?
17      MS. FOWLER:  I believe he began in
18  October.
19      MS. STEWART:  And where is his
20  internship?
21      MS. FOWLER:  His internship is at the
22  Cooke Center Grammar School working in their
23  kitchen preparing snacks for the younger students
24  in the Grammar School and delivering those
25  snacks.

A459

152

1      MS. STEWART:  And when does he go to
2  that internship?
3      MS. FOWLER:  He goes on Tuesdays and
4  Thursdays.
5      MS. STEWART:  And how long is he there?
6      MS. FOWLER:  He's there for about I
7  think two hours, an hour and a half, two hours,
8  depending on how long the process takes.
9      MS. STEWART:  So an hour and a half, two
10  hours, twice a week.
11      MS. FOWLER:  Yes.
12      MS. STEWART:  Is that in the afternoon?
13      MS. FOWLER:  No, it's in the morning.
14      MS. STEWART:  How does he travel there?
15      MS. FOWLER:  He travels there with Ms.
16  Magolley Montada, his community inclusion
17  assistant.  They take the subway.
18      MS. STEWART:  So the hour and a half to
19  two hours that he spends there, does that include
20  the travel time?
21      MS. FOWLER:  No.
22      MS. STEWART:  So approximately how long
23  is he at the internship, including the travel
24  time?
25      MS. FOWLER:  Two and a half hours.

153

1      HEARING OFFICER NOE:  What time does he
2  leave in the morning?
3      MS. FOWLER:  He leaves about 8:40 or
4  8:30.
5      HEARING OFFICER NOE:  Okay.
6      MS. STEWART:  Now aside from--first of
7  all, how was that internship chosen for him?
8      MS. FOWLER:  J_____ had met with our
9  internship and career manager during his time at
10  Cooke Center Academy and spoken about his career
11  goals and interests, and he expressed interest in
12  food service as well as working with children.
13  So this internship gives him a chance to do both.
14      MS. STEWART:  Do you know what sort of
15  internship he held over the summer?  Are you
16  familiar with that?
17      MS. FOWLER:  I am not, sorry.
18      MS. STEWART:  So you said he expressed
19  an interest in food service and working with
20  children.  Was that in a vocational assessment?
21      MS. FOWLER:  I'm not sure exactly the
22  assessment that was used, but I know that was
23  discussed with our career and internship manager.
24      MS. STEWART:  And when was that done?
25  When was that discussion?

**A460**

154

1    MS. FOWLER:  I believe--I can't
2    speculate.  I'm sorry.
3    MS. STEWART:  Was it during the
4    2011/2012 school year?
5    MS. FOWLER:  I can't speak to that
6    exactly.  I'm not comfortable answering that.
7    MS. STEWART:  So how do you know that he
8    expressed an interest in food service and working
9    with children?
10   MS. FOWLER:  He has told me that
11   himself, and then also in my conversations with
12   the internship and career manager.  I'm just not
13   exactly sure when.
14   MS. STEWART:  You're not sure when you
15   had the conversation?
16   MS. FOWLER:  No, I'm not sure when they
17   had the conversation, J███ and the internship
18   and career manager.
19   MS. STEWART:  Okay.  Aside from
20   counseling does he receive any other related
21   services?
22   MS. FOWLER:  He does.  He receives
23   occupational therapy and speech and language
24   therapy.
25   MS. STEWART:  Why does he receive

155

1    occupational therapy?
2    MS. FOWLER:  As part of our curriculum
3    to prepare students for transition into
4    adulthood.  The curriculum addresses a lot of the
5    transition needs of our students.
6    MS. STEWART:  How much occupational
7    therapy does he receive?
8    MS. FOWLER:  Three periods a week.
9    MS. STEWART:  Is that in a group?
10   MS. FOWLER:  Yes.
11   HEARING OFFICER NOE:  A group of how
12   many?
13   MS. STEWART:  A group of how many?
14   MS. FOWLER:  Typically four to five
15   students.
16   MS. STEWART:  And what about speech
17   therapy, how often does he receive speech
18   therapy?
19   MS. FOWLER:  Three 50-minute periods a
20   week.
21   MS. STEWART:  And is that also in a
22   group?
23   MS. FOWLER:  Yes.
24   MS. STEWART:  All three sessions?
25   MS. FOWLER:  Yes.

**A461**

156

```
1              HEARING OFFICER NOE:  Do you know the
2    time and the days that these sessions are
3    provided?
4              MS. FOWLER:  Yes.
5              HEARING OFFICER NOE:  Could you give
6    them to me, please?
7              MS. FOWLER:  Sure.  The occupational
8    therapist works with ▇ for adaptive skills
9    class on Mondays from 10:55 to 11:45.
10             HEARING OFFICER NOE:  Okay.
11             MS. FOWLER:  On Tuesday and Thursday
12   from 12:25 to 1:15.
13             HEARING OFFICER NOE:  And the speech and
14   language?
15             MS. FOWLER:  Speech and language on
16   Tuesday and Thursdays from 1:15 to 2:05 and on
17   Fridays from 10:00 to 10:50.
18             HEARING OFFICER NOE:  Okay, go ahead.
19             MS. STEWART:  Now, Ms. Fowler, as far as
20   the schedule that you were just describing to us,
21   is that written down somewhere?
22             MS. FOWLER:  Yes.
23             MS. STEWART:  Do you have that schedule
24   with you?
25             MS. FOWLER:  I have access to it.
```

157

```
1              HEARING OFFICER NOE:  Let's see if we
2    can get that.
3              MS. STEWART:  Okay, I can continue or--
4              HEARING OFFICER NOE:  (Interposing)
5    Let's ask her if she could fax it over.
6              MS. SEN:  I will object to it going into
7    evidence, though, because I'd have to recall
8    another witness to testify about it.
9              HEARING OFFICER NOE:  Okay, that's fine.
10   We're going to get a copy of it.  I need a copy
11   of his schedule.  I need to see what the student
12   is doing during the course of the day.
13             (Background conversation)
14             (OFF THE RECORD)
15             (ON THE RECORD)
16             HEARING OFFICER NOE:  Let's go back on
17   the record.  Do we still have the witness here?
18             MS. FOWLER:  Yes.
19             HEARING OFFICER NOE:  Thank you for
20   being patient.  The machine was jammed.  So we
21   had to do a little work there.  Do you want to
22   continue?
23             MS. STEWART:  Ms. Fowler, just before we
24   went off the record you were specifically
25   mentioning the times of occupational therapy and
```

A462

158

1    speech and language therapy.  That's different

2    from what's on the schedule that you just sent

3    us, correct?

4            MS. FOWLER:  It's different?  Is that

5    what you're saying?

6            MS. STEWART:  Yes.

7            MS. FOWLER:  No, it's not different.

8    It's the same as what I just said.

9            HEARING OFFICER NOE:  Well, you said

10   that he receives occupational therapy on Monday

11   from 10:55 to 1:45.

12           MS. FOWLER:  11:45.  I said 10:55 to

13   11:45.

14           HEARING OFFICER NOE:  And on the

15   schedule it says adaptive skills.  Is that

16   occupational therapy?

17           MS. FOWLER:  Yes, and I had said that

18   before that occupational therapy is referred to

19   as adaptive skills.

20           HEARING OFFICER NOE:  Then Tuesday and

21   Thursday from 12:25 to 1:15.

22           MS. FOWLER:  Yes, so if you look at the

23   orange, I don't know if it came--

24           HEARING OFFICER NOE:  (Interposing) See,

25   adaptive skills is what they call occupational

159

1    therapy.

2            MS. STEWART:  Okay.

3            HEARING OFFICER NOE:  Then speech and

4    language Tuesday and Thursday from 1:15--

5            MS. FOWLER:  (Interposing) It's called

6    communication.  That's in my affidavit as well.

7            HEARING OFFICER NOE:  Tuesday and

8    Thursday.  Oh, it's in the same block.  Oh, I

9    see, right, communication and speech and

10   language.  Okay.

11           MS. STEWART:  Ms. Fowler, to your

12   knowledge is this schedule correct?

13           MS. SEN:  Before we talk about the

14   schedule it's not in evidence yet.

15           HEARING OFFICER NOE:  No, she's just

16   asking her.  You can mark it for identification

17   as District's 28 for ID.

18           MS. STEWART:  Right.

19           MS. SEN:  I am objecting to it.

20           HEARING OFFICER NOE:  Well, it's not in

21   evidence.  You can object to a question, but you

22   can't object to something that's only marked for

23   identification.  You can mark anything for

24   identification.  Go ahead.

25           MS. STEWART:  I'm just asking to your

**A463**

160

1    knowledge is this schedule correct?

2        MS. FOWLER:  Yes.

3        MS. STEWART:  And how do you know that?

4        MS. FOWLER:  I'm not really clear on the

5    question.

6        MS. STEWART:  How do you know that this

7    is his schedule for the school year?

8        MS. FOWLER:  I've overseen the schedules

9    for all the students, and this is what we

10   established at the beginning of the year.  The

11   only thing that might be different, and I

12   wouldn't be able to speak to this exactly, is

13   there might be one math and ELA that was swapped

14   because they're taught by the same teacher.  So

15   she may have swapped the timing of that.  I can't

16   speak to that specifically right now.

17       MS. STEWART:  Before we went off the

18   record I was going to ask you does he spend any

19   time in the community aside from his internship

20   which meets twice a week.

21       MS. FOWLER:  Yes.

22       MS. STEWART:  What other time does he

23   spend in the community during the week?

24       MS. FOWLER:  He spends times once a week

25   at the Chelsea Recreation Center for his gym

161

1    time.  He also spends time in the community on

2    Wednesday and Friday afternoons as explained in

3    my affidavit.

4        MS. STEWART:  Where is that in your

5    affidavit, do you know?

6        MS. FOWLER:  I'd have to take a second

7    to find it--19.

8        MS. STEWART:  Okay.  The Chelsea

9    Recreation Center, is that a public gym?

10       MS. FOWLER:  It's a community recreation

11   center, yes.

12       MS. STEWART:  And how  close is that to

13   the school?

14       MS. FOWLER:  It's located on 25th Street

15   and Ninth Avenue.  So it's about four blocks and

16   one avenue.

17       MS. STEWART:  So the students walk

18   there?

19       MS. FOWLER:  Yes.

20       MS. STEWART:  The occupational therapy

21   class that you described as adaptive skills, do

22   all the students at the skills program

23   participate in that?

24       MS. FOWLER:  Yes.  All the students in

25   the skills program have occupational therapy

**A464**

162

```
1      three times a week.
2           MS. STEWART:  Do all the students in the
3      skills program also speech and language twice a
4      week?
5           MS. FOWLER:  Three times a week.  ████
6      has it three times a week.
7           MS. STEWART:  In paragraph five of your
8      affidavit you mentioned that the skills program
9      is part of Cooke Center Academy, and in the
10     second sentence you say we focus on transition
11     skills.   What do you mean by transition skills?
12          MS. FOWLER:  Skills needed to transition
13     into the next phase of their young adult life,
14     which is different depending on the student and
15     their individual transition plan.
16          MS. STEWART:  Now for the students that
17     are 18 to 21 at Cooke do you offer any other
18     programs aside from this program at Cooke Skills
19     Academy?
20          MS. FOWLER:  I'm not clear on what your
21     question is.
22          MS. STEWART:  During the 2011/2012
23     school year ████ was at Cooke Center Academy,
24     correct?
25          MS. FOWLER:  Correct.
```

163

```
1           MS. STEWART:  Why didn't he continue at
2      the Cooke Center Academy for 2012/2013?
3           MS. FOWLER:  He had completed four years
4      at Cooke Center Academy to my knowledge, and the
5      transition program was the appropriate next step.
6           MS. STEWART:  Could he have remained at
7      the Cooke Center Academy?
8           MS. FOWLER:  I wasn't involved in that
9      decision.
10          MS. STEWART:  What's the difference
11     between the Cooke Center Academy program and the
12     Cooke skills program?
13          MS. FOWLER:  Our program serves students
14     ages 18 to 21.  So this site, what's called the
15     Cooke Skills Program serves students ages 18 to
16     21, whereas the Cooke Center Academy serves
17     students ages 18 and younger.
18          MS. STEWART:  Is there a difference in
19     the curriculum that's offered?
20          MS. FOWLER:  The curriculum here at
21     Skills is tailored to meet the transition needs
22     of the students.
23          MS. STEWART:  And the Cooke Center
24     Academy program is tailored to meet what?
25          MS. FOWLER:  I can't speak to the
```

**A465**

164

1     details of the curriculum of the Cooke Center

2     Academy as a whole program.

3           MS. STEWART:  Do 18 to 21 year-olds

4     actually attend the Cooke Center Academy?

5           MS. FOWLER:  I'm not positive, but--

6     Cooke Center Skills Program exists for students

7     that are ages 18 to 21.  We're an off-site

8     location of the Cooke Center Academy.  So I'm not

9     positive that there aren't any students--I'm not

10    going to speculate.  I don't know exactly what

11    you're asking.  I believe I've answered your

12    question multiple times.

13         MS. STEWART:  My question was whether

14    students that are 18 to 21 can attend the Cooke

15    Center Academy.

16         MS. FOWLER:  I can't answer that

17    question.

18         MS. STEWART:  I don't have anything

19    else, Ms. Fowler.

20         MS. FOWLER:  Okay.

21         HEARING OFFICER NOE:  Do you have

22    anything?

23         MS. SEN:  Yeah.

24         HEARING OFFICER NOE:  Go ahead.

25         MS. SEN:  Ms. Fowler, is ████'s

165

1     internship on this schedule?

2         MS. FOWLER:  No.

3         MS. SEN:  Could you tell me what time

4    his internship takes place?

5         MS. FOWLER:  What time he's scheduled to

6    work or what time he's apart from Skills?

7         MS. SEN:  Both.

8         MS. FOWLER:  He's scheduled to work from

9    9:00 to 10:30, and he departs from Skills at

10    8:30.

11        HEARING OFFICER NOE:  And he what?

12        MS. SEN:  He leaves Skills at 8:30.

13        HEARING OFFICER NOE:  He's scheduled to

14    work from 9:00 to 10:30, is that what she said?

15        MS. SEN:  Yes.

16        HEARING OFFICER NOE:  Then what was the

17    second part of it?

18        MS. SEN:  That he leaves Skills to go to

19    the internship at 8:30.

20        HEARING OFFICER NOE:  So he leaves at

21    8:30, and he returns at 10:30, is that correct?

22        MS. FOWLER:  No, he works until 10:30.

23    He returns sometime between 10:30 and 11:00.  The

24    time varies based on how long it took him to

25    complete his tasks.

**A466**

166

1      HEARING OFFICER NOE:  So he leaves at

2  8:30, and he comes back either at 10:30 or 11:00

3  because of travel time, is that what you're

4  saying?

5      MS. FOWLER:  Yes.

6      HEARING OFFICER NOE:  What days of the

7  week is that?

8      MS. FOWLER:  Tuesday and Thursday.

9      HEARING OFFICER NOE:  On this schedule

10  they have art, math, and no barriers on Tuesday

11  and Thursday.

12      MS. FOWLER:  Right.  This schedule was

13  established prior to ▉▉▉'s internship schedule

14  getting set up.  This schedule was established

15  the first day of school, whereas his internship

16  didn't start until October.

17      HEARING OFFICER NOE:  So every Tuesday

18  and Thursday from approximately 8:30 to 11:00 he

19  was not in the school.  He was at the internship,

20  which was at the other school, is that correct?

21      MS. FOWLER:  Yes.  The time he arrives

22  back at Skills did vary, though, depending on how

23  long it took him to complete the tasks that day.

24      HEARING OFFICER NOE:  So what happened

25  to those classes that were slotted for Tuesday

167

1  and Thursday on the schedule?

2      MS. FOWLER:  So he conferences

3  individually with Ms. Hibbard, which she can

4  speak more about to make up any work that he had

5  missed.  He also has lunch with Mr. Frank, our

6  school psychologist, to discuss anything he has

7  missed in that class.  Then he has an opportunity

8  to participate in clubs on Friday to explore art.

9      HEARING OFFICER NOE:  Okay, go ahead.

10  Keep going.

11      MS. STEWART:  I have one follow up

12  question.  You said just now that he participates

13  in clubs on Friday.  What do you mean by clubs?

14      MS. FOWLER:  So as you can see on the

15  schedule it says clubs and leisure trips on

16  Friday, and as I had mentioned in my affidavit

17  that on Fridays the students on a rotating basis

18  are expected to plan leisure trips and work out

19  all the logistics involved in planning those

20  trips. Once a month instead of planning those

21  trips we have clubs, which are enrichment

22  activities that the students get to choose which

23  club they want to participate in.

24      MS. STEWART:  So once a month the

25  students participate in clubs, and then the other

**A467**

168

1    three Fridays during the month they do leisure
2    trips?
3            MS. FOWLER:  Yes, which are prepared and
4    organized by the students.
5            MS. STEWART:  I don't have anything
6    else.
7            HEARING OFFICER NOE:  I have a question
8    for you.  This schedule that we have in front of
9    us, besides the Tuesday and Thursday from
10   approximately 8:30 to 10:30 or 8:30 to 11:00 is
11   this schedule accurate?
12           MS. FOWLER:  Yes, the one thing that I
13   mentioned before is that there may have been a
14   swap between the timing of an ELA and a math
15   class that I'm not positive of that Ms. Hibbard
16   could speak to.  Other than that it is accurate,
17   yes.
18           HEARING OFFICER NOE:  So just Tuesday
19   and Thursday have been kind of deleted for the
20   internship, correct?
21           MS. FOWLER:  I'm sorry, can you repeat
22   that?
23           HEARING OFFICER NOE:  I said Tuesday and
24   Thursday has been deleted for the internship.
25           MS. FOWLER:  The first three periods or

169

1    part of third.
2            HEARING OFFICER NOE:  Right.
3            MS. FOWLER:  So basically part of first
4    period and part of third period still exist.
5    It's just that middle chunk.
6            HEARING OFFICER NOE:  Okay, I don't have
7    any other questions.  Anybody else have any other
8    questions?
9            MS. STEWART:  No.
10           (Background conversation)
11           HEARING OFFICER NOE:  I'm going to take
12   this into evidence as Hearing Officer's Exhibit
13   1.
14           (Whereupon IHO Exhibit 1 was admitted
15   into evidence)
16           HEARING OFFICER NOE:  Who is next?  Go
17   off the record.
18           (OFF THE RECORD)
19           (ON THE RECORD)
20           HEARING OFFICER NOE:  Good afternoon.
21   This is Hearing Officer Mary Noe.  I'm here in an
22   impartial hearing for J████ S██████.  Can you
23   identify who's coming in via the phone?
24           MS. SALLY ORD:  Yes, it's Sally Ord, O-
25   R-D.

**A468**

170

1          HEARING OFFICER NOE:  Do you swear or

2   affirm to tell the truth?

3          MS. ORD:  Yes.

4          HEARING OFFICER NOE:  And what is your

5   position?

6          MS. ORD:  I'm consulting teacher at

7   Cooke Center for learning and development.

8          HEARING OFFICER NOE:  Did you want to

9   put her affidavit in evidence?  I don't know why

10  I haven't marked in evidence already.

11         MS. SEN:  Ms. Ord, did you sign an

12  affidavit on May 10th, 2013?

13         MS. ORD:  Yes.

14         MS. SEN:  And do you swear that

15  everything in this affidavit is true and was true

16  when you signed it?

17         MS. ORD:  Yes.

18         MS. SEN:  Okay.  The Department of

19  Education attorney has questions for you.

20         HEARING OFFICER NOE:  Do you have any

21  objection to that going into evidence?

22         MS. STEWART:  No.

23         HEARING OFFICER NOE:  M.  Go right

24  ahead.

25         (Whereupon parent's Exhibit M was

171

1   admitted into evidence)

2         MS. STEWART:  Ms. Ord, did you review

3   any documents in preparation for your testimony

4   today?

5         MS. ORD:  I'm sorry, could you speak up

6   a little bit?  I'm having a little bit of

7   difficulty hearing you.

8         MS. STEWART:   Did you review any

9   documents in preparation for your testimony

10  today?

11         MS. ORD:  Yes.

12         MS. STEWART:  What did you review?

13         MS. ORD:  Just the affidavit, the IEP,

14  and some of the discussion documents.

15         MS. STEWART:  What IEP did you review?

16         MS. ORD:  The IEP that was created at

17  the 2012 meeting.

18         MS. STEWART:  What's the date of that

19  IEP?

20         MS. ORD:  The date is--there's a

21  projected implementation date.

22         MS. STEWART:  So you have the IEP in

23  front of you?

24         MS. ORD:  Yes.

25         MS. STEWART:  And when you say you

**A469**

172

1  reviewed discussion documents, what discussion
2  documents did you review?
3          MS. ORD:  The discussion documents I
4  reviewed were the documents provided from the
5  team at Cooke or me when attending the IEP
6  meeting.
7          MS. STEWART:  Do you have those
8  discussion documents in front of you?
9          MS. ORD:  I have them on my desk, but
10 I'm not looking at them.
11         MS. STEWART:  Okay. I was going to ask
12 you questions about them.  Have you reviewed any
13 other affidavits of Cooke Center employees?
14         MS. ORD:  No.
15         MS. STEWART:  I have at least identified
16 as Exhibit 7, I'm not sure if it's in evidence, a
17 document titled IEP annual review discussion
18 document-speech and language.  Do you have that
19 document in front of you?
20         MS. ORD:  Do I need to refer to it now?
21         MS. STEWART:  Yes.
22         MS. ORD:  Sorry, let me just get that.
23         MS. STEWART:  Do you have paper copies?
24         MS. ORD:  I have paper copies, yes.
25         MS. STEWART:  I'm going to ask you about

173

1  all of them.
2          MS. ORD:  Let me just get them because I
3  put them on the side.  So you're going to be
4  referring to the ELA, is that correct?  I just
5  want to make sure I have all the appropriate
6  documents in front of me.
7          MS. STEWART:  I believe it's speech and
8  language, ELA, math, and counseling.
9          MS. ORD:  So speech and language, math,
10 and--yes.
11         MS. STEWART:  So we have identified as
12 Exhibit 7 that document titled IEP annual review
13 discussion document-speech and language.  Do you
14 have that document in front of you?
15         MS. ORD:  Yes.
16         MS. STEWART:  Can you explain what this
17 is?
18         MS. ORD:  The particular document or all
19 of the discussion documents?
20         MS. STEWART:  Just this particular
21 document.
22         MS. ORD:  This is a document that is
23 provided to me by--we refer to ▮▮▮ as ▮▮▮▮.
24 So if I may continue to refer to him in that way.
25         MS. STEWART:  Okay.

**A470**

174

```
1          MS. ORD:  Is that okay?
2          MS. STEWART:  That's fine with me.
3          MS. ORD:  So it's a discussion document
4    that's provided to me by the speech and language
5    therapist, █████'s speech and language therapy,
6    Ms. Fernandez.  It's provided as part of our
7    liaison to me so that then I have that for
8    reference at the IEP meeting.
9          MS. STEWART:  So did you take this
10   document to the IEP meeting?
11         MS. ORD:  I did not take a hard copy.  I
12   had the document on my computer because it's an
13   internal discussion document.
14         MS. STEWART:  Who created this document?
15         MS. ORD:  █████'s speech and language
16   therapist.
17         MS. STEWART:  Did you provide a copy of
18   this to the parent?
19         MS. ORD:  No, it's a discussion
20   document.  As it's an internal document, as I
21   said, it's internal.  It's for my professional
22   usage.  We provide progress reports to the
23   parents.
24         MS. STEWART:  You were fading at the
25   end.  Can you keep your voice up?
```

175

```
1          MS. ORD:  Certainly.  I'm sorry.
2          MS. STEWART:  So did you discuss the
3    information within this document at the IEP
4    meeting?
5          MS. ORD:  Yes, I presented the
6    information on behalf of Ms. Fernandez.
7          MS. STEWART:  And who asked you to
8    present it on behalf of Ms. Fernandez?
9          MS. ORD:  I don't think I was
10   specifically requested to provide the information
11   on behalf of Ms. Fernandez.
12         MS. STEWART:  Now when it says proposed
13   mandate, who proposed that speech and language
14   mandate?
15         MS. ORD:  It was proposed by Ms.
16   Fernandez and within the context of our program.
17         MS. STEWART:  What do you mean within
18   the context of your program?
19         MS. ORD:  With regard to the level of
20   service that █████ was receiving and would
21   continue to receive as part of the overall
22   program.  It doesn't speak to the whole of his
23   speech and language provision.
24         MS. STEWART:  I'd just like to move this
25   document into evidence.
```

**A471**

176

1    HEARING OFFICER NOE:  That is Exhibit 7?
2    Any objection?
3    MS. SEN:  No.
4    HEARING OFFICER NOE:  Okay, 7 is in
5    evidence.  Go ahead.
6    (Whereupon DOE Exhibit 7 was admitted
7    into evidence)
8    MS. STEWART:  Moving on to a document we
9    have identified as Exhibit 8 we have it titled
10   IEP annual review discussion document-academic.
11   Do you have that there?
12   MS. ORD:  Are you looking at a specific-
13   -
14   MS. STEWART:  (Interposing) It says
15   language arts and social studies.
16   MS. ORD:  Yes, I do.
17   MS. STEWART:  Can you explain what this
18   document is?
19   MS. ORD:  It's a similar nature to the
20   previous that we spoke to.  It's a document
21   created by ███████'s then ELA and social studies
22   teacher with them providing information on his
23   performance in class and capturing some of the
24   formal and informal assessments completed within
25   the class setting.

177

1    MS. STEWART:  Did you present the
2    information within this document to the team at
3    the IEP meeting?
4    MS. ORD:  Yes.
5    MS. STEWART:  And how did you do that?
6    MS. ORD:  I presented it verbally.
7    MS. STEWART:  But you didn't provide the
8    team a written copy of this document?
9    MS. ORD:  No, the team was provided with
10   the progress report.  Again, this is an internal
11   document, which is provided by one of the members
12   of our collaborative team, in this case Ms.
13   Sullivan, ███████'s ELA teacher.  So again it's an
14   internal document.
15   MS. STEWART:  This document is three
16   pages.  During the IEP meeting you go through all
17   three pages of this document, or did you go
18   through all three pages of this document?
19   MS. ORD:  If there is something perhaps
20   that has been covered previously, then I may omit
21   that.  For example, if there was something that
22   was repeating a management need I will go through
23   it because it does give information about what
24   ███████ was currently working on.  So, yes.
25   MS. STEWART:  And I don't know if we

**A472**

178

1    have this in evidence, but I'd like to put it in
2    evidence, Exhibit 8.
3              HEARING OFFICER NOE:  Any objection?
4              MS. SEN:  No.
5              HEARING OFFICER NOE:  8 in evidence.
6              (Whereupon DOE Exhibit 8 was admitted
7    into evidence)
8              MS. STEWART:  And just to save time we
9    also have a document titled IEP annual review
10   discussion document-academic, and it's for math,
11   and then IEP annual review discussion document
12   for counseling.
13             MS. ORD:  Yes.
14             MS. STEWART:  Do you have both of those
15   documents with you?
16             MS. ORD:  Yes.
17             MS. STEWART:  Can you explain what those
18   documents are?
19             MS. ORD:  Again, speaking to the
20   previous documents, they are internal documents
21   that are created by the subject specialists or
22   the related service provider for myself for use
23   at the IEP meeting.
24             MS. STEWART:  So at the IEP meeting for
25   ████, which was on May 22nd, 2012, we have it in

179

1    evidence as Exhibit 3.  Did you also discuss
2    those documents at the IEP meeting?
3              MS. ORD:  Again, I presented the
4    information within the documents verbally at the
5    meeting, yes.
6              MS. STEWART:  Do you remember how long
7    this meeting lasted?
8              MS. ORD:  The meeting, I can't speak to
9    the exact time, but I would approximate it took
10   about two hours.  That tends to be the length of
11   these meetings.
12             MS. STEWART:  Earlier you mentioned that
13   you are a consultant teacher at Cooke Center, is
14   that correct?
15             MS. ORD:  Yes.
16             MS. STEWART:  What does that mean?
17             MS. ORD:  A consulting teacher, I work
18   both with the CSE Region 9 as a liaison point
19   person, and I also work with the educational team
20   here at Cooke Center working with the team. I
21   will provide instructional support to related
22   service providers or teaching members of staff.
23   So my role is at least two-fold.
24             MS. STEWART:  Ms. Ord during the
25   2011/2012 school year were you one of ████'s

**A473**

180

1   teachers?

2          MS. ORD:  I'm sorry.  I lost you.  Can

3   you say that again, please?

4          MS. STEWART:  During the 2011/2012

5   school year were you one of ████'s teachers?

6          MS. ORD:  No.

7          MS. STEWART:  Were you one of his

8   related service providers?

9          MS. ORD:  No.

10          MS. STEWART:  Do you have any state

11   certifications related to education?

12          MS. ORD:  No, my certification is from

13   the U.K., and it's a national certification from

14   the U.K.

15          MS. STEWART:  And it's a certification

16   in what?

17          MS. ORD:  It's in secondary education,

18   and I also have a specialist diploma in speech

19   and language difficulties in the classroom.

20          MS. STEWART:  Ms. Ord at the time of the

21   IEP meeting were you a full or part-time employee

22   at Cooke?

23          MS. ORD:  I'm sorry.  I can hear someone

24   in the background.  I'm sorry.

25          MS. STEWART:  We have an interpreter

181

1   here.

2          MS. ORD:  I'm sorry.  I was part-time.

3          MS. STEWART:  Did you work at the Cooke

4   Center Academy or the Cooke Skills Program?

5          MS. ORD:  I work at the--I'm based in

6   the academy, but I also work with the educational

7   team at Skills.

8          MS. STEWART:  Prior to the IEP meeting

9   did Ms. ██████ request that anyone aside from

10   you and Ms. Sullivan attend the meeting?

11          MS. ORD:  I'm sorry, did who request?

12          MS. STEWART:  Ms. M██████, the student's

13   mother.

14          MS. ORD:  No.

15          MS. STEWART:  Prior to the IEP meeting

16   did you provide Ms. M█████ with any documents to

17   use at the meeting?

18          MS. ORD:  We have the progress report,

19   which is issued to all parents, and we provide

20   that to the CSE Region 9 team.

21          MS. STEWART:  Did you observe J███ in

22   the classroom during the 2011/2012 school year?

23          MS. ORD:  Yes.

24          MS. STEWART:  How often did you observe

25   him in the classroom?

A474

182

1    MS. ORD:  We are a small setting so I

2  tend to informally observe so do not record the

3  number of times that I will observe students.  I

4  see students within the classroom setting and in

5  the community setting and in less-structured

6  times such as the recess and lunch time.  So I

7  could not speak to an exact figure with regard to

8  my observations.

9    MS. STEWART:  And as far as Exhibit 8 or

10  9 I had her testify about it, but I don't

11  believe--

12    (Crosstalk)

13    MS. STEWART:  I didn't ask that to be

14  put into evidence.

15    HEARING OFFICER NOE:  Any objection?

16    MS. SEN:  No.

17    HEARING OFFICER NOE:  Okay, 9 and 10 in

18  evidence.

19    (Whereupon DOE Exhibits 9 and 10 were

20  admitted into evidence)

21    MS. STEWART:  Ms. Ord, we also have an

22  IEP annual review report document, and it says

23  prepared by Sally Ord.  Do you have that

24  document?

25    MS. ORD:  Yes, it's handwritten, is that

183

1  correct?

2    MS. STEWART:  It is.

3    MS. ORD:  Yes.

4    MS. STEWART:  Can you explain what this

5  is?

6    MS. ORD:  It's my notes. As you can

7  tell, it's my handwriting.  It's my notes from

8  the IEP meeting that I attended.  It's for my own

9  use.  I just like to take notes of all the

10  meetings I attend.

11    MS. STEWART:  Okay.  Did you take these

12  notes during the course of the review?

13    MS. ORD:  Yes, I did.

14    HEARING OFFICER NOE:  What number is

15  that?

16    MS. STEWART:  That was number 12, and I

17  was also going to ask if it could be put into

18  evidence.

19    HEARING OFFICER NOE:  Any objection?

20    MS. SEN:  No.

21    HEARING OFFICER NOE:  12 in evidence.

22    (Whereupon DOE Exhibit 12 was admitted

23  into evidence)

24    MS. STEWART:  Do you think your notes

25  provide an accurate description of what was

A475

184

1    discussed at the meeting?

2        MS. ORD:  As I said, they're really for

3    my usage.  So for me they are useful and I

4    believe fairly accurate.  As I said, it is for my

5    own usage so I can't speak to whether other

6    people would find them accurate.

7        MS. STEWART:  What do you use these

8    notes for?

9        MS. ORD:  It's just for, as I said, my

10    professional use.  I tend to use these notes when

11    attending the next year's annual review just so I

12    can look back at any historical issues that may

13    be of relevance to the next IEP meeting.

14        MS. STEWART:  Did you have any

15    discussions with Ms. M█████ prior to the May 22nd

16    IEP meeting?

17        MS. ORD:  I don't recall.

18        MS. STEWART:  Do you recall if you had

19    any discussions with her immediately after the

20    IEP meeting?  Just for today I'm just referring

21    to the May 22nd, 2012 IEP meeting and not any

22    subsequent meetings, just so you know.  Do you

23    recall if you had any discussions with her

24    immediately after the meeting?

25        MS. ORD:  When you say immediately after

185

1    you mean exactly after the meeting.

2        MS. STEWART:  Did you have any

3    discussions with her at all about the IEP after

4    the meeting?

5        MS. ORD:  I had a brief discussion.  I

6    do not speak Spanish, so it was a brief

7    discussion.

8        MS. STEWART:  And what did you discuss?

9        MS. ORD:  As I said, I don't speak

10    Spanish so it was really just a conversation, a

11    brief discussion regarding the meeting itself.  I

12    can't specifically recall what was stated, but it

13    was just a very brief meeting, brief discussion.

14        MS. STEWART:  Did you  receive a copy of

15    the IEP after the meeting?

16        MS. ORD:  The IEP is provided by the

17    parent to Cooke.  It's uploaded onto our

18    electronic system, yes.

19        MS. STEWART:  So when did you receive

20    the copy?

21        MS. ORD:  As I said it's uploaded to our

22    electronic system so I can't speak to when it was

23    received.  It wasn't addressed specifically to

24    me.

25        MS. STEWART:  Did you have any

**A476**

186

1    discussions with anyone at the Cooke Center about

2    that IEP after the meeting?

3            MS. ORD:  Not specifically, no.

4            MS. STEWART:  Is one of your duties and

5    responsibilities at Cooke to sit on IEP reviews?

6            MS. ORD:  An IEP review, you  mean the

7    annual and triennial reviews.

8            MS. STEWART:  I didn't hear what you

9    said.

10           MS. ORD:  Sorry, when you say sit in on

11   reviews you mean the CSE Region 9 IEP annual

12   reviews, is that correct?

13           MS. STEWART:  Well, I'm just saying IEP

14   meetings.  They don't necessarily have to take

15   place at CSE 9.  Is that one of your duties and

16   responsibilities, to participate in IEP meetings?

17           MS. ORD:  Yes, all our meetings are at

18   Region 9.

19           MS. STEWART:  Okay.  Do you know

20   approximately how many meetings you participated

21   in last year?

22           MS. ORD:  It would be an approximation.

23   I would say approximately 90, but that is an

24   approximation.

25           MS. STEWART:  How many students attended

187

1    Cooke Center Academy last year?

2            MS. ORD:  The academy or including

3    Skills?

4            MS. STEWART:  The academy.

5            MS. ORD:  We are a program grades nine

6    through twelve.  Again, I'm sorry, I have to give

7    you an estimate.  I think last year it was about

8    125.

9            MS. STEWART:  Ms. Ord, approximately how

10   many hearings did you testify at last year?

11           MS. ORD:  I have no idea.  I don't

12   record the number of hearings that I'm asked to

13   testify.

14           MS. STEWART:  Now earlier we discussed

15   the discussion documents.  The various discussion

16   documents from the teachers and related service

17   providers, did you discuss those with those

18   teachers and providers before the meeting?

19           MS. ORD:  Yes, if there was anything

20   that needed to be clarified. I do liaise with our

21   team on an ongoing basis.  So if there is

22   anything that needs further clarification, yes, I

23   will speak to them about the specific discussion

24   documents.  However, as I said, I do liaise with

25   them on an ongoing basis.

**A477**

188

1        MS. STEWART:  Okay.  Do you know when it

2    was determined that ███ would be moving from

3    Cooke Center Academy to Cooke Skills?

4        MS. ORD:  No, I'm not involved at all in

5    the enrollment process or the re-enrollment

6    process.

7        MS. STEWART:  Now, Ms. Ord, in your

8    affidavit you state, and I'm looking at paragraph

9    18, it says in the meeting I said that ███

10   needs a small to teacher ratio, smaller than

11   12:1:1.  Last year ███ was in classes with ten

12   to twelve students and two teachers.  How do you

13   know you told the IEP team that he was in a class

14   with twelve students and two teachers?

15       MS. ORD:  Because I used the internal

16   discussion documents in order to speak to ratios.

17       MS. STEWART:  But all of the internal

18   discussion documents say 12:1:1, correct?

19       MS. ORD:  The internal discussion

20   documents, within the ratio--when speaking to the

21   ratios the understanding is that it is a Cooke

22   provision, which is a teacher and an assistant

23   teacher.

24       MS. STEWART:  So it's not twelve

25   students and two teachers, correct?

189

1        MS. ORD:  Well, it's a teacher and an

2    assistant teacher who work together constantly in

3    collaboration, and they also do co-teach and plan

4    and review teaching materials.

5        MS. STEWART:  But in your affidavit you

6    said that you told the team that ███ required

7    something smaller than a 12:1:1.  How is that

8    classroom that you're describing with twelve

9    students, a teacher, and an assistant teacher

10   different from what you believe a 12:1:1 is?

11       MS. ORD:  If I can just clarify, in my

12   affidavit it actually states 12:1 plus one, which

13   is how the program is captured on the IEP.  So

14   it's actually described on the IEP as a 12:1 plus

15   one.  The plus one within the D-75 12:1 plus one

16   program is a paraprofessional.  So in drawing a

17   distinction between a 12:1 plus one and a class

18   of 12 students, one head teacher, and one

19   assistant teacher in a setting where there are 12

20   students, one head teacher and one assistant

21   teacher you are receiving the support of two

22   teachers.  Two teachers are providing the

23   instructional support.

24       MS. STEWART:  But you knew that both of

25   the teachers in the classroom were not certified

A478

190

1     teachers, correct?

2          MS. ORD:  I do not have any involvement

3     within the hiring process of the teachers here at

4     Cooke.

5          MS. STEWART:  So you don't know whether

6     those teachers in his class are certified or not?

7          MS. ORD:  I understand they're very

8     experienced teachers having worked closely--

9          MS. STEWART:  (Interposing) But you're

10    not answering the question that I asked. I'm just

11    asking you whether you knew whether they were

12    certified or not, and that's a yes or no

13    question.

14         MS. ORD:  No.

15         MS. STEWART:  Do you have the March 2012

16    Cooke Center progress report there with you?

17         MS. ORD:  March 2012, no. Do I need to

18    refer to it?

19         MS. STEWART:  I can ask you questions

20    without. Maybe you can answer questions without

21    it. Do you know who his teachers were for ELA,

22    who the teacher and assistant teacher was in that

23    class?

24         MS. ORD:  It was Ms. Chakin (phonetic),

25    I believe.

191

1          MS. STEWART:  And was Ms. Chakin the

2     teacher or the assistant teacher?

3          MS. ORD:  Sorry, Ms. Sullivan. Ms.

4     Sullivan is the head teacher.

5          MS. STEWART:  Do you know who the

6     assistant teacher was in that class?

7          MS. ORD:  She worked with--no, I'm

8     sorry. I'm thinking of this current year. No.

9          MS. STEWART:  Earlier we went through

10    the discussion documents, which are now in

11    evidence as Exhibit 7, 8, 9, and 10, the

12    different discussion documents prepared by the

13    teachers and the related service providers. Do

14    you believe the information within those

15    discussion documents is accurate as it applies to

16    _____?

17         MS. ORD:  In terms of my usage of them

18    within the limited usage of me presenting the

19    information at the IEP and based on my

20    understanding of _____, yes.

21         MS. STEWART:  Ms. Ord at the time of the

22    IEP meeting did you believe that a 12:1:1 was

23    inappropriate?

24         MS. ORD:  Yes.

25         MS. STEWART:  Did you believe a class of

**A479**

192

1  12 students was inappropriate?
2      MS. ORD:  It depends on--I didn't state
3  that at the IEP. It depends on the level of
4  support within the classroom.
5      MS. STEWART:  Is a classroom with two
6  adults inappropriate for ████?
7      MS. ORD:  It depends on how many
8  students are in the classroom and the nature of
9  the support that is provided.  If the two members
10 of the staff in the class were two paras, no.  It
11 really depends on the nature of the staff and the
12 number of students within the class.
13     MS. STEWART:  Now when you talk about
14 assistant teachers, is there a specific assistant
15 teacher certification?
16     MS. ORD:  Not that I'm aware of, no.
17     MS. STEWART:  What do you believe the
18 difference between an assistant teacher and a
19 paraprofessional is?
20     MS. ORD:  You're speaking about a
21 paraprofessional in a 12:1 plus one, is that
22 correct?
23     MS. STEWART:  Well, you just said two
24 paraprofessionals would be inappropriate. So what
25 do you understand a paraprofessional to be?

193

1      MS. ORD:  So there are different types
2  of paraprofessionals that support students with
3  special education needs.  There are
4  paraprofessionals that are mandated on an IEP to
5  be one-to-one paraprofessionals because of
6  specific needs such as health needs, mobility
7  needs, crisis needs, for example.
8      MS. STEWART:  So what do you believe the
9  difference between an assistant teacher and a
10 classroom paraprofessional is?
11     MS. ORD:  So a classroom
12 paraprofessional in a 12:1 plus one setting in a
13 D-75 school travels with the class.  This is
14 based on my observations of many 12:1 plus one
15 programs.  So the paraprofessional will travel
16 with the class and does now work specifically
17 within a given specialism or with a given
18 teacher.  So they do not have input into the
19 curriculum, planning, or delivery or the
20 modification of materials.  So that is my
21 understanding of what a class para does in a D-75
22 setting. My understanding of an assistant teacher
23 is that the assistant teacher works as part of a
24 collaborative team with a specific teacher
25 working on the planning, delivery, and

A480

194

1    modification of curriculum and instructional

2    materials.

3         MS. STEWART:  When you talk about

4    delivery, what do you mean by that?

5         MS. ORD:   So in terms of delivery that

6    may be, for example, working on a specific skill

7    with a specific group of students within a class.

8    It could be that an assistant teacher will work

9    very particularly on a skill set.  So that would

10   be an example of delivery.  That's a very

11   specific example of delivery.  A broader sense of

12   delivery would be in the delivery of educational

13   materials and instructional materials.

14        MS. STEWART:  You didn't disagree with

15   the 12-month program recommendation, Ms. Ord, is

16   that correct?

17        MS. ORD:  No.  Sorry, that is correct.

18        MS. STEWART:  In your affidavit you

19   state that at times it wasn't clear what was

20   being typed into the IEP.  What do you mean by

21   that?

22        MS. ORD:  Could you just direct me to

23   where you're specifically referring?

24        MS. STEWART:  I'll have to look through

25   it because I took notes prior to--.  It's

195

1    paragraph 20.

2        MS. ORD:  Paragraph 20.

3        MS. STEWART:  Yes.

4        MS. ORD:  So the top of the paragraph

5    speaks to transition information.  With regard to

6    transition at the time it was, as I said,

7    difficult to understand what was being captured

8    and included in the IEP.  There was no IEP

9    produced at the meeting either in draft full or

10   obviously in full form.  So we were reliant on

11   either the members of the team telling us what

12   they had included or just really kind of hoping I

13   guess that the information that we had included

14   was being represented and captured in the IEP.

15        MS. STEWART:  Did you speak to his

16   transition?  You just talked about transition at

17   the meeting.  Did you speak to that at the

18   meeting?

19        MS. ORD:  What are you specifically

20   referring to?

21        MS. STEWART:  I'm referring to your

22   affidavit, paragraph 20, and then the testimony

23   you just gave right now.  You said it's talking

24   about the discussion concerning transition.

25        MS. ORD:  So transition in the sense of

**A481**

196

1    transitioning, the information regarding
2    transitioning to a post-secondary setting if
3    that's what you're talking to, yes.
4         MS. STEWART:  No, I wasn't talking to
5    anything.  I was asking what are you referring to
6    in paragraph 20 as far as transition?
7         MS. ORD:  So transition, this is a
8    transition IEP.  A transition IEP looks forward
9    to the ongoing transition from an educational
10   setting to real-life setting.  So in terms of
11   discussing transition or speaking to transition
12   that's what I'm referring to.  The information
13   that is included in the IEP but also the broader
14   program which actually provides instruction for
15   independent living.
16        MS. STEWART:  So who presented the
17   transition information at the meeting?
18        MS. ORD:  The different elements of
19   transition that are spoken to at the meeting, I
20   provided information regarding the types of
21   transition activities that ████ was involved in
22   in his current program.  I also spoke to goals
23   that ████ was working on again within the
24   context of the program.  I also spoke to the
25   transition needs of ████ with regard to his

197

1    ongoing move towards independence.
2         MS. STEWART:  Did you have a document
3    that contained all that information?
4         MS. ORD:  Yes, I had it as a soft copy
5    because it's a discussion document.  Because it
6    covers many of the different curriculum areas I
7    also then provide an electronic copy to the
8    Region 9 team after the meeting.
9         MS. STEWART:  Did you provide a copy to
10   the parent?
11        MS. ORD:  No, we discussed it at the
12   meeting, and I believe Ms. Alvarez spoke to it in
13   Spanish at the meeting.
14        MS. STEWART:  Ms. Ord, we have marked as
15   Exhibit 6 a document titled transition goals to
16   be added to IEP, annual measurable goals, and it
17   says S. Ord, CCA, 5/22/12 at the top.  Do you
18   have that document?
19        MS. ORD:  Yes, I do.
20        MS. STEWART:  Can you just explain what
21   that is?
22        MS. ORD:  This is the document to which
23   I was referring.  It's a document which captures
24   what ████ was working on in terms of his
25   coordinated set of transition activities, which

**A482**

198

1    is in the final page of the document.  It also
2    captures the transition needs that need to be in
3    place for ███████ in order to make progress in his
4    independence.  Again, it's on the last page of
5    the document and comprises of six points.  Then
6    the first two pages of the document are goals on
7    which ███████ was working and goals that - - at
8    the time of the IEP.  They relate to, again, life
9    skills and working towards independence.
10           MS. STEWART:  And now I just ask that we
11   move Exhibit 6.  I think you said before it was
12   marked.
13           HEARING OFFICER NOE:  6 is in evidence.
14           MS. STEWART:  It's in evidence?  Okay.
15           HEARING OFFICER NOE:  13 and 14 are not
16   in.
17           MS. STEWART:  Ms. Ord, did you present
18   at the IEP meeting GRADE and GMADE scores?
19           MS. ORD:  If I can refer back to the
20   discussion documents that you have already spoken
21   to.
22           MS. STEWART:  Okay.
23           MS. ORD:  On the math and ELA you'll see
24   the assessment pieces that we spoke to.  So
25   that's the GRADE, the QRI, both for reading, and

199

1    the GMADE for math.  I presented those verbally
2    to the team.
3           MS. STEWART:  Do you know how often the
4    GRADE is administered?
5           MS. ORD:  The GRADE is administered
6    twice a year, and at one point we were
7    administering it three times a year.
8           MS. STEWART:  Is the GRADE--what sort of
9    subject area is the GRADE assessing?
10           MS. ORD:  The GRADE assessment is a
11   reading assessment.  It's a paper and pencil
12   assessment which covers comprehension,
13   vocabulary, it gives listening comprehension. It
14   breaks down comprehension into different
15   categories such as sentence comprehension,
16   passage comprehension. So it's used
17   diagnostically to determine some of the
18   programmatic elements of our reading program.
19           MS. STEWART:  And then the GMADE, what
20   is that assessing?
21           MS. ORD:  The GMADE is a math
22   assessment.  It is broken down into three
23   components.  Again, it's a paper and pencil test.
24   Each component is designed to assess a different
25   key area.  So you have, for example, the problem

**A483**

200

1    solving and the computation as two examples.

2         MS. STEWART:  How often is the GMADE

3    given at Cooke?

4         MS. ORD:  Again, I believe we do it now

5    twice a year, at the beginning and end of the

6    academic year.

7         MS. STEWART:  During the 2011/2012

8    school year did you do it twice a year?

9         MS. ORD:  I believe it was for some

10   groups three times a year, but we also have other

11   forms of assessment.

12        MS. STEWART:  Ms. Ord, in your affidavit

13   you say that during the IEP meeting you

14   emphasized the importance of integrating related

15   services with each other, is that correct?

16        MS. ORD:  Could you just refer to the

17   paragraph at which you're looking?

18        MS. STEWART:  I am looking for that now.

19   It's paragraph 15.

20        MS. ORD:  Yes, I have that.

21        MS. STEWART:  Now how do you know you

22   emphasized that at the meeting?

23        MS. ORD:  I spoke to the need for a

24   multi-disciplinary approach.  How do I know?  I

25   note it in my minutes, but I know that with

201

1    ███'s needs he needs an integrated approach.

2         MS. STEWART:  I'm specifically asking

3    you about the discussions at the meeting, not

4    just generally about the student.  Where does it

5    say that in your minutes?  We have that in

6    evidence as Exhibit 12.

7         MS. ORD:  We spoke to it throughout in

8    terms of the management needs, and we spoke to

9    those management needs needing to be reinforced

10   throughout the curriculum and then--

11        MS. STEWART:  (Interposing) But it's not

12   reflected in your minutes, correct?

13        MS. ORD:  - - .

14        MS. STEWART:  I didn't hear what you

15   said.

16        MS. ORD:  In terms of the way that we

17   talked about the balance of the meeting and the

18   access and the management needs--the balance of

19   the meeting and placement recommendations and

20   also in terms of management needs, just making a

21   quick note of the access to the counselor.  We

22   spoke to his ongoing need for the services to be

23   integrated and to have full access to a counselor

24   whenever he required it.

25        MS. STEWART:  My prior question was how

**A484**

202

1  did you know that you mentioned that at the IEP
2  meeting, and you said it was in your minutes.  So
3  my follow up question was where was it in your
4  minutes.  It's not in your minutes, correct?
5           MS. ORD:  In terms of--
6           MS. STEWART:  (Interposing) It's a yes
7  or no question, Ms. Ord.
8           MS. ORD:  Sorry, could you repeat the
9  question?
10          MS. STEWART:  Is it reflected in your
11 minutes anywhere?
12          MS. ORD:  Yes, I believe so.
13          MS. STEWART:  And where is it reflected
14 in your minutes?
15          MS. ORD:  In the management needs in
16 terms of access to a counselor.
17          HEARING OFFICER NOE:  Access to a what?
18          MS. ORD:  Counselor.
19          HEARING OFFICER NOE:  Counselor?
20          MS. ORD:  Should I continue?
21          MS. STEWART:  If you're not done you
22 can.
23          MS. ORD:  Just in terms of the placement
24 recommendation I spoke to the balanced program--
25          MS. STEWART:  (Interposing) That was

203

1  going to be my next question because I believe
2  that's in your affidavit under paragraph 16 about
3  the fact that ▮▮▮ needs a balanced program.
4  Did you explain at the meeting what a balanced
5  program was?
6           MS. ORD:  Yes.
7           MS. STEWART:  What did you say?
8           MS. ORD:  So I spoke to a balanced
9  program as one which provides academic
10 instruction but also instruction in transition,
11 which we have just spoken to, and also
12 instruction in vocational skills.  So the
13 balanced program that I was referring to and that
14 I articulated at the meeting is one which
15 includes those three curriculum areas, the
16 academic, the transition, which is working
17 towards independence, and also vocational,
18 increasing vocational skills.
19          MS. STEWART:  Ms. Ord, in your affidavit
20 you state that the Department of Education
21 members did not mention parent training in
22 paragraph 24.  Aside from the Department of
23 Education members did anyone else mention parent
24 training?
25          MS. ORD:  No.

**A485**

204

```
 1          MS. STEWART:  So why did you include a
 2   statement about parent training in your affidavit
 3   if it was not discussed at the meeting?
 4          MS. ORD:  At the time of the meeting the
 5   District representative, Aminah Lucio, changed
 6   [   ]'s classification to autism.  Ms. [   ]
 7   expressed concerns with regard to that
 8   classification and accepting that classification.
 9   So in terms of the working on parent training I
10   mentioned it because of those issues.
11          MS. STEWART:  Did you believe that
12   parent training should have been discussed?
13          MS. ORD:  I think that was a
14   determination that would have been made by the
15   District representative when she changed the
16   classification.
17          MS. STEWART:  So it's not something that
18   you brought up at the meeting, is that correct?
19          MS. ORD:  No.  As I said, I believe that
20   would have been something that the District
21   representative would have spoken to.
22          MS. STEWART:  Does the Cooke Center
23   provide Ms. [   ] with parent training?
24          MS. ORD:  We have a transition team
25   headed by a transition coordinator who provides
```

205

```
 1   training with regard to needs and how to advocate
 2   for needs and how to transition through the
 3   services that are provided in adult services.  So
 4   we do provide training.
 5          MS. STEWART:  Ms. Ord, I want to refer
 6   you to your minutes.  I'm looking at the last
 7   page, page five, which says other at the top.
 8          MS. ORD:  Yes.
 9          MS. STEWART:  Now on that page it says
10   A. Lucio suggested change in classification to
11   autism as more services available to J[  ] with
12   this classification. Can you explain what the
13   discussion was as far as that topic, what sort of
14   services would be available to [   ]?
15          MS. ORD:  Ms. Lucio was not speaking to
16   the educational services provided in the next
17   year's IEP.  She was referring to adult services
18   post-21.
19          MS. STEWART:  When it says referring to
20   2009 ed-psych, what does that mean?
21          MS. ORD:  Ms. Lucio at the time that she
22   looked at the classification, which was about 15
23   minutes towards the end of the meeting, referred
24   to an evaluation which I believe had a diagnosis
25   of autism.
```

A486

206

1    MS. STEWART:  Let me just look at my
2 notes because I may not have any other questions.
3    MS. STEWART:  I don't have anything
4 else, Ms. Ord.
5    HEARING OFFICER NOE:  Do you have any
6 questions?  Hold on.  Go ahead.
7    MS. SEN:  Hi, Ms. Ord.  It's Amanda
8 Sensory again.  You mentioned that G███'s
9 classification was changed in the 2012 meeting.
10 Do you know what his prior classification was?
11    MS. ORD:  Speech and language.
12    MS. SEN:  And then I actually have some
13 questions about a document that was introduced
14 last time, Exhibit 15.  Do you have a document
15 titled Stanford-Binet Intelligence Scales with
16 Edition Narrative Report for G███ s██████?
17    MS. ORD:  Yes.
18    MS. SEN:  Can you tell me when you first
19 learned that that document existed?
20    MS. ORD:  Very recently.  I can't give
21 an actual date, but within the last calendar
22 month.
23    HEARING OFFICER NOE:  Within the last
24 what?
25    MS. ORD:  Calendar month of May.

207

1    HEARING OFFICER NOE:  Okay.
2    MS. SEN:  So you didn't know that that
3 document existed at the 2012 meeting.
4    MS. ORD:  No.
5    MS. SEN:  And if you had known of the
6 document is there any reason you wouldn't have
7 given it to the IEP team?
8    MS. ORD:  No.
9    MS. SEN:  Since the time you learning of
10 the document did you communicate with anyone else
11 about it?
12    MS. ORD:  I spoke briefly with Ms.
13 Clancy, the assistant principal, and also briefly
14 with Ms. Bracken, who is the counselor.
15    MS. SEN:  And did Ms. Bracken know of
16 that document?
17    MS. ORD:  Yes.
18    MS. SEN:  And what did she tell you
19 about it?
20    MS. STEWART:  I'm going to the relevance
21 of having her testify what Ms. Bracken told her
22 about the document in the last month.  It
23 wouldn't be relevant to anything in the due
24 process complaint.
25    MS. SEN:  That's fine.

**A487**

208

1          HEARING OFFICER NOE:  Anything else?

2          MS. SEN:  No.

3          MS. STEWART:  I do have one follow-up

4     question.

5          HEARING OFFICER NOE:  Go ahead.

6          MS. STEWART:  Ms. Ord, do you know if a

7     copy of this Exhibit 15 was provided to the

8     parent?

9          MS. ORD:  I believe so, but I think,

10    again, possibly recently, but I'm speculating.

11         MS. STEWART:  At the time of the meeting

12    did you know, aside from not having seen this

13    actual report, did you know that this full-scale

14    battery test had been given to the student?

15         MS. ORD:  No.  These tests are sometimes

16    given for the purpose of SSI so it's actually

17    something which is not educational in nature but

18    for a very specific purpose.

19         MS. STEWART:  You said what?

20         HEARING OFFICER NOE:  Social security

21    insurance.

22         MS. ORD:  SSI.

23         MS. STEWART:  SSI, okay.

24         MS. ORD:  I believe it's part of the

25    application process.

209

1          MS. STEWART:  Okay, I don't have

2     anything else.

3          HEARING OFFICER NOE:  I have a few

4     questions for you.

5          MS. ORD:  Yes.

6          HEARING OFFICER NOE:  Before you went to

7     this IEP meeting how did you prepare for it?

8          MS. ORD:  I refer back to the previous

9     IEP.  I will also review the discussion documents

10    that are provided to me by the educational team.

11    I will look over previous minutes or as I said

12    the IEP document itself.

13         HEARING OFFICER NOE:  Did you discuss

14    what your position would be with the parent

15    before you went in there to the meeting, or did

16    you just go into the meeting and tell them your

17    report without the parent's knowledge of what you

18    were going to say?

19         MS. ORD:  Most of what is captured in

20    the discussion documents is really a reflection

21    of what's in the progress report.  So I don't

22    talk specifically to the discussion document

23    because it is an internal document, but it

24    reflects what's already mostly in the progress

25    report that's provided to parents.

**A488**

210

1         HEARING OFFICER NOE:  So you never said

2  anything to the parent as to what you would say

3  at the meeting.  This all came out upon your own

4  review and the parent then was unaware of

5  anything that you were saying at the time?

6         MS. ORD:  In respect to being a

7  reflection of those discussion documents, being a

8  reflection of what's in the progress report--

9         HEARING OFFICER NOE:  (Interposing)

10  Anything at all.  Was the parent kind of like

11  taken by surprise at anything you had to say

12  because she didn't know that you were going to be

13  even so verbal at the meeting?

14         MS. ORD:  I don't think she would have

15  been taken by surprise because I'm really talking

16  at the meeting on behalf of the members of the

17  educational team who she is familiar with, and

18  also it reflects what is also being provided in

19  the program.  So she was familiar with the

20  program.

21         HEARING OFFICER NOE:  So you didn't know

22  whether or not the parent was in agreement or in

23  disagreement with you participating at the level

24  you did?

25         MS. ORD:  I guess not, no.

211

1         HEARING OFFICER NOE:  And so you didn't

2  have a discussion with the parent to let her know

3  what you were going to say at the meeting or the

4  documents that you were going to discuss?

5         MS. ORD:  As I said, I'm not a Spanish-

6  speaker.  What I do is we'll also speak with a

7  Spanish-speaker that we have on our staff that

8  will then talk to Ms. M█████ about the upcoming

9  IEP and that we're using the progress report.

10  The person on staff will communicate some of the

11  ideas that are captured and that is mostly

12  captured in the progress report.

13         HEARING OFFICER NOE:  But you didn't

14  have any input from the parent as to what you

15  were presenting to the IEP, is that correct?  You

16  were just presenting the documentation from the

17  school without having any input from the parent

18  as to what her opinion was, is that correct?

19         MS. ORD:  As I said, they are discussion

20  documents, yes.

21         HEARING OFFICER NOE:  Yes, you didn't

22  have a discussion with the parent as to what you

23  would discuss.

24         MS. ORD:  The documents that I was using

25  as I've spoken to just now, the discussion

**A489**

212

1  documents were documents that were prepared for
2  discussion at the meeting.  So I didn't review
3  them specifically with the parent.
4        HEARING OFFICER NOE:  And the parent
5  didn't know what you were going to present at the
6  meeting.
7        MS. ORD:  Not with regard to those
8  specific documents.
9        HEARING OFFICER NOE:  And you didn't
10  have the parent's input when you were presenting
11  at the meeting.
12        MS. ORD:  No.
13        HEARING OFFICER NOE:  Okay.  I don't
14  have any other questions.  Anybody else?
15        MS. STEWART:  I do have follow up.
16        HEARING OFFICER NOE:  Go ahead.
17        MS. STEWART:  Ms. Ord, first of all, I'm
18  looking at your minutes, which we have as Exhibit
19  12.  There are several times in here where you
20  use the word "mum".  Are you referring to Ms.
21  M█████ when you use that phrase?
22        MS. ORD:  Yes, I'm sorry.  That's my
23  English.  As I said, these notes are really for
24  my own usage.  So I have English spelling in
25  there as well.

213

1        MS. STEWART:  So when you put mum were
2  those things that Ms. M█████ was saying at the
3  meeting?
4        MS. ORD:  Yes.
5        HEARING OFFICER NOE:  Anything else?
6        MS. STEWART:  That's it?
7        HEARING OFFICER NOE:  Anything else?
8  Okay, thank you.
9        MS. ORD:  Thank you very much.  Good
10  afternoon.
11        HEARING OFFICER NOE:  Next witness?
12        MS. SEN:  I'm going to have to call
13  Katherine Hibbard.  She testified last time, but
14  to clarify something about this schedule.
15        HEARING OFFICER NOE:  Okay
16        MS. SEN:  I think she's only available
17  until 3:00.
18        HEARING OFFICER NOE:  You can go off the
19  record.
20        (OFF THE RECORD)
21        (ON THE RECORD)
22        HEARING OFFICER NOE:  Ms. Hibbard, are
23  you there?
24        MS. KATHERINE HIBBARD:  Yes, hi.
25        HEARING OFFICER NOE:  Hi, this is

**A490**

214

1    Hearing Officer Mary Noe.  We're here on the
2    impartial hearing for G█████ s█████, and you're
3    still under oath because you had previously
4    testified.
5          MS. HIBBARD:  I understand.
6          HEARING OFFICER NOE:  We have some
7    questions for you.  Go ahead.
8          MS. SEN:  Do you have the Skills
9    schedule for 2012/2013 for █████'s group?
10          MS. HIBBARD:  Yes, I do.
11          MS. SEN:  Do you have it in front of
12    you?
13          MS. HIBBARD:  Yes, I do.
14          MS. SEN:  Could you tell me is that
15    schedule entirely accurate as to your ELA and
16    math periods or has anything changed?
17          MS. HIBBARD:  No, it's not entirely
18    accurate.  Because of G█████'s internship
19    schedule he would have missed two math periods.
20    So for that reason, because I'm both literacy and
21    math teacher, with the permission of my program
22    coordinator I flipped the schedule on Thursday so
23    that math and ELA are flipped so that the last
24    period of the day on Thursday, period eight, is a
25    math class.

Ubiqus/Nation-Wide Reporting & Convention Coverage
Twenty-Two Cortlandt Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

215

1          MS. SEN:  Okay.  That's all the
2    questions I have.
3          MS. HIBBARD:  Okay.
4          HEARING OFFICER NOE:  Anything else?
5          MS. STEWART:  No
6          MS. SEN:  Okay, thank you.  That was
7    very quick.
8          MS. HIBBARD:  Thank you, bye.
9          HEARING OFFICER NOE:  Bye.  Okay, who is
10    next?
11          MS. SEN:  Francis Tabone.
12          (OFF THE RECORD)
13          (ON THE RECORD)
14          HEARING OFFICER NOE:  Hello?
15          DR. FRANCIS TABONE:  Hello.
16          HEARING OFFICER NOE:  My name is Mary
17    Noe.  I'm the Hearing Officer.  We're here at an
18    impartial hearing for G█████ s█████.  Do you
19    swear or affirm to tell the truth?
20          DR. TABONE:  I do.
21          HEARING OFFICER NOE:  You signed this
22    affidavit on May 10th?
23          DR. TABONE:  Yes, I did.
24          HEARING OFFICER NOE:  And you swore to
25    the accuracy of it?

Ubiqus/Nation-Wide Reporting & Convention Coverage
Twenty-Two Cortlandt Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

**A491**

216

1          DR. TABONE:  Yes, I did.

2          HEARING OFFICER NOE:  And it's accurate

3    today as well?

4          DR. TABONE:  It is.

5          HEARING OFFICER NOE:  I don't know if it

6    was admitted into evidence, but do you have any

7    objection?

8          MS. STEWART:  No.

9          HEARING OFFICER NOE:  Okay.  We have

10   some questions for you.

11         DR. TABONE:  Thank you.

12         HEARING OFFICER NOE:  Okay, go ahead.

13         MS. STEWART:  Is it Mr. Tabone or Dr.

14   Tabone?

15         DR. TABONE:  Mister/doctor.

16         MS. STEWART:  Dr. Tabone, you visited

17   the proposed public school placement with Ms.

18   M████, that's correct?

19         DR. TABONE:  That is correct.

20         MS. STEWART:  And that was the McSweeney

21   School, correct?

22         DR. TABONE:  Correct.

23         MS. STEWART:  Aside from your visit with

24   Ms. M████ did you visit the school any other

25   times during the 2011/2012 school year?

217

1          DR. TABONE:  I visited the school twice.

2    Once was in the 2011/2012 school year, and I'm

3    not sure if the other one was in the 2011/2012 or

4    the 2010/2011.  One was in the summer and one was

5    during the school year.  I'm not sure when the

6    other one occurred.

7          MS. STEWART:  When you visited with Ms.

8    M████ did you take notes of your visit?

9          DR. TABONE:  I don't recall if I wrote

10   anything down there.

11         MS. STEWART:  Now who invited you, who

12   asked you to go to the public school placement

13   with Ms. M████?

14         DR. TABONE:  The parent.

15         MS. STEWART:  And when did she ask you

16   that?

17         DR. TABONE:  I don't remember when she

18   asked.

19         MS. STEWART:  Do you speak Spanish, Dr.

20   Tabone?

21         DR. TABONE:  Not fluently.

22         MS. STEWART:  So when you met with the

23   parent coordinator, did the parent coordinator

24   speak Spanish?

25         DR. TABONE:  She spoke English and

**A492**

218

1    Spanish.  There were other people on the visit.

2    She spoke to us in English and Spanish.

3         MS. STEWART:  How many people were on

4    the visit with you aside from Ms. ███?

5         DR. TABONE:  I don't remember.  That

6    wasn't a big--only a few.

7         HEARING OFFICER NOE:  I'm confused.  You

8    mean from outside coming into the school or at

9    the school itself?

10         DR. TABONE:  I don't think I understand

11    the question.

12         HEARING OFFICER NOE:  You went with the

13    parent to the school, right?

14         DR. TABONE:  Correct.

15         HEARING OFFICER NOE:  Did anyone else go

16    with you besides you and the parent into the

17    school?

18         DR. TABONE:  No.

19         HEARING OFFICER NOE:  That's what I

20    meant.

21         MS. STEWART:  So the other people on the

22    tour, were those McSweeney employees?

23         DR. TABONE:  No, there was another

24    parent or another family.  Again, I didn't know

25    them, but they were on the tour.

219

1         MS. STEWART:  And now how long did the

2    tour last?

3         DR. TABONE:  I would say it was

4    approximately one hour to an hour and a half for

5    the total time we were there.

6         MS. STEWART:  Did Ms. ███ ask any

7    questions during the tour?

8         DR. TABONE:  She did speak with the

9    person who was on the tour with us, yes.

10         MS. STEWART:  Did she communicate with

11    the parent coordinator in Spanish?

12         DR. TABONE:  She spoke both.

13         MS. STEWART:  When you visited the

14    school with Ms. ███ did you have any documents

15    with you about this student, ███ ████?

16         DR. TABONE:  I did not have any

17    documents with me.

18         MS. STEWART:  Did the parent have any

19    documents with her?

20         DR. TABONE:  I believe she had the IEP

21    with her, yes.

22         MS. STEWART:  Did she give a copy of the

23    IEP to the parent coordinator, to your

24    recollection?

25         DR. TABONE:  My recollection is that she

**A493**

220

1  gave her paperwork, yes.
2       MS. STEWART:  When did you first review
3  ███ █████'s May 22nd, 2012 IEP?
4       DR. TABONE:  When did I first review it?
5  I don't remember definitively when I first
6  reviewed it.
7       MS. STEWART:  Now, in your affidavit you
8  mentioned in one of the earlier paragraphs that
9  you have reviewed his IEP.  Did you review his
10  IEP prior to your preparation for this
11  litigation?
12       DR. TABONE:  Briefly.  Typically I would
13  review all IEPs when they are first presented
14  after a CSE meeting.
15       MS. STEWART:  And why do you review the
16  IEPs?
17       DR. TABONE:  Just because I have to know
18  about the services that need to be provided, the
19  goals, the basic information that's contained
20  goes through me in terms of program design and
21  putting things together.
22       MS. STEWART:  Why do you need to know
23  the recommendation and the goals that are within
24  the IEP?
25       DR. TABONE:  Because I'm in charge of

221

1  the school that provides those services and
2  recommendations.  It's very important for me to
3  know the background and the items discussed at
4  all students' CSE meetings that we serve from
5  their classification to the mandates to the goals
6  that are written there to any kind of testing
7  that's been done.  I review that for all
8  students.
9       MS. STEWART:  Do you follow the mandate
10  in the IEP at the Cooke Center?
11       DR. TABONE:  Sometimes.  I'll just
12  sometimes.  It depends on the student and the
13  student's needs.  In many cases we will provide
14  additional services.  If we do reduce any
15  services we do go through the CSE to make that
16  change.
17       MS. STEWART:  And you also mentioned
18  that it's very important for you to know the
19  goals in the IEP.  Do you use those goals for
20  anything at the Cooke Center?
21       DR. TABONE:  Do we use them?  Goals are
22  constantly being worked on and reviewed to assess
23  a student's level of functioning.  So I would say
24  they can provide information for us.  Typically
25  we know the student better than the CSE does so

A494

222

1    therefore I know what the student is capable of
2    and I know the goals they're working on, and I'm
3    looking at the accuracy of the report compared to
4    what they're working on within the school.
5        MS. STEWART:  You didn't attend this IEP
6    meeting, correct?
7        DR. TABONE:  To my recollection, no, I
8    didn't.
9        MS. STEWART:  We have in evidence
10   several annual review discussion documents.  Did
11   you review those at any point?
12       DR. TABONE:  I did not.
13       MS. SEN:  This is outside the scope of
14   the direct-examination.  I'm going to object.
15       MS. STEWART:  Actually, he offered some
16   opinions about what J████ required for the
17   2012/2013 school year.  So I believe the
18   questions about how he gained that knowledge
19   would be relevant, but he answered.
20       HEARING OFFICER NOE:  He answered
21   already.  Let's move on.
22       MS. STEWART:  In your affidavit you said
23   in paragraph 16 that a class worksite would not
24   be adequately individualized you said in your
25   professional opinion.  When did you develop that

223

1    opinion?  Do you need me to repeat that?
2        DR. TABONE:  Can I answer the question?
3        HEARING OFFICER NOE:  Yes.
4        DR. TABONE:  Well, that opinion has been
5    developed over time.  I've visited several of
6    those worksites on more than one occasion to
7    understand what kinds of support and the way that
8    they function.
9        MS. STEWART:  So what do you mean by
10   individualized?
11       DR. TABONE:  Well, typically there is
12   one person at the site, and there are 12 students
13   who are engaged in some sort of communal job,
14   depending on the worksite.  So the students are
15   for the most part just off on their own working.
16       MS. STEWART:  Prior to the visit to the
17   McSweeney School did you have any discussions
18   with Ms. M████?
19       DR. TABONE:  Well, she is a parent in
20   the school.  I'm sure I had discussions with her;
21   about anything specific, that I don't know, but
22   I'm sure I spoke to her.  We have parent
23   conferences, family conferences.  Any time there
24   was an event at school I would speak to her.
25       MS. STEWART:  Did you have any specific

A495

224

1  discussions with her about the recommended
2  placement prior to your visit with her?
3          DR. TABONE:  No.
4          MS. STEWART:  Did you have discussions
5  with her about that recommended public school
6  placement after your visit with her?
7          DR. TABONE:  Directly after, probably.
8          MS. STEWART:  Do you know what you
9  discussed?
10         DR. TABONE:  I honestly don't remember.
11  It was some of the concerns with mom, she was
12  very nervous about him not receiving academic
13  support.  Can I continue?
14         MS. STEWART:  Yes, that's the
15  interpreter that you hear.
16         DR. TABONE:  So we spoke about the
17  academic structure.  The other thing that was of
18  note was the students' level of functioning in
19  the classes.  There were students who were
20  moderate to severe intellectual deficits that
21  would not be appropriate cohorts for G█████.
22         MS. STEWART:  In your affidavit you
23  state that the parent coordinator said that
24  academics occur at the work placement, is that
25  correct?

225

1          DR. TABONE:  Yes, that is correct.
2          MS. STEWART:  Did Ms. M█████ ask the
3  parent coordinator how that was provided at the
4  work placement?
5          DR. TABONE:  We did have a conversation
6  about that.  I don't know who asked the question,
7  but it was given to us that the person--there was
8  one person who would do one or two periods of
9  academics in the morning before the work began.
10         MS. STEWART:  During your visit with Ms.
11  M█████ you didn't view any classrooms did you?
12         DR. TABONE:  We did not go into the
13  rooms.  We were not allowed to go into any of the
14  rooms.
15         MS. STEWART:  I don't have anything
16  else.
17         HEARING OFFICER NOE:  Hold on a minute.
18         DR. TABONE:  Yes.
19         MS. SEN:  I don't have any questions.
20         HEARING OFFICER NOE:  Thank you.
21         DR. TABONE:  Thank you very much.
22         HEARING OFFICER NOE:  Bye now.  Are you
23  ready to call the parent?
24         MS. SEN:  If you're ready.
25         HEARING OFFICER NOE:  Raise your right

**A496**

226

1    hand, please.  You're going to fix the mike.
2              (OFF THE RECORD)
3              (ON THE RECORD)
4              HEARING OFFICER NOE:  Raise your right
5    hand, please.  Do you swear or affirm to tell the
6    truth?
7              MS. ▮▮▮▮  (THROUGH INTERPRETER):  I
8    swear.
9              HEARING OFFICER NOE:  And her name?
10             MS. ▮▮▮▮:  My name is ▮▮▮▮▮ ▮▮▮▮.
11             HEARING OFFICER NOE:  You want to get
12   this affidavit into evidence?
13             MS. SEN:  Yes.  Ms. ▮▮▮▮, did you sign
14   - - .
15             HEARING OFFICER NOE:  Too much noise?
16             MALE VOICE:  I can't hear you.  You're
17   being drowned out by the interpretation.  So if
18   you speak closer to the microphone louder.
19             HEARING OFFICER NOE:  When she is
20   speaking maybe you can back--when the parent has
21   to speak if you can then move forward.  You
22   understand what the problem is?
23             FEMALE VOICE:  Yes.
24             HEARING OFFICER NOE:  So when you have
25   to speak you've got to move forward then because

227

1    they have to get it on the transcript.  When
2    she's speaking you move back and just talk into
3    her ear.  We'll see if we can work it that way.
4    Go ahead.
5              MS. SEN:  Ms. M▮▮▮, did you - - .
6              MS. M▮▮▮:  Yes, I signed.
7              MS. SEN:  And do you believe everything
8    in this affidavit was true and is true now?
9              MS. M▮▮▮:  Yes, it's true.
10             HEARING OFFICER NOE:  Okay, any
11   objection to L in evidence?
12             MS. STEWART:  No, we're going to put it
13   in Spanish?
14             HEARING OFFICER NOE:  Yes.
15             MS. STEWART:  Are we going to have the
16   interpreter read it into evidence?
17             HEARING OFFICER NOE:  No, leave it in
18   there.
19             MS. SEN:  You  want to have it
20   translated for yourself?
21             HEARING OFFICER NOE:  No, if that's the
22   way you want to put it in that's fine with me.
23             MS. SEN:  But I'm asking - -
24   interpreter.
25             HEARING OFFICER NOE:  We don't provide

A497

228

1    official interpreters to provide services to your

2    clients.  So this is the way you want it to go

3    in, this is the way it goes in.  She's ready to

4    cross-examine.

5           MS. SEN:  - - is translated by the

6    interpreter.

7           HEARING OFFICER NOE:  And she's going to

8    translate it now.  She's going to cross-examine

9    her.  Go right ahead.

10          MS. SEN:  I have to object.

11          HEARING OFFICER NOE:  You want to object

12    to your own document going into evidence.

13          (Crosstalk)

14          MS. SEN:  --translated.

15          HEARING OFFICER NOE:  It's your--you

16    represent this client.  I don't represent the

17    client.  I don't take her direct testimony.  You

18    take her direct testimony. You have decided to

19    put in this affidavit, and I'm going to go

20    through this at the end.  I'm going to put in my

21    orders as to the motion to, because I see you

22    include in your paper, the motion to have

23    testimony live rather than by affidavit.  I'll

24    include my order as a Hearing Officer's exhibit

25    and also your motion to have the Department of

229

1    Education interpret your client's affidavit.

2    This is what you've decided to do.  I don't

3    represent your client.  You've decided to put it

4    in in Spanish.  Then it goes in in Spanish unless

5    you want to withdraw it.  This is your document.

6          MS. SEN:  I can ask that the unofficial

7    translation be submitted into evidence.  It's

8    important for you to consider--

9          HEARING OFFICER NOE:  (Interposing)  If

10    you want to offer another document into evidence.

11          MS. STEWART:  First of all, I would also

12    like the translator or the interpreter to read it

13    into evidence.  The reason why I don't want to

14    use the English interpretation is because my co-

15    worker who read it disagreed with some of the

16    things that their interpreter believed that it

17    said.

18          HEARING OFFICER NOE:  How are you going

19    to know whether or not your co-worker disagrees

20    with this interpreter?

21          MS. STEWART:  Well, I don't know because

22    I don't speak Spanish either.

23          HEARING OFFICER NOE:  I think it's

24    somewhat inappropriate for the Hearing Officer's

25    interpreter to interpret a written document.

**A498**

230

1    That's not what she's here to do.  I wouldn't
2    want her to corrupt in any way this affidavit,
3    and this it's the Hearing Office's obligation.
4    This interpreter is here for the benefit of
5    people's testimony during the course of your
6    hearing.  You can offer it into evidence.  What
7    number do you want to identify it as?
8         MS. SEN:  For the unofficial English
9    translation?   S.
10        HEARING OFFICER NOE:  Okay, S, parent's
11   unofficial English affidavit.  How many pages is
12   it?
13        MS. SEN:  Five.
14        HEARING OFFICER NOE:  Any objection?
15        MS. STEWART:  I do object because I
16   don't know that that's an accurate
17   interpretation.  So that would be my objection to
18   it.
19        HEARING OFFICER NOE:  Well, what's the
20   basis of your understanding that it's not
21   accurate?
22        MS. STEWART:  I had one of my co-workers
23   who also speaks Spanish to go through it, and I
24   had him go through the Spanish affidavit with the
25   unofficial translation just to compare and there

231

1    were places where he believed that the
2    translation was not correct.
3         MS. SEN:  Do you speak Spanish?
4         HEARING OFFICER NOE:  No, I don't, only
5    English.  So you're objecting in that you feel
6    it's not accurate as to an exact translation?  Is
7    that your opinion?
8         MS. STEWART:  It may not be accurate
9    based on two different people that speak Spanish,
10   my co-worker that speaks Spanish, that certain
11   aspects were not accurate.  I was going to cross
12   based on his interpretation of the Spanish.
13        HEARING OFFICER NOE:  At this point I'm
14   going to leave it out.  I'll leave it out for
15   identification purposes only, and let's go
16   forward with your cross-examination.
17        MS. STEWART:  And just for the record,
18   so I make it clear, the DOE would also have liked
19   for the Spanish affidavit to be translated into
20   the English by the interpreter that's here.
21        HEARING OFFICER NOE:  I cannot assure
22   that this translator who comes in here to
23   translate testimony can translate a document.
24   This isn't federal court.  She's not necessarily
25   qualified.  I don't know whether she is or she

A499

232

1    isn't, but I'm not going to rely on the Hearing
2    Office's interpreter to interpret the accuracy of
3    this document.  This isn't my witness.  I can't
4    put that burden on a Hearing Officer.  She's here
5    to come in.  Her responsibility is to interpret
6    the verbal discussion that goes on.
7            MS. GUZMAN:  I'm not supposed to do
8    translation.
9            HEARING OFFICER NOE:  So I don't know
10   what agency the Department of Education employs,
11   but at this point it's my understanding they
12   employ interpreters to come in here and translate
13   verbally.  I'm not going to take it on--and then
14   I've got to be responsible for the English
15   translation.
16           MS. STEWART:  So I was thinking that the
17   interpreter would actually be reading this into
18   evidence.  I don't know if the Department would
19   translate this.
20           HEARING OFFICER NOE:  Why don't you ask
21   her some questions?
22           MS. STEWART:  I only have a handful of
23   questions actually.
24           HEARING OFFICER NOE:  Okay.
25           MS. STEWART:  After the IEP meeting did

233

1    you meet with your attorney?
2            MS. M▮▮▮:  Yes.
3            MS. STEWART:  And how soon after the IEP
4    meeting did you meet with your attorney?
5            MS. M▮▮▮:  I don't remember.
6            MS. STEWART:  Did you meet with them
7    prior to visiting the public school placement?
8            MS. M▮▮▮:  Who, the attorney?
9            MS. STEWART:  Yes.
10           MS. M▮▮▮:  No.
11           MS. STEWART:  Ms. M▮▮▮, we have in
12   evidence as Exhibit E the Cooke Center enrollment
13   contract.  We have D and E enrollment contracts
14   in evidence.  Were you provided with copies of
15   these contracts in Spanish?
16           MS. M▮▮▮:  No.
17           MS. STEWART:  Did you have any
18   discussions with anyone at Cooke Center about how
19   you would pay the tuition at Cooke Center this
20   school year?
21           MS. M▮▮▮:  Can you repeat the question
22   again?
23           MS. STEWART:  Did you have any
24   discussions with anyone at the Cooke Center about
25   how you would pay for the tuition this school

**A500**

234

1    year?
2              MS. M████: No, I didn't make any
3    payment.
4              MS. STEWART: Did you have any
5    discussions with anyone at Cooke Center about
6    when payments would be made?
7              MS. M████: I can't pay that amount of
8    money, but I had to do an agreement with them to
9    see how I can make the payment.
10             MS. STEWART: What sort of agreement
11   did you do with them to see how you would make
12   the payment?
13             MS. M████: I don't know how I'm going
14   to do it. The only thing that I got to pay is
15   the house that I live. I had to stay in my
16   house.
17             MS. STEWART: When you signed this
18   contract on June 25th did anyone interpret the
19   terms of this contract to you?
20             MS. M████: Yes, the person that was
21   there, she speaks Spanish.
22             MS. STEWART: At the time you signed
23   this contract did you tell the person you spoke
24   with that you could not afford the tuition?
25             MS. GUZMAN: If you can repeat the

235

1    question again. The interpreter thinks she is a
2    little bit nervous.
3              MS. STEWART: She needs me to repeat it
4    or for you to repeat it?
5              MS. GUZMAN: You because I only have to
6    say what you say.
7              MS. STEWART: Okay.
8              MS. SEN: - - talking at once?
9              MS. GUZMAN: No, it's more easy for me
10   because I don't forget anything.
11             HEARING OFFICER NOE: Otherwise she's
12   editorializing it and skipping the words. So it
13   probably is better for her as an interpreter.
14   That's the way interpreters do it. Then they
15   homogenize things, and it's not exactly the word
16   for word. Go ahead. Just go slowly, and if you
17   need it repeated we repeat it. That's all.
18             (Crosstalk)
19             MS. STEWART: Let me think of what I
20   just asked you. You said that when you signed
21   the contract there was a person there that
22   interpreted it into Spanish to you, correct?
23             MS. M████: Yes, that is correct.
24             MS. STEWART: Did you have any
25   discussions with that person about whether or not

A501

236

1  you could afford the tuition?
2      MS. M███: No, I didn't have any
3  discussion with her.
4      MS. STEWART: To this date have you paid
5  any portion of the tuition?
6      MS. M███: No, I haven't paid
7  anything.
8      MS. STEWART: Has anyone at Cooke Center
9  inquired about when the tuition would be paid?
10      MS. M███: We haven't talked about
11  that.
12      MS. STEWART: In your affidavit in
13  paragraph 12 you state that the school cannot
14  provide adequate training for ███ to become
15  more independent in the community. Is that
16  correct? She might need to look at her
17  affidavit. It's paragraph 12. I'll ask the
18  question again. What I believe paragraph 12
19  states is that the school cannot provide adequate
20  training for ███ to become more independent in
21  the community. Is that correct?
22      MS. M███: Yes, that is correct.
23      MS. STEWART: How do you know that the
24  school cannot provide that?
25      MS. M███: Because the students the

237

1  age of J███ they stay more time on the place
2  they work than the academic preparation.
3      MS. STEWART: I don't have any other
4  questions.
5      HEARING OFFICER NOE: Do you have some
6  questions?
7      MS. SEN: - - .
8      HEARING OFFICER NOE: Okay.
9      MS. SEN: So I'm going to refer to
10  document 15. Ms. M███, have you ever seen this
11  document?
12      MS. M███: Yes.
13      MS. SEN: When did you first see this
14  document?
15      MS. M███: After the IEP meeting.
16      MS. SEN: Which IEP meeting? This year
17  or last year?
18      MS. M███: Last year.
19      MS. SEN: Do you remember when you
20  actually saw this--
21      (Crosstalk)
22      MS. M███: In March, February or March
23  for the application for the social security.
24      MS. SEN: February or March of what
25  year?

**A502**

238

1                    MS. M█████:  This year.

2          MS. SEN:  - - .

3          HEARING OFFICER NOE:  I have some

4     questions.  Ask her if she remembers the IEP

5     meeting of May 22nd, 2012.  Does she remember?

6          MS. M█████:  The IEP?

7          HEARING OFFICER NOE:  No, not the IEP,

8     the meeting.

9          MS. M█████:  Yes.

10         HEARING OFFICER NOE:  Ask her if she

11    remembers saying anything during the meeting to

12    anyone.

13         MS. M█████:  The only thing that they

14    say that they going change was the

15    classification.

16         HEARING OFFICER NOE:  I'm asking what

17    she said, anything that she may have said at the

18    meeting.

19         MS. M█████:  I say if they change the

20    classification it's for his good for his

21    preparation is the most important to me and for

22    him.

23         HEARING OFFICER NOE:  So that's what she

24    told them?

25         MS. M█████:  I told Ms. Lucio--

239

1                    HEARING OFFICER NOE:  (Interposing) What

2     did she tell Ms. Lucio?

3          MS. M█████:  On the IEP they changed

4     █████'s classification.

5          HEARING OFFICER NOE:  So she told them

6     to change the classification?

7          MS. M█████:  No, I didn't tell her.

8     They decide to change the classification.

9          HEARING OFFICER NOE:  I'm just asking if

10    she ever said any words at the IEP meeting.

11         MS. M█████:  I don't remember what I

12    said.

13         HEARING OFFICER NOE:  I don't have any

14    other questions.  Anything else?

15         MS. STEWART:  I do have a follow up

16    question.

17         HEARING OFFICER NOE:  Go ahead.

18         MS. STEWART:  Your attorney just showed

19    you Exhibit 15.  Did you ask the Cooke Center to

20    conduct this evaluation?

21         HEARING OFFICER NOE:  Show her Exhibit

22    15.  She's going to show her.

23         MS. M█████:  I asked the Cooke Center.

24         HEARING OFFICER NOE:  I asked what?

25         MS. M█████:  I asked them for that.

**A503**

240

1        HEARING OFFICER NOE:  She asked them to

2  conduct this evaluation?

3        MS. M███:  Yes, because I need it

4  because I need it for the application.

5        HEARING OFFICER NOE:  When did she ask

6  them to conduct this evaluation?

7        MS. M███:  I did that in August.

8        HEARING OFFICER NOE:  Of what year?

9        MS. M███:  2012.

10       HEARING OFFICER NOE:  I'm sorry.  Go

11  ahead.

12       MS. STEWART:  Now the date of this

13  report is before August 2012.  The report is

14  dated January 5th, 2012.  Do you know if you

15  requested this before that date?

16       MS. M███:  Maybe because I was doing

17  the process of guardianship, and I need that for

18  the person that was helping me for guardianship,

19  and I needed the evaluation and also for the

20  social security.

21       MS. STEWART:  So at the time of this May

22  2012 IEP meeting did you have this evaluation?

23       MS. M███:  I didn't have it for the

24  IEP.

25       MS. STEWART:  I don't have anything

241

1  else.

2        HEARING OFFICER NOE:  Do you have any

3  other questions?

4        MS. SEN:  No.

5        HEARING OFFICER NOE:  Okay, anything

6  else?  Let's just go through these exhibits and

7  make sure you have everything that you  want in

8  evidence.  If there are any objections you can

9  object.  So let's start with parent's exhibits.

10  Please just follow along, and then if necessary

11  you'll let me know.  I have parent's A, B, C, D,

12  E, F, G in evidence.  Is that correct?

13       MS. STEWART:  Yes.

14       MS. SEN:  - - any of those into

15  evidence.  Are we doing it now?

16       HEARING OFFICER NOE:  No, no, no, I

17  thought it was previously.

18       MS. SEN:  No, they're not in evidence

19  yet.

20       HEARING OFFICER NOE:  Okay, so let's go

21  with A.  A is the due process response, three

22  pages, April 8th, 2013.  Any objection?

23       MS. STEWART:  No.

24       HEARING OFFICER NOE:  B, a letter to

25  Mark Jacobi from Charles Gossell (phonetic), two

**A504**

242

1    pages.  Any objection?

2         MS. STEWART:  No.

3         HEARING OFFICER NOE:  C, letter to Mark

4    Jacobi from Todd Silverblatt, three pages, any

5    objection?

6         MS. STEWART:  No.

7         HEARING OFFICER NOE:  D, enrollment

8    contract, Cooke Center, two pages.  Any

9    objection?

10        MS. STEWART:  No.

11        HEARING OFFICER NOE:  E, Cooke Center

12   enrollment contract 2012/2013 academic year, two

13   pages, any objection?

14        MS. STEWART:  No.

15        HEARING OFFICER NOE:  F, 2012 federal

16   income tax return for G█████ s████, two pages.

17   Any objection?

18        MS. STEWART:  For the student?

19        HEARING OFFICER NOE:  I think it's the

20   parent, the father.

21        MS. STEWART:  Is that the father or the

22   son?  I'm sorry. No, I don't have any objection.

23        HEARING OFFICER NOE:  G, the mother and

24   father live at the same residence but don't file

25   a joint tax return.  G, 2012 federal income tax

243

1    return for M█████ M██████, two pages.  Any

2    objection?

3         MS. STEWART:  No.

4         HEARING OFFICER NOE:  H, PSX721 Sweeney

5    School expenditures, 2010/2011, print date May

6    6th, 2013, one page.  Any objection?

7         MS. STEWART:  I did object to this one

8    as not being relevant to the 2012/2013 school

9    year.  Also, there were no witnesses that were

10   even asked about this document, nor do any of the

11   affidavits refer to this document.

12        MS. SEN:  So this is just introduced for

13   the reasonableness of the cost of tuition at

14   Cooke, and the 2010/2011 school year is the last

15   available public publication.

16        HEARING OFFICER NOE:  I'm going to

17   sustain the objection and return it to you and

18   mark it for identification.  I believe we have I

19   in evidence, affidavit of Hibbard, seven pages.

20   Yes?

21        MS. STEWART:  Yes.

22        HEARING OFFICER NOE:  J is affidavit of

23   Fowler, seven pages.  Yes?

24        MS. STEWART:  Yes.

25        HEARING OFFICER NOE:  K, affidavit of

**A505**

244

1     Clancy, five pages?

2          MS. STEWART:  Yes.

3          HEARING OFFICER NOE:  L, affidavit of

4     M█████, five pages?

5          MS. STEWART:  Yes, I believe we have

6     that in evidence.

7          HEARING OFFICER NOE:  M, affidavit of

8     Ord, five pages?

9          MS. STEWART:  Yes.

10         HEARING OFFICER NOE:  N, affidavit of

11    Tabone, four pages.

12         MS. STEWART:  Yes.

13         HEARING OFFICER NOE:  And then we have a

14    letter from Amanda sent to the Hearing Officer

15    dated April 29th, 2013, five pages.

16         MS. STEWART:  I don't have an objection

17    to O.

18         HEARING OFFICER NOE:  P is the parent's

19    motion and opposition to the verbal order that

20    the District--not that the District not translate

21    it.  I'm not going to direct that the District--

22    this was the Hearing Office.  I thought you had

23    requested that the Hearing Office translate it.

24    You have in here P that the District--

25         MS. SEN:  (Interposing) Right, the

245

1    Hearing Office is part of the District.

2         HEARING OFFICER NOE:  No, it's not part

3    of the District.  We are a totally different--I

4    am not an employee of the Department of

5    Education.  We are not part of the School

6    District, any school district.  Any objection to

7    P?

8         MS. STEWART:  No.

9         HEARING OFFICER NOE:  Q is the

10    Department's response to the parent's motion,

11    five pages.  Any objection?

12         MS. STEWART:  No.

13         HEARING OFFICER NOE:  R, the parent's

14    opening statement, five pages.  Any objection?

15         MS. STEWART:  No.

16         HEARING OFFICER NOE:  We have S marked

17    for identification only, parent's unofficial

18    English affidavit, which is five pages.

19         (Whereupon parent's Exhibits A through H

20    and O through R were admitted into evidence)

21         HEARING OFFICER NOE:  Now we have the

22    District's documents.  Okay, one at a time we'll

23    go through them.  You have your list?  1 is the

24    3/18/2013 due process complaint, five pages.

25         MS. SEN:  No objection.

A506

246

1          HEARING OFFICER NOE:  2 is the 4/30/12
2    meeting invitation, four pages.
3          MS. SEN:  No objection.
4          HEARING OFFICER NOE:  3 is the 5/22/12
5    IEP, 15 pages.
6          MS. SEN:  I think 3 through 12 are
7    already in evidence.
8          HEARING OFFICER NOE:  I don't know about
9    4.
10         MS. STEWART:  I have 4 marked in
11   evidence from the first hearing date.
12         HEARING OFFICER NOE:  Let's just go
13   through 4 anyway.  So you don't have any
14   objection to 3, right?
15         MS. SEN:  No.
16         HEARING OFFICER NOE:  4 is March 2012,
17   the Cooke Center Academy progress report,
18   ████, 16 pages, correct?
19         MS. SEN:  Yes, no objection.
20         HEARING OFFICER NOE:  I think today we
21   put into evidence 5, 6, 7, 8, 9, 10, and you
22   don't have any objection to those, do you?
23         MS. SEN:  No.
24         HEARING OFFICER NOE:  11 was Alvarez IEP
25   meeting minutes.  I think it was put in the other

247

1    day, four pages, any objection?
2          MS. SEN:  No.
3          HEARING OFFICER NOE:  12 is Sally Ord's
4    IEP minutes, five pages.  Any objection?
5          MS. SEN:  No.
6          HEARING OFFICER NOE:  13 is June 2012
7    progress report, 14 pages, any objection?
8          MS. SEN:  No.
9          HEARING OFFICER NOE:  14 is the Cooke
10   Center student assessment portfolio, seven pages,
11   any objection?
12         MS. SEN:  No.
13         HEARING OFFICER NOE:  I believe 15 is
14   already in evidence.  There is no objection,
15   right?
16         MS. SEN:  No.
17         HEARING OFFICER NOE:  16 is in evidence,
18   October 27th, 2010 classroom observation, one
19   page.  No?
20         MS. SEN:  No objection.
21         HEARING OFFICER NOE:  Now, 17, Final
22   Notice of Recommendation, June 15th, 2012, one
23   page.  Any objection?
24         MS. SEN:  No.
25         HEARING OFFICER NOE:  18, November 2012

**A507**

248

1    Cooke Center Academy progress report, 16 pages,

2    any objection?

3           MS. SEN:  No.

4           HEARING OFFICER NOE:  March 2013 Cooke

5    Center Academy progress report, 16 pages, any

6    objection?

7           MS. SEN:  No.

8           HEARING OFFICER NOE:  20 is the Cooke

9    Center Summer Academy goals, four pages.  Any

10   objection?

11          MS. SEN:  No.

12          HEARING OFFICER NOE:  21, I think this

13   already went in, May 9th, 2013 affidavit of Susan

14   Naclerio, five pages.

15          MS. SEN:  No objection.

16          HEARING OFFICER NOE:  22 is May 9th,

17   2013 affidavit of Evelyn Alvarez, seven pages.

18          MS. SEN:  No objection.

19          HEARING OFFICER NOE:  23 is the Cooke

20   Center Summer Academy goals, two pages.

21          MS. SEN:  I do object to that.  I don't

22   think it's relevant.  It has nothing to do with

23   this student, and there was no testimony

24   regarding it.

25          MS. STEWART:  Well, I put it in just to

249

1    show the goals for another student because I

2    believed it was relevant to prong two.  That

3    would be for 23 and 24.

4           HEARING OFFICER NOE:  I'm going to mark

5    it for identification and sustain the objection.

6    So that's 23 for ID.  24 you have the same

7    objection?

8           MS. SEN:  Same objection.

9           HEARING OFFICER NOE:  I'm going to mark

10   that one for identification as well.  24 is 16

11   pages.  25 is the Cooke Center Academy Skills

12   Program description, five pages.

13          MS. SEN:  No objection.

14          HEARING OFFICER NOE:  26 is the DOE

15   opening statement, three pages.

16          MS. SEN:  No objection.

17          HEARING OFFICER NOE:  27 is the summer

18   2012 curriculum outline, one page.

19          MS. SEN:  No objection.

20          HEARING OFFICER NOE:  And 28, what's 28?

21   It's marked for identification.  Do you know?

22          MS. STEWART:  I don't believe we have a

23   28.

24          HEARING OFFICER NOE:  I know what it

25   was. It was--I have it in evidence as Hearing

**A508**

250

1    Officer's Exhibit 1, which is the Skills schedule
2    for 2012/2013.
3            (Whereupon DOE Exhibits 1 through 4, 13,
4    14, 17 through 20 and 26 were admitted into
5    evidence)
6            HEARING OFFICER NOE:  I am going to put
7    in evidence as Hearing Officer's Exhibit 2 my
8    order on the request to have testimony verbal
9    rather than by affidavit.
10           (Whereupon IHO Exhibit 2 was admitted
11   into evidence)
12           HEARING OFFICER NOE:  As far as the
13   translation is concerned I guess I didn't write
14   an order on that, right?  I just told you that we
15   don't translate District's--
16           (Crosstalk)
17           HEARING OFFICER NOE:  If you sent me a
18   motion--
19           MS. SEN:  (Interposing) I didn't get an
20   order from you.
21           HEARING OFFICER NOE:  Then I didn't get
22   your motion.  If you send me a motion a write an
23   order.
24           MS. STEWART:  An order on which one?
25           HEARING OFFICER NOE:  In other words

251

1    instead of having the direct testimony by
2    affidavit to have it verbally.  She's requesting
3    the pre-hearing order that I sent out.
4            MS. SEN:  I did get your pre-hearing
5    order.  Can we put that in?
6            HEARING OFFICER NOE:  Sure, we can put
7    that into evidence.  We'll put that in as Hearing
8    Officer's Exhibit 2, a pre-hearing order.  I will
9    check, but if I didn't get your motion then I
10   don't write an order.  If I get your motion, then
11   I write an order.  So I will check.
12           MS. SEN:  I do also have e-mails, e-
13   mailing my motion to you.  So I'd like to put
14   that in evidence, too.
15           HEARING OFFICER NOE:  I believe you.
16   I'm going to check with the case manager.  I will
17   submit my order that was sent to you and the case
18   manager as well on testimony by affidavit.
19           MS. STEWART:  What was Hearing Officer's
20   Exhibit 2?
21           HEARING OFFICER NOE:  The pre-hearing
22   order.
23           MS. STEWART:  Okay.
24           HEARING OFFICER NOE:  But I don't know
25   that I wrote an order on your request to have the

**A509**

252

1     Hearing Office translate or provide you with a

2     translator to translate your affidavit. I don't

3     know that I wrote an order. I don't know that

4     you made a motion. I think you just made a

5     request and I denied it.

6           MS. SEN: That motion is P. I did make

7     a request and you denied it.

8           HEARING OFFICER NOE: Since I have that

9     motion now I'll write an order now. My order

10    will be similar that it is denied. So that will

11    be Hearing Officer's Exhibit 4.

12          (Whereupon IHO Exhibit 4 was admitted

13    into evidence)

14          HEARING OFFICER NOE: The Hearing Office

15    does not provide translators for parties, neither

16    the District nor the parent.

17          MS. STEWART: What was Hearing Officer's

18    Exhibit 3? I must have missed that?

19          HEARING OFFICER NOE: Hearing Officer's

20    Exhibit 3 is the order that I send when the

21    motion is made that there not be testimony by

22    affidavit but rather a verbal testimony, what

23    they say live testimony. I think that's it.

24    Anything else?

25          MS. STEWART: No. I guess the last

253

1     thing is that we have three days to submit the

2     closing, which I'm assuming will be Monday.

3          HEARING OFFICER NOE: That will be fine.

4     Anything else?

5          MS. SEN: Three business days, I had it

6     as Tuesday.

7          HEARING OFFICER NOE: It can be Tuesday.

8     Tuesday is fine.

9          MS. STEWART: That's fine.

10         HEARING OFFICER NOE: Anything else?

11    No? Okay, thank you.

12         (Whereupon at 3:52 p.m. the proceeding

13    was adjourned.)

**A510**

254

## C E R T I F I C A T I O N

I, Trisha Ruckart, do hereby certify that I typed the transcript In the Matter of ▮▮▮▮▮ ▮▮ taken on June 6, 2013, by Lucius Piernos at the offices of the Department of Education, 131 Livingston Street, Brooklyn, New York, and that to the best of my ability, this is an accurate transcription of what was recorded at that time and place.

*Trisha Ruckart*

TRISHA RUCKART, Transcriber

**Ubiqus/Nation-Wide Reporting & Convention Coverage**
Twenty-Two Cortlandt Street – Suite 802, New York, NY 10007
Phone 212-227-7440 * 800-221-7242 * Fax 212-227-7524

## Keyword Index

### 1
1 [6] 114:17 169:13,14 245:23 250:1,3
1:00 [1] 132:15
1:15 [4] 196:12,16 158:21 159:4
14:45 [1] 158:11
10th [4] 182:17,19 191:11 246:21
10:00 [1] 156:17
10:50 [1] 156:17
10:55 [4] 144:23 156:9 165:9,14,21,22,23 166:2 168:10
11:01 [1] 119:8 246:24
11:00 [4] 165:23 166:2,18 168:10
11:45 [1] 144:23 156:9 158:12,13
12 [16] 148:4,11 183:16,21,22 189:18,19 192:1 201:6 212:19 223:12 236:13,17,18 246:6 247:3
12:1 [7] 189:12,14,15,17 192:21 193:12,14
12:1:5 [5] 188:11,18 189:7,10 191:22
12:25 [2] 156:12 158:21
12:30 [1] 139:17
12-month [1] 194:15
125 [1] 187:8
13 [3] 198:15 247:6 250:3
138 [2] 113:27,27
14 [4] 196:18 247:7,9 250:4
143983 [1] 115:5
205 [2] 206:14 208:7 237:10 239:19,22 246:5 247:13
15th [1] 247:22
16 [5] 131:24 203:2 222:23 246:18 247:17 248:1,5 249:10
160 [1] 113:28
16th [1] 115:7
17 [2] 247:21 250:4
170 [2] 114:1,1
177 [2] 114:7,7
179 [2] 114:8,8
18 [9] 162:17 163:14,15,17 164:3,7,14 188:9 247:25
183 [4] 114:9,9,10,10
184 [2] 114:12,12
19 [1] 161:7

### 2
2 [6] 114:23 246:1 250:7,10 251:8,20
2:00 [1] 132:16
2:05 [1] 156:16
20 [7] 121:16 195:1,2,22 196:6 248:8 250:4
2005 [1] 205:20
2010 [1] 247:18
2010/2011 [3] 217:4 243:5,14
2011/2012 [3] 154:4 162:22 179:25 180:4 181:22 200:7 216:25 217:2,3
2012 [31] 113:27 114:4,13,18 117:12:1 123:7 134:4,5 137:1 143:...

17 171:17 178:25 184:21 190:15,17 206:9 207:3 220:3 238:5 240:9,13,14,22 242:15,24 246:16 247:6,22,25 249:18
2012/2013 [7] 119:3 163:2 214:9 222:17 242:12 243:8 250:2
2013 [78] 114:19 142:5 170:12 241:22 243:6 244:15 248:4,13,17
21 [8] 121:19 162:17 163:7,14,16 164:3,7,14 248:12
22 [3] 125:15,19 248:16
22nd [3] 178:25 184:15,21 220:3 238:5
23 [3] 248:19 249:3,6
24 [4] 203:22 249:3,6,10
245 [1] 114:1
246 [3] 114:2,3,4
247 [4] 114:13,14,17,18
248 [2] 114:19,20
249 [3] 114:23,24,26
25 [1] 249:11
250 [13] 114:1,2,3,4,13,14,17,18,19,20,26,2,2
252 [2] 114:4,4
25th [2] 161:14 244:18
26 [2] 249:14 250:4
27 [3] 137:1,5 249:17
27th [1] 247:18
28 [4] 159:17 249:20,20,23
29th [2] 140:15 244:15

### 3
3 [7] 114:26 179:1 246:4,6,14 252:18,20
3/18/13 [1] 114:1
3/18/2013 [1] 245:24
3:00 [3] 139:17 213:17
3:52 [1] 253:12
30 [3] 121:21,24
34 [1] 147:10

### 4
4 [9] 114:2,20 246:9,10,13,16 250:3 252:11,12
4/30/12 [2] 114:2 246:1
40 [2] 129:9,20
45 [2] 129:9,20

### 5
5 [3] 114:21 246:21
5/22/12 [3] 114:3 197:17 246:4
5:1 [1] 148:15
5-0 [1] 144:6
50-minute [3] 144:10,16 155:19
5th [1] 240:14

### 6
6 [4] 197:15 198:11,13 246:21
6/15/12 [1] 114:17
60 [1] 147:13
6th [1] 243:6

### 7
7 [7] 114:22 126:13 172:1 176:1,4,6 191:11 246:21

### 8
8 [7] 176:9 178:2,5,6 182:9 191:11
8:30 [9] 153:4 165:10,12,19,21 166:2,18 168:10,10
8:40 [1] 153:1
8th [1] 241:22

### 9
9 [11] 179:18 181:20 182:10,17,19 186:11,15,19 191:11 197:8 246:21
9:00 [1] 165:9,14
90 [1] 186:23
9th [2] 248:13,16

### A
able [1] 160:12
academic [12] 114:8 121:19 128:22 148:21 149:8 200:6 203:9,16 224:12,17 237:2 242:12
academics [2] 224:24 225:9
academy [36] 114:20,23 116:1,11 129:20 144:19 147:4,5,12 153:10 162:9,19,23 163:2,4,7,11,16,24 164:2,4,8,15 181:4,6 187:1,2,4 188:3 246:17 248:1,5,9,20 249:11,21,23,25 232:2
accepting [1] 204:8
access [7] 134:20 156:25 201:18,21,23 202:16,17
accuracy [3] 215:25 222:3 232:2
accurate [15] 135:4 168:11,16 183:25 184:4,6 191:15 214:15,18 216:2 230:16,21 231:6,8,11
activities [13] 123:25 131:22 132:1,5,11,21 139:6,20,23 140:1 167:22 196:21 197:25
activity [2] 125:20 140:5
acts [2] 119:21,23
actual [2] 206:21 208:13
actually [13] 120:4 126:21 133:20 164:4 189:12,14 196:4 206:12 208:16 222:15 232:17,23 237:20
adaptive [5] 156:8 158:15,19,25 161:21
added [1] 197:16
addition [1] 146:24
additional [1] 221:14
addressed [1] 185:23
addresses [1] 155:4
adequate [2] 236:14,19
adequately [1] 222:24
adjourned [1] 253:13
administered [3] 125:6 199:4,5
administering [1] 199:7
administrative [1] 142:1
admitted [17] 114:7,15 117:13 137:6 169:14 171:1 176:6 178:6 182:20 183:22 216:6 245:20 250:4,6 252:12
adult [4] 151:9,11 162:13 205:3,17
adulthood [2] 149:3 155:4
adults [1] 192:6
advocate [1] 205:1

affidavit [68] 116:16,20 117:20 118:7,14 119:7,10 120:24 121:15,18 125:3,5,24 131:24 133:11 142:5,6,8,18,20 143:6 145:3 147:21 159:6 161:3,5 162:8 167:7 170:9,12,15 171:13 188:8 189:1 195:2 194:18 200:1 203:2,10 204:2 215:22 220:7 222:22,24 226:1 227:22 228:19,23 229:1 230:2,11,24 231:9 236:12,17 243:19,22 244:3,7,10 245:6,8 246:8,13,17 250:9 251:2,16 252:2,22
affidavits [4] 117:23 143:4 172:13 243:11
affirm [5] 116:6 141:22 170:2 215:19 226:5
afford [2] 234:24 236:1
afternoon [6] 115:2 132:3 141:14 152:12 169:20 213:10
afternoons [9] 124:12,22 131:22,23,25 132:8,11 141:1 161:2
age [1] 237:1
agency [1] 232:10
ages [6] 163:14,15,17 164:7
aggressive [1] 145:20
agitated [1] 145:8
agreement [2] 210:22 234:8,10
ahead [21] 117:8 137:7 142:3,14 143:25 156:18 159:24 164:24 167:9 170:24 176:5 206:6 208:5 212:16 214:7 216:2 247:12 224:8 228:9 235:5
air [1] 145:7
allowed [1] 225:13
already [7] 170:10 198:20 209:24 222:21 246:7 247:14 248:13
alvarez [3] 197:12 246:24 248:17
amanda [5] 115:13,13 135:1 206:7 244:14
aminah [1] 204:5
amount [1] 234:7
anger [6] 143:14 145:4,5,15 146:4 147:17
angry [1] 145:9
annual [11] 172:13 176:10 178:9,11 182:22 184:11 186:7,11 197:16 22:10
another [8] 134:11 150:7 157:8 218:23,24 229:10 249:1
answer [3] 164:16 190:20 223:2
answered [3] 164:11 222:19,20
answering [2] 154:6 190:10
anybody [2] 169:7 212:14
anyway [1] 246:13
apart [1] 165:6
application [2] 208:25 237:22 240:4
applies [1] 191:15
approach [2] 200:24 201:1
appropriate [6] 128:10 149:1,5 163:5 173:5 224:21
approximate [1] 179:9
approximately [7] 152:22 166:18 168:10 186:20,23 187:9 219:4
approximation [1]

Sheet 1

1 - approximation

**A511**

## Keyword Index

april [2] 241:22 244:15
area [2] 199:9,25
areas [2] 197:9 203:15
aren't [1] 164:9
arms [1] 145:2
arrived [1] 146:13
arrives [2] 146:10 166:21
art [12] 132:1,9 139:6 166:10 167:8
arrhovement [1] 138:25
articulated [1] 203:14
arts [2] 132:10 176:15
aside [3] 153:6 154:19 160:9 162:18 181:9 203:22 208:12 216:23 218:4
aspects [1] 231:11
assess [4] 199:24 221:22
assessing [2] 199:20
assessment [10] 114:14 153:20,22 198:24 199:10,11,12,22 200:11 247:10
assessments [1] 176:24
assigned [2] 115:5 120:7 122:20,22 139:3
assist [1] 142:20
assistant [22] 115:25 116:10 147:22 148:2,11 152:17 188:22 189:2,9,19,20 190:22 191:2,6 192:14,14,18 193:9,23 194:8 207:13
assuming [1] 253:2
assure [1] 231:21
attend [7] 147:3,8 164:4,14 181:10 183:10 222:5
attended [2] 183:8 186:25
attending [2] 172:5 184:11
attorney [8] 115:11,13 117:7 170:19 233:1,4,8 239:19
august [2] 240:7,13
autism [3] 204:6 205:11,25
available [3] 134:1 205:11,14 213:16 243:15
avenue [2] 161:15,16
aware [1] 192:10
away [1] 139:10

**B**

back [10] 136:4,14 157:16 166:2,22 184:12 198:19 209:8 226:20 227:2
background [9] 134:15 136:6 141:11 148:20 150:3 157:13 169:150:23 247:3
balance [2] 201:17,18
balanced [5] 202:24 203:3,4,8,13
barriers [1] 166:10
based [7] 149:7 165:24 181:5 191:19 193:14 231:9,12
basic [1] 220:19
basically [1] 169:3
basis [4] 167:17 187:21,25 236:16
basketball [1] 139:6
battery [1] 208:14
become [1] 226:24
becomes [1] 145:19

begin [2] 123:2 151:15
beginning [4] 125:7 130:18 160:10 200:5
behalf [1] 175:6,8,11 210:16
behavior [1] 145:24
believe [126] 129:3,12 131:19 132:15 143:9 146:18 151:17 154:1 164:11 173:7 182:11 184:14 189:10 190:25 191:14,22,25 192:17 193:8 197:12 200:4,9 202:12 203:1 204:11,19 205:24 208:9,24 219:20 222:17 227:7 236:18 243:18 244:5 247:13 249:2 250:3 251:15
believed [3] 229:16 231:1 249:2
benefit [1] 230:4
besides [4] 168:9 218:16
best [2] 128:7 149:9
better [2] 221:25 235:13
between [8] 128:12 132:15 163:11 165:23 168:14 189:17 192:18 193:9
big [1] 146:11 171:6,6 235:22
block [3] 122:5,11 159:8
blocks [3] 139:10 161:15
body [2] 145:9 147:20
both [10] 118:6,17 153:13 165:7 178:14 179:18 189:24 198:25 214:20 219:12
bottom [1] 137:24
bracken [3] 207:14,15,21
break [1] 135:22
breaks [1] 199:14
brief [5] 185:5,6,11,13,13
briefly [2] 207:12,13 220:12
brittania [2] 115:10,10
broader [2] 194:11 196:13
broken [1] 199:22
brought [1] 204:18
building [5] 137:10 139:7 140:17,20 145:19
burden [1] 120:25 122:4,10,20
burden [1] 232:4
bus [1] 146:9
business [1] 253:5
bye [3] 215:8,9 225:22

**C**

calendar [2] 206:21,25
call [8] 116:3 134:22 135:23,24 136:5 158:25 213:12 225:23
called [6] 122:5,25 124:15 137:2 159:5 163:14
calm [1] 146:11
calming [1] 146:15
came [2] 158:23 210:3
cannot [4] 231:21 236:13,19,24
capable [1] 222:1
captured [6] 189:13 195:7,14 209:19 211:11,12
captures [1] 197:23 198:2
capturing [1] 176:23
career [5] 150:9,10,23 154:12,18 156:13
cases [1] 221:13

categories [1] 199:15
cca [1] 197:17
center [80] 116:11 117:23 139:5,9,13,15 140:13 143:4 147:4,5,9,11 151:22 153:10 160:25 161:9,11 162:9,23 163:2,4,7,11,16,23 164:1,4,6,8,15 170:7 172:13 179:13,20 181:4 186:1 187:1 188:3 190:16 204:22 221:10,20 233:12,18,19,24 246:7,11 248:17 249:2 248:1,5 249:21 11
centers [1] 124:17
certain [7] 231:10
certainly [1] 175:1
certification [1] 118:21 180:12,13,15
certifications [1] 118:2 180:11
certified [1] 118:8,9,13,15,19 119:15 120:4 148:2 189:25 190:6,16 239:11
chakin [2] 190:24 191:1
chance [1] 153:13
change [7] 128:12 205:10 221:16 238:14,19 239:6,8
changed [3] 204:5,15 206:9 214:16 239:3
charge [1] 220:25
charles [1] 241:25
check [8] 116:15 205:14 228:15
checking [1] 116:13
chelsea [3] 160:25 161:8
childhood [1] 118:16
children [3] 153:12,20 154:9
choose [2] 126:10 167:22
chosen [1] 153:7
chunk [1] 169:5
city [3] 123:20 124:16 139:14
clancy [130] 115:20,25,25 116:5,7,10,10,15,16,21,24 117:6,9,12,14,18,21,25 118:1,3,6,10,15,20,24 119:3,6,10 120:1,5,10,13,16,18,25 121:3,8,14,19,25 122:3,8,14,19,24 124:5,9,14,19,24 125:4,9,11,15,20,24 126:2,3,13,16,19 127:4,8,13,18,21 128:1,5,9,11,17,21,24 129:3,6,8,13,15,20 130:5,9,14,20,24 131:4,10,14,20 132:5,9,14,19,24
class [71] 113:22 114:1 119:9,13 120:7 122:10,15 126:25 127:6 128:17,25,25,25 129:1,4,11,16,22,24 130:9,19,22,22,24 131:2 133:4 134:9,19,22,24 135:4,11,13,15,16,19 136:4 138:14,18 140:3,6,7,11,13 147:16 148:1,14,20,24 149:6,10,16 150:3,24,25 151:5,5,7,12,16,17 152:5,18 153:18,7 188:13 189:17 190:15 176:23,25 188:13 189:17 190:18
clarification [1] 187:22
clarify [2] 189:11 213:14
class [1] 113:23 114:1 119:9,13
clear [4] 160:4 162:20 194:19 231:18
client [3] 228:16,17 229:3
client's [1] 229:11
clients [1] 228:2
close [1] 161:12
closely [1] 190:6
closer [1] 238:18
closing [1] 253:2
club [1] 167:23
clubs [6] 167:8,13,13,15,21,25
co [1] 229:14
cohort [2] 150:23 151:2
cohorts [2] 149:6 224:21
collaboration [1] 189:3
collaborative [2] 177:12 193:24
combine [5] 132:4 133:2 232:5,12
comes [1] 133:11,2 166:2 231:22
comfortable [1] 154:6
coming [3] 115:23 169:23 218:8
common [1] 146:8
communal [1] 223:13
communicate [4] 135:16 207:10 211:10 219:10
communication [2] 159:6,9
community [17] 132:1,5,20 137:10 139:24 140:1 147:16 148:1 152:6 160:10 204:21 146:22 148:1,14 122:11 151:22 153:18 164:5,19,24 192:18,23 194:20 182:5 236:15,21
compare [1] 239:25
compared [1] 222:3
complaint [3] 114:1 207:24 245:24
complete [3] 133:15 165:25 166:23
completed [2] 163:3 176:24
component [1] 199:24
components [1] 199:23
comprehension [3] 190:12,13,14,15,16
comprises [1] 198:5
computation [1] 200:1
computer [3] 124:9 174:12
concerned [1] 250:3
concerning [1] 199:25
concerns [3] 204:7 224:11 223:23
conference [1] 146:4
conferences [4] 135:25 167:2
confusion [1] 238:20
confused [1] 235:21

## Keyword Index

consider [3] 120:4 150:1 229:8
considered [2] 149:25 151:4
consisted [2] 119:9,10
constantly [2] 189:2 221:22
consultant [2] 179:13
consulting [2] 170:6 179:17
contained [3] 147:19 197:3 220:19
content [1] 121:10
context [3] 175:16,18 196:24
continue [10] 119:1 130:18 132:21 157:3,22 163:1 173:24 175:21 202:20 224:13
continuing [2] 115:3 120:20
contract [7] 233:1 234:18,19,23 235:21 242:8,12
contracts [2] 233:13,15
conversation [3] 134:15 136:6 141:11 154:15,17 157:13 169:10 185:10 225:5
conversations [1] 176:21
cooke [71] 116:1,11 117:23 120:5 140:13 142:2 143:4 147:4,5,6,9,11 149:11 151:22 153:10 162:9,23 163:2,4,7,11,12,16,23 164:1,4,6,8,14 170:7 172:5,13 179:13,20 180:22 181:4,8 186:1 187:1 188:3,3 190:4,16 200:23 204:22 221:10,20 233:12,18,19,24 246:7,11 248:1,4,9 249:21 250:1 15 249:18

**D**

d-75 [3] 189:15 193:13,21
daily [4] 128:8 133:12 144:11 145:25
dapalido [1] 124:16
date [10] 123:5 177:18,20,21 206:21 236:4 240:12,15 243:5 246:11 247:5
dated [2] 240:14 244:15
day [19] 115:6,6 125:15 129:7 131:17 132:6,12 133:14 135:9 137:14 139:3,25 146:10 147:1 157:12 166:15,23 214:24 247:1
deborah [1] 118:17
decide [1] 198:5
decided [2] 128:18 229:2,3
decision [1] 163:9
deficits [1] 224:20
delivering [1] 151:24
delivery [3] 193:19,25 194:4,5,10,11,12,12
denied [3] 252:5,7,10
department [8] 115:11 170:18 203:20,22 228:25 232:10,18 245:5
departments [1] 245:10
departs [1] 165:9
depended [1] 127:12 140:4
depending [8] 137:14 138:5,23 139:2 152:5 162:13,14 166:22
depends [6] 127:6 192:2,3,7,11 221:12
describe [2] 124:21 145:4
described [4] 146:18 150:23 161:21 189:14
design [8] 157:3,13 225:8 228:13 249:12

covers [2] 197:6 199:12
desk [1] 172:9
details [1] 164:1
determination [1] 204:14
determine [1] 199:14
determined [6] 128:7 149:5,7 203:16 237:1
develop [4] 126:13,17,21 222:25
developed [4] 125:25 126:4,6 223:5
developing [1] 126:16
development [1] 170:7
diagnosis [1] 205:24
diagnostically [1] 199:17
differed [1] 132:6
difference [4] 163:10,18 192:18 193:9
different [24] 123:24 124:1 126:9 127:4,10 131:6 132:1,10 139:20 147:12 158:1,4,7 160:11 162:14 189:10 191:12 193:1 196:18 197:6 199:14,24 201:3 245:3
difficult [1] 190:7
difficulties [1] 180:10
difficulty [1] 171:7
diploma [1] 180:18
direct [1] 194:22 228:17,18 244:21 251:1
direct-examination [1] 222:14
directly [1] 224:7
disabilities [1] 118:17
disagree [1] 194:14
disagreed [1] 129:25
disagreement [1] 210:23
disagrees [1] 229:19
discuss [6] 151:11 167:6 175:2 179:1 185:6 187:17 209:13 211:4,23
discussed [9] 128:6 133:23 184:1 187:14 197:11 204:3 212:1 224:5
discussing [1] 196:11
discussion [4] 114:7,8,9,10 153:25 171:14 172:1,3,6 173:13 174:9,14,19,24 175:8,7,11,13 177:3 178:10,11 181:11 187:6,7 185:5,7,11,13 187:15,15,23 188:10,16,19 191:10,12,15,22 199:12 205:9,15,19 212:9,22 221:3 246:24 250:15
discussions [1] 184:15,19,23
distinction [1] 189:17
district [17] 204:5,15,20,24 205:2,4,14,15,3,6,6 252:16
districts [6] 117:7 137:1,5 159:17 245:22 250:15
document [65] 114:8,9,10 138:3 172:17,19 173:12,14,18,21,24 174:3,13,14,20 175:7 176:3 177:6 178:8,18,20,21 179:4,15 182:4,7,13,18,20 187:15,16 188:16,18 189:15 191:14 192:20 193:6 202:25 209:1,22,23,12 218:3,6,10 219:9 220:1,6,9,22,25 225:1,3,18,24 243:6,9,13,17,22 244:13 247:4,12 248:1,5 249:1,19 250:2

229:5,10,25 231:23 232:3 237:10,11,14 243:10,11
document-academic [2] 176:10 178:10
documentation [1] 211:16
document-speech [2] 172:18 173:13
documents [46] 117:10,20 136:10 142:16,20 171:3,9,14 172:1,3 143:6,19 178:15,18,20,20 179:9 181:6,19 191:10,12,16,24 188:18,20 198:20 209:9 20 210:7 211:4,20,24 217:1,1,8 219:14,17,19 220:12 240:3,12 245:24
doing [3] 157:12 240:16 241:15
done [3] 191:19 153:24 202:21 221:7
down [7] 145:2 146:11,15 156:21 199:14,22 217:10
draft [1] 195:9
drafted [1] 118:13
drafting [2] 117:19 142:19
drawing [1] 189:16
drowned [1] 222:6
drumming [1] 132:9
due [4] 114:1 207:23 241:24 245:24
during [42] 118:23 119:2 120:6 122:21 123:10 125:10 127:20 128:23 129:4 135:6 137:11 138:8,21,22 134:16 135:9 137:17 138:13 154:12,14 155:20 157:4,8,10 159:7 166:14,20 168:11 169:6 170:24 182:25 185:19 187:9 20 192:2,5 196:23 199:20,23 213:21 214:16 216:23,24 218:24 224:6 231:2 237:1 245:17
duties [2] 186:4,15

**E**

each [4] 134:14 144:2 199:24 200:15
ear [1] 227:3
earlier [8] 127:14,20 131:20 150:19 162:1 171:17 191:9 220:8
easy [1] 123:21
eat [1] 140:20
edition [1] 166:10
editorializing [1] 235:12
ed-psych [1] 205:20
education [14] 115:12 118:5,5,17 130:7 170:19 180:11 173:23 203:20 229:12 232:10 245:5
effective [2] 179:10 181:6
eight [1] 214:24
either [8] 123:13 139:4 148:15,18 162:1 195:9,11 229:22
ela [13] 128:25 129:2 160:13 168:14 173:4,8 176:21 177:1 190:21 198:23 214:15,23

## Keyword Index

**elaborate** [1] 143:24
**electronic** [3] 185:18,22 197:7
**elements** [7] 196:19 199:18
**e-mails** [1] 251:12
**emphasized** [2] 200:14,22
**employ** [1] 232:12
**employee** [2] 180:21 245:4
**employees** [4] 117:24 143:4 172:13 218:22
**employs** [1] 232:10
**end** [5] 125:15 174:25 200:5 205:23 228:20
**engaged** [1] 223:13
**english** [11] 212:23,24 217:25 218:2 229:14 230:8,11 231:5,20 232:14 245:18
**enrichment** [1] 167:21
**enrollment** [5] 188:5 233:12,13 242:7,12
**entail** [1] 132:3
**entering** [2] 136:21 146:15
**entire** [2] 125:15 130:10
**entirely** [3] 135:4 214:15,17
**established** [3] 160:10 166:13,14
**estimate** [1] 187:7
**estimating** [1] 145:12
**evaluation** [6] 205:24 239:20 240:2,6,19,22
**evelyn** [1] 248:17
**even** [3] 120:3 210:13 243:10
**event** [1] 223:24
**events** [1] 137:14
**everyone** [1] 115:7
**everything** [5] 116:22 142:8 170:15 227:7 241:7
**evidence** [26] 117:3,5 121:7,11 128:20 133:6,16 135:5,19 136:8,9,19,20,21 137:6 157:17 159:14,21 169:12,15 170:9,10,21 171:1 172:16 175:25 176:5,7 178:1,2,5,7 179:1 182:14,18,20 183:18,21,23 191:11 198:13,14 201:6 216:6 222:9 226:12 227:11,16 228:12 229:7,10,13 230:6 232:18 233:2,14 241:9,12,15,16 243:19 244:6 245:20 246:7,11,21 247:14,17 249:25 250:5,7,11 251:7,14 252:13
**exact** [6] 123:5 127:9 129:10 179:9 182:7 231:6
**exactly** [8] 132:14 153:21 154:6,13 160:12 164:10 185:1 235:15
**example** [10] 125:20 131:23 132:7 139:3 177:21 193:7 194:6,10,11 199:20
**examples** [1] 150:24
**except** [1] 150:24
**exhibit** [37] 117:4 136:22 137:1,5 169:12,14 170:25 172:16 173:12 176:1,6,9 178:2,6 179:1 182:9 183:23 191:1,15 197:1 198:11 201:6 206:14 208:7 212:12 228:23 233:12 239:19,21 250:1,7,10 251:5,20,25 252:11,13,16,20 198:21
**exhibits** [5] 182:19 241:6,9 245:10
**19** 250:3
**exist** [3] 134:18 169:4
**existed** [2] 206:10 207:3
**existence** [1] 134:17
**exists** [1] 164:6
**expected** [1] 167:18
**expenditures** [1] 243:5
**experience** [4] 146:9 147:16 148:6,7
**experienced** [1] 190:3
**explain** [3] 145:15 173:16 176:17 178:17 183:4 197:20 203:4 205:12
**explained** [1] 161:2
**explore** [1] 167:8
**express** [1] 125:15
**expressed** [4] 153:11,18 154:8 204:7
**expressing** [1] 145:21
**expression** [1] 147:19
**expressions** [5] 143:14 145:3,4,15 146:4 147:17

**F**
**fact** [3] 143:7 146:12 203:3
**fading** [1] 174:24
**fairly** [1] 184:4
**fall** [9] 120:10,20,21 128:13,14 130:25 132:22 133:4 135:4
**familiar** [3] 153:10 210:17,19
**family** [2] 218:24 223:23
**far** [7] 132:20 145:14 156:19 182:9 196:6 205:13 250:12
**father** [3] 242:20,21,24
**fax** [7] 134:11,12,14 135:21,22 136:2 157:5
**faxed** [1] 134:25
**featured** [1] 131:25
**february** [2] 237:22,24
**federal** [3] 231:24 242:15,25
**feel** [1] 231:5
**female** [1] 226:23
**fernandez** [5] 174:6 175:6,8,11,16
**few** [3] 139:10 209:3 218:6
**field** [2] 125:11,18
**figure** [3] 136:8 144:13 182:7
**file** [1] 242:24
**final** [2] 198:1 247:21
**find** [2] 149:17 184:6
**fine** [7] 157:9 174:2 207:25 227:22 253:3,8,9
**first** [20] 115:6 121:10 123:17 140:13 143:14,16 153:6 166:15 168:25 169:3 198:6 206:16 212:17 220:2,4,5,13 229:17 237:13 246:11
**fitness** [3] 132:11 139:4,17
**five** [22] 146:23 148:16,18,25 149:1 153:16 150:20 155:14 162:7 205:7 220:13 244:1,4,8,15 245:11,14,18 224 247:4 248:4 249:12 253:24 191:8
**fix** [2] 135:8 226:1
**fixing** [1] 124:1
**flipped** [2] 214:22,23
**fluently** [1] 217:21
**for** [11] 114:17
**focus** [1] 162:10
**focused** [1] 151:9
**follow** [8] 167:11 202:3 212:15 221:9 239:15 241:10
**follow-up** [1] 208:3
**food** [3] 153:12,19 154:8
**forget** [1] 235:10
**form** [1] 195:10
**formal** [7] 176:24
**forms** [1] 200:11
**forum** [4] 144:4 150:25 151:3,7
**forward** [4] 196:6 228:21,23,25
**found** [1] 135:15
**four** [9] 146:23 149:15 155:14 161:5 163:3 244:11 246:2 247:1 248:19 221:5 239:15 241:6 219:21 225:19,19,21 222:2 248:9 20 249:1
**fourth** [1] 144:20
**fowler** [136] 135:3 141:19,20,23 142:1,4,6,10,15,18,22 143:1,5,9,16,20,23 144:1,6,9,15,18,20,23 145:6,12,17,25 146:5,8,20,23 147:2,5,9,11,17 148:4,9,14,19 149:6 150:8,15,19,21 151:1 152:3,13,22,25 157:18,23 158:4,7,12,17,22 159:5,11 160:2,4,8,21,24 161:6,10,14,19,24 162:5,12,20,25 163:3,8,13,20,25 164:5,16,19,20,25 165:2,5,8,22 166:5,8,12,21 167:2,5,14,18 168:3,12,17,21,25 169:3 243:23 **francis** [2] 215:11,15
**frank** [1] 167:5
**friday** [5] 125:12 161:2 167:8,13, 16
**fridays** [6] 125:10 129:12 139:16 156:17 167:17 168:1
**from** [11] 116:16 118:11 134:6 136:17 168:8 171:23 172:8,19 173:5,14 214:11
**frustrated** [3] 145:9,19 146:3
**frustrating** [2] 146:7,8
**frustration** [4] 145:18,21 146:3, 12
**full** [11] 180:21 195:9,10 201:23
**full-scale** [1] 208:13
**function** [1] 223:8
**functional** [1] 127:21,11
**functioning** [2] 221:23 224:18
**further** [1] 187:22

**G**
**gained** [1] 223:18
**gale** [5] 118:8,9,22 120:2,8
**garden** [1] 124:1
**gathers** [1] 137:12
**gave** [2] 195:23 220:1
**general** [2] 118:5 120:14
**generally** [2] 132:19 201:4
**24** 191:20 196:21,23,25 197:24

**198:3,7 206:16 214:2 215:18 224:** 21 242:16
[ ] **'s** [9] 174:5,15 176:21 177:7
**15 201:1 204:6 206:8 214:9,18**
**gestural** [1] 145:7
**gestures** [1] 147:20
**gets** [2] 135:9 146:3
**getting** [1] 166:14
**give** [5] 131:18 156:5 177:23 187:6
**given** [7] 193:17,17 200:3 207:7 208:14,16 225:7
**gives** [2] 153:13 199:13
**gmade** [5] 198:10 199:1,19,21 200:2
**goals** [29] 114:20,23 126:13,16, 17,21,23 127:1,3,5,9,11 149:2 153:1 196:22 197:15,16 198:5 199:23 215:19,21,22 222:2 248:9, 20 249:1
**goseall** [1] 241:25
**got** [7] 226:25 232:14 234:14
**grade** [7] 198:18,25 199:4,5,8,9, 10
**grades** [3] 118:1,3 187:5
**grammar** [2] 151:22,24
**great** [1] 136:4
**group** [28] 121:21 122:22 128:1,4, 10 137:10,12,15,16 138:16,19,25 149:2,5,16,18 150:8,18,19,21 151:1 5,6 155:9,11,13,22 194:7 214:9
**group-based** [1] 150:13
**groups** [7] 120:1 137:19 138:2,4, 8 139:4 200:10
**guardianship** [2] 240:17,18
**guess** [4] 195:13 210:25 250:3 252:25
**guzman** [9] 115:17,18 232:7 234: 25 235:5,9
**gym** [4] 139:5,25 160:25 161:9

**H**
**half** [7] 123:15 124:24 152:7,9,18, 25 219:6
**hand** [2] 226:1,5
**handful** [1] 232:22
**handwriting** [1] 183:7
**handwritten** [1] 182:25
**happened** [1] 166:24
**hard** [1] 174:11
**head** [5] 116:1,10 189:18,20 191: 6
**headed** [1] 204:25
**heads** [2] 189:3 193:6
**hear** [8] 115:19,20 141:4 180:23 186:8 201:14 224:15 226:16
**hearing** [289] 115:2,3,6,6,19,21 116:2,5,8,10 118:1,3,6,11 123:6 133:9,12,18 134:10,16,20,24 135: 7,20 136:3,7,14,18,23 137:7 141:4,7,14,16,24 142:13 143:3 144:7,12,16,19,24 156:15,23 147:4,7,10,25 148:23 149:11,13,15 156:22 155:7,9,15,17,22,24 156:11,16 157:25 158:8,11 159:6 160:1,9,12,22 163:23,24 166:1,3 168:22 190:2,25 191:16 192:3 203:5 206:3,23 205:11,14 207:3,9,13,19,24 208:24 217:3,13,19 218:20

**I**
**id** [2] 159:17 249:6
**idea** [1] 187:11
**ideas** [1] 211:11
**identification** [10] 114:24 159:16, 23,24 231:15 243:18 245:17 249: 5,10,21
**identified** [4] 115:22 172:15 173: 169:23 230:7
**identify** [5] 115:22 126:11 141:17 169:23 230:7
**idp** [57] 114:3 117:13,15,16,19,22 172:5,17 173:12 174:8,10 175:3 176:10 177:3,16 178:9,11,13,24 191:20 196:21,23,25 197:24

**Sheet 4**

elaborate - hearing

## Keyword Index

6,9,17,24 167:9 168:7,18,23 169:2, 6,11,12,16,20,21,22 170:1,4,8,20, 23 171:7 176:1,4 178:3,6 182:15, 17 183:14,19,21 198:13,15 202:17, 20 195:6,8,14 196:6,8,13 197:10,16 3,6,8,16 209:1,6,21 211:1,13,21 212: 4,9,13,16 213:5,7,11,15,22,25 214:1,15 215:4,9,14,16,17,21 218: 23 220:3,9,10,24 221:6,12 223:24 9:13,16 238:4,6,7 10:02:1 205:17 207:7 209:7,9,12 211:9,15 219:20, 23 220:3,9,10,24 221:6,12 222:5 232:23 233:3 237:15,16 238:4,6,7 239:3,10 240:22,24 246:5,24 247: 18
**ieps** [2] 220:13,16
**iho** [3] 169:14 250:10 252:12
**immediately** [3] 184:19,24 235:6
**impartial** [4] 141:16 169:22 214:2
**215:18**
**implementation** [1] 171:21
**importance** [1] 200:14
**important** [4] 221:2,18 229:8 238: 9
**inappropriate** [1] 145:22 191:23
**192:1,6,24 229:24**
**include** [5] 124:25 152:19 204:1 228:22,24
**included** [4] 195:8,12,13 196:13
**includes** [1] 203:15
**including** [3] 143:13 152:23 187: 2
**inclusion** [4] 147:22 148:1,10 152:16
**income** [2] 242:16,25
**incorporated** [1] 124:7
**increasing** [1] 203:18
**independence** [4] 197:1 198:4,9 203:17
**independent** [3] 196:15 236:15, 20
**individual** [6] 127:16,22 128:10 150:6,13 160:5 **individualize** [1] 127:2 **individualized** [3] 126:23 222:24 223:10
**homogenize** [1] 235:15
**honestly** [1] 224:10
**hoping** [1] 165:12
**hour** [8] 123:14,15 124:24 152:7,9 18 219:4,4
**hours** [6] 152:7,7,10,19,25 179:10
**house** [2] 234:15,16
**however** [1] 187:24
**hum** [1] 145:6

**I**
**internal** [10] 174:13,20,21 177:10, 14 178:17 180:15,17,19 209:25
**184:18** [1] 209:13
**internet** [33] 122:24 123:5,10 124:4 132:2,7,18 141:2,6 144:3 151:1,16,20,21 152:2,23 153:7,9, 13,15,23 154:2,17 165:19 160:5 165:6,13,15,19 168:20,24 24: 4,19 166:13,15,19 168:23 22:5
**internships** [1] 125:8
**interposing** [11] 133:18 157:4 158:24 159:5 179:14 190:0 201:10 11 202:6,25 209:9 229:9 239:1 244:25 250:10
**interpret** [5] 229:1,25 232:2,5 234:18
**interpretation** [4] 226:17 229:14 230:17 231:12
**interpreted** [1] 235:22
**interpreter** [18] 115:18,21 180:25 224:15 226:7 227:16,24 228:6 229:12,16,20,25 230:4 231:20 232:2,17 235:11,13
**interpreters** [3] 228:1 232:12 235:14
**introduce** [1] 115:6
**introduced** [2] 206:13 243:12
**invitation** [4] 114:2 246:2
**invited** [1] 211:11
**involved** [4] 163:8 167:10 188:4 196:21
**involvement** [1] 190:2
**isn't** [4] 133:17 231:24 232:1,3
**issued** [1] 181:19
**issues** [5] 146:2 151:9,11 184:12 206:10
**items** [1] 221:3
**itself** [3] 185:11 209:12 218:9

**J**
**jacobi** [2] 125:24 242:4
**jammed** [1] 157:20
**january** [1] 240:14
**job** [24] 122:16 127:15,21 128:1, 2 120:21 126:2,6 127:11,20 128: 22 132:22,23 138:1,2,24 139:10, 16 143:7,15 146:24 147:7 148:13 149:2 150:14 151:2 153:5 154:17 156:8 158:8,17,25 159:2,4 165:1,6 178:25 181:21 188:2,3,11 189:6 191:16 192:6 201:20 203:3,5,11,14 139:12 240:3 205:11 216:17
**instead** [2] 167:20 251:1
**instruction** [7] 127:2 130:6 137: 13 196:14 203:10,10,12
**instructional** [4] 179:21 189:23 194:1,13
**instructor** [1] 119:21,24
**insurance** [1] 208:21
**integrated** [3] 138:2 201:1,2,3
**integrating** [1] 200:14
**intellectual** [1] 224:20
**intelligence** [1] 206:15
**interact** [1] 144:11
**interest** [3] 153:11,19 154:8
**interests** [1] 153:11

**K**
**kaitlin** [2] 158:15,14
**katherine** [2] 213:13,24
**keep** [2] 167:10 174:25
**key** [1] 199:25
**kind** [9] 135:11 148:6 168:19 195:

**Sheet 5**

hearing - looking

## Keyword Index

222:3
**looks** [3] 119:8 133:7 196:8
**lost** [1] 180:2
**lot** [1] 155:4
**louder** [2] 226:18
**lucio** [6] 204:5 205:10,15,21 238:
25 239:2
**lunch** [1] 135:10 140:12,17,18,20
167:5 182:6

### M

**machine** [1] 192:10
**made** [5] 204:14 234:6 252:4,4,21
**magolley** [2] 147:24 152:16
**mailing** [1] 251:13
**maintenance** [2] 123:21,25
**male** [3] 151:1,10 226:16
**males** [1] 150:25
**management** [6] 177:22 201:8,9,
18,20 202:15
**manager** [6] 153:9,23 154:12,18
251:16,18
**mandate** [4] 128:12 175:13,14
221:9
**mandated** [1] 193:4
**mandates** [1] 221:5
**manhattan** [1] 123:22
**many** [15] 122:16 146:21 147:3
150:19 155:12,13 186:20,25 187:
10 192:7 193:14 197:6 218:3 221:
13 230:11
**march** [3] 114:4,19 196:15,17 237:
22,22,24 246:16 248:4
**mark** [7] 159:16,23 241:25 242:3
243:18 249:4,9
**marked** [7] 159:22 170:10 197:14
198:12 245:16 246:10 249:21
**mary** [6] 115:4,20,25 116:10 141:
15 169:21 214:1 215:16
**materials** [6] 124:2 189:4 193:20
194:2,13,13
**math** [20] 118:24 129:1,15,18 130:
21,22 160:13 166:10 168:4 173:
8,9 178:10 198:23 199:1,21 214:
16,19,21,23,25
**mcdougal** [1] 147:14
**mcgovern** [3] 119:13,14 120:8
**mcsweeney** [3] 216:20 218:22
223:17
**mean** [20] 119:23 126:7 127:7
130:14 137:10 145:16 148:17 149:
17 162:11 167:15 177:9 178:10
185:1 186:6,11 194:4,20 205:20
218:5 223:9
**meant** [2] 148:23 218:20
**measurable** [1] 197:16
**meet** [13] 129:6,11,13,16 130:3
138:1,8 151:10 163:21,24 223:1,4,
5,6
**meeting** [86] 114:2 137:9,11 171:
17 172:6 174:6,10 175:4 177:3,16
178:23,24 179:2,5,7,8 180:21 181:
8,10,15,17 183:8 184:1,13,16,20,
21,24 185:1,4,11,13,15 186:2 187:
18,18 191:22 195:9,17,18 196:

17,19 197:8,12,13 198:18 200:13,
22 201:3,17,10 202:2 203:4,14
204:3,4,18 205:23 206:8 207:3,3
208:11 209:7,15,16 210:3,13,16
211:3 212:2,6,11 213:3 220:14
222:6 232:25 233:4 237:15,16
235:8,8,11,18 239:10 240:22 246:
2,25
**meetings** [7] 119:20,21 179:11
183:10 184:22 186:14,16,17,20
221:4
**meets** [2] 150:10 160:20
**members** [9] 151:2,10 177:11
179:22 192:9 195:11 203:21,23
210:16
**men's** [2] 150:25 151:3,7
**mention** [2] 203:21,23
**mentioned** [8] 118:8 120:18
122:18 125:25 131:20 132:25 145:
17 146:1 147:18 162:6 167:16
168:13 179:12 202:1 204:10 206:
8 220:8 221:17
**mentioning** [1] 157:25
**met** [4] 130:19,22 153:8 217:22
**microphone** [1] 226:18
**middle** [1] 169:5
**might** [4] 116:13 160:11,13 236:
11
**mike** [1] 226:1
**mind** [1] 136:21
**minimize** [1] 121:1
**minute** [3] 133:21,22 220:5
**minutes** [19] 121:21,24 129:20
144:2 200:25 201:5,12 202:2,4,4,
11,14 205:6,23 209:11 212:23
246:25 247:4
**missed** [4] 167:5,7 214:19 252:18
**missing** [1] 122:15
**misterdoctor** [1] 216:15
**mobility** [1] 193:6
**moderate** [1] 224:20
**modification** [1] 193:20 194:1
[68] 115:14,15,15 181:12,
16 184:15 204:6,23 211:8 212:21
213:2 216:18,24 217:6,13 218:4
219:6,14 223:18 225:2,11 226:7,
10,10,13 227:5,6,9 233:2,5,8,10,
11,16,21 234:2,13,13 236:1,2,18
235:23 236:6,23 237:1,5,11,19,20,
22 238:1,6,19,15,20 239:2,18,19,
22 241:1,4,6,8,11,12,13,19,22 243:
3,25 247:4
**monday** [7] 129:17 130:1 132:3
137:21,23 158:10 253:2
**mondays** [1] 156:9
**money** [1] 234:8
**month** [7] 145:13 167:20,24 168:
1 206:22,25 207:22
**morning** [5] 137:9,11 152:13 153:
2 235:9
**most** [4] 128:9 209:19 223:15 238:

11,14,15,17,19,24 175:1,2,5,6,7,8,
9,11,12,15,15,17,24 176:13,8,12,
14,17,18,19 177:4,4,5,6,7,9,10,15,
19,25 178:8,13,16,14,16,19,20,24
179:3,6,8,12,16,14,17,20,22,25,21
181:2,3,6,8,10,11,12,14,15,
181:19 178:4,8,13,14,16 177:24
181:18,22,23 182:1,3,6 183:1,11,
8,16 184:22,6,8,10,14,16,21,25 186:
11 190:7 193:22 201:2,11,13,17,
22,25 192:1,3,8,14,18,20,24,25
23,25 184:2,4,6,9,11,12,15,19,21
178:19,22,24 182:1 186:3 188:5
204:3,9,11,20,21,22,25 243:3,12,21
24 244:2,5,9,12,16,25 245:8,12,15,
25 246:3,6,10,19,24 247:3,11,13,
18 247:1,4,16,19 248:1,5,8 249:6,9,
11,15,16 162:6,23 163:12,13 227:5
6,10,12,19,20,22 228:5,10,14
229:6,17,20,21,23 235:3,5,7,8,9,
9,10,11,14 236:7,13,16,17,20,23
2,3,7,11,16,18,20,25 237:7,9,12,
15,18,23,23,25 240:3,7,9,11,

11,14,15,17,19,24 175:1,2,5,6,7,8,
9,11,12,15,15,17,24 176:13,8,12,
14,16,17,19 177:4,4,5,6,7,9,10,15,
19,25 178:8,13,16,14,16,19,20,24
179:3,6,8,12,16,14,17,20,22,25,21
181:2,3,6,8,10,11,12,14,15,
**myself** [1] 178:22

## Keyword Index

### N

**naclerio** [1] 248:14
**name** [17] 116:16 141:15,19
215:16 226:9,10
**narrative** [1] 206:16
**national** [1] 180:13
**natural** [1] 125:21
**nature** [4] 176:19 192:8,11 208:
17
**necessarily** [3] 138:6 184:11 221:
24
**necessary** [1] 241:10
**need** [10] 133:19,19 143:12 157:
10,11 172:20 177:22 190:17 198:
2 200:23 201:22 220:18 222:1
235:17 236:16 240:3,4,17
**needed** [2] 144:20 146:1
**needing** [1] 201:9
**needs** [7] 138:6 149:3,8 155:5
163:21 187:22 188:10 193:3,6,6,7
7 196:25 198:2 201:1,3,9,18,20
202:15 203:3 205:1,21 211:3 235:
3
**neither** [1] 252:15
**nervous** [2] 224:12 235:2
**never** [1] 210:1
**new** [5] 118:8,15 123:20 124:16
139:14
**next** [9] 162:13 163:5 169:16 184:
11,13 203:1 205:16 213:11 215:
8,9
**nice** [1] 181:5
**ninth** [1] 161:15
**noe** [29] 115:2,4,19,21 116:2,5,8,
12,25 117:2,6 123:6 133:9,12,18
134:10,16,20,24 135:7,20 136:3,7,
21,24 142:3,13 144:7,12,16,19,21,
24 151:5 155:7 161:6,14,21 162:2
3 170:21 179:11 182:3,10,13,17,17
185:1,6,12,21,25 191:18,21,22,24,
25 191:20 192:1,3,8,14 206:6 212:
15 213:15 155:11 156:1,5,10,13,
16 157:1,4,6,16,19,20,24 158:4,24
159:3,7,15,20 164:21,24 165:11,
13,16,20 166:1,6,9,17,24 167:5,7
168:7 169:4,7,11,16,20,24 170:1,
170:1,4,8,20,23 176:1,4 178:3,5
182:15,17 183:14,19,21 189:15,16
202:17,19 206:5,20 207:1 208:1,5,
20 209:3,6,13 209:1 212:19 213:13
11 212:4,9,13,13 213:5,7,11,15,16
19,23 214:6,13,18,21 215:4,8,13,21
225:22,25 226:5 231:1,2 235:1

230:10,14,19 231:4,13,21 232:4,9,
20,24 235:11 237:5,8 238:3,7,10,
16,22 239:7 240:6 241:2,9,13,16
17,25 185:6,9,16,21 186:3,6,10,17,
18,21 235:6 176:14,18,25,25 238:
7,10,13,14,18 245:2,9,15,16,21,
246:1,4,8,12,16,20,24 247:3,6,9,
13,17,21,25 248:4,8,12,16,19 249:
4,9,14,17,20,24 250:6,12,17,21,25
251:6,15,21,24 252:6,14,19 253:3,
9,20

### O

**oath** [1] 214:3
**object** [15] 157:5 159:21,22 222:
14 228:10,11 230:15 241:9 243:7
248:21
**objecting** [2] 159:19 231:5
**objection** [49] 116:25 136:23 137:
3 170:9 176:2 178:3 182:15 183:
19 216:7 227:11 230:14,17 241:
22 242:1,5,9,13,17 242:23,6,17
244:1 6 245:6,11,14,20 246:3,14,
19,22 247:1,4,7,11,14,20,23 248:6
10,13,16 249:2,17,18,22 251:11
6:10,15,18 249:5,7,8,13,16,19

**officer's** [10] 169:12 228:24 229:
24 250:1,7 251:8,19 252:11,17,19
**official** [1] 228:1
**off-site** [2] 130:9 164:7
**often** [18] 122:9 124:9 129:5,15
130:2,18 221:5 211:19,23,25 211:6,
20,23 146:13 150:4 155:17 181:
24 189:3 200:2
**okay** [53] 117:2 135:21 136:3 137:
24 141:3,7 142:11 144:24 153:5
154:19 156:10,18 157:3,9 159:2,
10 161:6 164:20 167:9 169:6 170:
10 192:21 193:12,14 199:6 203:9,
14 208:3 217:5,14,23 204:20,23,24
223:6,10 225:6,10 226:7 228:17
221:5,10,15 210:16 216:8 218:21 222:7
24 216:2,5,9,12 218:7,7,12,16,20,
24 218:2,8 220:2
**once** [10] 121:21 123:11,13 131:9
150:7 160:24 167:20,24 217:2
235:8
**one** [62] 118:3 121:23 130:9 131:
18 133:19 135:15 137:21,21,22
140:2,8 142:14 146:4 149:7 150:
11,11 155:3 156:5,15,18,18,20,
160:7 162:16,19 166:7 184:6 186:
11 189:12,15 195:1,17,21,22 196:
20 192:21 193:12,14 199:6 203:9
14 208:3 217:5,14,23 204:20,23,24
159:3,7,15,20 164:21,24 165:11,
13,16,20 166:1,6,9,17,24 167:5,7
168:7 169:4,7,11,16,20,24 170:1,
170:1,4,8,20,23 176:1,4 178:3,5

13,16,20 179:8,13,17,18 180:4,
9,12,17,20 201:6,19 205:5,5,7,8,9,
17,25 185:6,9,16,21 186:3,6,10,17,
147:15 149:15 154:23 165:2 166:2
167:1 166:20 168:16 169:8,17 162:
17 166:19 167:25 168:16 169:7,9
172:13 184:6,500:10,15 205:7
206:2 212:14 216:24 217:3,6 218:
1,21 224:17 237:3 239:14 241:3
246:25 250:25
**others** [1] 146:24
**otherwise** [1] 135:11
**out** [9] 122:9 136:14 144:13 167:18
210:3 226:17 231:14,14 251:3
**outbursts** [3] 143:6,13
**outdoor** [1] 123:24
**outline** [4] 113:17 117:15 137:2
249:16
**outside** [4] 140:17 218:8 222:13
**over** [15] 116:2 123:4,5,17 130:3
134:11,25 135:20,22 136:2 146:
12 153:15 179:6 187:12 209:9,
14
**overall** [1] 175:21
**overseen** [1] 160:8
**own** [6] 183:8 184:5 210:3 212:24
223:15 228:12

### P

**p.m.** [1] 253:12
**page** [13] 113:11 114:17 121:10
137:20 198:1 205:7,7,9 243:1
247:15,23 249:18
**pages** [15] 113:5,3,3,2,2,2,5 114:5,
2,3,16,14,7,16,10,20,23 177:16,
17,18 185:6 230:11,241:22 242:1,
4,8,13,16 243:1,15,24 244:1,2,4,8,
11,15,245:11,14,16,24 246:2,5,18,
25
**paid** [3] 236:4,6,9
**paper** [3] 124:22 199:11,23
228:22

A514

## Keyword Index

**Sheet 8**

paperwork [1] 220:1
para [1] 193:21
paragraph [19] 119:8 120:24 131: 24 143:11 162:7 188:8 195:1,2,4, 14 196:12 197:10 203:2,22 222: 23 236:13,17,18
paragraphs [1] 220:8
paraprofessional [8] 148:10 189:16 192:11,21,25 193:10,12,15
paraprofessionals [4] 192:24 193:2,4,5
paras [1] 192:10
parent [39] 115:22 174:18 185:17 197:10 203:21,23 204:2,9,12,23 208:8 209:14 210:2,4,10,22 211:2, 14,17,22 212:3,4 217:14,23,23 218:13,16,24 219:11,18,23 223:19, 22 224:23 225:3,23 226:20 242: 20 252:16
parent/teacher [1] 135:25
parent's [14] 127:4 170:25 209: 17 212:10 230:10 241:9,11 244: 18 245:10,13,17,19
parents [4] 138:4 174:23 181:19 209:25
park [8] 122:25 123:1,18,19,19,25 124:2 139:25
parks [1] 123:20
part [16] 123:20 150:1 155:2 162: 9 165:17 169:1,3,4 174:6 175:21 193:23 208:24 223:15 245:1,2,5
participate [3] 137:13 139:19,22 140:3 161:23 167:8,23,25 186:16
participated [1] 186:20
participates [3] 119:10 167:12
participating [1] 210:23
particular [4] 125:20 137:14 173: 18,20
particularly [1] 194:9
parties [1] 252:15
part-time [2] 180:21 181:2
passage [1] 199:16
past [1] 134:2
patient [1] 157:20
pay [4] 233:19,25 234:7,14
payment [3] 234:3,9,12
payments [1] 234:6
pencil [2] 199:11,21
people [3] 184:6 218:1,3,21 231:9
people's [1] 230:5
performance [1] 176:23
perhaps [1] 177:19
period [13] 120:25 121:2 122:12, 22 129:19 133:14 138:24 144:17, 20 168:4,4 214:24,24 242:24
periods [8] 135:10 144:10 155:8, 19 168:25 214:16,19 225:8
permission [1] 214:21
person [3] 141:11 147:14 223:19 19 211:10 219:9 223:12 225:7,8
person's [2] 147:7
phase [1] 192:13
phone [4] 115:23 133:20 141:17 169:23
phonetic [1] 124:16 147:25 190:

24 241:25
phrase [1] 212:21
physical [7] 138:1 143:7,13 145:3, 4 147:16,19
physically [1] 145:8
pieces [1] 198:24
place [6] 139:1,7 165:4 186:15 198:3 237:1
placement [9] 201:19 202:23 216: 17 217:12 224:2,6,24 225:4 233:7
places [1] 221:1
plan [3] 162:15 167:18 189:3
planning [5] 126:14 167:19,20 193:19,25
plans [1] 126:14
please [6] 156:6 180:3 226:1,5 241:10
plus [8] 189:12,14,15,15,17 192: 21 193:12,14
point [5] 179:18 199:6 222:11 231: 13 232:11
points [1] 198:5
pool [4] 124:15,19 140:9,10
population [1] 148:5
portfolio [2] 114:14 247:10
portion [1] 236:5
position [5] 116:9 141:25 142:2 170:5 209:14
positive [3] 164:5,9 168:15
possible [1] 135:17
possibly [1] 208:10
post-21 [1] 205:18
post-secondary [1] 196:2
preferences [1] 125:8
pre-hearing [4] 251:3,4,8,21
preparation [7] 117:10 142:16
prepare [2] 155:3 209:7
prepared [10] 117:23 168:3 182: 23 191:12 212:1
preparing [1] 151:23
present [4] 175:5 177:6 198:17 212:5
presented [5] 175:5 177:6 179:3 196:16 199:1 220:13
presenting [4] 191:18 211:15,16 212:10
previous [4] 176:20 178:20 209:8 11
previously [7] 177:20 214:3 241: 22
principal [1] 207:13
print [1] 242:5
prior [17] 166:13 181:8,15 184:15 194:25 201:25 206:10 220:10 223: 16 224:2 235:7
probably [24] 235:13
problem [3] 145:1 199:25 226:22
procedures [7] 121:5 149:1 152:8 196:25 203:15 208:7 209:10,15 216:10 235:12
procedure [1] 233:12
process [10] 114:1 152:8 188:5,6 190:3 207:24 208:25 240:17 241: 21 245:24
produced [1] 195:9
professional [3] 174:21 184:10 222:25

program [68] 117:14 118:20 119: 12,13,17 167:12 168:7 190:10,13 201:25 202:3,7,9 203:1 208:4 218: 131:14,16 133:4,25 134: 22 142:2 147:6,7,10 149:12 150:2 151:10 161:22,25 162:3,8,10 163: 5,11,12,13,15,24 164:2,6 175:16, 18,22 181:4 187:5 189:13,16 194: 15 196:14,22,24 199:18 200:21,24 200:25 206:19,20 214:21 220:20 249:12
programmatic [1] 199:18
programs [12] 162:18 193:15
progress [22] 114:4,13,18,19 121: 9 126:19 142:22,24 174:22 177: 10 181:16 190:16 198:1 209:21, 24 210:8 211:13,18 246:17 247:7
projected [1] 171:21
prong [1] 249:2
proposed [4] 175:12,13,15,16
17
provide [23] 131:11 143:21 174: 17,22 175:10 177:7 179:21 181: 16,19 183:25 197:7 204:23 205: 4 221:13,24 227:25 228:1 236:14, 19,24 252:1,15
provided [33] 156:3 172:4 173:23 174:4,6 177:9,11 185:16 192:9 196:20 205:3,16 208:7 209:10,25 216:18 230:18 249:16
provider [1] 178:22
providers [7] 182:8 149:9 179:22 180:8 187:17,18 191:13
provides [4] 196:14 203:9 204:25 221:1
providing [2] 148:22 167:20
provision [4] 175:23 188:22
psx721 [1] 243:4
psychologist [5] 146:14 150:7,9, 16 151:11 167:6
pt [1] 206:20 208:10
public [8] 139:12 140:10 161:9 216:21 217:12 224:5 233:7 243: 6
publication [1] 243:15
pull [1] 134:9
pulled [1] 122:9
pull-out [3] 122:2 173:8
pull-outs [1] 121:1
purpose [2] 208:16,18
purposes [1] 231:15
pushed [1] 122:9
push-in [3] 122:2,7,18
put [23] 135:5,18 136:25 170:9 173:9 178:1 182:14 183:17 213:1 227:12,22 228:19,20 229:3 232:4 242:21,24,25 246:6 250:6 251:6,17
putting [1] 220:21

**Q**

qri [1] 198:25
qualified [1] 231:18
question [27] 122:6,16 127:19

**R**

raise [2] 225:25 226:4
raking [1] 124:1
rather [3] 228:23 250:9 252:22
ratio [4] 148:12,21 188:10,20
ratios [2] 188:16,21
r-d [1] 169:25
read [37] 227:16 229:12,15
reading [4] 198:25 199:11,18 232:
10
ready [3] 225:23,24 228:3
real-life [1] 196:10
really [8] 160:4 184:2 185:10 192: 11 195:12 209:20 210:15 212:23
reason [4] 155:6 207:6 214:20
223:
reasonableness [1] 243:13
recall [6] 157:7 184:17,18,23 185: 12 217:9
receive [10] 120:3 150:5 154:20,25 155:7,17 175:21 185:14,19 186:16,21 127:22,25 185: 23
receives [2] 122:13 127:17 155:6, 8,12 154:22 158:10
receiving [5] 175:20 189:21 224: 6
recently [2] 206:20 208:10
recess [1] 182:6
recollection [9] 244:25 245:22 227:7
recommendation [4] 194:15 202:24 220:23 247:22
recommendations [2] 201:19 221:2
recommended [2] 224:1,5
record [14] 136:1,12,13,15 141: 12,13 157:14,15,17,24 160:18 169: 17,18,19 182:7 187:12 213:19,20, 21 215:12,13 222:6,2 234:7 239: 21,25 240:4,5 250:6 261:6,5,17,
6
refer [3] 119:17 121:19 143:7
reference [4] 206:20 209:8 229:7 243:11
referred [2] 158:16 209:25
referring [12] 124:8,16 127:19

140:24 159:21 160:5 162:21 164: 12,13,17 167:12 168:7 190:10,13 201:25 202:3,7,9 203:1 208:4 218: 12,14,16 225:25 233:21 235:1 236: 18 239:16
questions [20] 117:7 140:22 141: 8,10 169:7,8 170:9 172:12 190: 19,20 206:2,6,13 208:4 217:22,25 214:7 219:19,20 214:21 220:20 249:18
quick [2] 201:21 215:7
quickly [1] 135:16
quite [1] 146:11
quoting [1] 119:9

paperwork - referring

**Sheet 9**

23 195:20,21 196:5,12 197:23 203:15 205:17,19 212:20
refers [1] 125:3
reflected [3] 201:12 202:10,13
reflection [5] 209:20 210:7,8
reflects [2] 209:24 210:10
regard [2] 175:19 182:7 195:5
regarding [4] 185:11 196:1,20 248:24
region [5] 179:18 181:20 186:11, 18 197:8
reinforced [1] 201:9
relation [1] 198:8
related [22] 119:20 120:25 121:1, 20 122:3,11 128:4,5,11 134:7 137: 19 138:4,18,23 154:20 178:22 179:21 180:8,11 187:16 191:13 200:14
relationship [1] 199:3
relative [5] 140:10 199:15
reliant [1] 195:10
rely [1] 232:1
remained [1] 163:6
remember [16] 179:6 217:17 218: 5 220:5 224:10 233:5 237:13 238: 5 239:11
remembering [1] 125:22
remembers [2] 238:4,11
repeat [9] 121:18 168:21 202:8 223:1 233:21 234:25 235:3,4,17
repeated [1] 235:17
repeating [1] 177:22
report [31] 114:4,13,18,19 117:15, 17,18 120:18 121:4,9 142:23,24 177:10 181:18 182:22 190:16 206: 16 208:13 209:17,21,25 210:8 211:9,12 222:3 240:13,13 246:17 247:7
scheduled [3] 165:5,8,13
schedules [3] 133:8,16 160:8
school [24] 116:1 118:25 119:2,3 120:5,10,12,15,16 125:15 130:10, 17 131:4 134:3 139:1,7,11 146:6 144:2 155:7 156:5,7,9,15 157:6,10 247:7 248:1,5
session [3] 121:24 127:16,22
sessions [3] 122:17 128:10 150: 16 155:24 156:2
set [4] 126:25 166:14 194:9 197: 3
setting [10] 176:25 182:1,4,5 189: 17 194:23 221:9 222:7,16 223:5
several [3] 212:19 222:10 223:5
severe [1] 224:20
she'll [1] 136:1
she'd [1] 149:6 158:6
sheet [2] 168:13,15 131:6,13 161: 8,17 220:10 228:11,14,15 146:9
short [1] 149:2,6,16,18
shortly [1] 207:24
show [5] 125:22 136:9 239:21,22 240:1
showed [1] 239:18
side [2] 123:22 173:3
sign [2] 170:11 226:13
signed [8] 116:16,19 142:5,8 176:16 215:21 227:8 234:17,22
silverblatt [1] 242:4
similar [2] 176:13 252:10
since [3] 143:17 207:9 252:8

212:2 220:2,4,9,13,15 221:7 222: 10,11
reviewed [10] 117:22 120:18 142: 18,22 172:1,4,12 220:6,9 221:22
reviews [4] 186:5,7,11,12
role [1] 179:23
room [1] 115:3
rooms [2] 225:13,14
routinely [1] 167:17
run [1] 144:2
running [1] 146:9

**S**

sally [4] 169:24,24 182:23 247:3
same [20] 121:15 122:16,19 127: 5,9,11 129:4 131:6 132:17 133:10 138:19 146:25 150:9,22 158:5 159:8 160:14 242:24 249:6,8
save [1] 178:8
saw [1] 237:20
saying [6] 158:5 166:4 186:13 210:5 213:2 238:11
says [14] 121:9 131:24 137:9 139: 17 158:15 167:15 175:12 176:14 182:22 188:9 197:17 205:7,9,10
scales [1] 206:10
schedule [54] 113:23 114:1 120: 5 220:5 224:10 233:5 237:9,13 238: 5 239:11
serve [1] 221:14
served [1] 128:7
serves [3] 163:13,15,16
service [19] 119:20 120:25 121:2 122:3,11 137:19 138:4,19 140:25 143:3 153:12 154:20 178:22 180:11 187:16 191:13 200:14 187: 17 200:12,13 249:16
services [2] 121:20 128:4,6,11, 15 131:11 138:7,23 143:22 154: 21 206:15 207:22 205:3,3,11,14, 24 247:7 248:1,5
setting [10] 176:25 182:1,4,5 189: 17 194:23 221:9 222:7,16 223:5

22 121:12,16 128:21 133:11,15 135:3 136:24 137:4,20 140:23 141:3 142:4,7,11 157:6 159:13,19 164:23,25 165:3,7,12,15,18 170: 11,14,18 176:2 178:4 182:6,10,18 202:16,17,18 208:2,5,5,15,18,25 208:2 213:12,16 214:8,11,14 215: 1,6,11 222:13 225:19,24 226:1,5 230:6,13 231:3 235:6 237:7,9,13, 16,19,24 238:2 241:4,14,15 243: 12 244:25 245:25 246:3,6,15,19
site [6] 123:15 130:7,16 131:6 163: 14 223:12
situations [2] 146:2,6
six [2] 188:1 198:6
size [3] 149:2,6,16,18,23
skill [2] 194:6,9
skills [41] 121:10 128:8,8 137:13 142:2 144:3 147:6,9 149:11 156:8 158:15,19,25 161:21,22,25 162:3, 8,11,11,12 166:22 181:4,21,25 164:6, 165:6,9,12,16 166:22 181:4 183:6 189:9 196:23 198:10 200:3 212: 14 218:22 181:5,23 183:24 249:11 250:1
skipping [1] 235:12
slotted [1] 166:25
slowly [1] 235:16
small [3] 182:1 188:2 188:10
smaller [2] 188:10 189:7
snacks [1] 151:23,25
social [11] 123:8 129:1,25 130:3 137:13 149:8 176:15,21 208:20 237:23 240:20
socially [1] 145:2
soft [1] 197:4
solving [1] 200:1
someone [2] 153:20 180:23
sometime [1] 165:23
sometimes [5] 205:11 221:11,12
somewhat [1] 229:24
somewhere [1] 156:21
soon [1] 233:3
sorry [22] 142:14 144:24 153:17 154:2 168:21 171:5 172:22 175:1 180:2,23,24 181:2,11 186:10 187: 17 194:9 197:8 202:8 212:22 240:10 242:22
sort [7] 143:14 145:24 153:14 199: 8 205:13 223:13 234:11
spanish [3] 186:6,10 197:13
speaker [1] 211:7
speaks [3] 195:5 230:23 231:10
specialist [2] 191:3
specialism [1] 193:17
specialist [1] 193:17
specific [5] 125:21 132:24 138: 10 146:6 192:14
specifically [13] 133:15 157:24 160:16 175:10 185:12,23 188: 16 194:23 195:19 201:9 209: 16,18,19 194:12 195:15 205:9
speculate [2] 154:2 164:10

referring - speculate

**A515**

## Keyword Index

speculating [1] 208:10
speech [31] 114:7 121:20,23 122:
5,13,14 127:16,22,25 137:25 138:
5,21,21 154:23 155:16,17 156:13,
15 158:1 159:3,9 162:3 173:7,9
174:4,5,15 175:13,23 180:16 206:
11
spelling [1] 212:24
spend [3] 146:14 160:18,23
spoke [17] 152:19 160:24 161:1
spoke [18] 176:20 196:22,24 197:
12 198:24 200:23 201:7,8,22 202:
24 203:8 207:12 217:25 218:2
219:12 223:22 224:16 234:23
spoken [6] 153:10 196:19 198:20
203:1 204:21 211:25
spurt [1] 140:1
sports [3] 139:17,20,23
ssi [3] 208:16,22,23
staff [5] 179:22 192:10,11 211:7,
10
staffing [1] 148:12
stanford-binet [1] 206:15
star [1] 137:25
start [14] 143:5 142:12 166:16 241:
9
starting [1] 115:8
state [11] 116:8 118:9,16 119:8
180:10 188:19 192:2 194:19 203:
20 224:23 236:13
stated [1] 185:12
statement [4] 114:26 204:2 245:
14 249:15
statements [1] 145:24
states [2] 188:12 236:19
stay [2] 234:15 237:1
step [1] 163:5
stewart [480] 115:10,11 117:1,9,
13,16,19,22 118:1,4,7,12 118:22
119:1,5,7,14,17,23 120:3,6,13,16,
23 121:5,11,17,23 122:1,6,12,16,
18,21,25 125:3,10,14,17,24 126:3,
6,15,22 127:4,7,10,14,20,25 128:3,
11,16,19,22 129:2,5,8,11,15,18,21,
24 130:2,8,13,17,21,24 131:3,6,10,
13,16,18 132:12,17,20,25 133:3,7,
24 134:2,6,12 135:15,18 136:16,
20 137:8,15,18,23 138:7,10,14,18,
25 139:8,12,16,22 140:3,9,12,16,
21 141:9 142:12,15,19,24 143:3,6,
11,18,25 144:5 145:1,10,14,23
146:1,6,17,21,25 147:5,7,11,15,21
148:1,6,12,17,24 149:4,11,17,21,
25 152:1,5,9,12,14,18,22 153:6,14,
18,24 154:3,7,14,19,25 155:6,9,13,
16,21,24 156:1,3,7,13,16,19,23
6 159:2,11,18,25 160:3,6,17,22
161:4,8,12,17,20 162:2,7,16,22
165:4 166:9 169:3 170:22 171:2,8
12,15,18,22,25 172:2,7,11,15,21,23,
25 173:7,11,16,20,25 174:2,9,14,
11,18,21,25 176:21 177:2,7,12,17
176:8,14

17 177:1,5,7,15,25 178:8,14,17,24
179:1,6,10,15,18 180:4,7,10,15,20,
25 181:3,8,12,15,21,24 184:7,14,18
185:2,8,14,19,25 186:4,8,13,16,25
187:4,9,14 188:1,7,17,24 189:4,24
190:5,9,15,19 191:1,5,9,21,25 192:
5,13,17,23 193:6 194:3,14,18,24
195:3,15,21 196:4,16 197:2,9,14,
20 198:10,14,17,22 199:3,8,19
200:2,7,12,18,21 201:2,11,14,25
202:6,10,13,21,25 203:7,19 204:1,
11,17,22 205:5,9,19 206:1,3 207:
20 208:3,6,11,15,19 209:1,6,10,16,
23 210:4,9 193:2 223:7 224:13
supports [2] 120:1,2
supported [1] 159:12 179:21 189:21,
23 192:4,9 193:2 223:7 224:13
supports [2] 120:1,2
supposed [1] 233:7
surprise [2] 210:11,15
survey [2] 125:4,6
susan [1] 248:13
sustain [2] 243:17 249:5
swap [1] 168:14
swapped [4] 160:13,15
swear [6] 116:9 141:21 142:7
153:23 191:19 226:5,8
sweeney [1] 243:4
swim [2] 132:15 140:7
swimming [10] 124:6,10,14,22
133:21 132:1,7,13 140:6,9
sworo [1] 215:24
system [2] 185:18,22

T

tabone [53] 215:1,11,15,20,23 216:
1,4,11,13,14,15,16,19,22 217:1,9,
14,17,20,21,25 218:5,10,14,18,23
219:3,8,12,16,20,25 220:4,12,17,
21 221:2,11 222:7,12 223:2,4,11,
19 224:3,7,10,16 225:1,5,12,18,21
244:11
tailored [2] 163:21,24
talked [3] 195:16 201:17 236:10
tasks [2] 165:16 166:23
taught [2] 162:16 166:25
tax [3] 242:16,25,25
teach [2] 118:21
teacher [47] 118:24 119:11,12,15,
18 120:4,5 132:9,10,13 133:1 148:
2,15,18,22 160:14 170:6 176:22
177:13 179:13,17 188:10,22,23
189:1,2,9,18,19,20,21 190:22,22
191:2,2,4,6 192:15,18 193:9,18,22,
23,24 194:8 214:21
teachers [28] 119:10 120:7 126:
13,13,16,19,20 127:2 131:5 148:
22 148:10 180:1,5 187:16,18 188:
12,14,25 189:22,25 190:1,3,6,8,
21 191:11 192:14
teaching [4] 119:1 120:22 179:22
189:4
team [10] 172:5 177:2,8,9,12 179:
19,20 181:7,20 187:21 188:1,5
189:6 193:24 195:1 197:18 199:2
204:24 207:7 209:10 210:17
ten [2] 143:11 188:11
tend [2] 182:2 184:10
terms [3] 179:10
terms [3] 191:17 194:5 196:10
197:24 201:8,16,20 202:5,16,23
204:9 220:23 221:7
test [2] 199:23 208:14
testified [2] 213:13 214:4

12,23 127:20 128:4,5,13,17,19,23
129:5 130:4,16 131:10,14,25 132:
21 133:25 134:4,15 136:2 137:20,
24 137:1 138:8 140:14,19 149:22
150:9 157:21 248:9,20 249:17
supervise [2] 131:5 133:1
support [8] 126:13 179:21 189:21,
23 192:4,9 193:2 223:7 224:13
testify [6] 135:2 157:8 182:10 187:
10,13 207:21
testimony [21] 117:10 126:22
127:15,21 131:20 140:12,16 171:3,9
195:22 226:17,18,23 230:5 231:
23 248:23 250:9 251:1,18 252:21,
22,23
testing [1] 221:6
texts [1] 126:11
theme [5] 128:25 129:22,24 130:7,
24
themes [2] 126:10,11
themselves [2] 115:8 141:18
therapist [4] 158:2 158:6 174:5,
16
therapy [20] 127:17,23 128:1 138:
1,1 154:23,24 155:1,7,17,18 157:
25 158:1,10,16,18 159:1 161:20,
25 174:5
therefore [1] 222:1
there's [4] 126:25 137:21 148:15
171:20
thinking [2] 191:8 232:16
thinks [1] 235:1
third [2] 169:1,4
though [3] 120:3 157:7 166:22
three [22] 157:20 138:5 158:19,
24 162:1,5,6 168:1,25 177:15,17,
18 199:7,22 200:10 203:15 241:
24 242:4 249:15 253:1,5
throughout [3] 147:1 201:7,10
thursday [19] 129:17 130:6 132:4
137:22,24 140:25 156:11 158:21
159:4,6 166:16 167:11,17 168:9,
19,24 244:22,24
thursdays [4] 132:5 144:16 152:4
156:16
till [1] 133:21
timing [2] 160:15 168:14
title [3] 137:25 138:1
titled [6] 172:17 173:12 176:9 178:
9 197:15 206:15
top [10] 171:6 127:21 135:2
136:1 142:17 171:6,10 184:20
216:3 246:20 249:2
todd [1] 242:4
together [3] 149:20 189:2 220:21
tolerance [1] 145:18
tone [1] 145:20
tony [1] 124:15
took [5] 128:23,24 139:7 165:24
tools [1] 165:22
topic [1] 205:13
total [2] 146:23 219:5
totally [1] 245:3
tour [2] 216:22,25 219:2,7,9
towards [6] 191:1 198:9 203:17
205:23
training [11] 123:16 203:21,24
204:2,9,12,23 205:1,4 206:14,20
244:9 220:24,14
transcript [1] 227:1
transferred [1] 189:12
transition [53] 150:12 155:3
5 162:10,11,12,15 163:5,21 195:5,
11,16 252:10,10 253:2,3

up [10] 134:8 166:14 167:4,11 171:
5 174:25 202:3 204:18 212:15
239:15
upcoming [1] 211:8
uploaded [2] 185:17,21
usage [6] 184:7,12 184:3,5 191:17,
18 212:24
translated [2] 227:20 228:5,14
231:19
translation [19] 144:3 229:7 230:9,
25 231:2,6 232:8,15 250:13
translator [3] 229:12 231:22 252:
2
translators [1] 252:15
travel [10] 132:6 134:3,25 149:19
152:14,20,23 166:3 198:1,5
travels [2] 152:15 193:13
triennial [1] 184:7
trimester [2] 143:1,2
trip [5] 125:11,18 129:14 130:7
139:21
trips [7] 130:9,11 167:15,18,20,21
168:2
true [6] 116:23,23 142:9,9 170:15,
15 227:8,8,9
truth [6] 116:6 141:22 170:2 215:
19 226:6
trying [1] 136:7
tuesday [5] 156:11,16 158:20
159:4,7 168:8,10,12,17,25 168:9,18,
23 253:6,7,8
tuesdays [2] 144:18 152:3
tuition [7] 233:19 235:4 234:24 236:
1,5,9 243:13
twelve [7] 119:10 128:18 187:6
188:12,14,19 189:8
twice [14] 161:22 163:21,22 132:13
144:1,9 150:9,10 152:10 160:20
162:3 199:6 200:5,8 217:1
two [40] 119:10 120:7 122:17 124:
12,22 126:9 132:6 137:19 143:1
144:9 150:13,16,17 152:7,7,9,19,
25 179:10 180:12,14,25 189:21,22
192:5,9,10,23 198:6 200:1 214:19
235:8 240:25 241:21 242:8,12,16
243:1 248:20 249:2
two-fold [1] 179:23
two-hour [1] 194:20
types [2] 193:1 196:20
typically [5] 132:2 155:14 220:12
221:24 223:11

U

u.k [1] 180:13,14
unaware [1] 120:4
under [2] 203:2 214:3
understand [7] 190:7 192:25 195:
7 214:6 218:3 223:7 226:22
understanding [6] 188:21 191:
20 193:21,22 230:20 232:11
unknown [1] 229:4
unofficial [5] 229:6 230:6,11,25
231:5
until [4] 139:17 165:22 166:16
213:17

V

varies [1] 165:24
various [1] 187:15
vary [1] 196:9
verbal [11] 114:2 143:8,13 145:14
146:4 147:17 210:13 223:12 244:
15 250:6 252:22
verbally [6] 171:6 179:4 199:1
232:13 251:2
via [1] 169:23
vicki [1] 135:24
victoria [2] 141:19,20
view [1] 145:21
viewed [1] 150:3
visit [9] 216:23,24 217:8 218:1,4
223:16 224:2,6 225:10
visited [5] 216:10 217:1,7 219:13
20 226:6
visiting [1] 233:7
vocabulary [1] 199:13
vocational [5] 145:4 143:22 146:
10 149:24 153:20 203:12,17,18
vocational-based [1] 150:1
voice [4] 145:20 174:25 226:16,
23

W

wait [1] 144:12
waive [1] 145:7
walk [1] 161:17
way [30] 173:24 201:16 223:7 227:
3,22 228:2,3 230:23 235:14
wednesday [5] 137:22,23 161:2
weeding [1] 123:25
week [27] 121:21 122:13 123:11,13
124:12,23 131:9,12 150:11 155:8,20
160:20,23,24 162:1,4,5,6 166:7
whatever [1] 116:4
whenever [1] 201:24
whereas [5] 163:16 166:15
whereupon [3] 117:4 137:5 169:
19 170:25 176:6 178:3 182:19
183:22 245:19 250:3,10 252:12
whether [11] 122:7 128:9 164:13
184:5 190:5,11,11 210:22 229:19
231:25 235:25
whole [6] 130:12,13 137:9 164:2
175:22
who's [1] 169:23
will [20] 145:20 157:6 177:22 179:
21 182:3 187:23 193:15 194:8
209:11,13,15,23 235:1 237:1,8
11,16 252:10,10 253:2,3

withdraw [1] 229:5
within [4] 175:3,16,17 176:24
177:2 179:1 183:4 188:20 189:15
190:3 191:14,18 192:4,12 193:17
195:22 206:17,23 220:23
without [4] 190:20,20 209:17 211:
17
witness [6] 116:3 133:22 157:8,
17 213:11 232:1
witnesses [1] 243:9
word [3] 212:20 235:15,16
words [31] 235:12 239:10 250:15
work [31] 120:1 123:3 126:12,15,
19 127:4,11 130:11 131:3 146:11
149:18,19 152:12 157:21 165:6,16
18 179:17,19 181:3,5 189:2 193:
16 194:8 224:24 245:4,9 227:3
237:2
worked [5] 148:11 149:9 190:8
worker [1] 229:15
working [22] 123:3 127:1,8 128:9
143:16,19 145:18 148:5 151:22
153:12,19 154:8 177:24 179:20
193:25 194:6 196:23 197:24 198:
7,9 203:16 204:9 222:2,4 223:15
works [4] 122:25 156:8 165:22
193:23
workshop [1] 125:23
worksite [2] 222:23 223:14
worth [1] 233:6
written [4] 156:21 177:8 221:6
229:25
wrote [9] 217:9 251:25 252:1

Y

year [49] 117:16 119:2,4 120:10,
12 130:17 131:14 134:3,18 143:2,2,
18 150:5 151:16 154:4 160:7,10
162:23 179:25 180:5 181:2 186:
21 187:1,7,10 188:11 189:18 199:6,
7 200:5,6,8,6,10 216:25 217:2,3
222:17 233:20 234:11 237:16,17,
18,25 238:1 240:8 242:12 243:9,
14
year-olds [1] 164:3
years [2] 184:11 205:17
years [4] 148:4,11 163:3
young [3] 151:9,11 162:13
young [2] 151:23 163:17
yourself [2] 115:24 227:20

DEPARTMENT OF EDUCATION
Of the
CITY OF NEW YORK

------------------------

In the Matter of:

J____ S_____                     Case No.:  143983

----------------------X

                          District #02
                          131 Livingston Street
                          Brooklyn, New York 11201

                          Wednesday,
                          June 19th, 2013

        The above-entitled matter came on for hearing
at 1:30 p.m.


BEFORE:          MARY NOE,
                 Impartial Hearing Officer

A P P E A R A N C E S:

For the Student:

AMANDA SEN, Attorney
M_____ M_____, Parent
TODD SILVERBLATT, Attorney
THOMAS GRAY, Attorney


For the Department of Education:

BRITTANIA STEWART, DOE Attorney

**Ubiqus/Nation-Wide Reporting & Convention Coverage**
Twenty-Two Cortlandt Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

I N D E X

| WITNESS | DIRECT | CROSS | RE DIRECT | RE CROSS | V. D. | J |
|---------|--------|-------|-----------|----------|------|---|

E X H I B I T S

| PARENT | DESCRIPTION | I.D. | IN EV. |
|--------|-------------|------|--------|
| I | Affidavit for Katherine Hibbard, 7 pages | 260 | 267 |
| J | Affidavit for Victoria Fowler, 7 pages | 262 | 267 |
| N | Affidavit for Francis Tabone, 4 pages | 262 | 267 |
| K | Affidavit of Mary Clancy, 5 pages | 265 | 267 |
| M | Affidavit of Sally Ord, 5 pages | 265 | 267 |
| P | Motion in opposition, 4 pages | 265 | 267 |
| X | Parent's Affidavit, 4 pages | 273 | 273 |

| DEPARTMENT OF EDUCATION | DESCRIPTION | I.D. | IN EV. |
|-------------------------|-------------|------|--------|
| 5 | Psychoeducational evaluation, dated 2009, 1 page | 264 | 267 |
| 6 | IEP transition goals from Sally Ord dated 6/12/12, 1 page | 263 | 267 |

**Ubiqus/Nation-Wide Reporting & Convention Coverage**
Twenty-Two Cortlandt Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

A517

| 7 | Speech and language discussion document, 2 pages | 265 | 267 |
| 8 | Academic ELA discussion document, 3 pages | 265 | 267 |
| 9 | Academic Math discussion document, 2 pages | 265 | 267 |
| 10 | Counseling discussion document, 2 pages | 265 | 267 |
| 12 | Notes of Sally Ord, 5 pages | 265 | 267 |

258

P R O C E E D I N G S

1

2    HEARING OFFICER MARY NOE:  Okay, good

3 afternoon.  My name is Mary Noe.  I'm here on the

4 continuing hearing of J███ S███████, case number

5 143983.  Before we get started, let's have

6 everybody identify themselves, starting on my

7 left.

8    MS. BRITTANIA STEWART:  Brittania

9 Stewart, attorney for the Department of

10 Education.

11    MS. AMANDA SEN:  Amanda Sen, attorney

12 for the Parent, from Partnership for Children's

13 Rights.

14    MS. M██████ M██████:  M██████ M██████,

15 J███ S██████'s mother.

16    MR. THOMAS GRAY:  Thomas Gray, G-R-A-Y,

17 Attorney for the Parent, from Partnership for

18 Children's Rights.

19    MR. TODD SILVERBLATT:  Todd Silverblatt,

20 Partnership for Children's Rights, attorney.

21    HEARING OFFICER NOE:  Okay.  So an

22 interpreter was ordered.  This case was scheduled

23 for 1:30.  I checked with the case manager

24 before, and an interpreter was ordered.

25 Unfortunately, it is now 2:10.  They've called

**A518**

259

1  this interpreter service.  There's no
2  interpreter.  That's the bottom line here.  We
3  have no further information.
4          Supposedly at 1:45, they were sending an
5  interpreter who was going to take 10 minutes to
6  get here, but it's now 2:10, and there's no
7  interpreter.  So I--what is it that you want to
8  do?  It's your case first.
9          MS. SEN:  Well, I guess I--I have some
10  evidence stuff to deal with, because going
11  through the transcript, there were some things
12  that weren't admitted.
13          HEARING OFFICER NOE:  I--okay.  Oh, all
14  right.  But I received notice of your
15  corrections.  I have not--I didn't get a copy of
16  this transcript.  I asked them for a copy of the
17  transcript.  So I'll go through that.  But if you
18  have documents that you want to put into
19  evidence.  Did you--
20          MS. SEN:  (Interposing) Yes, some of
21  them didn't--well, that too.
22          HEARING OFFICER NOE:  And - - a copy of
23  the document?
24          MS. SEN:  Yes.  So should we do that
25  first, or then--because there were also things

260

1  that we thought were admitted, and then they
2  didn't--
3          HEARING OFFICER NOE:  (Interposing) Make
4  it to the admission?
5          MS. SEN:  Yes.  So I just wanted to go
6  through that.
7          HEARING OFFICER NOE:  Whatever you--
8  whatever you--
9          MS. SEN:  (Interposing) Let's do that.
10  So the--I have two Exhibit A's for the Parent,
11  and one is--what was marked as Exhibit A, which
12  is the Department of Education due process
13  response.  And then my affidavit for Katherine
14  Hibbard (phonetic) was listed as Exhibit A on the
15  first hearing date.  It's actually Exhibit I.
16          HEARING OFFICER NOE:  Okay.  So we have
17  a correction as to one of your Exhibits.  And
18  it's Exhibit I, which is--
19          MS. SEN:  (Interposing) Affidavit of
20  Katherine Hibbard.
21          HEARING OFFICER NOE:  Affidavit of
22  Katherine Hibbard.  And that was mistakenly--
23          MS. SEN:  (Interposing) Marked as A.
24          HEARING OFFICER NOE:  --identified as A.
25  But now it's corrected, and it's I.  And how many

A519

261

1    pages is it?

2         MS. SEN:  That one--

3         HEARING OFFICER NOE:  And we'll find out

4    if she's going to be--

5         MS. SEN:  (Interposing) It's seven

6    pages.

7         HEARING OFFICER NOE:  Seven pages.  Do

8    you have any objection to that going in as

9    Exhibit I?

10        MS. STEWART:  No, I believe we already

11    had it in evidence too.

12        HEARING OFFICER NOE:  Okay, but it's not

13    going to be A, it's going to be I.

14        MS. STEWART:  Okay.

15        HEARING OFFICER NOE:  Okay?  All right.

16        MS. STEWART:  And that's Affidavit for

17    Katherine Hibbard?

18        HEARING OFFICER NOE:  Right.

19        MS. STEWART:  Okay.

20        MS. SEN:  And then for Exhibits J and N,

21    which are also Affidavits, we went through in the

22    transcript of the objections, and there were no

23    objections, but I guess it wasn't admitted.

24        HEARING OFFICER NOE:  Okay, tell me who

25    J is?

262

1         MS. SEN:  J is Victoria Fowler.

2         HEARING OFFICER NOE:  Victoria Fowler.

3    Do you have any objection?

4        MS. STEWART:  Victoria Fowler's

5    Affidavit?

6        HEARING OFFICER NOE:  Affidavit.

7        MS. STEWART:  Yes.  I believe that was

8    already admitted, so, I don't know.

9        HEARING OFFICER NOE:  Okay, how many

10    pages is it?

11        MS. SEN:  That is seven pages.

12        HEARING OFFICER NOE:  Okay, the next

13    one?  Affidavit of--

14        MS. SEN:  (Interposing) Is Francis

15    Tabone.

16        HEARING OFFICER NOE:  Francis Tabone.

17        MS. SEN:  And that is four pages.

18        HEARING OFFICER NOE:  Four pages.

19    Exhibit N.  Do you have any objection?

20        MS. STEWART:  No, and I believe it was

21    also already in evidence, so.

22        HEARING OFFICER NOE:  Okay.  What else?

23        MS. SEN:  Yes, we went through the

24    objections--

25        HEARING OFFICER NOE:  (Interposing)

**A520**

263

1      That's fine.

2             MS. SEN:  Yes.  So then, just that the

3      Department of Education Exhibit Six was not

4      identified.  So that's the IEP transition goals

5      from Sally Ord.

6             HEARING OFFICER NOE:  It wasn't

7      identified?

8             MS. SEN:  It just says not identified.

9      Oh, and it also says--doesn't say it's in

10     evidence.

11            HEARING OFFICER NOE:  I thought we did--

12            MS. SEN:  (Interposing) I mean, we went

13     through all of these--

14            HEARING OFFICER NOE:  (Interposing)

15     Okay.

16            MS. SEN:  It's just that--I don't know.

17            HEARING OFFICER NOE:  All right.  Okay,

18     so what Exhibit is that?

19            MS. SEN:  That is the Affidavit of--I

20     mean, the transition goals from Sally Ord.

21            HEARING OFFICER NOE:  And what number is

22     that?

23            MS. SEN:  Six.

24            HEARING OFFICER NOE:  Okay, transition

25     goals.

264

1             MS. SEN:  And it's actually the same

2      with Five.  We talked about it, but it--

3             HEARING OFFICER NOE:  (Interposing) Five

4      is what?

5             MS. SEN:  Five is the psychoeducational

6      evaluation from 2009.

7             HEARING OFFICER NOE:  Okay, and these

8      are her Exhibits.

9             MS. SEN:  Yes.

10            HEARING OFFICER NOE:  So you don't have

11     any objection to them going at all?

12            MS. SEN:  No, I don't.  Yes.

13            HEARING OFFICER NOE:  Okay.  All right.

14     What else?

15            MS. SEN:  And there's an Exhibit 28

16     listed for the Department of Education, but we

17     actually admitted that as IHO Exhibit One.

18            HEARING OFFICER NOE:  Okay.

19            MS. SEN:  So there's no 28.

20            HEARING OFFICER NOE:  Okay.

21            MS. SEN:  And then I have a whole bunch

22     of page numbers to add.

23            HEARING OFFICER NOE:  Page numbers to

24     add to what?

25            MS. SEN:  To the--so they're a bunch of

**A521**

265

1    Exhibits that didn't have page numbers listed.
2    Like, Exhibit K was admitted, but there's no
3    number of pages.
4            HEARING OFFICER NOE:  Oh, the number of
5    the pages on the Exhibit itself?
6            MS. SEN:  Yes.
7            HEARING OFFICER NOE:  Okay, you can just
8    read that into the record.
9            MS. SEN:  Okay.  So Parent's Exhibit K,
10   the Affidavit of Mary Clancy, is five pages.  And
11   Parent's Exhibit M, the Affidavit of Sally Ord is
12   five pages, and Parent's Exhibit P, a motion in
13   opposition, is four pages, and Department of
14   Education Exhibit Seven, a speech and language
15   discussion document, is two pages, and Department
16   of Education Exhibit Eight, the academic ELA
17   discussion document, is three pages, and
18   Department of Education Exhibit Nine, the
19   academic math discussion document, is two pages,
20   and Department of Education Exhibit 10, the
21   counseling discussion document, is two pages.
22   And Department of Education Exhibit 12, the notes
23   of Sally Ord, is five pages.
24           HEARING OFFICER NOE:  Do you have any
25   objection to any of those page numbers?

266

1            MS. STEWART:  You know, I didn't look at
2    the page numbers, but I'm assuming they were
3    already admitted into evidence.
4            HEARING OFFICER NOE:  Do you want to
5    give her a copy of that, and then do you want to
6    make that conclusion when you come back, or do
7    you want to just--
8            MS. STEWART:  (Interposing) Sure.
9            HEARING OFFICER NOE:  --go with this - -
10   ?  So that--what do you--it's up to you.  What do
11   you want to do?
12           MS. STEWART:  Which ones?  Could you
13   just mention again?
14           MS. SEN:  Seven, Eight, Nine, 10, and
15   12.  And I just took the page numbers from your
16   page--
17           MS. STEWART:  Oh, yes, I believe my
18   cover sheet is correct.  That's fine.
19           HEARING OFFICER NOE:  Okay?  All right.
20           MS. SEN:  And then I have the IHO
21   Exhibits--they didn't--also they didn't get
22   correct.  I have IHO Number Two as the order on
23   request for verbal testimony.  With that, we
24   discussed as being IHO Exhibit Number Three, and
25   Exhibit Two should be the pre-hearing order,

267

1    which is--

2            HEARING OFFICER NOE:  (Interposing)

3    Well, I will go through the transcript, and I

4    will  put those in.

5            MS. SEN:  Okay.

6            HEARING OFFICER NOE:  You can object to

7    them, that's fine, but I'll be putting them in

8    anyway.

9            MS. SEN:  Okay.

10          HEARING OFFICER NOE:  I'll be marking

11    them.  Make sure that I get it verified.

12          MS. SEN:  I just want to make sure that

13    I have the correct numbers.

14          HEARING OFFICER NOE:  I'll make sure

15    that you get the correct numbers.

16          MS. SEN:  Okay.  And can I get a copy of

17    those?  I don't have all the--

18          HEARING OFFICER NOE:  (Interposing) I'll

19    give you a copy, but not today.

20          MS. SEN:  Okay.

21         (Whereupon Parents' Exhibits I, J, N, K,

22    M, P, X, and Department of Education Exhibits 5,

23    6, 7, 8, 9, 10, 12 were admitted into evidence.)

24          HEARING OFFICER NOE:  So now, what are

25    we doing today?  I have to tell you I have to

268

1    write a decision tonight on this case, because

2    the compliance date is extended.  But if you want

3    to have another hearing date, you can have

4    another hearing date.

5          MS. SEN:  But I thought that--okay.

6          MS. STEWART:  While we were going

7    through the evidence, prior to the Parent's e-

8    mail, there was a discussion that if the Hearing

9    Office had the document translated, we could

10    agree to that translation.  And--

11          HEARING OFFICER NOE:  (Interposing) That

12    was between you and counsel, right?

13          MS. STEWART:  Right.  And so while we

14    were waiting, they said they just got it,

15    literally just now.

16          MS. SEN:  Okay.

17          MS. STEWART:  So I don't know if that

18    would eliminate the need for having a interpreter

19    and--

20          HEARING OFFICER NOE:  (Interposing) This

21    is up to you.  This is up to you.  I have no

22    idea.  I don't know what you want to do, but I'll

23    be writing this decision tonight, so.  But you

24    know what, why don't you discuss this translation

25    thing?

A523

269

1          MS. STEWART:  Okay.

2          HEARING OFFICER NOE:  I'll just leave,

3    because it's easier for me to leave.

4          MS. STEWART:  Okay.

5          HEARING OFFICER NOE:  We'll go off the

6    record.  You could discuss it.  I'll give you a

7    few minutes, and then I'll come back and you can

8    let me know what you want to do.

9          MS. STEWART:  Well, I don't need to

10   discuss it.  I don't have an issue with the

11   affidavit coming in.  If they want to discuss it

12   amongst each other, then can discuss it.

13         MS. SEN:  I'm also fine with the

14   affidavit coming in.  I just--we have to--

15         HEARING OFFICER NOE:  (Interposing) So

16   then we don't need any--

17         MS. SEN:  (Interposing) We were also

18   going to do the cross, because of the translation

19   last time.

20         MS. STEWART:  Well, with that, I was

21   going to--

22         HEARING OFFICER NOE:  (Interposing)

23   Well, she does the cross.

24         MS. STEWART:  --object to that anyway.

25   Right, because I already did the cross.

270

1          HEARING OFFICER NOE:  Right.  She does

2    cross.

3          MS. SEN:  Right.  I thought because of

4    the--

5          HEARING OFFICER NOE:  (Interposing) So

6    yes, unless she wants additional cross now that

7    she has a translated copy.

8          MS. SEN:  No, but I mean, because the

9    translation--the quality of the translation was

10   so poor last time.  I didn't think--and the

11   Parent didn't feel like she was getting all the--

12         HEARING OFFICER NOE:  (Interposing) The

13   quality of the translation on cross-examination

14   was poor?

15         MS. SEN:  Yes.

16         HEARING OFFICER NOE:  Who made that

17   determination?

18         MS. SEN:  The Parent.

19         HEARING OFFICER NOE:  Well, how would

20   the Parent make a determination as to the

21   quality, if she doesn't speak English?

22         MS. SEN:  Because of very--the little

23   English she speaks, she said that it didn't seem

24   like the translator was getting everything--was

25   telling her everything.  And the she also thought

A524

271

1    it was very confusing.
2            HEARING OFFICER NOE: (Interposing) Why
3    didn't she say something at the time of the
4    hearing? Who did she communicate this to, and
5    when?
6            MS. SEN: To me the next day, which is
7    when I e-mailed you.
8            HEARING OFFICER NOE: Do you speak
9    Spanish?
10           MS. SEN: I don't.
11           HEARING OFFICER NOE: So then how did
12   she communicate that to you?
13           MS. SEN: Through someone in my office.
14   We spoke through a translator.
15           HEARING OFFICER NOE: I don't know.
16   What do you have to say?
17           MS. STEWART: Well, I mean my position
18   is, is that if the Parent was here, I did my
19   cross. We had several witnesses during the last
20   hearing date. There was no objection presented
21   by counsel or Parent to the interpreter's ability
22   to interpret.
23           I don't agree with redoing the cross-
24   examination, considering that I did it. I asked
25   her all my questions. She must understand--the

272

1    Parent basically indicates that she understands
2    some English, and then there was also an
3    interpreter here interpreting, so I believe that
4    my cross should stand.
5            HEARING OFFICER NOE: First, let's get
6    to the affidavit. Do you have this document?
7            MS. STEWART: No, they have it. They
8    said they can upload it to the system, and then
9    bring us a copy.
10           HEARING OFFICER NOE: Do you--have you
11   seen this document?
12           MS. SEN: I have not.
13           MS. STEWART: I haven't seen it. They
14   just--she said it just came just now.
15           HEARING OFFICER NOE: But you're in
16   agreement with this?
17           MS. SEN: I mean, I would want a chance
18   to review it, but I likely would agree. I
19   stipulate to the - - .
20           HEARING OFFICER NOE: Okay, could you--
21           MS. STEWART: (Interposing) Yes, I'm
22   going to see if they're done with that now.
23           HEARING OFFICER NOE: --see if you get
24   it, and then we'll deal with the next issue?
25   Okay, so it seems that transcription has been

A525

273

1  provided to both parties.  And the Parent's
2  affidavit.
3           MS. SEN:  Yes.
4           HEARING OFFICER NOE:  So, Ms. Sen?
5           MS. SEN:  Yes, there are a couple of
6  very minor mistakes, but I would like to
7  stipulate to it.
8           HEARING OFFICER NOE:  Okay.  are you
9  willing to stipulate to them?
10          MS. STEWART:  Yes.
11          HEARING OFFICER NOE:  Okay, so let's
12  enter it into evidence as Parent's Exhibit--what?
13          MS. SEN:  This would be--because I'm
14  applying a couple of other pieces of evidence.
15  It would be X.
16          HEARING OFFICER NOE:  X.
17          MS. SEN:  I need a copy of the it.  I
18  don't have one.
19          HEARING OFFICER NOE:  Okay, now what's
20  next?  And that's one, two, three, four pages.
21          (Whereupon Parents' Exhibit X was
22  admitted into evidence.)
23          HEARING OFFICER NOE:  Okay, what's next?
24  Anything else?
25          MS. SEN:  Yes.  I mean, I did make the

274

1  application to redo the cross-examination,
2  because of the translation.
3           HEARING OFFICER NOE:  Well, I don't know
4  that you make that application to redo cross-
5  examination.  I would imagine that's district's
6  application, if she wants to redo the cross-
7  examination.  You want to redo the answers?  Is
8  that what you want to redo?
9           MS. SEN:  No, the whole cross-
10  examination.  And regarding your question, I
11  think it's the--
12          HEARING OFFICER NOE:  (Interposing)
13  Well, do you want to redo your cross-examination?
14          MS. STEWART:  No.
15          MS. SEN:  It's obviously your decision,
16  but--
17          HEARING OFFICER NOE:  No, no, but what--
18  I'm not sure what you're asking me for, because
19  she makes an application to redo a cross-
20  examination.  I don't know that I would allow her
21  to redo the cross-examination, but she's not
22  making that application to redo the cross-
23  examination.  So you're asking to redo the
24  answers to the cross-examination.
25          MS. SEN:  There's some questions as

**A526**

275

1   well, because the Parent wasn't able to fully

2   understand the question.

3          HEARING OFFICER NOE:  Okay, how many

4   people had testified on that day?  I wasn't--I

5   don't have the transcript in front of me.  This -

6   - your transcript, I believe.

7          MS. SEN:  Five, I believe.

8          HEARING OFFICER NOE:  Five people.

9          MS. SEN:  Yes.

10         HEARING OFFICER NOE:  And she was the

11  last person to testify?

12         MS. SEN:  Yes.

13         HEARING OFFICER NOE:  And--

14         MS. SEN:  (Interposing) I also asked

15  that the transcript be translated for her.

16         HEARING OFFICER NOE:  The transcript of

17  this hearing?

18         MS. SEN:  Well, for that day.  Not for

19  the first day, because the translation was fine

20  on the first day.

21         MS. STEWART:  There was six witnesses,

22  including the Parent.

23         HEARING OFFICER NOE:  There was six

24  witnesses, including the Parent.

25         MS. SEN:  On the first day--I mean, on

276

1   the second day?

2          MS. STEWART:  On the second day, yes.

3   Mary Clancy, Sally Ord, Victoria Fowler, Francis

4   Tabone, Katherine Hibberd--

5          HEARING OFFICER NOE:  Wait, she can't

6   hear--

7          MS. SEN:  (Interposing) Katherine

8   Hibberd did testify.

9          HEARING OFFICER NOE:  Okay, so there

10  were six witnesses that testified on that day?

11         MS. STEWART:  Including the Parent.

12         HEARING OFFICER NOE:  What time did we

13  start?  I don't have the transcript in front of

14  me--on that day?

15         MS. SEN:  I believe we started at noon.

16         HEARING OFFICER NOE:  We started at

17  noon, and what time did we end?

18         MS. STEWART:  I know we went past 3:00,

19  because--

20         HEARING OFFICER NOE:  (Interposing) You

21  could go--at the end of the transcript, it

22  usually has the time.

23         MS. SEN:  I was so eager to leave, yes.

24         HEARING OFFICER NOE:  It usually has the

25  time.

A527

277

1          MS. STEWART:  3:52.

2          HEARING OFFICER NOE:  Okay, so we went

3    from noon until 3:52, and the Parent only had

4    then contacted you after that day and said that

5    her own testimony was a problem?

6          MS. SEN:  Well, she said the full

7    hearing was a problem.

8          HEARING OFFICER NOE:  And why wouldn't

9    she let you know during a break, or during that

10   time?  Did she indicate why?

11         MS. SEN:  Well, we can't speak very well

12   together, because she doesn't speak very much

13   English, and I speak very little Spanish.

14         HEARING OFFICER NOE:  But there was an

15   interpreter here.

16         MS. SEN:  Right, but it would have to be

17   through the interpreter that she said that the

18   interpreter was doing badly.  Which as you can

19   imagine, I'm sure it's awkward.

20         HEARING OFFICER NOE:  Well, do you want

21   to be heard on this?

22         MS. STEWART:  No, I mean, I think I gave

23   my position.  I reviewed the Parent's testimony.

24   It seemed like her answers--she was answering

25   questions that I was asking, and when the Hearing

278

1    Officer asked her questions, it looks like she

2    was answering the questions that the Hearing

3    Officer was asking.

4          I am not clear on, you know, if there's

5    a particular topic that, you know, she feels like

6    she wasn't answering the question that I was

7    asking.  Maybe she can advise about that, but I

8    don't see where the answers don't match the

9    question that I was asking.

10         HEARING OFFICER NOE:  Did she give you

11   any more specific information as to the problem

12   with the interpreter?

13         MS. SEN:  Well, it was both that she

14   felt that the interpreter was not interpreting

15   everything that she said, and that when she was

16   testifying in particular, the simultaneous nature

17   of the translation was very confusing, because

18   she was trying to listen to two people at once.

19   She was trying to understand the English that she

20   could at the same time that she was listening to

21   the interpreter.  So it was very confusing.

22         HEARING OFFICER NOE:  So she was unable

23   to answer the questions, then?  Is that what

24   she's saying?

25         MS. SEN:  She felt that the

A528

279

1    interpretation was--made it very difficult for

2    her.

3         HEARING OFFICER NOE:  No, that's not the

4    question I asked.  She was unable to answer the

5    questions because of this?  So the testimony that

6    is in this record is inaccurate?  Is that what

7    you're trying to tell us?

8         MS. SEN:  You will have to ask her.

9         HEARING OFFICER NOE:  I'm not her

10   attorney.  I'm not going to ask her these

11   questions.  You're making the application to have

12   her redo her--basically to have her redo her

13   answers now, after I don't know how many days

14   later.  I didn't know this.  I thought we were

15   coming in for her direct examination.  I didn't

16   realize--

17        MS. SEN:  (Interposing) I had e-mailed

18   you on the 7th.  And then you had said we would

19   do the direct and the cross.  And so it was my

20   understanding that that--

21        HEARING OFFICER NOE:  (Interposing) Not

22   cross.  I didn't think we were going on cross.  I

23   thought we would just do a direct.  Because it

24   was my understanding that you did not agree on

25   the translation.  So that's why we were coming

280

1    in, is to do the direct testimony then.

2         MS. SEN:  Okay, this is where the--

3         HEARING OFFICER NOE:  (Interposing) So

4    having a person now come forward after all these

5    days, after a transcript has been made to now

6    answer questions from cross-examination, to me

7    seems like it would be prejudicial to the school

8    district.  If in fact--and I don't have the

9    transcript, nor have I read the transcript.

10        If she was non-responsive to these

11   questions, or her answers did not seem to answer

12   the question, perhaps I could understand it.

13   But--and I haven't read this transcript, so I

14   don't know.  District's counsel, have you read

15   the transcript?

16        MS. SEN:  I have read the transcript.

17        HEARING OFFICER NOE:  And do you find

18   that her answers are responsive to the questions

19   that were asked?  So in other words, if I asked

20   you, you know, how many days are you working this

21   week and you tell me, you know, I'm leaving at

22   5:00 today, that's not responsive, right?

23        MS. SEN:  Right.

24        HEARING OFFICER NOE:  But if I say, how

25   many days this week are you working, and you tell

**A529**

281

1    me five, that's a response that you can say.

2        MS. SEN:  There was certainly one point

3    in which you said that that's not the question

4    I'm asking.  Which you did ask her--

5        HEARING OFFICER NOE:  (Interposing) Why

6    don't you get--why don't you show counsel that

7    question, and perhaps we can go and take a look

8    at those specific questions, even though I don't

9    have the transcript.

10        MS. STEWART:  Okay.

11        MS. SEN:  Do you--

12        HEARING OFFICER NOE:  (Interposing) I

13    don't have it.  But why don't you just call it

14    out to her, and she'll take a look at it.  Page

15    number?

16        MS. SEN:  238.

17        HEARING OFFICER NOE:  238, line?

18        MS. SEN:  Really the whole page.

19        HEARING OFFICER NOE:  The whole page.

20    So why don't you read that into the record?

21        MS. STEWART:  Well, these are--okay.

22        HEARING OFFICER NOE:  Read it into the

23    record.

24        MS. STEWART:  Me?

25        HEARING OFFICER NOE:  Yes.

282

1        MS. STEWART:  Okay.  This is actually

2    Hearing Officer Noe asking questions.  It says, I

3    have some questions.  Ask her if she remembers

4    the IEP meeting of May 22nd, 2012.  Does she

5    remember the IEP?  Ms. █████: the IEP?  Hearing

6    Officer Noe:  No, not the IEP, the meeting.  Ms.

7    █████:  Yes.  Hearing Officer Noe:  Ask her if

8    she remembers saying anything during the meeting

9    to anyone.  Ms. █████:  The only thing that they

10    say that they going change was the

11    classification.  Hearing officer Noe:  I'm asking

12    what she said.  Anything that she may have said

13    at the meeting.  Ms. █████:  I say if they

14    change the classification, it's good for--it's

15    for his good.  For his preparation is the most

16    important to me and for him.

17        HEARING OFFICER NOE:  Okay, stop there.

18    On that page, what was it that she told you that

19    was inaccurate, or her misunderstanding about

20    that page?

21        MS. SEN:  We have--I have not reviewed

22    the transcript with my client, because I

23    understood from your e-mail that we were coming

24    back to do direct and cross-examination.  But--

25        HEARING OFFICER NOE:  (Interposing) No,

A530

283

1     I'm not--I can't just start all over again and
2     throw out this cross-examination.  It's sworn
3     testimony.
4           MS. SEN:  Okay.
5           HEARING OFFICER NOE:  So I thought she
6     had said--I thought she called you up and said,
7     listen--
8           MS. SEN:  (Interposing) She did, but
9     before we got the transcript.
10          HEARING OFFICER NOE:  Okay, so when she
11    did that, what did she--
12          MS. SEN:  (Interposing) So--at which
13    point it was--I mean, it's very difficult when
14    you say the translation is not good to be able to
15    identify exactly what was confusing, because the
16    point is, is that it was confusing.
17          HEARING OFFICER NOE:  Well, I think it's
18    confusing is a very broad statement, okay?  Life
19    is confusing sometimes, right?  But this is a
20    very serious situation where somebody's coming
21    back and saying, I want to answer the questions
22    over again.  I think they would be more specific.
23          MS. SEN:  I--
24          HEARING OFFICER NOE:  (Interposing) So
25    was it just--go ahead.

284

1          MS. SEN:  I could go through the
2    transcript with her and ask her if she feels like
3    what she said was accurate.
4          HEARING OFFICER NOE:  Well, whether she
5    said it was accurate, now you're asking her a
6    different question.  You're saying the
7    translation wasn't good.
8          MS. SEN:  Right.
9          HEARING OFFICER NOE:  Okay, was it the
10    translation of the questions, or the translation
11    of the answers?
12         MS. SEN:  Both, as I understand it.
13         HEARING OFFICER NOE:  Okay.  So she's
14    stating that the translation of the questions as
15    for example, on this page, were not accurately
16    translated.
17         MS. SEN:  As far as she could tell,
18    sitting in the hearing with the - - , yes.
19         HEARING OFFICER NOE:  Well, I'm not--I
20    really don't understand, because if she doesn't
21    understand English that well, how is it that she
22    made this determination throughout her entire
23    testimony that neither the questions nor the
24    answers were accurate?
25         MS. SEN:  I'm sure it's very difficult

**A531**

285

1     to determine, because she doesn't understand

2     English well.  But that was what she communicated

3     to me was the case.

4             HEARING OFFICER NOE:  Well, why don't we

5     have her testify now and tell us what she feels

6     about her cross-examination?  And we'll see if

7     she agrees with this translator.  Okay?  So let's

8     go on the record, and why don't you just ask--

9             MS. SEN:  (Interposing) Wait--we are not

10    on the record now?

11            HEARING OFFICER NOE:  We are on the

12    record.  We're on the record.  I mean let's go--

13    let's get her testimony on the record.

14            MS. SEN:  Okay, just--

15            HEARING OFFICER NOE:  (Interposing) And

16    why don't you make an inquiry--you, as her

17    attorney, make an inquiry in general not direct,

18    not cross, but let's find out what it is that she

19    was having a problem with.  Okay?

20            MS. SEN:  Ms. ████?  At the hearing on

21    June 6th, 2013, what was your--did you have any

22    concerns about the translation?

23            MS. █████ (THROUGH INTERPRETER):  Yes,

24    she translated way too fast while she was--I was

25    listening to the translation while the official

286

1     was--the lawyer was talking.

2            MS. SEN:  Did you have--

3            MS. █████:  With the little English

4    that I understand, I felt that she didn't

5    translate well at all.

6            MS. SEN:  I'm not sure that's exactly

7    what she just said.

8            INTERPRETER:  No, she did.  (asks Ms.

9    █████ a question in Spanish, Ms. █████ replies)

10    That's what she said.

11            MS. SEN:  Okay, I'm sorry.  I heard the

12    word completa (phonetic).  Is that--

13            INTERPRETER:  (Interposing) No.  She

14    didn't translate completely.

15            MS. SEN:  Completely?

16            INTERPRETER:  Yes, uh-huh.

17            MS. SEN:  That's fine.

18            MS. █████:  She was also like, not

19    comfortable, because she also was, you know,

20    saying that oh, I don't know how long I have to

21    be here.  I have to go somewhere.

22            MS. SEN:  The interpreter was?

23            MS. █████:  The interpreter, yes.

24            HEARING OFFICER NOE:  Did she understand

25    the questions?

A532

287

1      MS. M█████: The questions that the

2  interpreter made?

3      HEARING OFFICER NOE: Any questions at

4  all that were asked in this room.

5      MS. M█████: I did not understand her

6  well. What happens is, I didn't want to make her

7  feel bad, telling her that I didn't feel good.

8      HEARING OFFICER NOE: So she didn't

9  understand the questions from all day long?

10     MS. M█████: I understood parts of it.

11     HEARING OFFICER NOE: Which parts didn't

12  she understand?

13     MS. M█████: I didn't feel she

14  translated well, so I was confused.

15     HEARING OFFICER NOE: Well, I guess

16  we'll have to recall all these witnesses over

17  again. Let's set this down for another date in

18  July, and we'll recall all the witnesses. I'm

19  not going to strike this testimony. We will

20  consider it, and we will recall all the

21  witnesses.

22     If the Parent is claiming that she

23  didn't understand the questions, then she

24  couldn't possibly understand the answers of

25  either the witnesses, and then counsel didn't

288

1  have the right to represent her client properly.

2      MS. STEWART: Well, the question that I

3  have is, why do we need to recall all of the

4  witnesses? The Parent--

5      HEARING OFFICER NOE: (Interposing) She

6  doesn't--

7      MS. STEWART: (Interposing) The Parent's

8  attorney requested that the transcripts be

9  translated into Spanish for Parent. The Parent

10  can review those transcripts, and if she wants

11  for them to testify about things that they said,

12  then I suppose she can testify about that. But I

13  don't see why they need to present their

14  testimony again.

15     Especially considering the Cooke Center.

16  They're very well-versed at these cases, I've had

17  these witnesses on a number of cases. For them

18  to have listened to all of my cross, I think the

19  department would be definitely prejudiced to have

20  those witnesses testify again.

21     HEARING OFFICER NOE: Well--

22     MS. SEN: (Interposing) It would be

23  adequate to me if the Parent had an opportunity

24  to review a translated transcript.

25     HEARING OFFICER NOE: And then what?

A533

289

1          MS. SEN:  Testify herself.

2          HEARING OFFICER NOE:  And then call her

3     again, and testify again?

4          MS. SEN:  For her cross-examination.

5          HEARING OFFICER NOE:  And then we--you

6     keep saying cross-examination, but this counsel

7     doesn't seem to have any addition cross-

8     examination questions.

9          MS. STEWART:  Also, I never asked the

10    Parent about--through my original cross--I didn't

11    ask the Parent about testimony that earlier

12    witnesses had given, so even if she reads their

13    transcripts, that doesn't mean that I'm now going

14    to say, oh, do you remember when Katherine

15    Hibberd said this?  That's not what I asked her

16    when I did my original cross.  I didn't ask her

17    about other witnesses' testimony.

18         HEARING OFFICER NOE:  I don't know if

19    her own counsel had the benefit of her client's

20    understanding of what went on during examination

21    or cross-examination.  She may not have been

22    represented properly.  She didn't understand it.

23    So what is it that you want to do?

24         MS. SEN:  Because of the availability of

25    my witnesses, because it's now the summer, it

290

1     seems that it is probably not feasible to recall

2     all of them.  But I would like to have an

3     opportunity for the Parent to review their

4     testimony, in terms of translating the

5     transcript.

6          HEARING OFFICER NOE:  Okay, and then

7     when she reviews their testimony, and maybe she

8     didn't understand something that was said, then

9     what?

10         MS. SEN:  Well, I would ask that--I

11    mean, it would be similar conditions to what

12    would have happened at the hearing when she

13    understood the testimony.  So then she would be

14    questioned following their testimony, in terms of

15    understanding it.  So we would come--are you

16    getting anything that I'm saying?

17         MALE VOICE 1:  They got this in here.

18         MS. SEN:  Because I think I might be--

19         MALE VOICE 1:  - - .

20         MS. SEN:  I was saying--because I don't-

21    -I wasn't--they missed a lot of what I said on

22    the last transcript.  So I wanted to be sure.  So

23    I guess what I'm asking is then that they

24    translate the transcript so that my client can

25    review it, the same as she would have been able

A534

291

1    to hear it had we been in the hearing.  And then
2    that my client be called for testimony, just as
3    she was in the hearing after the witnesses--after
4    having an opportunity to review the transcript.
5             HEARING OFFICER NOE:  Well, okay.  So
6    let's put this on, even though I'm writing a
7    decision tonight, because the compliance date is
8    already gone past this case.  Let's put this on
9    for another date in July, because I'm not
10   available until July--I think--2nd, I would say.
11   I have looked at my calendar.
12            MS. STEWART:  Well, I mean, given the--
13            HEARING OFFICER NOE:  (Interposing) July
14   2nd or July 3rd.
15            MS. STEWART:  Given the issues with the
16   interpreter and the translation of the affidavit,
17   I believe that we would need an extension of the
18   compliance date.
19            HEARING OFFICER NOE:  Well, somebody's
20   got to make a motion, if you want to make that.
21            MS. STEWART:  Well, I'm making that
22   motion now, because we--last week we requested
23   the Hearing Office to make an official
24   translation of the Parent's affidavit, which was
25   submitted in Spanish.  Just today--just now

292

1    during the course of this hearing, we received an
2    English translation, and we believe that the
3    Hearing Officer needs an opportunity to review
4    those transcripts.
5             And also, there's been an issue raised
6    as far as the quality of the interpreter at the
7    last hearing date, which was over a week ago.  So
8    I think we would need an extension of the
9    compliance date to resolve these issues.
10            HEARING OFFICER NOE:  All right, so
11   that's granted.  Now what's next?
12            MS. STEWART:  What's next?
13            HEARING OFFICER NOE:  Well, I have to
14   find out if the Impartial Hearing even
15   transcribes these transcripts.
16            MS. STEWART:  No, they're--the--
17            HEARING OFFICER NOE:  (Interposing) They
18   do it?
19            MS. STEWART:  --they said that they
20   would start the process the same day.
21            HEARING OFFICER NOE:  Okay, so we'll
22   have them transcribe the transcripts, okay.
23            MS. STEWART:  I don't know how long it
24   takes, that's another question.
25            HEARING OFFICER NOE:  Transcripts, okay,

**A535**

293

```
 1    and then at least Parent's counsel is--I think
 2    you're alluding--I don't know if you're saying--
 3    that you want her to come back and re-answer the
 4    questions that she was asked already.
 5              MS. SEN:  Yes.
 6              HEARING OFFICER NOE:  Okay.  And you're
 7    objecting to that, right?
 8              MS. STEWART:  Yes.
 9              HEARING OFFICER NOE:  Well, you know
10    what?  Let's make a date, we'll come back, and
11    I'll make my decision then, on July 3rd at--what
12    time can you both come on July 3rd?  I'm
13    available.
14              MS. STEWART:  Let me just--
15              MS. SEN:  (Interposing) I'm available
16    all day.
17              MS. STEWART:  Yes, I'm available all
18    day.
19              HEARING OFFICER NOE:  Okay so, let's
20    make it July 3rd at 10:00.  Okay, and we'll
21    review that.  Hopefully I'll put in that order to
22    get the transcripts.  We'll review that, and
23    we'll see if she can re-testify as to her
24    problems with the questions or the answers or
25    whatever it is that she is objecting to.
```

294

```
 1              MS. STEWART:  She wants to be able to
 2    review the other witness's testimony first?  Is
 3    that the issue?
 4              HEARING OFFICER NOE:  She's going to
 5    review everything.
 6              MS. STEWART:  Okay.
 7              MS. SEN:  I actually renew my
 8    application to translate the affidavits again, in
 9    light of the recent--
10              HEARING OFFICER NOE:  (Interposing) The
11    affidavit's been translated.  How many other--
12              MS. SEN:  (Interposing) English
13    affidavits.  Into Spanish, which is what I made
14    an application--
15              HEARING OFFICER NOE:  (Interposing) I'll
16    ask the Impartial Hearing Office before I do
17    that.  All right?  I'll ask them if they do that.
18    If they do that, you can have it.  If not, you
19    can't.  I'll see you both on July 3rd.
20              MS. SEN:  Well, Ms. Machado had
21    previously told us that they do it, and
22    actually, that's one of the e-mails that--
23              HEARING OFFICER NOE:  (Interposing) I'm
24    going to ask them right now.
25              MS. SEN:  --I wanted to put into
```

A536

295

1    evidence.

2             HEARING OFFICER NOE:  Okay, I'm going to

3    ask them right now.  I'm not allowing you to put

4    any e-mails in evidence to Melissa Machado, but I

5    will make that request right now when I walk over

6    there.  Transcripts and the affidavits.

7             MS. SEN:  Can I make my application to

8    put these e-mails in evidence?

9             HEARING OFFICER NOE:  No.  July 3rd.

10            MS. SEN:  Okay.

11            (Whereupon, at 3:42 p.m. the proceeding

12   was adjourned.)

**Ubiqus/Nation-Wide Reporting & Convention Coverage**
Twenty-Two Cortlandt Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

296

C E R T I F I C A T I O N

         I, Elizabeth Johnson, do hereby certify that

I typed the transcript In the Matter of ▮▮▮▮ ▮▮▮▮▮▮

taken on June 19th, 2013, by Donavan Harris at the

offices of the Department of Education, 131 Livingston

Street, Brooklyn, New York 11201, and that to the best

of my ability, this is an accurate transcription of

what was recorded at that time and place.

         *Elizabeth R. Johnson*

         ELIZABETH JOHNSON, Transcriber

**Ubiqus/Nation-Wide Reporting & Convention Coverage**
Twenty-Two Cortlandt Street – Suite 802, New York, NY 10007
Phone  212-227-7440 * 800-221-7242 * Fax  212-227-7524

**A537**

## KEYWORD INDEX

**1**
1 [1] 290:17,19
1:30 [1] 268:23
1:45 [1] 259:4
10 [1] 259:5 265:20 266:14 267:23
10:00 [1] 293:20
12 [6] 265:22 266:15 267:23
143983 [1] 258:5

**2**
2:10 [1] 258:25 259:6
2009 [1] 264:6
2012 [1] 282:4
2013 [1] 285:21
22nd [1] 282:4
238 [1] 281:16,17
263 [1] 256:6
264 [1] 256:5
265 [5] 257:7,8,9,10,12
267 [7] 256:5,6 257:7,8,9,10,12
28 [1] 264:15,19
2nd [1] 291:10,14

**3**
3:00 [1] 276:18
3:42 [1] 295:11
3:52 [1] 277:1,3
3rd [6] 291:14 293:11,12,20 294:19 295:9

**5**
5 [1] 267:22
5:00 [1] 280:22

**6**
6 [1] 267:23
6th [1] 285:21

**7**
7 [1] 267:23
7th [1] 279:18

**8**
8 [1] 267:23

**9**
9 [1] 267:23

**A**
a's [1] 260:10
ability [1] 271:21
able [1] 275:1 283:14 290:25 294:1
academic [1] 257:8,9 265:16,19
accurate [1] 284:3,5,24
accurately [1] 284:15
actually [6] 260:15 264:1,17 282:1 294:12
add [1] 264:22,24
addition [1] 289:7
additional [1] 270:6
adequate [1] 288:23
adjourned [1] 295:12
admission [1] 260:4
admitted [3] 259:12 260:1 261:23 262:3 267:5 268:2 269:3,25 273:22
advise [1] 278:7

affidavit [11] 260:13,19,21 261:16 262:5,6,13 263:19 265:10,11 269:11,14 272:6 273:2 291:16,24 279:24
affidavit's [1] 294:11
affidavits [4] 261:21 294:8,13 295:6
afternoon [1] 258:3
ago [1] 292:7
agree [1] 268:10 271:23 272:18 279:24
agreement [1] 272:16
agrees [1] 285:7
ahead [1] 283:25
allow [1] 274:20
allowing [1] 295:3
alluding [1] 293:2
already [7] 261:10 262:8,21 266:3 269:25 291:6 293:4
amanda [1] 258:11,11
amongst [1] 269:12
another [6] 268:3,4 287:17 291:9 292:24
answer [6] 278:23 279:4 280:6,11 283:21
answering [1] 277:24 278:2,6
answers [1] 274:7,24 277:24 278:8 279:13 280:11,18 284:11,24 287:24 293:24
anyway [1] 267:8 269:24
application [4] 274:1,4,6,19,22 279:11 284:8,14 295:7
applying [1] 273:14
asks [1] 286:8
assuming [1] 266:2
attorney [1] 258:9,11,17,20 279:10 285:17 288:8
availability [1] 289:24
available [1] 291:10 293:13,15,17
awkward [1] 277:19

**B**
back [6] 266:6 269:7 282:24 283:21 293:3,10
bad [1] 287:7
badly [1] 277:18
basically [1] 272:1 279:12
believe [10] 261:10 262:7,20 266:17 272:3 275:6,7 276:15 291:17 292:2
benefit [1] 289:19
between [1] 268:12
both [1] 273:1 278:13 284:12 293:12 294:19
bottom [1] 259:2
break [1] 277:9
bring [1] 272:9
brittania [1] 258:8,8
broad [1] 283:18
bunch [1] 264:21,25

**C**
calendar [1] 291:11
call [1] 281:13 288:2
called [1] 258:25 283:6 291:2
came [1] 272:14
case [1] 258:4,22,23 259:8 268:1

285:3 291:8
decision [1] 268:1,16,17
cases [1] 286:16,17
center [1] 288:15
certainly [1] 281:2
chance [1] 272:17
change [1] 282:10,14
checked [1] 268:2
children's [1] 258:12,18,20
claiming [1] 287:22
clancy [1] 265:10 276:3
classification [1] 282:11,14
clear [1] 278:4
client [1] 282:22 288:1 290:24 291:24 285:7
client's [1] 289:19
come [1] 266:6 269:7 280:4 290:15 293:3,10,12
comfortable [1] 286:15
coming [1] 269:11,14 279:15,25 282:23 283:20
communicated [1] 271:4,12
communicated [1] 285:2
completa [1] 286:12
completely [1] 286:14,15
compliance [1] 268:2 291:7,18 292:9
concerns [1] 285:22
conclusion [1] 264:6
conditions [1] 290:11
confused [1] 287:14
confusing [1] 271:7 278:17,21 283:15,16,19
consider [1] 287:20
considering [1] 271:24 288:15
contacted [1] 277:4
continuing [1] 258:4
cooke [1] 288:15
copy [1] 259:15,16,22 266:5 267:16,19 270:7 272:9 273:17
correct [1] 266:18,22 267:13,15
corrected [1] 260:25
correction [1] 260:17
corrections [1] 259:15
couldn't [1] 287:24
counsel [1] 268:1 271:21 280:14 281:6 287:25 289:6,19 293:1
counseling [1] 257:10 265:21
couple [1] 273:5,14
course [1] 292:1
cover [1] 266:18
cross [1] 269:18,23,25 270:2,6 271:19,23 272:4 274:4,6,9,19,22 279:19,22,22 285:18 288:19 289:7,10,16
cross-examination [1] 270:13 274:1,13,21,24 280:8,22,24 283:2 285:6 289:4,6,21

**D**
date [1] 260:5 268:2,3,4 271:20 287:17 291:7,9,18 292:7,9 293:10 276:1,2,10,14 277:4 287:9 292:20 293:16,18
days [1] 279:13 280:5,20,25

deal [1] 259:10 272:24
decision [1] 268:1,23 274:15 291:7 293:11
definitely [1] 288:19
delighted [1] 288:19
department [1] 258:9 260:12 263:3 264:16 265:13,15,18,20,22 266:21 267:21,22
determination [1] 270:17,20 284:22
determine [1] 285:1
different [1] 285:1
difficult [1] 279:1 283:13 284:25
direct [1] 279:15,19,23 280:1 282:24 285:17
discuss [1] 266:24 269:6,10,11,12
discussed [1] 266:24
discussion [1] 257:7,8,9,10 265:15,17,19,21 268:8
district [1] 285:8
district's [1] 274:5 280:14
document [1] 257:8,9,10 259:23 265:15,17,19,21 268:9 272:6,11
documents [1] 259:18
doing [1] 267:25 277:18
done [1] 272:22
down [1] 287:17
due [1] 260:12
during [1] 271:19 277:9,9 282:8 289:20 292:1

**E**
e-mail [1] 282:23
e-mailed [1] 271:7 279:17
e-mails [1] 294:22 295:4,8
each [1] 269:12
eager [1] 276:23
earlier [1] 289:11
easier [1] 269:3
education [1] 258:10 260:12 263:3 264:16 265:14,16,18,20,22 267:22
eight [1] 265:16 266:14
either [1] 287:25
ela [1] 257:8 265:16
eliminate [1] 268:13
end [1] 276:17
english [1] 270:23,25 272:2 277:13 278:19 284:21 285:2 286:3 292:2 294:12
enter [1] 273:12
entire [1] 284:2
especially [1] 288:15
evaluation [1] 265:24,6
even [1] 281:8 289:12 291:6 292:14
eventually [1] 270:10
everything [1] 270:24,25 278:15 294:5
evidence [1] 259:10,19 261:11 262:21 263:10 266:3 267:23 268:7 273:12,14,22 295:1,6
exactly [1] 283:15 286:6
examination [1] 271:24 274:5,7,10,20,23 279:19 285:6
example [1] 284:15

1 - example

## KEYWORD INDEX

exhibit [25] 260:10,11,14,15,18 261:9 262:19 263:3,18 264:15,17 265:2,5,9,11,12,14,16,18,20,22 267:2,21
exhibits [7] 260:17 261:20 264:8 265:1 266:21 267:21,22
extended [1] 268:2
extension [1] 291:17 292:8

**F**
fact [1] 280:8
far [1] 284:17 292:6
fast [1] 285:24
feasible [1] 290:1
feel [1] 270:11 287:7,7,13
feels [1] 278:5 284:2 285:5
felt [1] 278:14,25 286:4
few [1] 269:7
find [1] 261:3 280:17 285:18 292:14
fine [1] 263:1 266:18 267:7 269:13 275:19 286:17
first [1] 259:3,25 260:15 262:5 275:19,25 294:2
five [1] 264:2,3,5 265:10,12,23 275:17,8 281:1
following [1] 290:14
forward [1] 288:4
four [1] 262:17,18 265:13 273:20
fowler [1] 262:1,2 276:3
fowler's [1] 262:4
francis [1] 262:14,16 276:3
front [1] 275:25 278:6
full [1] 277:6
fully [1] 275:1
further [1] 259:3

**G**
g-r-a-y [1] 258:16
gave [1] 277:22
general [1] 285:17
getting [1] 270:11,24 290:16
give [1] 266:5 267:10 269:8 278:10
given [1] 282:19 291:12,15
goals [1] 256:6 263:4,20,25
got [1] 268:14 283:20 290:17 291:20
granted [1] 292:11
gray [1] 258:16,16
guess [1] 259:10 261:17 285:20 290:23

**H**
happened [1] 290:12
happens [1] 267:8
hear [1] 276:6 291:1
heard [1] 277:21 286:11
hearing [15] 258:2,4,21 259:13,22 260:3,7,15,16,21,24 261:3,7,12,15 263:3,11,16,25 264:3,6,20,21,23 267:2,5,12,13,16,23 268:2,6,8,20 269:2,7,10,15,19,23 270:2,5,7 271:2,4,9,16,24 272:5 273:8,10,17 274:15,23 276:16 277:2,5 292:2 294:13

**J**
j [1] 258:4,15
july [14] 287:18 291:9,10,13,14 293:11,12,20 294:19 295:9
june [1] 285:21

**K**
katherine [1] 266:13,20,22 261:17 276:4,7 289:14
kay [1] 289:6

**L**
language [1] 257:7 265:14
later [1] 279:10 271:19 275:17
l1 [1] 290:22 291:22 292:7

later [1] 279:14
lawyer [1] 286:1
least [1] 293:1
leave [1] 269:2,3 276:23
leaving [1] 280:21
left [1] 258:7
life [1] 283:19
light [1] 294:9
likely [1] 272:18
line [1] 259:2 281:17
listed [1] 260:14 264:16 265:1
listen [1] 278:18 283:7
listing [1] 288:18
listening [1] 278:20 285:25
literally [1] 268:15
little [1] 270:22 277:13 286:3
long [1] 286:20 287:9 292:20
look [1] 266:1 281:7,14
looked [1] 291:11
looks [1] 278:1
lot [1] 299:21

**M**
machado [1] 294:20 295:4
made [6] 270:16 279:1 280:5 284:22 287:2 294:13
mail [1] 268:8
male [1] 290:17,18
many [1] 277:12 290:3
manager [1] 258:23
many [1] 266:25 262:9 275:3 279:19,23 265:1 264:14,25 263:12,14
make [1] 262:19 266:25 269:8
marked [1] 260:11,23
marking [1] 267:10
mary [1] 258:2,3 265:10 276:3
match [1] 278:6
math [1] 257:9 265:19
mean [1] 263:12,20 270:6 271:17 272:17 273:25 275:20 277:22 283:13 285:4,10,13 287:24
meeting [1] 282:4,6,8,13
melissa [1] 295:4
mention [1] 266:13
might [1] 290:18
mine [1] 275:23
minor [1] 273:6
minutes [1] 259:5 269:7
missed [1] 290:21
mistakenly [1] 260:22
mistakes [1] 273:6
misunderstanding [1] 282:19
minute [1] 258:14,14 282:5,7,9,13 285:20,23 286:3,9,18,25 287:1,5 292:6,15 267:13,15
most [1] 282:15
mother [1] 258:15
motion [1] 265:22 291:20,22
ms [1] 258:8,11,14 259:3,20,24 260:5,9,19,23 261:2,10,14,16,19 262:4,7,13,16,20,24 263:7,10 270:22 273:1,5,8,14 274:5,12,14 275:9,10,24 276:2,5,7,10,13,16 278:5,7,9,12,14,17,22,24 279:3 282:22 283:9,12,23,25 284:3,5 287:2,10,13 289:3,9,13,15,17 290:19,23 291:19,24 292:6,8,10

**N**
name [1] 258:3
nature [1] 278:16
need [6] 268:18 269:3,16 273:17 288:3,13 291:17 292:8
needs [1] 292:3
neither [1] 284:23
never [1] 289:9
next [1] 262:12 271:6 272:24 273:2 291:9,14 292:24
nine [1] 265:16 266:14
non [1] 258:2,3,21 259:13,22 260:3,7,16,18 261:3,12,15 262:17,21 262:22,25 263:1,4,17 281:5,17,18,21 283:4 284:7,9,13,16 284:21 285:3 286:21
non-responsive [1] 280:10
noon [1] 276:15,17 277:3
nor [1] 280:9 284:23
notes [1] 287:12 265:22
notice [1] 259:14
notification [1] 263:21 265:3,4
numbers [1] 264:22,23 265:1,25 266:21,25 267:13,15

**O**
object [1] 267:6 269:24
objecting [1] 293:7,25
objection [1] 261:8 262:3,19 264:1 265:25 271:20
objections [1] 261:22,23 262:24
office [1] 268:9 271:13 291:23 294:16
officer [1] 258:2,21 259:3,12,20 260:3,7,19 261:3,13,18 263:7,16,21 264:3,7,10,13,18,21,24 265:4,7 266:4,9,19 267:3,6,10,14,18,24 268:2,6,11,15 269:2,7,10,15,19,23

exhibit - officer

## KEYWORD INDEX

20,23 265:4,7,24 266:4,9,19 267:2,
6,10,14,18,24 268:11,20 269:2,5,
15,22 270:1,5,12,16,19 271:2,8,11,
15 272:5,10,15,20,23 273:4,8,11,
16,19,23 274:3,12,17 275:3,8,10,
13,16,23 276:5,9,12,16,20,24 277:
2,8,14,20 278:1,3,10,22 279:3,9,
21 280:3,17,24 281:5,12,17,19,22,
25 282:2,6,7,11,17,25 283:5,10,17,
24 284:4,9,13,19 285:4,11,15 286:
24 287:3,8,11,15 288:5,21,25 289:
2,5,18 290:6 291:5,13,19 292:3,10,
13,17,21,25 293:6,9,19 294:4,10,
15,23 295:2,9

**official** [1] 285:25 291:23

**okay** [1] 258:2,21 259:13 260:16
261:12,14,15,19,24 262:9,12,22
263:15,17,24 264:7,13,18,20 265:
7,9 266:19 267:5,9,16,20 268:5,16
269:1,4 272:20,25 273:8,11,19,23
275:3 276:9 277:2 280:2 281:10,
21 282:1,17 283:4,10,18 284:9,13
285:7,14,19 286:11 290:6 291:5
292:21,22,25 293:6,19,20 294:6
295:2,10

**once** [1] 278:18

**one** [3] 260:11,17 261:2 262:13
264:17 273:18,20 281:2 294:22

**ones** [1] 266:12

**only** [1] 277:3 282:9

**opportunity** [1] 288:23 290:3 291:
4 292:3

**opposition** [1] 265:13

**ord** [1] 256:6 257:12 263:5,20 265:
11,23 276:3

**order** [1] 266:22,25 293:21

**ordered** [1] 258:22,24

**original** [1] 289:10,16

**other** [1] 269:12 273:14 280:19
289:17 294:2,11

**out** [1] 261:3 281:14 283:2 285:18
292:14

**over** [1] 283:1,22 287:16 292:7

**own** [1] 277:5 289:19

---

### P

**p.m** [1] 295:11

**page** [1] 264:22,23 265:1,25 266:
2,15,16 281:14,18,19 282:18,20
284:15

**pages** [1] 256:7,7,4,5,5,4,4 257:3,
2,2,5 261:1,6,7 262:10,11,17,18
265:3,5,10,12,13,15,17,19,21,23
273:20

**parent** [1] 258:12,17 260:10 270:
11,18,20 271:18,21 272:1 275:1,
22,24 276:11 277:3 287:22 288:4,
9,9,23 289:10,11 290:5

**parent's** [1] 265:9,11,12 268:7
273:1,12 277:23 288:7 291:24
293:1

**parents'** [1] 267:21 273:21

**particular** [1] 278:5,16

**parties** [1] 273:1

---

**partnership** [1] 258:12,17,20

**parts** [1] 287:10,11

**past** [1] 276:18 291:8

**perhaps** [1] 275:4,8 278:18

**perhaps** [1] 280:12 281:7

**person** [1] 275:11 280:4

**phonetic** [1] 260:14 286:12

**pieces** [1] 273:14

**point** [1] 281:2 283:13,16

**poor** [1] 270:10,14

**position** [1] 271:17 277:23

**possibly** [1] 287:24

**pre-hearing** [1] 266:25

**prejudiced** [1] 288:19

**prejudicial** [1] 280:7

**preparation** [1] 282:15

**present** [1] 288:13

**presented** [1] 287:20

**previously** [1] 294:21

**prior** [1] 268:7

**probably** [1] 290:1

**problem** [1] 277:5,7 278:11 285:
19

**problems** [1] 293:24

**proceeding** [1] 295:11

**process** [1] 260:12 292:20

**properly** [1] 288:1 289:22

**provided** [1] 273:1

**psychoeducational** [1] 256:5
264:5

**put** [1] 259:18 267:4 291:6,8 293:
21 294:25 295:3,8

**putting** [1] 267:7

---

### Q

**quality** [1] 270:9,13,21 292:6

**question** [1] 274:10 275:2 278:6,
9 279:4 280:12 281:3,7 284:6 286:
9 288:2 292:24

**questioned** [1] 290:14

**questions** [1] 271:25 274:25 277:
25 278:1,2,23 279:5,11 280:6,11,
18 281:8 282:2,3 283:21 284:10,
14,23 286:25 287:1,3,9,23 289:8
293:4,24

---

### R

**raised** [1] 292:5

**re-answer** [1] 293:3

**re-testify** [1] 293:23

**read** [1] 265:6 280:9,13,14,16 281:
20,22

**reads** [1] 289:12

**realize** [1] 279:16

**really** [1] 281:18 284:20

**recall** [1] 287:16,18,20 288:3 290:
1

**received** [1] 259:14 292:1

**recent** [1] 294:9

**record** [1] 265:8 269:6 279:6 281:
20,23 285:6,10,12,12,13
**redo** [1] 274:1,4,6,7,8,13,19,21,22,
23 279:12,12

**redoing** [1] 271:23

**regarding** [1] 274:10

**remember** [1] 282:5 289:14

---

**remembers** [1] 282:3,8

**renew** [1] 294:7

**replies** [1] 286:9

**represent** [1] 288:1

**represented** [1] 289:22

**request** [1] 266:23 295:5

**requested** [1] 288:9 291:22

**resolve** [1] 292:9

**response** [1] 260:13 281:1

**responsive** [1] 280:18,22

**review** [1] 272:16 288:10,24 290:
3,25 291:4 292:3 293:21,22 294:2,
5

**reviewed** [1] 277:23 282:21

**reviews** [1] 290:7

**rights** [1] 258:13,18,20

**room** [1] 287:4

---

### S

**sally** [1] 256:6 257:6 263:5,20
265:11,23 276:3

**same** [1] 264:1 278:20 290:25 292:
20

**saying** [1] 278:24 282:8 283:21
284:6 286:20 289:6 290:16,20
293:2

**says** [1] 263:8,9 282:2

**scheduled** [1] 258:22

**school** [1] 280:7

**second** [1] 276:1,2

**see** [1] 272:22,23 278:8 285:6 288:
13 293:23 294:19

**seem** [1] 270:23 280:11 289:7

**seemed** [1] 277:24

**seems** [1] 272:25 280:7 290:1

**seen** [1] 272:11,13

**sen** [1] 269:11,14 259:9,20,24
260:5,9,19,23 261:2,5,20 262:1,11,
14,17,23 263:2,8,12,16,19,23 264:
1,5,9,12,15,19,21,25 265:6,0 266:
14,20 267:5,9,12,16,20 268:8,16
269:13,17 270:3,8,15,18,22 271:6,
10,13 272:12,17 273:3,4,5,13,17,
25 274:9,15,25 275:7,9,12,14,18,
25 276:7,15,23 277:6,11,16 278:
13,25 279:4,17 280:8,16,23 281:2,
11,16,18 282:1 283:4,8,12,23
284:1,8,12,17,25 285:9,14,20 286:
2,6,11,15,17,22 285:25 288:
11,12,20 289:1,3
**sending** [1] 259:4
**serious** [1] 283:20
**service** [1] 259:1
**set** [1] 287:17
**seven** [1] 261:5,7 262:11 265:14
266:14
**several** [1] 271:19
**she'll** [1] 281:14
**she's** [1] 261:4 274:21 278:24 284:
13 294:4
**sheet** [1] 266:18
**show** [1] 281:6

---

**silverblatt** [1] 258:19,19

**similar** [1] 290:11

**simultaneous** [1] 278:16

**sitting** [1] 284:18

**situation** [1] 283:20

**six** [1] 263:3,23 275:21,23 276:10

**somebody's** [1] 283:20 291:19

**someone** [1] 271:13

**sometimes** [1] 283:19

**somewhere** [1] 286:21

**sorry** [1] 286:11

**spanish** [1] 271:9 277:13 286:9
288:9 291:25 294:13

**speaks** [1] 270:23

**specific** [1] 278:11 281:8 283:22

**speech** [1] 257:7 265:14

**spoke** [1] 271:14

**start** [1] 276:13 283:1 292:20

**started** [1] 258:5 276:15,16

**starting** [1] 258:6

**statement** [1] 283:18

**stating** [1] 284:14

**stewart** [1] 258:8,9 261:10,14,16,
19 262:4,7,20 266:1,8,12,17 268:6,
13,17 269:1,4,9,20,24 271:17 272:
7,13,21 273:10 274:14 275:21
276:2,11,18 277:1,22 281:10,21,
24 282:1 288:2,7 289:9 291:12,15,
21 292:12,16,19,23 293:8,14,17
294:1,6

**stipulate** [1] 272:19 273:7,9

**stop** [1] 282:17

**strike** [1] 287:19

**stuff** [1] 259:10

**submitted** [1] 291:25

**summer** [1] 289:25

**suppose** [1] 288:12

**supposedly** [1] 259:4

**sworn** [1] 283:2

**system** [1] 272:8

---

### T

**tabone** [1] 262:15,16 276:4

**talked** [1] 264:2

**terms** [1] 290:4,14

**testified** [1] 275:4 276:10

**testify** [1] 275:11 276:8 285:5 288:
11,12,20 289:1,3

**testifying** [1] 278:16

**testimony** [1] 266:23 277:5,23
279:5 280:1 283:3 284:23 285:13
287:19 288:14 289:11,17 290:4,7,
13,14 291:2 294:2

**themselves** [1] 258:6

**there's** [1] 259:1,6 264:15,19 265:
2 274:25 278:4 292:5

**they've** [1] 258:25

**thomas** [1] 258:16,16

**though** [1] 281:8 291:6

**three** [1] 265:17 266:24 273:20

**throughout** [1] 294:22

**throw** [1] 283:2

**today** [1] 267:19,25 280:22 291:25

---

**together** [1] 277:12

**tonight** [1] 268:1,23 291:7

**took** [1] 266:15

**topic** [1] 278:5

**transcribe** [1] 292:22

**transcribes** [1] 292:15

**transcript** [1] 259:11,16,17 261:
22 267:3 275:5,6,15,16 276:13,21
280:5,9,9,13,15,16 289:7 292:22
283:3 284:2 288:24 290:5,22,24
291:4

**transcription** [1] 272:25

**transcripts** [1] 288:8,10 289:13
292:4,15,22,25 293:22 295:6

**transition** [1] 256:6 263:4,20,24

**translate** [1] 286:5,14 290:24 294:
11

**translated** [1] 268:9 270:7 275:15
284:16 285:24 287:14 288:9,24
294:11

**translating** [1] 290:4

**translation** [1] 268:10,24 269:18
270:9,9,13 274:2 275:19 278:17
279:25 283:14 284:7,10,10,14
285:22,25 291:16,24 292:2

**translator** [1] 270:24 271:14 285:
7

**trying** [1] 278:18,19 279:7

**two** [1] 260:10 265:15,19,21 266:
22,25 273:20 278:18

---

### U

**unable** [1] 278:22 279:4

**understand** [1] 271:25 275:2
278:19 280:12 284:5,12,21 289:
1 286:4,24 287:5,9,12,23,24 289:
22 290:8

**understanding** [1] 271:20,24 289:
20 290:15

**understands** [1] 272:1

**understood** [1] 283:23 287:10
290:13

**unfortunately** [1] 258:25

**unless** [1] 270:6

**until** [1] 277:3 291:10

**up** [1] 268:21,21 283:6

**upload** [1] 274:2

---

### V

**verbal** [1] 266:23

**verified** [1] 267:11

**victoria** [1] 262:1,2,4 276:3

**voice** [1] 290:17,19

---

### W

**wait** [1] 276:5 285:9

**waiting** [1] 268:14

**walk** [1] 273:9

**wanted** [1] 260:5 290:22 294:25

**wants** [1] 270:6 274:6 288:10 294:
1

**way** [1] 285:24

**week** [1] 280:21,25 291:22 292:7

**well-versed** [1] 258:16

**whatever** [1] 260:7,8 293:25

**whereupon** [1] 267:21 273:21

---

**295:11

**whether** [1] 284:4

**whole** [1] 264:21 274:9 281:18,19
295:5

**will** [1] 267:3,4 279:8 287:19,20
295:5

**willing** [1] 273:9

**witness's** [1] 294:2

**witnesses** [1] 271:19 275:21,24
276:10 287:16,18,21,25 288:4,17,
20 289:12,25 291:2

**witnesses'** [1] 289:17

**word** [1] 286:12

**working** [1] 269:10

**working** [1] 280:20,25

**write** [1] 268:1

**writing** [1] 268:23 291:6

---

**A539**