United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN** **CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE** **CLERK OF COURT** |

| | |
|---|---|
| Date: December 18, 2015 | DC Docket #: 14–cv–1542 |
| Docket #: 15–1200cv | DC Court: SDNY (NEW YORK CITY) |
| Short Title: M.M. v. New York City Department of Ed | DC Judge: Daniels |

## NOTICE TO THE BAR

Offsite Video Argument. At this time the Court does not provide offsite video argument.

**Recording of Argument.** A CD of an argument may be purchased for $30 per CD by written request to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick–up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange – at their own expense – for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel – or move the Court for permission – to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.

Inquiries regarding this case may be directed to .